AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

EASTERN DIVISION

DAVID DAVIS, Plaintiff

V.

PHENIX CITY, ALABAMA, et al., Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06cv544-VPM

TO: (Name and address of Defendant)

CITY OF PHENIX CITY
601 12TH STREET
PHENIX CITY, ALABAMA 36867

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOLLY A. ELKIN
WOODLEY & McGILLIVARY
1125 15th STREET, N.W.
SUITE 400
WASHINGTON, DC 20005

J. MICHAEL COOPER
FITZPATRICK, COOPER & CLARK
FARLEY BUILDING, SUITE 600
1929 THIRD AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 6/21/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

EASTERN DIVISION

DAVID DAVIS, Plaintiff

V.

PHENIX CITY, ALABAMA, et al., Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06cv544-VPM

TO: (Name and address of Defendant)

JEFFREY HARDIN, MAYOR
CITY OF PHENIX CITY
601 12TH STREET
PHENIX CITY, ALABAMA 36867

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| MOLLY A. ELKIN | J. MICHAEL COOPER |
| WOODLEY & McGILLIVARY | FITZPATRICK, COOPER & CLARK |
| 1125 15th STREET, N.W. | FARLEY BUILDING, SUITE 600 |
| SUITE 400 | 1929 THIRD AVENUE NORTH |
| WASHINGTON, DC 20005 | BIRMINGHAM, ALABAMA 35203 |

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                 6/21/06

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

EASTERN DIVISION

DAVID DAVIS, Plaintiff

V.

PHENIX CITY, ALABAMA, et al., Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06cv544-VPM

TO: (Name and address of Defendant)

H.H. ROBERTS, CITY MANAGER
CITY OF PHENIX CITY
601 12TH STREET
PHENIX CITY, ALABAMA 36867

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOLLY A. ELKIN
WOODLEY & McGILLIVARY
1125 15th STREET, N.W.
SUITE 400
WASHINGTON, DC 20005

J. MICHAEL COOPER
FITZPATRICK, COOPER & CLARK
FARLEY BUILDING, SUITE 600
1929 THIRD AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

6/21/06
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

EASTERN DIVISION

DAVID DAVIS, Plaintiff

V.

PHENIX CITY, ALABAMA, et al., Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06 CV 544-VPM

TO: (Name and address of Defendant)

WALLACE HUNTER FIRE CHIEF
CITY OF PHENIX CITY
601 12TH STREET
PHENIX CITY, ALABAMA 36867

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOLLY A. ELKIN                      J. MICHAEL COOPER
WOODLEY & McGILLIVARY               FITZPATRICK, COOPER & CLARK
1125 15th STREET, N.W.              FARLEY BUILDING, SUITE 600
SUITE 400                           1929 THIRD AVENUE NORTH
WASHINGTON, DC 20005                BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                        6/21/06

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

EASTERN DIVISION

DAVID DAVIS, Plaintiff

V.

PHENIX CITY, ALABAMA, et al., Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06cv544-VPM

TO: (Name and address of Defendant)

ROY WATERS, DEPUTY FIRE CHIEF
CITY OF PHENIX CITY
601 12TH STREET
PHENIX CITY, ALABAMA 36867

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOLLY A. ELKIN                J. MICHAEL COOPER
WOODLEY & McGILLIVARY          FITZPATRICK, COOPER & CLARK
1125 15th STREET, N.W.         FARLEY BUILDING, SUITE 600
SUITE 400                      1929 THIRD AVENUE NORTH
WASHINGTON, DC 20005           BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    6/21/06

CLERK                                               DATE

(BY) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

EASTERN DIVISION

DAVID DAVIS, Plaintiff

V.

PHENIX CITY, ALABAMA, et al., Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:06 cv 544-VPM

TO: (Name and address of Defendant)

BARBARA GOODWIN
PERSONNEL DIRECTOR
CITY OF PHENIX CITY
601 12TH STREET
PHENIX CITY, ALABAMA 36867

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MOLLY A. ELKIN
WOODLEY & McGILLIVARY
1125 15th STREET, N.W.
SUITE 400
WASHINGTON, DC 20005

J. MICHAEL COOPER
FITZPATRICK, COOPER & CLARK
FARLEY BUILDING, SUITE 600
1929 THIRD AVENUE NORTH
BIRMINGHAM, ALABAMA 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                            6/21/06
_____        _____
CLERK                                            DATE

_____
(By) DEPUTY CLERK