**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Wallace Hunter Fire Chief
   City of Phenix
   601 12th Street
   Phenix City, Alabama 36867

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Sheila Aaron
B. Date of Delivery: 6/22/06
C. Signature: X Sheila Aaron
   ☑ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06CV544-VPM
   SLC
   20

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label): 7002 2410 0002 9311 1227

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

H.H. Roberts, City Manager
City of Phenix
601 12th Street
Phenix City, Alabama 36867

2. Article Number (Copy from service label)

7002 2410 0002 9311 1203

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

A. Received by (Please Print Clearly)  Sheila Aaron 6/2/06
B. Date of Delivery
C. Signature
X  Sheila Aaron    ☑ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☑ No
If YES, enter delivery address below:

3:04CV544-VPM
SLC

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

   Barbara Goodwin
   Personnel Director, City of Phenix
   601 12th Street
   Phenix City, Alabama 36867

2. Article Number (Copy from service label)

   7002 2410 0002 9311 1210

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery
   Sheila Aaron                             6/1/06

C. Signature
   X Sheila Aaron          ☑ Agent
                           ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☑ No

   3:06CV544-VPM
   JAC
   (20)

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Phenix City
   601 12th Street
   Phenix City, Alabama 36867

2. Article Number (Copy from service label)

   7002 2410 0002 9311 1197

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Sheila Aaron
B. Date of Delivery: 6-21-06
C. Signature: X Sheila Aaron
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

   3:06CV544
   JLC

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeffrey Hardin, Mayor
City of Phenix
601 12th Street
Phenix City, Alabama 36867

2. Article Number (Copy from service label)
7002 2410 0002 9311 1234

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery
Sheila Aaron

C. Signature
X Sheila Aaron
☐ Agent
☐ Addressee
☐ Yes
☑ No

D. Is delivery address different from item 1?
If YES, enter delivery address below:
2:06CV544
S+C

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  Sheila Aaron   B. Date of Delivery 6-22-06<br>C. Signature  X *Sheila Aaron*  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Roy Waters, Deputy Fire Chief<br>City of Phenix<br>601 12th Street<br>Phenix City, Alabama 36867 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>3:06CV 544-VPM<br>SdC |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7004 0750 0000 4792 5314 |

PS Form 3811, July 1999      Domestic Return Receipt      102595-00-M-0952