IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-VPM |
| PHENIX CITY, ALABAMA, et al. | ) Judge Vanzetta Penn McPherson |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE

The undersigned, a member of this Court's bar, moves, pursuant to Local Rule 83.1(b), for the admission of Molly A. Elkin for this particular case.

As described in her declaration which accompanies this Motion, Ms. Elkin is a member in good standing of the bars of the District of Columbia, the Commonwealth of Virginia and the State of Maryland and has been admitted to the United States Supreme Court, two U.S. Courts of Appeals and two U.S. District Courts.

Respectfully submitted,

J. Michael Cooper, Esq.
FITZPATRICK, COOPER & CLARK LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax: (205) 320-7444
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2006 JUL -5 A 9: 20

DAVID DAVIS, )
)
      Plaintiff, )
)
vs. ) CIVIL ACTION NO. 3:06-cv-00544-VPM
)
PHENIX CITY, ALABAMA, et al. ) Judge Vanzetta Penn McPherson
)
)
      Defendants. )
)

## DECLARATION OF MOLLY A. ELKIN

I, Molly A. Elkin, declare under penalty of perjury that the following is true and correct:

1.    I am admitted to practice before the bars of the following courts: State of Maryland (1993); District of Columbia (1996); U.S. Court of Federal Claims (1996); Commonwealth of Virginia (1997); U.S. District Court for the District of Columbia (1999); U.S. District Court for the District of Maryland (1999); U.S. Court of Appeals for the Fourth Circuit (1999); U.S. Court of Appeals for the Eighth Circuit (1999); and the United States Supreme Court (2000).

2.    I am a member in good standing in all of the bars of which I am a member and no disciplinary or grievance proceedings have been filed or are pending against me. A certificate of good standing is attached hereto. I am aware of and will fully comply with the standards of professional conduct required of members of the Bar of this Court.

Dated: 6-29-06

_____
Molly A. Elkin

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### MOLLY  ANN  ELKIN

was, on the __1st__ day of __March__ A.D. __1999__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __28th__ day of __June__ A.D. 2006.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge Vanzetta Penn McPherson |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

It appearing to the Court that Molly A. Elkin meets the requirements for admission pro hac vice and that she is in good standing and eligible to practice in all Courts to which she is admitted, it is therefore

ORDERED, that Molly A. Elkin be allowed to appear in this case pro hac vice, as co-counsel for plaintiffs.

Dated this ___ day of _____, 2006.

_____
Judge Vanzetta Penn McPherson