IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2006 JUL -5 A 9: 50

| | |
|---|---|
| DAVID DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>PHENIX CITY, ALABAMA, et al.<br><br>    Defendants. | CIVIL ACTION NO. 3:06-cv-00544-VPM |

## PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE

The undersigned, a member of this Court's bar, moves, pursuant to Local Rule 83.1(b), for the admission of Thomas A. Woodley for this particular case.

As described in his declaration which accompanies this Motion, Mr. Woodley is a member in good standing of the bars of the District of Columbia and the State of California and has been admitted to the bars of the U.S. Supreme Court, eleven U.S. Courts of Appeals (including the U.S. Court of Appeals for the Eleventh Circuit) and two U.S. District Courts.

Respectfully submitted,

_____
J. Michael Cooper, Esq.
FITZPATRICK, COOPER & CLARK LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax: (205) 320-7444

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF THOMAS A. WOODLEY

I, Thomas A. Woodley, declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the bars of the Supreme Court of the State of California (No. 054977)(1972) and the Court of Appeals for the District of Columbia (No. 171090)(1973), as well as the U.S. Supreme Court (1977). I am also a member in good standing of the bar of the United States District Courts for the District of Columbia and Maryland, as well as bars of eleven Federal Courts of Appeal, including the U.S. Court of Appeals for the Eleventh Circuit.

2. I am a member in good standing of all the bars to which I have been admitted. No disciplinary or grievance proceedings have been filed or are pending against me in any court. I am aware of and will fully comply with this Court's Local Rules, and the other rules and requirements of members of the bar of this court.

Dated: 6/29/06

_____
Thomas A. Woodley

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**THOMAS  A.  WOODLEY**

was, on the __2nd__ day of __August__ A.D. __1973__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __28th__ day of __June__ A.D. 2006.

**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHENIX CITY, ALABAMA, et al. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

It appearing to the Court that Thomas A. Woodley meets the requirements for admission pro hac vice and that he is in good standing and eligible to practice in all Courts to which he is admitted, it is therefore

ORDERED, that Thomas A. Woodley be allowed to appear in this case pro hac vice, as co-counsel for plaintiffs.

Dated this ___ day of _____, 2006.

_____
Judge Vanzetta Penn McPherson