IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv544-WHA |
| | ) |
| PHENIX CITY, ALABAMA, et al., | ) |
| | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of the Motions to Admit Pro Hac Vice (Docs. #4 and 5), filed on behalf of Molly A. Elkin and Thomas A. Woodley on July 5, 2006, and it appearing that Molly A. Elkin and Thomas A. Woodley are members in good standing of the United States District Court for the District of Columbia, it is ORDERED that the motions be and the same are hereby **GRANTED**.

DONE this 18th day of July, 2006.

    /s/ W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE