IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge Vanzetta Penn McPherson |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFFS' MOTION FOR ADMISSION PRO HAC VICE**

The undersigned, a member of this Court's bar, moves, pursuant to Local Rule 83.1(b), for the admission of Bryan G. Polisuk for this particular case.

As described in his declaration which accompanies this Motion, Mr. Polisuk is a member in good standing of the bars of the District of Columbia and the State of Michigan and has been admitted to practice in the United States District Court for the District of Columbia.

Respectfully submitted,

/s/J. Michael Cooper
J. Michael Cooper, Esquire
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

This is to certify that one true and accurate copy of the Motion for Pro Hac Vice of Bryan G. Polisuk was electronically filed on the following counsel for defendants on this 7th day of August, 2006:

>Joshua Robert McKoon
>McKoon, Thomas, & McKoon
>925 Broad Street
>P.O. Box 3220
>Phenix City, AL 36868

>/s/ J. Michael Cooper
>Attorney for Plaintiff