IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
|     Plaintiff, | ) ) ) |
|     vs. | )   CIVIL ACTION NO. 3:06-cv-00544-VPM |
| PHENIX CITY, ALABAMA, et al. | )   Judge Vanzetta Penn McPherson |
|     Defendants. | ) |

## ORDER

It appearing to the Court that Bryan G. Polisuk meets the requirements for admission pro hac vice and that he is in good standing and eligible to practice in all Courts to which he is admitted, it is therefore

ORDERED, that Bryan G. Polisuk be allowed to appear in this case pro hac vice, as co-counsel for plaintiffs.

Dated this ___ day of _____, 2006.