IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge Vanzetta Penn McPherson |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF BRYAN G. POLISUK

I, Bryan G. Polisuk, declare under penalty of perjury that the following is true and correct:

1. I am admitted to practice before the bars of the following courts: State of Michigan (2003), District of Columbia (2004), and the U.S. District Court for the District of Columbia (2006).

2. I am a member in good standing in all of the bars of which I am a member and no disciplinary or grievance proceedings have been filed or are pending against me. A certificate of good standing is attached hereto. I am aware of and will fully comply with the standards of professional conduct required of members of the Bar of this Court.

Dated: August 7, 2006            /s/ Bryan G. Polisuk
                                 Bryan G. Polisuk