# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that

**BRYAN   GREGORY   POLISUK**

was, on the 7th day of August A.D. 2006 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 7th day of August A.D. 2006



**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _R. Scott_
Deputy Clerk