IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge W. Harold Albritton |
| ) | |
| Defendants. ) | |
| ) | |

**PARTIES' RULE 26(f) REPORT**

1. Pursuant to Fed. R. Civ. P. 26(f), a telephone conference was held on September 1, 2006 and was attended by:

    Bryan G. Polisuk for plaintiff

    Joshua McKoon for defendants

2. **Pre-Discovery Disclosures**. The parties will exchange information required by Fed. R. Civ. P. 26(a)(1) by October 2, 2006.

3. **Discovery Plan**. The parties jointly propose to the court the following discovery plan:

    Discovery will be needed on subjects including, but not limited to:

        Issues related to statements made by plaintiff that are germane to this action;

        Issues related to potential damages, including, but not limited to plaintiff's payroll records;

        Issues related to potential disruption caused by plaintiff's statements; and

      Any defenses raised by defendants.

All discovery commenced in time to be completed by April 9, 2007. Maximum of 30 interrogatories by each party to any other party. Responses shall be due 30 days after service.

Maximum of 30 requests for admission by each party to any other party.  Responses shall be due 30 days after service.

Maximum of 12 factual depositions by plaintiff and 12 factual depositions by defendants.

Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) shall be due from plaintiff and defendants on March 1, 2007.

Supplementations under Rule 26(e) due within 30 days of any party becoming aware that a supplementation is required.

4. **Other Items**.

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference on July 20, 2007.

The Parties should be allowed until October 16, 2006 to join additional parties and until November 13, 2006 to amend the pleadings.

All potentially dispositive motions should be filed no later than April 20, 2007, 90 days  prior to the pretrial date.

Settlement cannot be evaluated at this time but may be enhanced by use of the following alternative dispute resolution procedure: mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff and defendants on June 20, 2007.

Parties should have 30 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by August 20, 2007 and at this time is expected to take approximately two days.

Date: <u>September 6, 2006</u>                                    Respectfully submitted,


                              <u>s/ Bryan G. Polisuk</u>
                              Thomas A. Woodley
                              Molly A. Elkin
                              Bryan G. Polisuk
                              WOODLEY & McGILLIVARY
                              1125 15th Street, NW, Suite 400
                              Washington, DC 20005
                              Telephone: (202) 833-8855
                              Facsimile: (202) 452-1090
                              Counsel for Plaintiff

                              <u>s/ J. Michael Cooper</u>
                              J. Michael Cooper
                              FITZPATRICK, COOPER &
                              CLARK LLP
                              Farley Building, Suite 600
                              1929 Third Avenue North
                              Birmingham, Alabama 35203
                              Telephone (205) 320-2255
                              Fax:  (205) 320-7444
                              Counsel for Plaintiff

                              <u>s/ Joshua Robert McKoon</u>
                              Joshua Robert McKoon
                              MCKOON, THOMAS & MCKOON
                              925 Broad Street
                              P.O. Box 3220
                              Phenix City, AL 36868
                              Counsel for Defendants