IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge W. Harold Albritton |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE MORE ADEQUATE DISCOVERY RESPONSES

Pursuant to Federal Rule of Civil Procedure 37, plaintiff respectfully requests that the Court grant his Motion to Compel Defendants to Provide More Adequate Discovery Responses. Plaintiff further requests that the Court order defendants to provide a full and complete response to plaintiff's discovery request by January 29, 2007. Finally, in accordance with Federal Rule of Civil Procedure 37(4)(a), plaintiff requests that the Court award him reasonable attorneys fees associated with preparation of this motion.

Date: January 23, 2007

Respectfully submitted,

s/ Bryan G. Polisuk
Thomas A. Woodley
Molly A. Elkin
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, NW, Suite 400
Washington, DC 20005
Telephone: (202) 833-8855

Facsimile: (202) 452-1090
Counsel for Plaintiff

s/ J Michael Cooper
J. Michael Cooper
FITZPATRICK, COOPER &
CLARK LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax: (205) 320-7444
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge W. Harold Albritton |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that one true and accurate copy of Plaintiff's Motion to Compel Defendants to Provide More Adequate Discovery Responses was electronically filed on the following counsel for defendants on this 23rd day of January, 2007:

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

/s/ Bryan G. Polisuk
Attorney for Plaintiff