**EXHIBIT 4**

**Bryan Polisuk**

From: Joshua McKoon [jrm2016@yahoo.com]
Sent: Friday, October 13, 2006 11:33 AM
To: Bryan Polisuk
Subject: RE: Davis v. City of Phenix Initial Disclosures

Bryan,

I apologize that I have not gotten back to your phone messages. I have been in the midst of a discovery response on another City case and just completed it yesterday. I am hopefully going to get the rest of the information I need from personnel today to complete the Initial Disclosures and Fedex them to you by close of business today or at the latest Monday. I apologize for being late on this and will get them to you asap.

Regards,

Josh

--- Bryan Polisuk <bgp@wmlaborlaw.com> wrote:

> Thanks Josh. I will take care of getting it filed electronically.
>
> Bryan
>
> -----Original Message-----
> From: JRM2016@yahoo.com [mailto:JRM2016@yahoo.com]
> Sent: Tuesday, September 05, 2006 11:40 AM
> To: Bryan Polisuk
> Subject: Re: Davis v. City of Phenix Rule 26(f) Report
>
> Bryan,
>
> Please feel free to call me Josh. I hope you won't mind if I also
> dispense with the last name formailities. I have reviewed the report
> and it appears to contain all of our mutually agreed changes. It is
> accepted by the defendants as is. My understanding is that you will
> file it electronically and then I suppose we both need to get to work
> on initial disclosures.
>
> Regards,
>
> Josh
> Sent via BlackBerry from T-Mobile
>
> -----Original Message-----
> From: "Bryan Polisuk" <bgp@wmlaborlaw.com>
> Date: Tue, 5 Sep 2006 11:34:59
> To:<jrm2016@yahoo.com>
> Subject: Davis v. City of Phenix Rule 26(f) Report
>
> Mr. McKoon:
>
> Attached is a draft of the Rule 26(f) report I prepared after our
> conversation on Friday. Please review. If you approve, I will take
> care of getting it filed with the court. It is due on September 11,
> 2006.
>
> Thanks.
>
> Bryan
>
> Bryan Polisuk
> Woodley & McGillivary

1

```
> 1125 15th Street N.W., Suite 400
> Washington, D.C. 20005
> (202) 833-8855 phone
> (202) 292-1818 direct phone
> (202) 452-1090 fax
>
>
**********************************************************
>
> This electronic message transmission contains information from the law
> firm of Woodley & McGillivary which may be confidential and
> privileged. The information is intended to be for the use of the
> individual entity named above. If you are not the intended recipient,
> be aware that any disclosure, copying, distribution or use of the
> contents of this information is prohibited.
>
> If you have received this electronic transmission in error, please
> notify us by telephone (202) 833-8855 or by electronic mail
> (info@wmlaborlaw.com).
>
>
**********************************************************
>
>
>
>
>
```

2