**EXHIBIT 6**

**Bryan Polisuk**

From: Joshua McKoon [jrm2015@yahoo.com]
Sent: Thursday, December 21, 2006 11:23 AM
To: Bryan Polisuk
Subject: Davis v. Phenix City, Alabama et al Civil Action Number 3:06-CV-0544-VPM

Bryan,

I would appreciate it if you could give us an extension in time to respond to the discovery requests you submitted in this matter to January 15, 2006. I am doing my best to get full and complete responses, but was out of the office a significant portion of this month due to an intestinal virus.

Please let me know if this is agreeable to you.

I hope you and your family have a Merry Christmas.

Regards,

Josh McKoon

1