# EXHIBIT 7

**Bryan Polisuk**

From: Bryan Polisuk [bgp@wmlaborlaw.com]
Sent: Thursday, December 21, 2006 2:03 PM
To: 'Joshua McKoon'
Cc: 'Thomas Woodley', 'Molly Elkin'
Subject: RE: Davis v. Phenix City, Alabama et al Civil Action Number 3:06-CV-0544-VPM

Josh:

We are agreeable to an extension until January 15, 2007 to respond to Plaintiff's First Request for Production of Documents, which were originally due on December 6, 2006. We trust that at that time, the response will be a full and complete disclosure of all documents sought in our First Request for Production of Documents so that we will not be required to file a Motion to Compel the Production of Documents with the District Court.

We would ask, however, that you provide us with Defendants' Rule 26(a)(1) disclosures prior to January 15, 2007. Pursuant to our agreement in the Parties' Rule 26(f) Report, which was filed with the District Court on September 6, 2006, those documents were to be exchanged by October 6, 2006. We provided you with Plaintiff's Rule 26(a)(1) disclosures by that date, but have yet to receive Defendants' disclosures.

If you have any questions, please feel free to contact me.

I'm sorry to hear about your illness. Hopefully you are doing better.

Bryan

Bryan Polisuk
Woodley & McGillivary
1125 15th Street N.W., Suite 400
Washington, D.C. 20005
(202) 833-8855 phone
(202) 292-1818 direct phone
(202) 452-1090 fax

****************************************************************

This electronic message transmission contains information from the law firm of Woodley & McGillivary which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.

If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@wmlaborlaw.com).

****************************************************************

-----Original Message-----
From: Joshua McKoon [mailto:jrm2016@yahoo.com]
Sent: Thursday, December 21, 2006 11:23 AM
To: Bryan Polisuk
Subject: Davis v. Phenix City, Alabama et al Civil Action Number 3:06-CV-0544-VPM

Bryan,

I would appreciate it if you could give us an extension in time to respond to the discovery requests you submitted in this matter to January 15, 2006. I am doing my best to get full and complete responses, but was out of the office a significant portion of this month due to an intestinal virus.

1