**EXHIBIT 8**

## Bryan Polisuk

| | |
|---|---|
| From: | Joshua McKoon [jrm2016@yahoo.com] |
| Sent: | Thursday, December 21, 2006 2:58 PM |
| To: | Bryan Polisuk |
| Subject: | RE: Davis v. Phenix City, Alabama et al Civil Action Number 3:06-CV-0544-VPM |

Bryan:

Thanks I will note that we have agreed the response will be sent on or before January 15, 2007.

I apologize as I was under the impression the disclosures had been dispatched to you some time ago.
I will check and make sure they are sent as soon as possible.

Regards,

Josh

--- Bryan Polisuk <bgp@wmlaborlaw.com> wrote:

> Josh:
>
> We are agreeable to an extension until January 15,
> 2007 to respond to
> Plaintiff's First Request for Production of Documents, which were
> originally due on December 6, 2006. We trust that at that time, the
> response will be a full and complete disclosure of all documents
> sought in our First Request for Production of Documents so that we
> will not be required to file a Motion to Compel the Production of
> Documents with the District Court.
>
> We would ask, however, that you provide us with Defendants' Rule
> 26(a)(1) disclosures prior to January 15, 2007. Pursuant to our
> agreement in the Parties' Rule 26(f) Report, which was filed with the
> District Court on September 6, 2006, those documents were to be
> exchanged by October 6, 2006.
> We provided you with Plaintiff's Rule 26(a)(1) disclosures by that
> date, but have yet to receive Defendants' disclosures.
>
> If you have any questions, please feel free to contact me.
>
> I'm sorry to hear about your illness. Hopefully you are doing better.
>
> Bryan
>
> Bryan Polisuk
> Woodley & McGillivary
> 1125 15th Street N.W., Suite 400
> Washington, D.C. 20005
> (202) 833-8855 phone
> (202) 292-1818 direct phone
> (202) 452-1090 fax
>
>
> *************************************************
>
> This electronic message transmission contains information from the law
> firm of Woodley & McGillivary which may be confidential and
> privileged. The information is intended to be for the use of the
> individual entity named above. If you are not the intended recipient,
> be aware that any disclosure, copying, distribution or use of the
> contents of this information is prohibited.

1