**EXHIBIT 9**

LAW OFFICES
# WOODLEY & McGILLIVARY

1125 FIFTEENTH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20005
TELEPHONE: (202) 833-8855
FAX: (202) 452-1090
E-MAIL: INFO@WMLABORLAW.COM

THOMAS A. WOODLEY
GREGORY K. McGILLIVARY
DOUGLAS L. STEELE
KURT T. RUMSFELD
MOLLY A. ELKIN
BALDWIN ROBERTSON
HEIDI R. BURAKIEWICZ
DAVID RICKSECKER
DANIEL P. DiJAMES
LAURA A. BROWN
LAUREN E. SCHWARTZREICH
ELLEN L. EARDLEY
BRYAN G. POLISUK
ERIC C. HALLSTROM

EDWARD J. HICKEY, JR.
(1912-2000)

January 10, 2007

**VIA FACSIMILE & FIRST CLASS MAIL**

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

Re: <u>David Davis v. Phenix City, Alabama, et al.; CA No. 3:06-cv-00544-VPM</u>

Mr. McKoon:

Please allow this letter to serve as confirmation of our phone conversation today, in which you agreed to place Defendants' Rule 26 disclosures in the mail either today or tomorrow. As you know, these documents were originally due on October 6, 2006 and we have yet to receive them. Also, pursuant to our agreement to extend your deadline, Defendants' Response to Plaintiff's First Request for Production of Documents is due on Monday, January 15, 2007. If we do not receive those documents at that time, we will be forced to file a motion to compel the production of those documents with the court.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

WOODELY & MCGILLIVARY

Bryan G. Polisuk