**EXHIBIT 10**

**Bryan Polisuk**

**From:** Joshua McKoon [jm2016@yahoo.com]
**Sent:** Tuesday, January 16, 2007 9:10 AM
**To:** Bryan Polisuk
**Subject:** Davis v. City of Phenix City et al

Bryan:

We were still waiting on the fire department on Friday for some additional records responsive to your request. We delayed until Monday, failing to remember that January 15 fell on a federal holiday. I am heading over there today to get the documents and send them to your offices.

Regards,

Josh McKoon