**EXHIBIT 11**

**Bryan Polisuk**

**From:** Bryan Polisuk [bgp@wmlaborlaw.com]
**Sent:** Tuesday, January 16, 2007 12:48 PM
**To:** 'Joshua McKoon'
**Cc:** 'Thomas Woodley'; 'Molly Elkin'
**Subject:** RE: Davis v. City of Phenix City et al

Josh:

Please make sure that the documents are sent to my office via overnight mail. Pursuant to our agreement, these documents should include both defendant's initial disclosures and defendant's response to plaintiff's first request for production of documents. If we do not receive the documents by tomorrow, we will file a motion to compel production of the documents with the court.

Please contact me should you have any questions.

Bryan Polisuk

**From:** Joshua McKoon [mailto:jrm2016@yahoo.com]
**Sent:** Tuesday, January 16, 2007 9:10 AM
**To:** Bryan Polisuk
**Subject:** Davis v. City of Phenix City et al

Bryan:

We were still waiting on the fire department on Friday for some additional records responsive to your request. We delayed until Monday, failing to remember that January 15 fell on a federal holiday. I am heading over there today to get the documents and send them to your offices.

Regards,

Josh McKoon

1/22/2007