**EXHIBIT 12**

Bryan Polisuk

From: Joshua McKoon [jmn2016@yahoo.com]
Sent: Thursday, January 18, 2007 9:37 AM
To: Bryan Polisuk
Subject: Initial Disclosures

Bryan,

I believe this was sent back in October since reviewing my file. I am transmitting it now in PDF format to confirm you have it.

-Josh McKoon

1/22/2007

**Bryan Polisuk**

From: Joshua McKoon [jrm2015@yahoo.com]
Sent: Thursday, January 18, 2007 1:32 PM
To: Bryan Polisuk
Subject: Defendants Response to Plaintiff's Request for Production

Bryan,

We have finally received some of the documents responsive to your request for production in the Davis matter. Namely, we have received the personnel file of Mr. Davis. I am attaching to this e-mail and a scanned copy of all the documents in Mr. Davis's personnel file. We will be forwarding the same to your office by mail but I wanted to make sure you received these documents at the same time we did. We are still awaiting receipt of other documents responsive to your request for production. We anticipate that we will receive these documents no later than Friday January 26, 2007. We would appreciate your cooperation by allowing us until that time to respond to the remaining requests. I'm sorry for this continued delay and please know that we are doing everything we can to get our client to respond promptly. I have divided the personnel file of Mr. Davis into four separate PDF files. The first of which will be attached to this e-mail, and each additional file will accompany another e-mail for a total of four e-mails from me.

Regards,

Josh