IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO. 3:06-cv-00544-VPM |
| | ) |
| PHENIX CITY, ALABAMA, et al., | ) Judge W. Harold Albritton |
| | ) |
| Defendants. | ) |

### *JOINT MOTION FOR EXTENSION OF*
### *TIME TO FILE DISPOSITIVE MOTIONS*

Come now the parties by and through their respective attorneys of record and move the Court for an Order extending the time to file dispositive motions from April 17, 2007 to April 24, 2007. As grounds for this motion, the parties say as follows:

1. The original date for filing dispositive motions was April 24, 2007, but was moved up due to the rescheduling of the pretrial hearing in this case.

2. The parties have just finished conducting some depositions and those depositions have not yet been transcribed. It is anticipated that the depositions will be delivered to the attorneys in this cause on or about Friday, April 13, 2007 and additional time is needed for preparation of dispositive motions.

PDF created with pdfFactory trial version www.pdffactory.com

3. No prejudice or delay will result to anyone as a result of the extension of the dispositive motion deadline, by one week.

4. The parties hereto are filing this motion jointly and agree that an additional week extension, would benefit the parties and the Court.

WHEREFORE, the above premises considered, the parties hereby move the Court for an Order extending the time for filing dispositive motions, in this cause until, April 24, 2007.

*/s/ James R. McKoon, Jr.*
_____
JAMES R. McKOON, JR. (MCK020)
One of the Attorneys for Defendants
McKoon, Thomas & McKoon
P. O. Box 3220
Phenix City, Alabama  36868-3220
(334) 297-2300


*/s/ Bryan Polisuk*
_____
BRYAN POLISUK
One of the Attorneys for Plaintiff
Woodley & McGillvary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005

PDF created with pdfFactory trial version www.pdffactory.com