IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO. 3:06-cv-00544-VPM |
| | ) |
| PHENIX CITY, ALABAMA, et al., | ) Judge W. Harold Albritton |
| | ) |
| Defendants. | ) |

### *JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS*

Come now the parties by and through their respective attorneys of record and move the Court for an Order extending the time to file dispositive motions from April 17, 2007 to April 24, 2007. As grounds for this motion, the parties say as follows:

1. The original date for filing dispositive motions was April 24, 2007, but was moved up due to the rescheduling of the pretrial hearing in this case.

2. The parties have just finished conducting some depositions and those depositions have not yet been transcribed. It is anticipated that the depositions will be delivered to the attorneys in this cause on or about Friday, April 13, 2007 and additional time is needed for preparation of dispositive motions.

**MOTION GRANTED**

SO ORDERED
THIS 12th DAY OF April, 2007

_____
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com