IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-544-WHA |
| PHENIX CITY, et al., | ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

J. Michael Cooper respectfully moves the Court for leave to withdraw as counsel of record for plaintiff David Davis in this action. Mr. Cooper will be changing law firms on May 1, 2007. The plaintiff will continue to be represented by attorneys Raymond Fitzpatrick and Gary Brown. For the reasons stated above, J. Michael Cooper moves the Court to enter an order granting him leave to withdraw as counsel of record for the plaintiff.

Respectfully submitted,

s/ J. Michael Cooper
J. Michael Cooper (COO037)

Co-Counsel for Plaintiff

*Of Counsel:*
FITZPATRICK, COOPER & BROWN, LLP
1929 Third Avenue North
Suite 600, Farley Building
Birmingham, Alabama 35203
(205) 320-2255 - Phone
(205) 320-7444 - Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants, as indicated):

| | |
|---|---|
| Joshua R. McKoon | Thomas A. Woodley, Esq. |
| MCKOON, THOMAS & MCKOON | Molly A. Elkin, Esq. |
| P.O. Box 3220 | Bryan G. Polisuk, Esq. |
| Phenix City, Alabama 36868-3220 | WOODLEY & MCGILLIVARY |
| | 1125 15th Street Northwest, Suite 400 |
| | Washington, D.C. 20005 |

s/ J. Michael Cooper
Of Counsel