IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv544-WHA |
| | ) |
| PHENIX CITY, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Motion to Withdraw (Doc. #27), filed by J. Michael Cooper on April 23, 2007. Mr. Cooper states that he will be changing law firms and that the Plaintiff will continue to be represented by attorneys Raymond Fitzpatrick and Gary Brown. Mr. Fitzpatrick and Mr. Brown, however, have not filed any entrance of appearance in this case. Since it is individual attorneys who are counsel of record, and not firms, they will not be shown as representing the Plaintiff unless and until they file entries of appearance. The court will allow Mr. Cooper to withdraw, and the Plaintiff will continue to be represented by Bryan G. Polisuk, Molly A. Elkin, and Thomas A. Woodley. Therefore, it is hereby

ORDERED that the Motion to Withdraw is GRANTED to the extent that J. Michael Cooper is allowed to withdraw as attorney of record for the Plaintiff.

DONE this 24th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE