IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHENIX CITY, ALABAMA, et al. )<br>)<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO. 3:06-cv-00544-~~VPM~~ WHA |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56(a) and (c) of the Federal Rules of Civil Procedure, plaintiff David Davis respectfully submits this motion for partial summary judgment with respect to defendants' liability for violations of his constitutional rights to free speech (Count I) and free association (Count II) under the First and Fourteenth Amendments, and regarding defendants' liability for violations of his rights to freely associate and to present proposals protected under the Alabama State Code, §11-43-143(b), (Count III).. Plaintiff has filed a brief in support of this motion together with the sworn Declaration (with attached exhibits) of Plaintiff Davis and the Declaration of Thomas H. Malone, Jr.. In addition, plaintiff has submitted the depositions of City officials including City Manager H.H. Roberts, Mayor Jeffrey Hardin, Personnel Director Barbara Goodwin, Fire Chief Wallace Hunter and Deputy Chief Roy Waters.

Respectfully submitted,

*Thomas A. Woodley*
Thomas A. Woodley
Molly A. Elkin
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090


*J. Michael Cooper*
J. Michael Cooper, Esq.
FITZPATRICK, COOPER & CLARK LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax: (205) 320-7444

Counsel for Plaintiff

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge W. Harold Albritton |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

This is to certify that one true and accurate copy of the following documents: Plaintiff's Motion for Partial Summary Judgment; Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial Summary Judgment; Declaration of David Davis with Exhibits; Declaration of Thomas H. Malone, Jr.; and Depositions of Defendants Wallace Hunter, H.H. Roberts, and Jeffrey Hardin, and Depositions of Roy Waters, and Barbara Goodwin, was served on the following counsel for defendants on this 23rd day of April, 2007 via First Class Mail, postage prepaid:

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

_____
Thomas A. Woodley
Attorney for Plaintiff