1    Merit System.

2        Q.    And would that individual firefighter then

3    be subject to potential discipline or firing?

4        A.    I think so.

5        Q.    Same question.    Would the firefighter

6    violate the Merit System's rules and regulations and

7    be subject to discipline if he bypassed the chain of

8    command and spoke directly to the media about

9    inadequate protective gear or inadequate fire

10   department equipment and vehicles?

11       A.    I feel it's a violation of the Merit

12   System.

13       Q.    And that individual be subject to

14   discipline or firing, correct?

15       A.    Correct.

16       Q.    Would it be a violation of the Merit System

17   rules and regulations if a firefighter bypassed the

18   chain of command and spoke directly to a media

19   representative about concerns he had over response

20   times or inadequate dispatching procedures in the

21   fire department?

22       A.    I feel that would be a violation.

23       Q.    And would it also be a violation of the

24   Merit System rules and regulations, subjecting a

25   firefighter to discipline or firing, if he bypassed

1    the chain of command and spoke directly to a media

2    representative about employee morale in the fire

3    department?

4        A.    I feel it would be a violation.

5        Q.    Would it also be a violation of the Merit

6    System rules and regulations if a firefighter

7    bypassed the chain of command and spoke directly to

8    a media representative about public safety related

9    to fire department operations?

10        A.    I would think so.  There are certain

11    procedures on the ground where they've got ways of

12    doing it through the chain.

13        Q.    What do you mean specifically by that?

14        A.    They have got ways to talk with people and

15    get it to whomever they need to talk with.

16        Q.    On all of those subjects I just covered --

17    staffing, health and safety of firefighters,

18    protective gear, equipment in the fire department,

19    morale, safety -- would it be a violation of the

20    Merit System rules and regulations if a firefighter

21    addressed those issues directly with the city

22    council without pursuing it through the the chain of

23    command?

24        A.    I think it would be, yes.

25        Q.    And would that individual firefighter then

71

1  be subject to discipline or potential firing if he

2  addressed those issues directly with the city

3  council without going through the so-called chain of

4  command?

5      A.  I think it would be.

6      Q.  Okay.  Has that ever happened?  Has a

7  firefighter ever gone to a council meeting and stood

8  up and addressed a fire department issue?

9      A.  In my 34 years?  No, sir.  We -- not to my

10  knowledge now.  That's -- that's not to say I have

11  been to every council meeting, but there have been

12  times when they would address budget hearings, when

13  the chief would ask some to talk years ago.  Now we

14  have our budget hearings, you know, in this room

15  here, and the chiefs present their cases at that

16  time.

17      Q.  Have any city police officers and/or

18  representatives of the FOP ever talked directly to

19  the news media about issues of concern in the Police

20  Department?

21      A.  Not to my knowledge.

22      Q.  Now, going back to Exhibit 15, which is the

23  memo again from Chief Hunter to members of the

24  Phenix City Fire Department dated September 20,

25  2005, is it your understanding that the Chief

1  distributed that to all the employees in the city's

2  fire department?

3      A.  It was distributed to all the employees of

4  the city.

5      Q.  Okay.  But this, in particular, looks like

6  it was distributed by Hunter to members of the fire

7  department.  Is that your understanding?

8      A.  That's correct.

9      Q.  Okay.  And did he do this with your prior

10 knowledge and approval?

11     A.  He did.

12     Q.  Okay.  And did you authorize a similar memo

13 to be distributed to all City employees?

14     A.  Yes, I did.

15     Q.  And it required apparently all of the

16 firefighters, as well as all City employees, to sign

17 off that they had received or read this?

18     A.  We would like some type of record that they

19 received -- that each one received a copy of this

20 memo.

21     Q.  Did you receive any objections from any

22 city employees or firefighters about the substance

23 of this memo?

24     A.  I have not, no, sir.

25     Q.  Have you heard that anyone objected to it?

1      A.   No, sir.

2      Q.   And we discussed earlier with Chief Hunter

3   Exhibit 34, which appears to be a memorandum from

4   you, sir, as the city manager dated September 20,

5   2005, to all employees.  And is this the kind of

6   memorandum that was distributed to the city workers?

7      A.   That's correct.

8      Q.   Okay.  Let's move on to Exhibit 17,

9   Mr. Roberts.  This appears to be a letter addressed

10  to you dated January 31, 2006, from a gentleman

11  named Harold A. Schaitberger, general president of

12  the International Association of Firefighters.  Do

13  you remember receiving this letter shortly after its

14  date?

15     A.   I do.

16     Q.   And copies were evidently also sent, you

17  can see at the end of the letter, to Mayor Hardin

18  and Fire Chief Hunter.  Do you see where it says

19  that?

20     A.   I do.

21     Q.   When you received this letter, what was

22  your reaction to it?  Were you annoyed?  Were you

23  upset?  Anything like that?

24     A.   Not annoyed or upset per se.  I called the

25  Chiefs in and wanted to know what the letter was

74

1    about.  I didn't know of anything going on at this

2    particular time.

3         Q.  Didn't know anything what?

4         A.  Any conflict that was going on at this

5    particular time.  And I believe it was Chief Waters

6    said he would talk with David Davis about the

7    letter.

8         Q.  Did you ask Chief Hunter to look into it

9    and get back to you?

10        A.  I think Chief Hunter was already looking

11   into it, yes.

12        Q.  But did you expect him to get back to you

13   at some time?

14        A.  Yes, sure.

15        Q.  And among other things in this letter,

16   Mr. Schaitberger is addressing concerns about the

17   shift schedule, the risks or possibility of

18   implementing an 8-hour shift as opposed to the

19   existing 24-hour schedule.  And, among other things,

20   also addressing a concern that Mr. Davis was issued

21   a counseling form on September 20, 2005, concerning

22   his interview and statements to the local media.  Do

23   you see where it says that?

24        A.  I do.

25        Q.  And then Mr. Schaitberger is outlining

1    certainly legal principles under the First

2    Amendment; for example, the right that public

3    employees have to free association under the First

4    Amendment.  Were you aware of those protections,

5    those constitutional rights, before you got this

6    letter from Mr. Schaitberger?

7        A.  I'm aware of the First Amendment rights,

8    yes, sir, and I do feel like that our First

9    Amendment rights are -- we give them their due

10   diligence as well with them, and there's procedures

11   for that.

12       Q.  Have you been aware for a number of years

13   that the First Amendment also protects the right of

14   public employees to free speech?

15       A.  I do under the guidelines that's given,

16   yes, sir.

17       Q.  And have you been aware for a number of

18   years as city manager that it's a violation of the

19   First Amendment protections for public employees to

20   be disciplined or retaliated against if they are

21   exercising their First Amendment rights to free

22   speech and free association?

23       A.  As long as it's done in the proper

24   perspective.

25       Q.  What was the follow-up?  You get this

1   letter.  You talk to Chief Hunter, what's going on.

2   You expect he's going to get back to you.  Did he

3   get back to you?

4       A.   Yes, sir.  They had letter.  I believe it

5   was some -- David said there wasn't any problems.

6       Q.   Okay.  Exhibit 18, this appears to be a

7   memo from Deputy Chief Roy Waters to Chief Hunter

8   dated February 6, 2006, and it's concerning the

9   letter Schaitberger had sent to you.  Did you

10  receive a copy of this memo?

11      A.   I did.

12      Q.   On or about the date of it in February

13  2006?

14      A.   Uh-huh.

15      Q.   That's a yes?

16      A.   Yes, sir.  I'm sorry.

17      Q.   So when you received a copy of this memo,

18  you understood, I take it, that there had been a

19  discussion between Deputy Chief Waters and

20  Mr. Davis, correct?

21      A.   As indicated in the letter, yes, sir.

22      Q.   All right.  Did you take any further action

23  or think anything further was necessary on this

24  subject?

25      A.   I did not.

77

1      Q.    And then you sent a reply letter back to

2    Mr. Schaitberger which appears as Exhibit 20 dated

3    February 14, 2006; is that correct?

4      A.    That's correct.

5      Q.    And you indicate in part in this letter

6    that the Deputy Chief spoke with Mr. Davis upon

7    receipt of your letter, and Mr. Davis expressed that

8    he thought everything in the department was going

9    good and that he did not have any complaints?

10     A.    I used Chief Waters' letter and put what

11    was reported to me.

12     Q.    Okay.

13     Q.    Then at some point did it come to your

14    attention, Mr. Roberts, that Mr. Davis had placed a

15    telephone call to Mayor Hardin sometime in April of

16    2006?

17     A.    Yes, sir.

18     Q.    How did that first come to your attention?

19     A.    To be honest with you, I don't really

20    remember.  I believe it was Chief Hunter that

21    explained it to me or told me about it.

22     Q.    In a conversation?

23     A.    Yes, sir.

24     Q.    And what did he tell you about it?

25     A.    In general terms, basically that the Mayor

1  had been contacted by Mr. Davis in relation to a

2  proposed change in probationary time.

3      Q.   Probationary time for new hires into the

4  fire department?

5      A.   For new hires within three departments, all

6  of our public safety, which is, of course, our

7  police, code enforcers, and, of course, the fire

8  department.

9      Q.   But is it fair and accurate to say that

10  since Mr. Davis was an 8-year employee of the fire

11  department, that this proposed extension of the

12  probationary period from one year to 18 months would

13  have not directly affected him?  Is that a fair and

14  accurate statement?

15      A.   It would not have affected him at all.

16      Q.   Was it your understanding, based upon the

17  information that you have been given, that Mr. Duty

18  placed the telephone call to Mayor Hardin in April

19  of 2006 when --

20          MR. GRAHAM:  You said Mr. Duty?

21      Q.   I'm sorry.  Is it your understanding, based

22  upon the information that you were given, that David

23  Davis, when he placed the call to Mayor Hardin in

24  April of 2006, was off duty at the time?

25      A.   I don't remember asking that.  I don't

1   know.

2       Q.   Okay.  Do you know if Mr. Davis -- or did

3   you receive any information that Mr. Davis had

4   placed that call to the Mayor in Mr. Davis' capacity

5   as president of the firefighters local labor

6   association?

7       A.   The only thing the Mayor told me was that

8   David had called concerning the proposed change in

9   probationary time.

10      Q.   Okay.

11      A.   Now, I would have assumed it would have

12  been as a officer of the local or as a firefighter,

13  either/or.

14      Q.   When you say assume, do you have any

15  personal knowledge that it might have been in his

16  capacity as president of the local union?

17      A.   Well, he's both, so I assumed it would be

18  that, yes.

19      Q.   Do you know or do you have any information

20  that Mr. Davis addressed any other issues when he

21  spoke to the Mayor by telephone other than extending

22  the probationary period?

23      A.   I do not know any other information on

24  their phone call.

25      Q.   When you were told by Chief Hunter that

1    Mr. Davis had this telephone conversation with the

2    Mayor, did it occur to you that that would have been

3    a violation of the Merit System rules and

4    regulations?

5        A.   Yes, sir.

6        Q.   Did you tell Chief Hunter at the time that

7    it was -- in your opinion, that was a violation?

8        A.   I did not.

9        Q.   Let's go to Exhibit 23.  This is a memo

10   from Chief Wallace Hunter to yourself, sir, as city

11   manager dated April 20, 2006, a copy being sent also

12   to Barbara Goodwin, the Personnel Director.  I take

13   it you received this memo from the Chief on or about

14   that date?

15       A.   I did.

16       Q.   Now, did you do anything when you received

17   this memo?  Speak to anybody?  Give any

18   instructions?

19       A.   I don't remember whether I asked them or

20   told them that if, in the course of them conducting

21   the investigation was my understanding of what it

22   was about.  But I think, there again, they were told

23   to go through the the city attorney.

24       Q.   Did you voice the view to Chief Hunter or

25   Personnel Director Goodwin that in light of this

1    situation, you felt Mr. Davis should be fired?

2         A.   No.   I think my comment to the Personnel

3    Director was that I felt like we had a violation and

4    it needed to be checked.

5         Q.   So you did voice your opinion that you

6    thought the situation was a violation?

7         A.   Yes.   But to check it through the attorneys

8    and to go with it.

9         Q.   You'll notice Chief Hunter, in his memo to

10   you, is expressing concerns or actually criticizing

11   Mayor Hardin.   You'll see that at the bottom of the

12   first page of the memo where he says, quote, Mayor

13   Hardin should refer any employee violating the chain

14   of command, as indicated in our Merit System, back

15   to their department head, Personnel Department, or

16   city manager.   Failing to do so is a violation of

17   our City charter, end quote.   See where it says

18   that?

19        A.   I do.

20        Q.   Did you agree with that assessment by Chief

21   Hunter concerning the activities and position of the

22   Mayor?

23        A.   I felt like the Mayor should instruct the

24   firefighter or union president, if it concerned

25   something to do with any business, to contact me

1   since I was the designated representative for the

2   International Association of Firefighters to contact

3   on City business, which would have -- to me would

4   have violated the Merit System anyway if he was a

5   firefighter calling.  So yes, there was definitely a

6   Merit System violation.

7        Q.   Do you think the Mayor violated the Merit

8   System rules and regulations?

9        A.   No.  I'm saying Mr. Davis did.  The Mayor

10  is not covered by the Merit System.

11       Q.   No.  But I'm addressing these points that

12  Chief Hunter is talking about the Mayor.  You know,

13  I just quoted a couple sentences.  My question to

14  you is did you share and agree with the viewpoint of

15  Chief Hunter that Mayor Hardin failed in his efforts

16  to comply with the city charter?

17       A.   Yes.

18       Q.   And why do you say yes?

19       A.   I feel that that gets into the day-to-day

20  operations of the city and it should be left up to

21  the city manager.

22       Q.   Have you ever spoken to Mayor Hardin about

23  this situation in your --

24       A.   No, sir.

25       Q.   -- your position?

83

1       A.   No, sir.

2       Q.   Are there any circumstances under which a

3  firefighter working for the city can communicate

4  with the Mayor of the city about issues that involve

5  the city fire department?

6       A.   Not to my knowledge.

7       Q.   Would your answer be the same if I referred

8  to city council members?  Are there any

9  circumstances or situations under which a

10  firefighter can speak to a city council member about

11  issues involving the city's fire department?

12       A.   They can come to the council through proper

13  procedures.  And I think that that proper procedure

14  goes through their chain of command.  And if we

15  cannot correct it, then we feel -- ultimately, if I

16  feel that it needs to get to the council, then I

17  will get it to them.

18       Q.   You, as the city manager, will

19  raise concerns?

20       A.   Yes.  The bottom line, even on a work

21  session, of whatever comes before council for a work

22  session we control, whether it be the civilians

23  coming in or whomever.  It's a very structured form

24  of government.

25       Q.   Is a firefighter permitted to -- after

84

1    exhausting the chain of command on an issue

2    affecting the fire department, is that firefighter

3    then allowed to address the city council or city

4    council members on that issue?

5    A.   Not by the Merit System, I don't think, no,

6    sir.

7    Q.   So if such a firefighter did that after

8    exhausting the chain of command, that firefighter

9    would be violating the Merit System rules and

10   regulations?

11   A.   I think he would be violating the intent of

12   the Merit System rules and regulations, I do.

13   Q.   Would he be violating the language of the

14   Merit System rules and regulations?

15   A.   I feel like they would be, yes.

16   Q.   And would that same firefighter, after

17   exhausting the chain of command, who addressed the

18   city council as a group on an issue affecting the

19   fire department, would that firefighter be subject

20   to discipline up to and including termination?

21   A.   He would be disciplined as to whatever the

22   Merit System says.  But I'm going to say this

23   again:  I don't feel like that it would ever get to

24   that point.  I've never seen it that way.  Let me

25   put it that way.

85

1    Q.   Well, just so the record is clear, the

2    firefighter pursues the chain of command on an issue

3    affecting the fire department and addresses the city

4    council on that same issue, then would he be subject

5    to discipline, including firing?

6    A.   He could be, yes.

7    Q.   Exhibit 25, Mr. Roberts, is a End of

8    Employment Form involving Mr. Davis and it indicates

9    that his employment was terminated April 21, 2006,

10   and he was dismissed.  It has a place for you to

11   sign, but on this copy there's no signature.  Do you

12   recall having signed that?

13   A.   I did not sign it.

14   Q.   Now, why would that have been?

15   A.   He was -- it was an appeal process, and

16   I've got to sign the ultimate letter that does the

17   discharge.

18   Q.   Had you, at this point in time, verbally

19   told Chief Hunter that you approved of the

20   termination?

21   A.   I knew of the termination, but I -- I knew

22   of the termination.  However, I did not go into

23   details with them.  I received those details -- full

24   details.  You get bits and pieces at any time to any

25   termination in the city.  But I will receive all the