details at one time from both sides at the Personnel Review Board hearing.

Q. Did Chief Hunter, at any time prior to the termination of Mr. Davis, clear it through you or get your concurrence to go ahead and discharge him?

A. No, sir. These department heads can make a discharge on their own. As I stated earlier, I delegate that down to them.

Q. Sir, do you have a view on whether or not expanding the probationary period to 18 months for new hires would have an adverse impact on recruiting qualified individuals as firefighters?

A. No, sir, I do not.

Q. Do you know if firefighters, while they are on probation, are prohibited from having secondary jobs?

A. It's the same as any of our others that's on probation in the public sector. Number one, we want their total, one hundred percent divided attention in the training process. And you go through the basic concept basic training for the chosen Public Safety field they're in.

Q. Now, coming to the end here, it's your understanding that Mr. Davis did, in fact, appeal his dismissal to the Personnel Board, correct?

A. He did.

Q. Did you attend that hearing?

A. I attended the hearing.

Q. Did you participate in that hearing?

A. I was called to testify.

Q. So you were a witness?

A. At the very end of the hearing, yes, sir.

Q. What was the substance of your testimony?

A. Who the direct contact point for the International Association of Firefighters was with the city.

Q. I'm sorry. How did that relate to a telephone conver-- let me finish, please, if I may. How would that comment you just made relate to the telephone conversation that Mr. Davis had with the Mayor about the probationary period?

A. Well, as union president or as he's indicated, then that comment should have been through me.

Q. So, once again, your view is that he was calling the Mayor in his capacity as the local president and should have gone through you?

A. From the indications that I have, yes. From everything that y'all have shown me today and in the Personnel Review Board hearing.

Q. When you were called as witness at the Personnel Review Board hearing, were you called by the City's attorney or representative?

A. I was called by the City's attorney.

Q. Were you aware you were going to be called as a witness?

A. Not until right before he called me.

Q. And that was Mr. Graham?

A. That's correct.

Q. And at that time when you were called as a witness before the Personnel Board, were you supportive of the discharge of Davis?

A. From the testimony that I had heard, I felt that he had a violation of the Merit System.

Q. And then you're the ultimate decisionmaker on behalf of the city, and I think you indicated earlier that the Personnel Board made a recommendation to you to uphold the discharge of Davis?

A. Yes, sir. That's correct.

Q. Did you at all, at any time, think you might have a conflict of interest if you were called as a witness by the city attorney at the Personnel Board hearing and then you were going to make the ultimate decision as to what might be recommended by

the Personnel Board?

A. Not as it related to the ultimate question of what the contact point was with the union.

Q. So it's okay --

A. So I do not. I do not because I did not -- I don't think it was a conflict of interest, no.

Q. Has anyone ever told you it might have been a conflict of interest to be a witness, in effect, against an employee that's been discharged and then be the ultimate decisionmaker later on?

A. No, sir.

Q. Were you ever contacted by a member of the press or the media to give a quote or comment after Mr. Davis was discharged?

A. I have.

Q. And did you respond to that?

A. I did not.

Q. What did you say? No comment or just --

A. No comment.

Q. And why did you say that?

A. That's the normal response I have for anything that deals with personnel issues. That's something that, to me, is private between the individual and his employer, and it's up to them if they want to put it out.

Q. Were you aware that Mr. Davis explored getting other employment after he was fired by the city?

A. I knew that he worked for the ambulance service, yes, sir.

Q. Do you know the name of the ambulance service?

A. Yes, I do. He worked for us. I mean, you know -- Care?

Q. Okay. But were you ever contacted by any possible or prospective employers inquiring about Mr. Davis?

A. No, sir, I have not been.

Q. And that would would include verbally, by telephone, e-mail, correspondence? You were just never contacted?

A. I've never been contacted about employment for Mr. Davis.

Q. Does the city have a policy on that, about making any comment about employees who have previously worked for the city?

A. We do. Usually, it's a no comment, but it's -- you would have to ask the Personnel Director the exact quote.

MR. WOODLEY: Okay. I think that's all the

questions I have. Thank you, Mr. Roberts, for coming here.

(The deposition concluded at 1:35 p.m.)

* * * * * * * * * * *

REPORTER'S CERTIFICATE

STATE OF ALABAMA

MONTGOMERY COUNTY

I, Shannon Williams, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, hereby certify that on April 4, 2007, I reported the deposition of H.H. ROBERTS, who was first duly sworn or affirmed to speak the truth in the matter of the foregoing cause, and that pages 1 through 92 contain a true and accurate transcription of the examination of said witness by counsel for the parties set out herein.

I further certify that I am neither of kin nor of counsel to any of the parties to said cause, nor in any manner interested in the results thereof.

This 10th day of April, 2007.

Shannon M. Williams

SHANNON M. WILLIAMS, CSR
Commissioner for the
State of Alabama at Large

MY COMMISSION EXPIRES: 1/14/2010

*****

***** (1:13) (1:23) (3:22) (91:4)

**A**

**able** (5:15) (21:19) (36:22) (54:8)
**accept** (13:16) (25:15)
**according** (20:3) (23:8) (40:15)
**accountable** (8:11) (8:14) (18:15)
**accounting/insurance** (31:1)
**accurate** (8:7) (21:16) (25:11) (78:9) (78:14) (92:10)
**acquaintances** (49:12)
**act** (20:24)
**acting** (57:17) (57:23)
**action** (10:18) (20:6) (21:1) (39:17) (50:19) (55:11) (76:22)
**actions** (20:3) (20:7) (20:17) (21:9)
**active** (30:23)
**activities** (25:15) (81:21)
**actually** (31:4) (63:21) (81:10)
**add** (10:24) (19:6) (27:17) (43:2)
**added** (30:4)
**additional** (23:20)
**address** (18:20) (32:13) (34:2) (34:10) (35:2) (45:18) (45:22) (46:3) (71:12) (84:3)
**addressed** (28:14) (28:23) (28:25) (29:4) (29:18) (30:7) (30:12) (33:11) (33:21) (36:13) (36:22) (38:5) (41:8) (45:7) (45:20) (45:23) (47:6) (53:24) (67:21) (70:21) (71:2) (71:8) (73:9) (79:20) (84:17)
**addresses** (11:5) (61:17) (85:3)
**addressing** (25:4) (40:11) (64:6) (74:16) (74:20) (82:11)
**administration** (26:7)
**administrative** (8:8)
**adverse** (86:11)
**advice** (13:9) (55:18) (55:23)
**affairs** (10:11)
**affected** (78:13) (78:15)
**affecting** (20:13) (43:25) (84:2) (84:18) (85:3)
**affiliate** (18:10)
**affirmed** (4:3) (92:8)
**afford** (32:6)
**after** (12:22) (29:10) (30:23) (34:22) (46:12) (51:11) (58:13) (58:21) (59:6) (73:13) (83:25) (84:7) (84:16) (89:13) (90:2)
**again** (5:13) (11:1) (23:6) (37:9) (38:8) (42:2) (42:20) (53:18) (54:4) (64:1) (64:10) (66:11) (71:23) (80:22) (84:23) (87:20)
**against** (16:1) (32:3) (32:4) (59:4) (62:18) (75:20) (89:9)
**agenda** (29:17)
**aggressively** (31:7)
**ago** (44:24) (45:1) (46:1) (53:19) (71:13)
**agree** (81:20) (82:14)
**agreed** (3:2) (3:16) (28:7) (35:4)
**agreement** (1:16)
**ahead** (17:22) (28:1) (86:5)
**alabama** (1:2) (1:8) (1:18) (1:19) (2:8) (2:12) (3:8) (15:12) (15:14) (15:18) (15:25) (41:22) (92:2) (92:5) (92:20)
**alarm** (62:7)
**all** (4:17) (6:10) (8:20) (10:1) (10:3) (10:7) (22:4) (33:12) (36:23) (38:8) (39:14) (43:1) (45:20) (52:25) (55:25) (63:11) (65:19) (65:22) (70:16) (72:1) (72:3) (72:13) (72:15) (72:16) (73:5) (76:22) (78:5) (78:15) (85:25) (88:21) (90:25)
**allocations** (21:12)
**allowed** (16:17) (84:3)
**almost** (35:1)
**along** (13:8) (31:9)
**already** (14:23) (26:8) (32:18) (33:25) (36:21) (46:13) (52:23) (58:20) (74:10)
**also** (2:14) (7:10) (11:6) (11:11) (17:5) (19:6) (19:23) (30:5) (32:14) (34:4) (34:5) (34:11) (40:3) (41:13) (43:17) (44:11) (53:24) (56:19) (62:15) (69:23) (70:5) (73:16) (74:20) (75:13) (80:11)
**always** (57:14)
**ambulance** (90:4) (90:6)
**amendment** (75:2) (75:4) (75:7) (75:9) (75:13) (75:19) (75:21)
**among** (57:1) (74:15) (74:19)
**amount** (53:21)
**and/or** (71:17)
**ann** (55:1)
**annoyed** (50:18) (50:22) (51:7) (51:9) (51:12) (73:22) (73:24)
**another** (6:20) (11:2) (16:18) (42:24) (49:11)
**answer** (8:20) (18:22) (35:20) (43:16) (43:17) (47:23) (50:4) (53:15) (64:15) (83:7)
**answering** (24:15)
**answers** (5:15) (40:1)
**anybody** (58:1) (80:17)
**anyone** (72:25) (89:7)
**anything** (11:15) (12:3) (15:1) (20:25) (22:23) (26:11) (29:12) (29:19) (30:18) (31:1) (33:20) (41:22) (46:12) (50:24) (51:3) (51:12) (52:1) (53:1) (62:21) (64:16) (67:6) (73:23) (74:1) (74:3) (76:23) (80:16) (89:22)
**anytime** (43:14) (50:24) (51:3) (65:17) (67:10)
**anyway** (23:15) (26:10) (82:4)
**anywhere** (66:14)
**apparatus** (30:1) (30:16) (65:20) (65:24)
**apparatuses** (29:25)
**apparently** (38:21) (40:3) (53:25) (56:25) (57:18) (72:15)
**appeal** (10:14) (12:11) (12:17) (13:23) (21:25) (22:1) (22:2) (85:15) (86:24)
**appearances** (2:1)
**appears** (21:7) (23:16) (23:20) (32:21) (38:2) (40:16) (41:8) (50:8) (59:3) (73:3) (73:9) (76:6) (77:2)
**applied** (12:9)
**appoint** (8:25) (9:3) (9:5) (9:8)
**appointed** (6:15) (6:17) (9:5) (10:1) (24:9) (26:1) (26:5) (31:8)
**appointment** (26:15)
**appointments** (26:8)
**appraisal** (23:21)
**appropriate** (20:3) (20:6)
**approval** (11:11) (57:21) (72:10)
**approve** (9:16) (10:1) (13:4) (13:18) (60:2)
**approved** (13:7) (85:19)
**approximate** (22:12)
**approximately** (1:21) (45:2)
**april** (1:20) (22:10) (77:15) (78:18) (78:24) (80:11) (85:9) (92:6) (92:16)
**areas** (22:23)
**armory** (45:13)
**around** (18:25) (28:17) (44:25)
**article** (50:9) (50:10) (50:13) (50:15) (50:20) (50:21) (51:8) (51:19) (51:24) (52:14) (53:23) (54:11) (55:6) (55:15) (57:3) (57:5) (58:11) (58:14) (58:19) (58:24) (59:6) (59:8) (59:16) (60:23) (61:3) (62:2) (62:22) (63:5) (63:16) (64:12) (65:13) (66:1) (66:7) (66:11) (66:14)
**articles** (58:5)
**ask** (15:10) (35:12) (43:15) (51:21) (52:11) (67:20) (71:13) (74:8) (90:23)
**asked** (35:1) (37:6) (47:12) (80:19)
**asking** (5:13) (23:4) (61:23) (64:10) (78:25)
**assessment** (81:20)
**assistant** (6:23) (7:2) (31:8) (59:12) (60:5)
**association** (16:3) (17:5) (18:4) (18:9) (26:13) (26:23) (30:11) (34:3) (36:12) (42:6) (42:13) (52:19) (73:12) (75:3) (75:22) (79:6) (82:2) (87:10)
**assume** (39:7) (59:9) (59:20) (60:7) (79:14)
**assumed** (26:9) (79:11) (79:17)
**attend** (87:2)
**attendance** (27:19)
**attended** (87:3)
**attention** (7:8) (21:6) (24:11) (25:1) (35:11) (36:8) (38:2) (50:7) (77:14) (77:18) (86:20)
**attitude** (25:7) (25:22)
**attorney** (19:23) (52:6) (80:23) (88:3) (88:4) (88:23)
**attorneys** (4:19) (5:10) (81:7)
**authority** (8:25) (9:11) (11:7) (13:4) (15:3) (15:7) (22:17) (57:17) (57:23)
**authorize** (72:12)
**authorized** (9:16)
**authors** (58:2)
**available** (5:22) (7:11)
**aware** (10:8) (15:16) (15:17) (15:18) (15:23) (15:24) (16:21) (17:4) (22:5) (22:9) (22:13) (55:5) (57:4) (57:5) (64:11) (66:6) (75:4) (75:7) (75:12) (75:17) (88:5) (90:1)
**away** (6:1) (12:6) (24:2)
**awhile** (17:2) (17:3)

**B**

**back** (10:16) (14:21) (18:3) (26:10) (27:14) (31:12) (35:23) (38:15) (40:18) (40:23) (41:8) (42:8) (44:20) (46:20) (53:18) (66:2) (67:7) (71:22) (74:9) (74:12) (76:2) (76:3) (77:1) (81:14)
**bad** (40:17) (51:5) (64:19) (65:22) (67:12)
**balance** (32:12)
**barbara** (80:12)
**bargain** (41:16) (41:17)
**based** (67:22) (78:16) (78:21)
**basic** (7:5) (7:6) (53:18) (86:21)
**basically** (27:3) (27:12) (28:13) (39:24) (40:25) (58:17) (58:18) (77:25)
**basis** (26:6)
**became** (12:1)
**before** (1:16) (3:6) (4:23) (5:9) (6:20) (13:17) (16:19) (21:1) (24:14) (24:22) (27:13) (36:14) (36:18) (37:19) (50:4) (54:5) (75:5) (83:21) (88:7) (88:11)
**begin** (50:4)
**behalf** (88:16)
**being** (21:25) (25:14) (40:13) (53:14) (54:13) (57:14) (59:24) (65:11) (66:9) (66:11) (66:13) (66:20) (67:2) (80:11)
**believe** (27:17) (28:24) (34:4) (35:7) (35:8) (39:2) (43:13) (50:10) (51:16) (56:10) (60:24) (61:8) (62:6)

(62:11) (62:15) (68:4) (74:5) (76:4) (77:20)
**believes** (62:13)
**belong** (15:14) (15:15) (16:3)
**best** (5:14) (43:16)
**better** (29:8)
**between** (3:3) (3:17) (9:24) (11:18) (32:12) (38:24) (41:19) (76:19) (89:23)
**binder** (7:9) (23:19)
**bit** (40:10)
**bits** (85:24)
**block** (23:14)
**board** (11:12) (11:14) (11:18) (11:19) (11:20) (12:7) (12:10) (12:12) (12:18) (12:23) (13:3) (13:4) (13:6) (13:7) (14:11) (14:24) (20:25) (21:2) (21:22) (31:9) (43:21) (86:2) (86:25) (87:25) (88:2) (88:11) (88:17) (88:24) (89:1)
**board's** (13:8) (13:10) (13:18)
**boatner** (49:3)
**body** (41:24)
**both** (30:2) (48:21) (79:17) (86:1)
**bottom** (23:13) (25:2) (41:10) (66:3) (66:24) (67:10) (81:11) (83:20)
**box** (2:8) (2:11)
**branch** (8:9)
**break** (64:4)
**breathing** (29:24) (30:16)
**brief** (38:11) (40:10) (64:5)
**bring** (37:15)
**broad** (2:11)
**brother** (49:10)
**brought** (28:24) (29:6)
**budget** (19:3) (54:7) (65:23) (71:12) (71:14)
**building** (27:15)
**bush** (48:22) (49:4) (56:20) (57:7) (57:16) (57:22)
**bush's** (49:10)
**business** (22:22) (81:25) (82:3)
**buy** (30:3) (65:24)
**bypass** (18:19) (18:23)
**bypassed** (69:7) (69:17) (69:25) (70:7)

## C

**call** (28:1) (43:22) (77:15) (78:18) (78:23) (79:4) (79:24)
**called** (35:8) (73:24) (79:8) (87:5) (88:1) (88:2) (88:4) (88:5) (88:7) (88:10) (88:22)
**calling** (82:5) (87:21)
**came** (13:3) (27:2) (28:8) (30:21) (30:22) (31:9) (44:22) (50:11) (54:8)
**cannot** (32:6) (48:7) (83:15)
**can't** (33:22) (44:7) (44:13) (56:3) (64:2)
**capacity** (6:20) (34:3) (36:10) (37:10) (42:6) (67:24) (68:20) (79:4) (79:16) (87:21)
**captain** (37:18) (44:8)
**care** (90:9)
**carl** (44:23) (45:5) (45:8) (46:23) (46:24) (47:4)
**case** (1:7) (3:18) (3:19) (4:23) (4:25) (10:20) (12:25) (13:7) (13:8) (13:19) (14:22) (21:18) (23:7) (43:20) (62:19)
**cases** (71:15)
**category** (68:17)
**cause** (52:20) (54:2) (55:10) (62:9) (62:18) (92:9) (92:14)
**certain** (20:21) (70:10)
**certainly** (18:24) (75:1)
**certificate** (92:1)
**certification** (17:14)
**certified** (1:17) (3:7) (92:4)
**certify** (92:6) (92:13)
**chain** (34:24) (37:15) (37:19) (43:13) (47:6) (50:1) (56:14) (68:2) (68:6) (68:22) (69:7) (69:18) (70:1) (70:7) (70:12) (70:22) (71:3) (81:13) (83:14) (84:1) (84:8) (84:17) (85:2)
**chance** (11:2) (19:2) (38:16) (58:8)
**change** (78:2) (79:8)
**changed** (12:1)
**charged** (19:16) (47:15) (49:25)
**charter** (7:12) (7:16) (8:4) (10:6) (11:4) (15:3) (19:16) (20:13) (58:3) (81:17) (82:16)
**check** (52:5) (81:7)
**checked** (81:4)
**chief** (9:14) (9:21) (18:15) (18:18) (19:11) (19:21) (20:12) (23:7) (23:8) (24:16) (24:18) (25:3) (25:16) (27:9) (27:11) (30:2) (30:22) (31:7) (31:8) (35:3) (35:7) (35:12) (35:16) (35:21) (35:25) (36:13) (37:4) (37:7) (37:9) (37:15) (37:23) (37:25) (38:21) (38:24) (39:1) (39:11) (39:20) (40:3) (40:18) (42:4) (42:9) (42:18) (45:8) (46:14) (46:17) (51:13) (51:24) (51:25) (52:2) (52:5) (52:8) (52:21) (52:25) (53:1) (53:5) (53:6) (53:22) (58:15) (58:21) (59:12) (60:4) (60:5) (67:21) (71:13) (71:23) (71:25) (73:2) (73:18) (74:5) (74:8) (74:10) (76:1) (76:7) (76:19) (77:6) (77:10) (77:20) (79:25) (80:6) (80:10) (80:13) (80:24) (81:9) (81:20) (82:12) (82:15) (85:19) (86:3)
**chiefs** (9:13) (10:2) (11:16) (19:22) (22:22) (46:18) (55:17) (71:15) (73:25)
**chief's** (35:21)
**choose** (15:15)
**chose** (12:4) (12:5) (29:16) (36:2)
**chosen** (86:22)
**circumstances** (83:2) (83:9)
**cities** (32:1)
**citizens** (64:25)
**city** (1:8) (1:19) (2:8) (2:12) (5:3) (5:10) (6:11) (6:12) (6:14) (6:17) (6:19) (6:23) (7:2) (7:4) (7:7) (7:12) (7:16) (7:18) (7:22) (8:2) (8:3) (8:8) (8:9) (8:12) (8:19) (8:21) (8:22) (9:1) (9:10) (11:4) (11:7) (11:8) (12:24) (13:14) (13:23) (14:7) (14:8) (15:1) (15:3) (16:22) (17:5) (17:19) (18:6) (18:11) (18:15) (18:16) (18:19) (18:20) (19:13) (19:14) (19:16) (20:24) (22:6) (22:10) (22:15) (22:17) (23:1) (23:21) (23:24) (24:4) (24:7) (24:8) (25:10) (25:19) (26:1) (26:3) (26:4) (26:5) (26:15) (32:1) (32:3) (32:6) (34:6) (34:19) (36:11) (41:14) (43:3) (43:4) (43:10) (44:10) (47:25) (48:15) (48:17) (50:16) (50:24) (51:3) (52:5) (52:19) (53:12) (54:15) (57:2) (62:16) (67:23) (67:24) (67:25) (68:20) (70:21) (71:2) (71:17) (71:24) (72:4) (72:13) (72:16) (72:22) (73:4) (73:6) (75:18) (80:10) (80:23) (81:16) (81:17) (82:3) (82:16) (82:20) (82:21) (83:3) (83:4) (83:5) (83:8) (83:10) (83:18) (84:3) (84:18) (85:3) (85:25) (87:11) (88:16) (88:23) (90:3) (90:19) (90:21)
**city's** (8:15) (12:16) (21:7) (24:17) (43:24) (55:7) (62:12) (72:1) (83:11) (88:3) (88:4)
**civil** (3:5) (3:14) (3:21) (11:12) (11:18) (11:20) (12:7) (14:1) (14:2)
**civilians** (83:22)
**claim** (31:5)
**classifications** (21:11)
**classified** (11:15)
**clear** (4:17) (30:8) (42:3) (85:1) (86:4)
**code** (6:24) (8:2) (8:21) (15:12) (15:19) (15:25) (20:13) (78:7)
**collectively** (41:16)
**columbus** (50:9)
**column** (52:16)
**combat** (54:8)
**come** (10:16) (13:10) (20:8) (28:4) (35:12) (35:25) (43:4) (43:11) (77:13) (77:18) (83:12)
**comes** (46:19) (83:21)
**comfortable** (24:15)
**coming** (25:25) (35:23) (83:23) (86:23) (91:2)
**command** (34:25) (37:19) (43:14) (47:6) (50:1) (56:14) (68:3) (68:7) (68:23) (69:8) (69:18) (70:1) (70:7) (70:23) (71:4) (81:14) (83:14) (84:1) (84:8) (84:17) (85:2)
**commanding** (44:11)
**commencing** (1:20)
**comment** (55:6) (63:15) (81:2) (87:14) (87:18) (89:13) (89:18) (89:19) (90:20) (90:22)
**comments** (51:25) (52:13) (60:22) (61:2) (62:1) (62:22) (63:4) (64:10) (64:12) (65:12)
**commission** (3:9) (11:18) (11:21) (11:24) (54:16) (92:21)
**commissioner** (1:17) (3:7) (92:5) (92:20)
**communicate** (46:14) (83:3)
**communicated** (25:5)
**communication** (60:13) (60:21)
**communications** (48:24) (53:22) (61:2)
**comp** (31:5)
**complaint** (19:9) (35:22) (36:4) (52:24)
**complaints** (27:4) (35:16) (67:8) (77:9)
**completely** (38:9)
**comply** (82:16)
**concept** (51:6) (64:20) (86:21)
**concern** (30:20) (45:3) (48:1) (49:15) (49:19) (53:3) (54:3) (54:22) (58:6) (66:16) (67:2) (71:19) (74:20)
**concerned** (12:4) (52:25) (66:12) (81:24)
**concerning** (15:21) (18:6) (18:11) (24:18) (25:12) (27:6) (30:23) (59:13) (64:8) (74:21) (76:8) (79:8) (81:21)
**concerns** (30:15) (32:22) (37:14) (39:10) (39:18) (40:12) (43:5) (46:11) (48:24) (57:11) (69:19) (74:16) (81:10)
**concluded** (91:3)
**concurrence** (86:5)
**conditions** (15:22) (18:7) (18:12)
**conducted** (58:22)
**conducting** (80:20)
**conflict** (74:4) (88:22) (89:6) (89:8)
**consider** (18:21) (34:24) (47:4) (67:16) (68:9) (68:13) (68:16)
**consideration** (25:25) (35:24)
**considered** (21:24)
**consistent** (65:6)
**consists** (7:19)
**constantly** (30:3)
**constitutional** (75:5)
**constructive** (40:11)
**contact** (18:1) (48:6) (52:21) (81:25) (82:2) (87:9) (89:3)
**contacted** (78:1) (89:12) (90:10)

(90:16) (90:17)
**contain** (92:10)
**contained** (30:16)
**contemplating** (37:8) (52:9)
**context** (58:13) (60:13)
**continuing** (53:2)
**control** (33:4) (83:22)
**conversation** (45:12) (45:14) (46:3) (46:7) (46:16) (47:12) (48:21) (56:7) (77:22) (80:1) (87:15)
**convinced** (65:21)
**copies** (73:16)
**copy** (23:20) (59:21) (59:23) (59:24) (72:19) (76:10) (76:17) (80:11) (85:11)
**correct** (4:14) (4:15) (7:14) (7:20) (7:23) (12:10) (12:18) (12:19) (12:22) (13:1) (13:25) (18:16) (21:23) (28:8) (30:16) (30:17) (38:18) (38:19) (38:22) (53:9) (53:17) (58:9) (61:25) (62:12) (65:11) (69:14) (69:15) (72:8) (73:7) (76:20) (77:3) (77:4) (83:15) (86:25) (88:9) (88:20)
**correspondence** (90:15)
**cost** (32:5)
**costs** (32:6)
**could** (4:9) (8:1) (13:6) (14:16) (20:7) (20:8) (31:11) (35:22) (37:22) (51:9) (59:18) (62:15) (62:17) (63:19) (63:20) (63:23) (66:4) (67:14) (67:15) (85:6)
**council** (6:17) (7:18) (8:12) (8:19) (12:5) (13:17) (13:23) (14:13) (15:1) (18:20) (19:13) (19:15) (20:12) (47:25) (48:15) (48:18) (54:16) (56:19) (57:8) (57:16) (57:21) (70:22) (71:3) (71:7) (71:11) (83:8) (83:10) (83:12) (83:16) (83:21) (84:3) (84:4) (84:18) (85:4)
**council/manager** (12:2)
**councilman** (48:22) (49:4) (49:10)
**counsel** (3:3) (3:17) (92:11) (92:14)
**counseled** (59:12)
**counseling** (20:9) (58:25) (59:3) (59:11) (59:21) (60:6) (61:24) (68:19) (74:21)
**county** (92:3)
**couple** (4:17) (15:1) (29:5) (49:6) (57:13) (82:13)
**course** (6:5) (9:6) (10:6) (10:17) (13:16) (14:1) (23:6) (48:22) (52:14) (60:17) (65:23) (67:8) (78:6) (78:7) (80:20)
**court** (1:1) (1:17) (3:7) (5:19) (14:3)
**cover** (11:1) (36:23)
**covered** (12:6) (14:23) (19:22) (70:16) (82:10)
**criticism** (67:4)
**criticizes** (67:11)
**criticizing** (81:10)
**csr** (92:19)
**current** (6:11) (12:8)

**D**

**daily** (18:1) (30:6)
**date** (22:12) (39:8) (73:14) (76:12) (80:14)
**dated** (24:18) (36:12) (38:4) (41:9) (59:4) (71:24) (73:4) (73:10) (76:8) (77:2) (80:11)
**david** (1:5) (2:15) (4:19) (10:20) (22:5) (23:22) (25:5) (36:10) (39:11) (52:14) (59:4) (59:11) (61:24) (74:6) (76:5) (78:22) (79:8)
**davis** (1:5) (2:15) (4:19) (10:20) (12:15) (12:25) (13:2) (13:19) (13:22) (14:22) (15:2) (15:8) (21:18) (22:5) (22:13) (23:22) (25:6) (25:12) (25:20) (27:3) (27:4) (27:5) (27:9) (27:15) (27:21) (27:22) (30:10) (31:14) (32:15) (33:14) (33:25) (34:14) (34:17) (34:18) (34:23) (35:5) (36:10) (36:18) (37:3) (37:6) (37:9) (37:17) (37:22) (38:21) (38:24) (39:1) (39:4) (39:11) (39:24) (42:3) (42:5) (42:9) (48:17) (49:7) (49:10) (52:15) (54:5) (54:11) (54:21) (58:25) (59:4) (59:11) (60:6) (61:2) (61:24) (62:2) (64:11) (65:13) (66:6) (66:14) (74:6) (74:20) (76:20) (77:6) (77:7) (77:14) (78:1) (78:10) (78:23) (79:2) (79:3) (79:20) (80:1) (81:1) (82:9) (85:8) (86:4) (86:24) (87:15) (88:12) (88:19) (89:14) (90:1) (90:12) (90:18)
**davis'** (79:4)
**davis's** (12:9) (48:24) (60:21) (62:22) (63:4) (63:15)
**day** (34:6) (65:25) (92:16)
**days** (34:6)
**day-to-day** (7:6) (9:23) (25:15) (25:23) (51:21) (82:19)
**deal** (64:16)
**deals** (8:2) (43:19) (89:22)
**dealt** (11:22) (30:21)
**decision** (10:15) (10:21) (10:23) (12:12) (12:13) (12:17) (12:22) (12:24) (13:2) (13:4) (13:10) (13:13) (15:7) (22:2) (88:25)
**decisionmaker** (88:15) (89:10)
**defendants** (1:10) (2:6)
**definitely** (82:5)
**degree** (9:18) (39:25)
**delegate** (10:9) (86:8)
**demotions** (21:10)
**dennis** (27:17)
**deny** (13:16)
**department** (9:6) (9:10) (9:13) (9:15) (9:21) (9:25) (10:1) (10:5) (10:10) (10:11) (10:12) (11:16) (12:16) (17:10) (18:21) (19:2) (19:4) (19:14) (20:1) (20:13) (22:3) (22:7) (22:11) (22:15) (22:19) (22:21) (23:2) (23:21) (24:17) (25:20) (28:15) (32:10) (32:11) (32:24) (33:2) (33:16) (43:6) (43:18) (43:24) (44:1) (46:15) (46:21) (47:13) (48:2) (49:5) (49:15) (49:19) (50:25) (51:13) (51:22) (52:18) (52:22) (53:7) (53:13) (53:21) (54:1) (55:7) (56:8) (56:10) (56:11) (57:11) (57:13) (58:6) (58:24) (59:4) (61:5) (62:10) (62:20) (62:24) (63:17) (64:14) (64:18) (65:3) (65:7) (65:10) (66:10) (66:22) (67:7) (67:9) (67:11) (67:13) (68:9) (69:10) (69:21) (70:3) (70:9) (70:18) (71:8) (71:20) (71:24) (72:2) (72:7) (77:8) (78:4) (78:8) (78:11) (81:15) (83:5) (83:11) (84:2) (84:19) (85:3) (86:6)
**departments** (9:25) (19:7) (29:9) (78:5)
**deposition** (1:15) (3:4) (3:6) (3:12) (3:18) (4:16) (4:22) (5:7) (33:13) (67:22) (91:3) (92:7)
**depositions** (4:13) (5:4)
**deputy** (24:16) (25:3) (76:7) (76:19) (77:6)
**described** (36:17)
**describing** (33:17) (36:1) (38:20)
**designated** (82:1)
**desk** (12:23)
**details** (85:23) (85:24) (86:1)
**detrimental** (67:7) (67:9)
**deviating** (49:25)
**didn't** (26:18) (34:8) (35:19) (37:11) (39:25) (46:14) (52:11) (60:7) (74:1) (74:3)
**difference** (11:17) (41:19)
**differences** (57:4) (57:19)
**different** (9:7)
**diligence** (75:10)
**direct** (48:6) (87:9)
**directly** (19:13) (20:12) (37:4) (37:23) (43:4) (47:7) (47:25) (68:7) (68:23) (69:8) (69:18) (70:1) (70:7) (70:21) (71:2) (71:18) (78:13)
**director** (6:24) (9:24) (31:10) (40:4) (80:12) (80:25) (81:3) (90:23)
**disagree** (25:17) (25:19)
**disagreements** (57:1)
**disapprove** (13:5)
**discharge** (10:4) (85:17) (86:5) (86:7) (88:12) (88:18)
**discharged** (89:9) (89:14)
**discharging** (16:1)
**disciplinary** (10:18) (20:17) (21:1) (21:9)
**discipline** (19:15) (49:25) (62:3) (62:23) (68:14) (69:3) (69:7) (69:14) (69:25) (71:1) (84:20) (85:5)
**disciplined** (47:16) (54:13) (56:17) (66:13) (66:20) (67:3) (75:20) (84:21)
**discriminating** (16:1)
**discuss** (5:10) (19:12) (27:10) (39:22) (60:4)
**discussed** (20:4) (45:4) (49:18) (51:23) (73:2)
**discussing** (42:15) (47:16) (61:3) (66:23)
**discussion** (14:20) (38:14) (44:19) (58:15) (76:19)
**discussions** (49:13) (57:7)
**disgruntled** (62:14)
**dismissal** (21:19) (86:25)
**dismissals** (20:18) (21:10)
**dismissed** (85:10)
**dispatching** (69:20)
**distributed** (72:1) (72:3) (72:6) (72:13) (73:6)
**district** (1:1) (1:2) (23:7)
**divided** (86:19)
**division** (1:3) (9:5) (10:2) (11:16) (19:21)
**document** (24:22) (36:14) (61:16)
**documents** (24:14) (28:10) (38:8)
**does** (9:3) (11:6) (11:9) (13:10) (13:12) (14:6) (14:8) (15:8) (15:9) (18:18) (21:1) (23:23) (41:14) (41:18) (50:11) (66:1) (85:16) (90:19)
**doesn't** (15:7) (64:21) (66:24)
**doing** (25:6) (25:20) (37:21) (52:3) (53:1)
**doing it** (70:12)
**done** (10:10) (65:11) (75:23)
**door** (43:10) (47:14)
**down** (5:19) (9:13) (20:8) (27:2) (30:2) (36:23) (42:4) (46:19) (53:18) (64:2) (86:8)
**drill** (55:19) (56:9)
**driver/engineer** (46:25)
**due** (17:14) (39:7) (55:25) (65:23) (75:9)
**duly** (4:2) (92:8)
**during** (10:17) (34:22) (36:18)
**duties** (7:5) (8:2)
**duty** (27:17) (30:10) (30:23) (31:14) (32:15) (33:14) (33:25) (34:15) (34:18) (36:19) (37:3) (39:5) (42:11) (42:16) (78:17) (78:20) (78:24)

**E**

**each** (9:13) (23:5) (36:23) (64:3) (72:19)

earlier (4:13)(22:20)(26:20) (27:14)(35:5)(36:17)(40:17)(40:21) (57:12)(59:16)(67:22)(73:2)(86:7) (88:17)
early (5:22)
eastern (1:3)
editor (58:5)(58:9)
effect (52:4)(89:8)
efforts (82:15)
eight (22:6)
either (3:19)(13:16)(19:8)(34:22) (36:17)(37:12)(60:9)(60:15)
either/or (14:16)(37:11)(79:13)
elected (7:24)
electrician (16:13)(16:14)(16:15)
electricians (63:12)
else (20:14)(29:12)(29:19)(30:18) (31:5)(33:20)(58:1)(62:21)
e-mail (90:15)
emergency (54:8)
emphatic (27:8)
emphatically (37:24)
employed (12:15)(16:22)(17:4) (22:10)(34:19)
employee (9:22)(10:4)(19:24) (33:15)(43:4)(45:22)(46:19)(62:17) (63:16)(70:2)(78:10)(81:13)(89:9)
employees (9:1)(9:7)(9:23)(11:6) (11:8)(12:4)(14:7)(34:12)(43:11) (72:1)(72:3)(72:13)(72:16)(72:22) (73:5)(75:3)(75:14)(75:19)(90:20)
employer (89:24)
employers (15:21)(90:11)
employment (10:22)(15:22)(18:12) (20:18)(22:25)(43:6)(85:8)(85:9) (90:2)(90:17)
end (13:20)(14:1)(21:13)(24:19) (25:7)(28:19)(35:20)(37:2)(41:4) (42:19)(46:7)(54:14)(55:20)(56:1) (56:6)(59:15)(73:17)(81:17)(85:7) (86:23)(87:7)
enemy (56:23)
enforce (8:23)
enforcement (5:4)(6:24)(7:1) (17:14)(56:11)
enforcers (78:7)
engine (65:24)
enlighten (60:20)
enough (33:23)(38:1)(40:14)(42:19)
enter (41:20)(41:21)
entered (33:13)
entire (8:19)(67:8)
equal (32:12)
equally (8:20)
equipment (27:6)(29:21)(30:3) (30:13)(45:6)(46:4)(46:6)(48:3) (53:17)(64:17)(65:22)(65:23) (69:10)(70:18)
especially (30:2)
est (1:21)
evaluates (23:9)
evaluation (23:3)(23:13)(23:22) (25:16)
evaluations (22:25)(23:4)(23:12)
even (83:20)
eventually (22:14)
ever (4:22)(16:18)(18:5)(18:11) (31:7)(42:22)(43:3)(49:24)(55:23) (56:7)(57:22)(57:25)(60:4)(71:6) (71:7)(71:18)(82:22)(84:23)(89:7) (89:12)(90:10)
every (23:5)(23:16)(36:23)(58:10) (58:11)(65:24)(71:11)
everybody (31:18)(56:3)
everyday (9:23)
everyone (12:6)
everything (5:18)(33:8)(43:22) (66:23)(77:8)(87:24)
evidence (3:13)
evident (63:14)
evidently (73:16)
exact (17:2)(20:22)(35:9)(90:24)
examination (4:7)(92:11)
example (12:15)(29:1)(63:4)(75:2)
examples (63:25)
excerpt (61:14)
excerpts (21:7)
excuse (6:16)(7:2)(17:22)(56:13) (66:14)
exercise (16:2)
exercising (75:21)
exert (63:10)
exhausted (31:13)
exhausting (84:1)(84:8)(84:17)
exhibit (7:11)(15:11)(15:12) (21:6)(23:18)(36:9)(38:2)(38:16) (41:7)(42:20)(59:2)(61:13)(71:22) (73:3)(73:8)(76:6)(77:2)(80:9) (85:7)
exhibits (7:9)(7:11)
existed (16:25)
existing (74:19)
expanding (86:10)
expect (5:14)(37:17)(74:12)(76:2)
experience (5:5)(67:23)
expires (92:21)
explain (9:18)(60:20)(61:1)(63:23)
explained (77:21)
explanation (54:21)
explicit (41:23)
explore (52:21)
explored (90:1)
express (11:3)(19:3)
expressed (39:18)(39:23)(43:5) (54:22)(77:7)
expressing (30:15)(39:9)(81:10)
extending (79:21)
extension (78:11)

F

fact (12:20)(25:16)(86:24)
facts (25:18)
factual (64:24)
failed (82:15)
failing (81:16)
fair (25:11)(33:23)(38:1)(42:19) (51:7)(59:20)(67:18)(78:9)(78:13)
fairly (7:17)
fall (68:17)
familiar (5:6)(7:15)(7:17)(8:4) (50:11)(64:18)
far (12:3)(25:10)(41:5)(47:22) (49:1)(53:17)(65:14)
fear (54:13)(66:12)(66:20)(67:2)
february (24:18)(76:8)(76:12) (77:3)
federal (3:5)(3:14)(3:20)(26:9)
feel (24:14)(62:18)(68:25)(69:11) (69:22)(70:4)(75:8)(82:19)(83:15) (83:16)(84:15)(84:23)
felt (17:16)(28:14)(29:3)(29:7) (29:17)(31:10)(35:17)(35:21)(36:4) (39:13)(65:15)(81:1)(81:3)(81:23) (88:13)
field (38:3)(86:22)
fight (30:5)
file (21:19)
filled (54:1)
final (12:24)
find (14:4)(44:16)
finding (29:10)
fine (65:18)
fines (21:10)
finish (19:19)(50:4)(60:25)(87:13)
finished (61:18)
fire (9:10)(9:14)(9:15)(10:5) (11:23)(12:16)(18:14)(18:18) (18:21)(19:4)(19:11)(19:13)(19:21) (20:13)(22:6)(22:10)(22:15)(22:19) (23:2)(23:21)(24:17)(24:18)(25:20) (27:9)(28:15)(29:9)(29:25)(30:5) (30:13)(32:5)(32:10)(33:2)(33:16) (43:24)(46:15)(47:13)(48:1)(49:5) (49:15)(49:19)(51:12)(52:17) (52:22)(53:13)(54:1)(54:8)(55:7) (55:17)(56:8)(56:10)(57:11)(57:13) (58:6)(58:24)(59:4)(61:5)(61:11) (62:10)(62:20)(62:24)(64:14) (64:18)(65:2)(65:7)(65:10)(65:19) (66:10)(66:22)(67:7)(67:9)(67:11) (67:12)(68:9)(69:9)(69:21)(70:2) (70:9)(70:18)(71:8)(71:24)(72:2) (72:6)(73:18)(78:4)(78:7)(78:10) (83:5)(83:11)(84:2)(84:19)(85:3)
fired (54:14)(66:13)(66:21)(67:3) (81:1)(90:2)
firefighter (12:15)(16:2)(18:12) (23:1)(31:2)(37:13)(43:24)(46:4) (48:2)(56:18)(67:10)(67:17)(67:25) (68:2)(68:6)(68:13)(68:21)(69:2) (69:5)(69:17)(69:25)(70:6)(70:20) (70:25)(71:7)(79:12)(81:24)(82:5) (83:3)(83:10)(83:25)(84:2)(84:7) (84:8)(84:16)(84:19)(85:2)
firefighters (15:13)(15:19) (16:21)(18:4)(18:10)(26:24)(29:23) (30:4)(30:11)(30:14)(34:6)(34:12) (36:12)(42:13)(44:9)(47:19)(47:20) (47:24)(49:4)(49:14)(49:17)(49:21) (49:22)(54:9)(54:22)(56:15)(57:2) (62:11)(62:12)(62:14)(63:12)(65:8) (68:24)(70:17)(72:16)(72:22) (73:12)(79:5)(82:2)(86:12)(86:14) (87:10)
firefighter's (44:21)
firefighters' (26:2)(26:13) (26:22)(27:23)(42:6)(52:19)
firing (33:1)(54:18)(68:14)(69:3) (69:14)(69:25)(71:1)(85:5)
first (4:2)(4:17)(6:15)(19:12) (22:9)(23:6)(25:14)(27:2)(53:19) (59:10)(75:1)(75:3)(75:7)(75:8) (75:13)(75:19)(75:21)(77:18) (81:12)(92:8)
five (6:16)(7:19)(33:19)(45:16)
follow (19:8)(37:4)(39:5)(46:9) (49:24)(64:9)(68:2)(68:6)(68:22)
followed (13:9)(14:10)
following (5:7)
follows (4:4)(21:9)
follow-up (27:13)(39:4)(39:17) (41:1)(42:21)(75:25)
fop (17:6)(17:7)(17:12)(17:21) (17:25)(18:1)(18:5)(71:18)
force (63:10)
foregoing (92:9)
form (3:10)(5:21)(11:21)(11:24) (12:2)(14:10)(23:14)(54:17)(58:25) (59:3)(59:11)(59:22)(60:6)(61:24) (74:21)(83:23)(85:8)
formality (3:8)
forms (12:1)
forward (30:2)
found (29:10)
free (61:17)(63:2)(64:8)(75:3) (75:14)(75:21)(75:22)
friend (56:22)(56:24)(56:25)
friends (49:11)
front (7:9)(33:3)(36:9)
full (4:9)(7:10)(13:17)(85:23)
fully (6:9)

**further** (3:16) (76:22) (76:23) (92:13)

G

**gear** (69:9) (70:18)
**general** (19:23) (51:20) (57:10) (64:17) (73:11) (77:25)
**gentleman** (27:2) (46:22) (73:10)
**gentlemen** (33:25) (37:3)
**gets** (67:11) (82:19)
**getting** (90:2)
**give** (5:14) (5:15) (11:6) (28:10) (33:8) (33:9) (35:24) (51:25) (63:3) (63:25) (75:9) (80:17) (89:13)
**given** (9:12) (19:1) (19:2) (36:17) (59:21) (59:24) (75:15) (78:17) (78:22)
**gives** (15:13) (15:19) (64:19)
**giving** (47:22)
**glad** (6:2) (42:21)
**goes** (12:23) (20:22) (49:1) (56:2) (83:14)
**going** (10:15) (11:4) (14:12) (18:22) (18:25) (20:23) (28:12) (32:21) (41:21) (45:16) (46:8) (46:20) (47:13) (48:1) (49:2) (50:3) (50:19) (58:16) (60:15) (62:9) (64:16) (67:7) (67:12) (71:3) (71:22) (74:1) (74:4) (76:1) (76:2) (77:8) (84:22) (88:5) (88:24)
**gone** (24:9) (34:20) (71:7) (87:22)
**good** (10:25) (27:12) (32:21) (33:6) (33:9) (40:16) (40:22) (43:16) (49:11) (56:18) (56:24) (77:9)
**goodwin** (40:4) (80:12) (80:25)
**gosh** (44:7)
**got** (21:3) (23:8) (23:19) (29:15) (35:5) (37:14) (46:1) (67:2) (70:11) (70:14) (75:5) (85:16)
**government** (8:9) (11:22) (11:25) (12:1) (12:2) (54:17) (83:24)
**governments** (32:2)
**graham** (2:7) (4:6) (7:10) (14:17) (38:13) (78:20) (88:8)
**great** (9:18) (53:21)
**grievance** (20:21) (20:23) (21:3) (21:5) (21:20) (21:24) (22:2)
**grievances** (20:19) (21:13)
**ground** (14:23) (52:7) (70:11)
**group** (32:25) (37:1) (84:18)
**guard** (44:7) (44:12) (45:13)
**guess** (23:17) (28:1) (30:15) (54:20) (55:5)
**guidelines** (75:15)
**guy** (7:1)

H

**half** (24:9)
**hall** (1:19)
**handle** (35:22) (35:23) (37:15)
**happen** (19:1) (19:11) (65:8)
**happened** (14:25) (43:20) (58:18) (71:6)
**happening** (63:23)
**happens** (15:11) (50:24) (51:3)
**hardin** (48:22) (49:14) (73:17) (77:15) (78:18) (78:23) (81:11) (81:13) (82:15) (82:22)
**harmony** (62:3) (62:23)
**harold** (73:11)
**has** (7:10) (9:10) (14:10) (16:25) (18:5) (18:9) (25:6) (25:21) (33:11) (43:4) (43:20) (43:25) (48:17) (49:4) (49:8) (53:7) (53:11) (53:20) (56:12) (57:22) (63:11) (71:6) (85:10) (89:7)
**hate** (50:25) (51:4)
**haven't** (32:18)
**having** (4:2) (30:25) (38:5) (85:12) (86:15)
**hayes** (4:11)
**head** (8:8) (9:21) (19:4) (20:2) (22:3) (30:19) (33:22) (43:18) (46:21) (61:8) (62:25) (81:15)
**headline** (62:6)
**heads** (9:6) (9:13) (10:1) (10:10) (10:11) (11:16) (19:2) (22:21) (32:25) (86:6)
**health** (48:2) (68:23) (70:17)
**hear** (5:25) (35:20) (36:4) (43:22)
**heard** (42:24) (48:7) (48:10) (48:13) (52:23) (72:25) (88:13)
**hearing** (13:17) (20:25) (86:2) (87:2) (87:3) (87:4) (87:7) (87:25) (88:2) (88:24)
**hearings** (71:12) (71:14)
**hearsay** (48:4)
**heart** (61:12)
**held** (6:13) (14:20) (26:8) (38:14) (39:11) (42:23) (44:19)
**her** (55:3)
**herbert** (4:11)
**hereby** (3:2) (92:6)
**herein** (92:12)
**hereto** (3:20)
**he's** (9:16) (37:14) (38:20) (44:8) (56:24) (57:12) (57:20) (57:25) (66:10) (66:21) (66:22) (67:1) (67:6) (76:2) (79:17) (87:17)
**high** (33:6)
**him** (7:11) (24:9) (25:16) (27:10) (35:15) (39:22) (40:8) (46:10) (47:12) (51:17) (52:11) (52:18) (57:14) (57:24) (59:14) (64:13) (74:12) (78:13) (78:15) (86:5)
**himself** (15:6) (39:12)
**hire** (9:4) (9:15) (9:17) (9:21) (10:1) (22:12)
**hired** (9:9)
**hires** (10:7) (78:3) (78:5) (86:11)
**hiring** (9:10) (9:23) (10:9) (54:6)
**his** (10:21) (13:23) (14:22) (21:18) (25:12) (25:15) (27:1) (27:9) (31:3) (36:10) (37:9) (37:18) (39:10) (39:13) (40:1) (40:6) (42:5) (44:8) (45:4) (46:10) (53:20) (57:17) (57:23) (58:22) (60:22) (67:1) (67:22) (74:22) (79:15) (81:9) (82:15) (85:9) (86:25) (87:21) (89:24)
**hold** (6:11) (6:25) (17:14)
**honest** (77:19)
**hope** (18:23) (19:7) (20:1)
**hour** (28:17) (28:18) (35:2)
**house** (31:10)
**however** (10:8) (32:1) (54:9) (85:22)
**hundred** (62:11) (62:13) (86:19)
**hunter** (2:15) (9:14) (19:11) (24:17) (25:4) (30:2) (31:7) (45:8) (51:24) (52:1) (52:2) (52:5) (52:9) (52:21) (53:1) (53:5) (58:15) (58:22) (59:12) (60:4) (67:22) (71:23) (72:6) (73:2) (73:18) (74:8) (74:10) (76:1) (76:7) (77:20) (79:25) (80:6) (80:10) (80:24) (81:9) (81:21) (82:12) (82:15) (85:19) (86:3)
**hurt** (66:4)
**hypothetical** (20:10)

I

**iaff** (27:16) (30:9) (38:4)
**ibew** (16:8) (16:10)
**idea** (52:10)
**identify** (23:17)
**i'll** (5:13) (6:1) (43:17) (44:15) (44:16) (46:19)
**image** (64:19)
**immediate** (37:18)
**impact** (86:11)
**impair** (62:3)
**impaired** (62:23)
**impede** (62:15) (63:5) (66:1) (66:24)
**impeded** (63:17) (64:13)
**implementing** (74:18)
**important** (18:21)
**importantly** (6:5)
**inadequate** (68:8) (69:9) (69:20)
**inappropriate** (17:17)
**include** (90:14)
**includes** (56:14)
**including** (84:20) (85:5)
**increased** (32:8) (32:10)
**indepth** (40:1)
**indicate** (26:20) (42:21) (62:21) (77:5)
**indicated** (41:12) (76:21) (81:14) (87:18) (88:16)
**indicates** (40:2) (54:11) (56:19) (85:8)
**indications** (87:23)
**individual** (44:21) (49:17) (69:2) (69:13) (70:25) (89:24)
**individuals** (47:18) (58:23) (86:12)
**individual's** (43:6) (44:13)
**infantry** (33:1)
**information** (25:18) (65:2) (78:17) (78:22) (79:3) (79:19) (79:23)
**informed** (52:2)
**initial** (58:14)
**injured** (31:3)
**input** (55:24)
**inquiring** (90:11)
**inside** (66:21)
**instance** (31:2)
**instances** (11:24)
**instigated** (47:12)
**instruct** (37:17) (81:23)
**instructed** (35:15) (45:8)
**instructions** (51:25) (52:4) (80:18)
**insurance** (31:10)
**intensive** (33:7)
**intent** (84:11)
**interest** (88:22) (89:6) (89:8)
**interested** (92:15)
**interim** (24:8) (24:9) (26:6)
**international** (18:3) (18:9) (26:23) (42:13) (73:12) (82:2) (87:10)
**interview** (74:22)
**intimidated** (62:18)
**intimidation** (39:14) (54:18)
**into** (6:10) (19:9) (22:22) (22:25) (29:3) (32:6) (41:20) (41:21) (46:8) (51:20) (67:1) (74:8) (74:11) (78:3) (82:19) (85:22)
**introduced** (3:18)
**investigate** (58:17)
**investigation** (52:3) (52:8) (58:22) (80:21)
**invite** (7:8) (21:6) (24:11) (25:1) (35:11) (36:8) (38:1) (50:7)
**inviting** (35:24)
**involve** (43:5) (83:4)
**involved** (5:11) (9:22) (10:17) (14:14) (30:13)
**involving** (13:2) (34:23) (39:11) (83:11) (85:8)
**island** (55:20) (56:9)
**issue** (19:12) (19:14) (20:12) (29:22) (31:1) (31:16) (32:14) (33:15) (45:3) (53:4) (54:3) (71:8) (84:1) (84:4) (84:18) (85:2) (85:4)
**issued** (58:24) (59:3) (60:5) (61:24) (74:20)
**issues** (5:11) (18:20) (27:10) (28:22) (28:24) (29:2) (29:20) (30:19)

(31:13) (32:13) (32:18) (34:2) (35:2) (36:21) (40:11) (41:25) (42:14) (42:22) (43:5) (43:25) (45:5) (45:21) (47:25) (48:18) (48:24) (49:8) (49:15) (49:19) (57:8) (57:10) (57:13) (58:6) (58:7) (58:22) (70:21) (71:2) (71:19) (79:20) (83:4) (83:11) (89:22)
**item** (30:6) (36:23)
**items** (30:12) (33:19) (45:7)
**it's a** (14:8)
**itself** (62:6)
**i've** (5:4) (16:11) (17:6) (24:25) (44:4) (44:6) (44:9) (47:20) (48:10) (48:13) (50:13) (52:23) (54:5) (54:15) (57:14) (57:24) (58:11) (61:20) (84:24) (85:16) (90:17)

J

**james** (2:7) (2:10)
**january** (36:12) (73:10)
**jerry** (36:13) (42:5)
**job** (6:25) (7:4) (23:1) (25:6) (25:12) (25:21) (26:10) (33:10) (35:21) (55:8) (55:18) (62:14) (62:15) (63:5) (63:17) (64:13) (66:2) (66:24) (68:24)
**jobs** (34:13) (86:16)
**johanson** (59:13) (60:5)

K

**keep** (29:16) (32:12) (33:9) (36:5) (36:6) (59:23)
**kin** (92:13)
**kind** (21:20) (52:8) (55:23) (73:5)
**knew** (54:6) (85:21) (90:4)
**knowing** (25:15)
**knowledge** (25:23) (37:20) (41:3) (49:16) (71:10) (71:21) (72:10) (79:15) (83:6)

L

**labor** (15:14) (15:15) (15:20) (16:3) (16:23) (26:2) (26:13) (30:10) (34:3) (34:11) (42:12) (63:9) (79:5)
**land** (55:1)
**language** (84:13)
**large** (1:18) (3:8) (92:6) (92:20)
**last** (17:18) (25:2) (55:17)
**lasted** (40:4)
**lately** (44:6) (44:7)
**later** (54:11) (89:10)
**latter** (6:15)
**laughing** (56:22)
**laundry** (28:13) (36:16)
**law** (5:4) (15:4) (17:14) (41:15) (41:22) (41:25) (42:15) (56:11)
**laws** (8:23) (26:9)
**lawsuit** (4:19) (5:11)
**lead** (16:3)
**leaders** (17:20) (17:24)
**learn** (58:21)
**least** (23:20) (26:20)
**leave** (55:8)
**ledger** (58:11)
**ledger-enquirer** (50:10)
**left** (22:21) (35:16) (82:20)
**legal** (52:6) (75:1)
**legitimate** (29:3)
**length** (40:7)
**less** (28:17) (40:7) (40:9)
**let** (7:8) (9:18) (10:10) (15:10) (19:19) (21:6) (23:17) (24:11) (27:4) (27:5) (35:11) (36:8) (37:15) (38:1) (38:10) (42:8) (43:2) (50:3) (50:7) (60:25) (62:12) (64:15) (67:20) (84:24) (87:13)
**let's** (6:10) (14:17) (27:14) (38:13) (44:20) (61:13) (66:18) (73:8) (80:9)
**letter** (24:19) (38:3) (38:6) (38:17) (39:8) (39:13) (39:18) (39:21) (40:6) (40:15) (41:8) (41:10) (42:20) (58:10) (73:9) (73:13) (73:17) (73:21) (73:25) (74:7) (74:15) (75:6) (76:1) (76:4) (76:9) (76:21) (77:1) (77:5) (77:7) (77:10) (85:16)
**letters** (58:5) (58:8)
**level** (17:16)
**license** (16:16)
**light** (5:5) (64:10) (80:25)
**like** (19:6) (21:5) (22:18) (22:23) (23:1) (23:23) (28:4) (29:13) (29:17) (31:18) (32:7) (35:17) (35:21) (36:4) (38:8) (38:11) (39:13) (43:12) (46:2) (48:5) (53:2) (55:7) (55:19) (56:8) (63:6) (64:22) (65:15) (72:5) (72:18) (73:23) (75:8) (81:3) (81:23) (84:15) (84:23)
**line** (23:6) (25:14) (31:11) (33:3) (53:19) (57:17) (66:25) (67:10) (83:20)
**list** (28:13) (36:16) (52:18)
**listen** (46:19)
**listened** (13:7)
**local** (16:3) (17:1) (17:3) (18:10) (26:2) (26:22) (27:1) (27:5) (27:18) (27:23) (30:10) (36:11) (37:10) (37:12) (41:24) (42:6) (59:14) (60:14) (60:21) (74:22) (79:5) (79:12) (79:16) (87:21)
**long** (6:13) (6:25) (16:6) (16:25) (28:16) (44:24) (45:14) (45:16) (53:12) (75:23)
**look** (19:9) (20:20) (23:23) (46:8) (50:11) (59:2) (59:8) (61:6) (61:16) (74:8)
**looked** (29:3) (29:13)
**looking** (24:12) (30:3) (54:6) (74:10)
**looks** (72:5)
**lot** (23:16) (40:7) (47:20) (47:21) (59:17)
**lowest** (52:17) (66:10)
**loyalty** (66:3) (66:4)
**luncheon** (49:3)

M

**made** (3:11) (12:12) (18:5) (18:11) (25:16) (26:8) (52:13) (53:18) (55:6) (61:2) (62:2) (64:11) (87:14) (88:17)
**magnitude** (20:5)
**main** (32:9)
**majority** (58:12) (65:9)
**make** (12:24) (15:21) (16:4) (24:4) (27:25) (43:21) (52:6) (86:6) (88:24)
**maker** (10:21) (10:23)
**makes** (56:18)
**making** (59:14) (90:20)
**malone** (27:2) (27:16) (27:21) (30:9) (31:15) (32:15) (33:15) (34:1) (35:8) (36:19) (37:4) (38:3) (38:6) (38:17) (39:2) (39:5) (39:9) (39:12) (40:2) (41:9) (41:13) (42:4) (42:8) (42:20) (42:24)
**malone's** (40:15)
**man** (65:19) (65:20)
**manage** (10:11)
**management** (17:16)
**manager** (6:12) (6:14) (6:23) (7:2) (7:4) (8:3) (8:8) (8:22) (11:7) (12:24) (13:14) (14:9) (17:19) (18:6) (18:16) (18:19) (22:17) (23:24) (24:4) (24:7) (24:8) (25:11) (25:19) (26:1) (26:3) (26:4) (26:5) (26:16) (32:24) (43:4) (44:10) (50:16) (67:24) (68:20) (73:4) (75:18) (80:11) (81:16) (82:21) (83:18)
**managers** (32:2)
**managers'** (32:4)
**manner** (3:19) (47:8) (47:10) (56:12) (56:13) (92:15)
**manning** (42:1)
**many** (5:2)
**march** (38:4) (38:18) (41:9)
**marine** (56:18)
**marines** (56:16)
**master** (16:14)
**matter** (13:20) (15:4) (37:11) (41:4) (58:17) (61:17) (92:9)
**max** (24:6)
**maybe** (20:9) (21:2) (21:25)
**mayor** (7:21) (8:15) (14:6) (14:13) (15:6) (48:22) (49:1) (49:14) (73:17) (77:15) (77:25) (78:18) (78:23) (79:4) (79:7) (79:21) (80:2) (81:11) (81:12) (81:22) (81:23) (82:7) (82:9) (82:12) (82:15) (82:22) (83:4) (87:16) (87:21)
**mcgillivary** (2:3)
**mckoon** (2:10) (33:13) (55:16) (55:18) (55:25) (56:5) (56:8)
**mean** (8:18) (9:3) (14:2) (27:24) (29:23) (34:9) (39:25) (47:11) (50:17) (56:4) (58:18) (63:8) (70:13) (90:8)
**media** (59:15) (59:18) (60:14) (60:21) (61:9) (67:8) (67:12) (68:7) (68:23) (69:8) (69:18) (70:1) (70:8) (71:19) (74:22) (89:13)
**mediate** (57:3)
**mediator** (57:9) (57:18) (57:20)
**meet** (17:20) (17:24) (34:1) (35:1) (35:6) (39:5)
**meeting** (19:13) (27:1) (27:11) (27:14) (28:5) (28:7) (28:16) (28:19) (29:2) (30:9) (30:13) (30:21) (31:15) (32:4) (32:16) (32:19) (33:16) (33:21) (34:16) (34:23) (35:2) (35:13) (36:1) (36:18) (36:22) (37:2) (38:20) (38:23) (39:4) (39:10) (40:2) (40:11) (40:13) (40:16) (40:17) (40:19) (40:22) (42:4) (42:5) (42:9) (42:21) (42:22) (42:25) (71:7) (71:11)
**meetings** (41:1)
**member** (16:8) (16:10) (16:18) (17:6) (17:7) (17:12) (37:13) (45:9) (47:2) (56:19) (57:8) (57:16) (83:10) (89:12)
**members** (7:19) (7:21) (15:1) (17:20) (17:24) (18:2) (47:25) (48:15) (48:18) (64:25) (71:23) (72:6) (83:8) (84:4)
**memo** (24:16) (24:23) (24:25) (25:2) (71:23) (72:12) (72:20) (72:23) (76:7) (76:10) (76:17) (80:9) (80:13) (80:17) (81:9) (81:12)
**memorandum** (36:9) (73:3) (73:6)
**memory** (27:19) (31:14)
**men** (33:1) (33:5)
**mentioned** (32:19) (47:19) (49:5) (57:12)
**mentions** (39:12)
**merit** (9:7) (10:6) (11:13) (12:5) (19:17) (19:19) (19:22) (20:16) (21:7) (34:25) (43:19) (47:5) (50:1) (60:8) (60:15) (60:17) (61:4) (61:7) (61:14) (61:21) (62:4) (63:3) (64:7) (67:17) (68:1) (68:10) (68:17) (68:21) (69:1) (69:6) (69:11) (69:16) (69:24) (70:5) (70:20) (80:3) (81:14) (82:4) (82:6) (82:7) (82:10) (84:5) (84:9) (84:12) (84:14) (84:22) (88:14)
**met** (18:2) (18:3) (26:21) (26:25) (40:8)
**middle** (1:2)
**might** (20:11) (21:4) (79:15) (88:22) (88:25) (89:7)
**military** (43:14) (56:12)
**mind** (42:3) (45:4)

minute (14:18)
minutes (40:5) (45:17)
moment (38:9)
monday (51:18)
montgomery (92:3)
month (19:12)
months (78:12) (86:10)
morale (27:6) (32:20) (32:23) (32:25) (33:4) (33:6) (33:9) (33:15) (45:6) (45:22) (45:23) (52:16) (52:21) (53:2) (53:4) (53:11) (53:21) (58:7) (63:16) (64:17) (66:9) (70:2) (70:19)
morning (4:14) (23:19)
most (6:5) (32:1) (32:2) (45:17)
move (73:8)
moved (17:13) (30:1)
much (15:23) (22:21) (24:13) (27:8) (41:4) (43:12) (44:6)
myself (20:24) (27:21) (36:5) (38:11) (62:12)

N

name (4:9) (4:18) (24:4) (27:1) (31:3) (44:8) (44:13) (44:22) (49:20) (90:6)
named (46:22) (73:11)
national (44:12) (45:13)
nature (5:10) (21:4) (27:7) (40:19) (42:1)
necessarily (33:8)
necessary (33:10) (76:23)
need (3:10) (20:22) (24:13) (43:17) (64:21) (70:15)
needed (28:14) (37:24) (81:4)
needs (30:7) (37:14) (83:16)
negative (62:16)
negatives (65:11)
negotiations (41:20) (41:21)
neither (92:13)
never (18:25) (26:25) (42:24) (47:15) (54:17) (57:24) (84:24) (90:16) (90:17)
new (58:19) (65:24) (78:3) (78:5) (86:11)
news (71:19)
newspaper (50:8) (50:14) (52:14) (55:15) (58:14) (58:23) (59:6) (59:16) (60:22) (61:3) (62:2) (62:22) (63:5) (63:16) (64:11) (65:13) (66:7)
next (5:23) (19:11) (51:15) (63:2)
nfpa (31:19)
nonunion (63:10)
nor (92:13) (92:14)
normal (10:17) (89:21)
note (28:21) (59:10)
nothing (4:4) (29:11) (58:19)
notice (53:23) (81:9)
now (15:10) (26:19) (29:16) (29:17) (32:21) (33:11) (34:22) (37:17) (38:16) (39:9) (41:7) (42:10) (42:19) (44:8) (44:23) (45:2) (45:25) (53:9) (56:19) (56:22) (71:10) (71:13) (71:22) (79:11) (80:16) (85:14) (86:23)
number (5:13) (10:14) (17:2) (19:21) (66:17) (75:12) (75:17) (86:18)

O

oath (6:6)
objected (72:25)
objections (3:9) (3:10) (72:21)
obviously (39:9)
occasion (26:21) (43:3) (45:18)
occasions (17:20) (25:5) (43:23)
occupied (33:7)
occur (80:2)
off (14:17) (14:20) (30:18) (33:22) (34:15) (38:13) (38:14) (42:15) (44:16) (44:18) (44:19) (61:8) (62:25) (72:17) (78:24)
offense (68:18)
offered (3:12)
office (26:25)
officer (37:18) (42:7) (42:12) (44:11) (46:15) (46:18) (79:12)
officers (9:1) (11:5) (18:7) (29:14) (71:17)
offices (1:18)
old (11:21) (16:9) (65:22)
once (9:20) (35:15) (43:8) (87:20)
one (4:18) (4:25) (6:1) (7:21) (10:14) (14:9) (19:21) (23:5) (26:20) (29:6) (30:11) (31:2) (32:9) (37:12) (43:20) (43:22) (49:3) (49:11) (58:2) (59:25) (60:16) (62:13) (64:21) (66:17) (72:19) (78:12) (86:1) (86:18) (86:19)
one-hour (36:22)
ones (65:16)
ongoing (30:6) (53:16)
only (14:12) (14:13) (30:4) (32:9) (40:4) (54:1) (79:7)
open (36:5) (36:7) (43:10) (47:14)
operating (60:16) (60:18)
operation (49:5)
operations (7:6) (19:14) (51:21) (64:19) (64:20) (65:2) (65:9) (70:9) (82:20)
opinion (19:23) (34:7) (63:14) (65:6) (80:7) (81:5)
opinions (65:10)
opportunity (5:9) (13:22)
opposed (74:18)
oral (21:3)
ordinances (8:23)
organization (15:14) (15:15) (15:20) (16:23) (18:24) (26:2) (33:3) (34:11) (42:12) (56:12)
organized (63:9)
others (59:19) (64:14) (86:17)
our (11:23) (12:3) (19:1) (62:13) (71:14) (75:8) (78:6) (81:14) (81:17) (86:17)
ourselves (14:4)
out (24:4) (29:10) (31:6) (31:23) (31:25) (44:16) (47:21) (50:11) (55:18) (57:17) (59:19) (89:25) (92:12)
outcome (27:12) (52:7)
outlining (74:25)
outside (57:17) (57:23)
outstanding (25:6) (25:21)
over (28:4) (35:12) (35:25) (37:1) (45:1) (51:13) (54:10) (64:3) (69:19)
overlap (55:14)
override (60:18)
overrule (15:7)
overruled (13:6)
own (9:22) (10:11) (16:22) (86:7)

P

page (55:14) (61:16) (81:12)
pages (92:9)
panama (29:8) (29:13)
paper (51:1) (51:4) (62:17) (64:21)
paramilitary (18:24) (33:3) (56:13)
parris (55:20) (56:9)
part (6:15) (11:5) (52:15) (67:17) (77:5)
participate (35:25) (57:1) (87:4)
particular (14:22) (30:14) (55:15) (60:10) (60:22) (72:5) (74:2) (74:5)
particularly (8:21) (34:23) (67:23)
parties (3:3) (3:17) (92:12) (92:14)
party (3:20)
path (53:8)
pay (21:11) (23:15) (31:5)
peer (62:18) (63:7)
penalty (6:7)
pending (28:25)
people (53:20) (54:7) (66:5) (70:14)
per (27:5) (32:5) (73:24)
percent (62:11) (62:13) (86:19)
performance (23:1) (23:21) (25:12) (62:16) (63:5) (63:18) (64:13) (66:2) (66:24)
perhaps (5:22) (26:21) (26:22) (37:18) (68:14)
period (53:12) (78:12) (79:22) (86:10) (87:16)
perjury (6:7)
permission (35:5)
permitted (83:25)
person (9:9) (9:15) (15:25)
personal (65:6) (66:3) (79:15)
personally (29:7)
personnel (9:24) (11:14) (11:19) (12:10) (12:11) (12:18) (12:23) (13:3) (13:18) (14:11) (14:24) (20:25) (21:2) (21:22) (31:9) (40:4) (80:12) (80:25) (81:2) (81:15) (86:1) (86:25) (87:25) (88:2) (88:11) (88:17) (88:23) (89:1) (89:22) (90:23)
perspective (65:4) (65:5) (75:24)
phenix (1:8) (1:19) (2:8) (2:12) (7:12) (16:22) (17:5) (18:10) (22:6) (34:5) (36:11) (52:19) (71:24)
phone (79:24)
pieces (65:23) (85:24)
place (10:15) (45:15) (85:10)
placed (77:14) (78:18) (78:23) (79:4)
plaintiff (1:6) (2:2) (10:20)
plaintiff's (4:18)
planning (52:3)
play (14:6)
please (4:10) (61:1) (62:1) (87:13)
plumbers (63:13)
point (52:17) (77:13) (84:24) (85:18) (87:9) (89:3)
points (82:11)
police (11:23) (17:4) (17:9) (18:7) (29:14) (32:11) (56:11) (61:11) (71:17) (71:19) (78:7)
policy (31:23) (31:25) (43:10) (90:19)
poor (63:16)
portion (29:17) (33:11)
position (6:11) (6:13) (21:11) (26:3) (26:4) (26:9) (81:21) (82:25)
positions (7:24)
positive (25:7) (25:21) (28:21) (53:8)
possibility (74:17)
possible (10:4) (90:11)
potential (66:12) (69:3) (71:1)
powers (8:2)
prater (27:11) (30:22) (35:3) (35:7) (35:22) (35:25) (36:13) (37:5) (37:7) (37:9) (37:23) (37:25) (38:21) (38:24) (39:1) (39:6) (39:11) (39:20) (40:18) (40:23) (42:5) (42:9) (53:5)
present (2:14) (39:2) (71:15)
president (27:18) (52:18) (73:11) (79:5) (79:16) (81:24) (87:17) (87:22)
press (89:13)
pressure (62:19) (63:7)
pretty (7:15) (22:21) (27:8) (28:21) (41:4) (41:23)
preventing (48:8)
previous (4:23) (4:25) (24:7)
previously (90:21)
primarily (23:15)
principles (75:1)

**prior** (26:6) (35:23) (53:6) (72:9) (86:3)
**private** (89:23)
**probably** (10:13) (20:2) (20:3) (28:17) (29:15)
**probation** (86:15) (86:18)
**probationary** (78:2) (78:3) (78:12) (79:9) (79:22) (86:10) (87:16)
**problem** (19:7) (30:24) (53:12) (53:16)
**problems** (29:22) (53:17) (66:21) (76:5)
**procedure** (3:5) (3:15) (3:21) (12:10) (19:9) (60:17) (83:13)
**procedures** (5:6) (14:3) (20:22) (31:6) (60:19) (69:20) (70:11) (75:10) (83:13)
**process** (9:20) (10:14) (12:14) (14:1) (14:2) (30:6) (85:15) (86:20)
**productive** (39:10)
**professional** (25:7) (25:22)
**prohibited** (86:15)
**prohibits** (15:25)
**promoted** (22:14)
**promotions** (22:18) (22:22)
**proper** (19:5) (19:8) (35:9) (65:4) (65:5) (75:23) (83:12) (83:13)
**proposals** (15:21) (16:4) (18:5) (18:11) (28:11)
**proposed** (22:18) (78:2) (78:11) (79:8)
**prospective** (90:11)
**protection** (12:3)
**protections** (75:4) (75:19)
**protective** (69:9) (70:18)
**protects** (75:13)
**provided** (3:14) (3:20)
**provision** (15:13) (15:19) (15:25) (20:14) (63:2)
**provisions** (7:16) (8:4)
**public** (64:17) (65:1) (70:8) (75:2) (75:14) (75:19) (78:6) (86:18) (86:22)
**publicity** (51:5) (67:9)
**publishing** (59:14)
**pulling** (31:4)
**purpose** (3:13)
**purposes** (17:15) (23:15)
**pursuant** (1:15) (3:4)
**pursue** (68:6)
**pursues** (85:2)
**pursuing** (70:22)
**puts** (66:17)

**Q**

**qualified** (86:12)
**question** (6:2) (43:16) (63:1) (69:5) (82:13) (89:2)
**questions** (3:9) (3:10) (5:14) (6:1) (24:15) (50:4) (61:23) (64:9) (67:20) (91:1)
**quick** (44:17)
**quite** (17:1) (17:3)
**quote** (21:9) (21:13) (24:19) (24:20) (25:3) (25:4) (25:7) (54:12) (54:14) (55:13) (55:16) (55:20) (56:1) (59:11) (59:15) (61:7) (62:16) (67:1) (81:12) (81:17) (89:13) (90:24)
**quoted** (52:16) (58:23) (62:3) (66:7) (66:9) (66:11) (66:15) (82:13)

**R**

**raise** (28:22) (54:2)
**raise concerns** (83:19)
**raised** (29:2) (29:20) (30:19) (31:14) (31:17) (32:14) (32:19) (32:22) (33:15) (33:20) (49:8)
**range** (20:7)
**rank** (22:14) (23:9)
**rather** (20:24) (22:1) (43:21) (43:22)
**ray** (56:20)
**reaction** (50:15) (50:17) (73:22)
**read** (4:6) (20:22) (23:5) (24:23) (24:25) (38:9) (38:17) (50:13) (50:14) (51:11) (52:20) (55:5) (55:9) (57:5) (58:8) (58:10) (58:11) (58:14) (61:20) (66:7) (72:17)
**reading** (13:8) (61:18) (67:1) (67:3) (67:6)
**real** (32:21) (49:10)
**really** (10:16) (20:22) (47:8) (53:15) (64:20) (77:19)
**realms** (63:12)
**reason** (35:18) (43:18) (55:17)
**reasons** (10:13)
**recall** (28:20) (30:11) (30:15) (33:14) (34:14) (38:5) (43:2) (43:23) (49:13) (49:18) (61:23) (85:12)
**receipt** (77:7)
**receive** (55:23) (65:1) (72:21) (76:10) (79:3) (85:25)
**received** (38:6) (39:18) (72:17) (72:19) (73:21) (76:17) (80:13) (80:16) (85:23)
**receiving** (73:13)
**recess** (64:5)
**recognize** (41:14) (41:18) (41:19) (41:23)
**recommendation** (13:11) (13:14) (13:15) (13:19) (14:11) (14:25) (88:18)
**recommended** (88:25)
**record** (4:10) (4:16) (14:17) (14:20) (14:21) (38:13) (38:14) (38:15) (44:16) (44:18) (44:19) (44:20) (72:18) (85:1)
**recruiting** (86:11)
**reductions** (21:11)
**refer** (15:11) (81:13)
**reference** (59:16)
**referred** (83:7)
**referring** (60:11)
**regard** (10:3) (10:19) (22:4) (63:1)
**regulations** (19:20) (20:17) (21:8) (34:25) (47:5) (60:9) (61:4) (61:7) (61:15) (61:22) (62:5) (63:3) (64:8) (67:18) (68:1) (68:11) (68:22) (69:6) (69:17) (69:24) (70:6) (70:20) (80:4) (82:8) (84:10) (84:12) (84:14)
**relate** (87:12) (87:14)
**related** (70:8) (89:2)
**relates** (45:6) (66:5) (66:18)
**relation** (78:1)
**reluctant** (54:12) (66:18) (66:19)
**remedial** (55:11)
**remember** (29:1) (29:19) (30:18) (31:3) (33:20) (35:9) (37:20) (44:13) (44:21) (51:16) (59:24) (73:13) (77:20) (78:25) (80:19)
**removal** (11:5)
**remove** (11:7)
**removed** (30:24)
**repeat** (6:2)
**rephrase** (6:2)
**reply** (77:1)
**report** (40:18)
**reported** (40:23) (77:11) (92:7)
**reporter** (1:17) (3:7) (4:5) (5:19) (35:19) (64:2) (92:5)
**reporter's** (92:1)
**reports** (18:15)
**representative** (26:23) (37:10) (38:4) (42:7) (68:8) (69:19) (70:2) (70:8) (82:1) (88:3)
**representatives** (15:20) (34:3) (71:18)
**representing** (3:3) (3:17) (4:19)
**reprimand** (21:3)
**request** (39:24)
**required** (41:15) (72:15)
**rescue** (65:20)
**research** (29:10)
**reserved** (3:11)
**resolved** (28:23)
**resources** (30:4)
**respect** (55:25)
**respond** (89:16)
**responding** (41:13)
**response** (50:19) (50:21) (69:19) (89:21)
**responsibilities** (7:5)
**responsibility** (22:18) (22:24)
**responsible** (8:11) (8:14) (8:22) (10:7)
**restraints** (54:7) (65:24)
**result** (68:15)
**results** (92:15)
**retaliated** (75:20)
**retaliation** (54:13) (54:23) (66:12) (66:20) (67:2)
**retired** (45:1)
**retirement** (17:15) (49:3)
**returned** (26:10) (30:23) (53:10)
**review** (11:14) (12:11) (14:11) (20:18) (20:25) (21:2) (21:12) (21:20) (22:18) (24:14) (43:21) (61:10) (61:13) (86:2) (87:25) (88:2)
**right** (6:1) (6:10) (7:13) (10:3) (12:17) (13:23) (15:14) (15:19) (18:18) (22:4) (26:19) (28:9) (28:17) (32:17) (32:21) (36:23) (40:9) (43:1) (44:8) (44:17) (51:16) (56:20) (59:7) (62:25) (65:1) (75:2) (75:13) (76:22) (88:7)
**rights** (16:2) (75:5) (75:7) (75:9) (75:21)
**risks** (74:17)
**roberts** (1:15) (3:4) (4:1) (4:11) (4:12) (6:8) (7:10) (18:14) (22:4) (24:13) (24:19) (28:2) (36:8) (38:17) (61:1) (64:6) (73:9) (77:14) (85:7) (91:1) (92:7)
**role** (10:5) (14:6) (34:2) (34:5)
**rollover** (53:4) (53:6)
**room** (33:13) (71:14)
**roughly** (16:7) (28:16) (44:24) (45:15)
**roy** (24:16) (76:7)
**rules** (3:5) (3:14) (3:20) (20:16) (21:8) (34:25) (47:5) (48:8) (50:3) (60:8) (61:4) (61:6) (61:14) (61:22) (62:5) (63:3) (64:7) (67:18) (68:1) (68:10) (68:21) (69:6) (69:17) (69:24) (70:6) (70:20) (80:3) (82:8) (84:9) (84:12) (84:14)
**ruling** (3:12)
**run** (55:19) (56:12)
**running** (56:8)

**S**

**safety** (29:22) (29:23) (30:14) (32:5) (41:25) (46:4) (48:3) (64:16) (68:24) (70:8) (70:17) (70:19) (78:6) (86:22)
**said** (3:5) (3:18) (37:24) (55:18) (63:6) (74:6) (76:5) (78:20) (92:11) (92:14)
**salaries** (15:22) (18:6) (18:12)
**salary** (41:22)
**same** (15:18) (15:24) (42:14) (45:5) (56:16) (63:1) (69:5) (83:7) (84:16) (85:4) (86:17)
**sat** (28:8)

**saw** (54:2)
**saying** (52:16) (67:6) (82:9)
**says** (9:3) (10:6) (21:8) (21:13) (24:20) (25:3) (25:8) (39:14) (55:21) (57:3) (59:11) (73:18) (74:23) (81:12) (81:17) (84:22)
**schaitberger** (73:11) (74:16) (74:25) (75:6) (76:9) (77:2)
**schedule** (34:15) (74:17) (74:19)
**scheduled** (28:7) (41:2)
**second** (44:15) (52:15)
**secondary** (86:15)
**section** (8:1) (8:22) (10:8) (11:4) (11:6) (21:8) (61:16) (61:19) (61:21) (62:4) (63:2) (64:7)
**sector** (86:18)
**seeking** (21:20)
**seems** (53:2)
**self** (30:16)
**sends** (9:15)
**sense** (27:25)
**sent** (38:18) (73:16) (76:9) (77:1) (80:11)
**sentence** (25:2) (59:10)
**sentences** (82:13)
**separate** (30:21)
**september** (50:11) (58:14) (59:5) (59:13) (64:12) (71:24) (73:4) (74:21)
**sequence** (35:9) (35:10)
**sergeant** (22:14) (25:13) (27:9) (27:21) (34:17) (37:6) (38:24) (39:1) (49:9) (54:5) (55:1) (55:19) (56:9) (59:11)
**series** (58:4) (67:20)
**serve** (57:18) (57:20)
**service** (11:12) (11:18) (11:20) (12:7) (38:3) (90:5) (90:7)
**session** (83:21) (83:22)
**set** (7:10) (23:8) (92:12)
**several** (5:4) (25:5) (44:4) (44:9) (47:19) (54:21) (59:18)
**shall** (21:12)
**shannon** (1:16) (3:6) (92:4) (92:19)
**share** (82:14)
**shift** (29:7) (29:8) (29:9) (29:11) (29:13) (29:16) (34:15) (74:17) (74:18)
**shifts** (29:6)
**shortcomings** (19:10)
**shorten** (61:15)
**shortfalls** (19:3)
**shorthand** (92:4)
**shortly** (30:23) (34:22) (59:6) (73:13)
**should** (5:22) (21:1) (26:3) (26:4) (27:9) (28:23) (29:3) (56:15) (56:17) (64:24) (65:8) (81:1) (81:13) (81:23) (82:20) (87:18) (87:22)
**show** (23:17)
**shown** (63:11) (87:24)
**sick** (31:3)
**side** (16:17) (31:10)
**sides** (86:1)
**sign** (4:6) (23:3) (23:11) (23:14) (23:16) (72:16) (85:11) (85:13) (85:16)
**signature** (23:14) (24:5) (41:10) (85:11)
**signed** (24:3) (85:12)
**significant** (54:13)
**similar** (72:12)
**since** (7:1) (7:2) (14:9) (16:8) (17:13) (18:2) (31:7) (52:17) (53:7) (53:10) (78:10) (82:1)
**sir** (5:1) (5:8) (5:17) (5:20) (6:4) (6:9) (6:18) (7:17) (7:25) (8:6) (8:10) (8:13) (8:16) (11:9) (13:12) (13:21) (13:25) (14:8) (15:9) (16:5) (16:11) (16:14) (16:16) (16:20) (17:6) (17:8) (17:11) (17:13) (18:8) (18:13) (18:17) (20:15) (23:5) (23:19) (24:1) (24:21) (24:23) (25:10) (26:5) (26:14) (28:3) (28:6) (28:12) (31:24) (32:1) (34:4) (34:21) (41:11) (42:11) (43:7) (43:9) (44:11) (46:13) (46:17) (47:3) (47:17) (48:14) (48:16) (48:19) (49:23) (50:13) (51:6) (52:12) (52:23) (54:15) (55:4) (56:10) (56:18) (56:21) (57:21) (58:12) (59:23) (60:7) (61:20) (62:9) (63:19) (66:6) (67:14) (67:19) (68:12) (68:20) (71:9) (72:24) (73:1) (73:4) (75:8) (75:16) (76:4) (76:16) (76:21) (77:17) (77:23) (80:5) (80:10) (82:24) (83:1) (84:6) (86:6) (86:9) (86:13) (87:7) (88:20) (89:11) (90:5) (90:13)
**sit** (43:20)
**sits** (11:19)
**sitting** (4:12) (42:4)
**situation** (52:22) (81:1) (81:6) (82:23)
**situations** (83:9)
**six** (33:19)
**slots** (53:25)
**so-called** (36:16) (68:2) (71:3)
**solid** (52:6)
**some** (18:1) (18:3) (20:23) (27:4) (28:14) (28:22) (28:25) (29:1) (29:9) (29:14) (31:6) (36:21) (37:14) (45:5) (46:5) (46:10) (50:19) (51:18) (52:13) (55:14) (63:10) (63:13) (65:22) (65:25) (66:4) (71:13) (72:18) (74:13) (76:5) (77:13)
**somebody** (24:3)
**someone** (18:25) (31:4) (62:18)
**sometime** (77:15)
**sop** (61:11)
**sops** (60:9) (60:12) (61:5)
**sorry** (17:23) (23:11) (34:8) (48:12) (51:2) (60:25) (63:8) (76:16) (78:21) (87:12)
**speak** (4:3) (36:5) (80:17) (83:10) (92:8)
**specifically** (10:19) (11:23) (52:1) (68:5) (70:13)
**speech** (61:18) (63:2) (64:8) (75:14) (75:22)
**spent** (59:17)
**spoke** (19:14) (45:5) (68:7) (68:23) (69:8) (69:18) (70:1) (70:7) (77:6) (79:21)
**spoken** (48:17) (82:22)
**spots** (53:25)
**squad** (33:2)
**staffing** (27:6) (31:16) (32:7) (32:8) (32:10) (45:19) (46:4) (46:5) (48:3) (65:18) (66:8) (66:15) (68:8) (70:17)
**standard** (60:16) (60:18)
**standards** (31:19)
**started** (26:19)
**state** (1:18) (3:8) (4:9) (15:12) (15:13) (15:18) (15:25) (16:16) (17:15) (41:13) (41:25) (42:15) (92:2) (92:5) (92:20)
**stated** (22:20) (40:17) (40:21) (41:25) (57:12) (62:6) (86:7)
**statement** (21:16) (25:11) (25:19) (53:18) (59:20) (68:19) (78:14)
**statements** (59:14) (59:19) (74:22)
**states** (1:1) (32:2)
**steamfitters** (63:13)
**still** (16:10) (16:15) (17:12) (17:14) (27:18) (28:25) (42:14)
**stipulated** (3:2) (3:16)
**stipulation and** (1:16)
**stipulations** (3:1) (4:5)
**stood** (71:7)
**stop** (6:1) (43:15)
**straight** (46:1) (46:17)
**street** (1:19) (2:4) (2:7) (2:11)
**strictly** (19:24)
**structure** (23:10) (29:16)
**structured** (83:23)
**struggle** (53:7)
**subject** (11:11) (19:15) (20:18) (21:12) (24:19) (30:13) (40:20) (53:24) (61:17) (64:8) (66:8) (68:8) (68:14) (69:3) (69:7) (69:13) (71:1) (76:24) (84:19) (85:4)
**subjecting** (69:24)
**subjects** (70:16)
**subordinate** (18:25)
**subsequently** (58:21)
**substance** (48:23) (51:8) (51:24) (72:22) (87:8)
**suggest** (37:3) (46:9)
**suggested** (37:22)
**suggesting** (39:4)
**suite** (2:4)
**supervisor** (23:7) (25:14) (53:19)
**supervisors** (33:4)
**supper** (49:3)
**supported** (26:15)
**supportive** (88:12)
**sure** (9:19) (11:1) (14:19) (38:12) (44:18) (52:5) (52:6) (74:14)
**suspension** (14:16) (68:19)
**suspensions** (21:10)
**swap** (30:22) (30:24) (30:25) (31:4) (31:12) (45:24) (46:1) (58:7)
**sworn** (4:2) (6:6) (92:8)
**synopsis** (37:1)
**system** (9:7) (11:13) (12:6) (12:8) (12:9) (19:17) (19:19) (19:22) (20:16) (34:25) (43:19) (60:8) (60:15) (60:17) (61:4) (61:7) (61:14) (61:21) (62:4) (63:3) (64:7) (68:1) (68:10) (68:17) (68:21) (69:1) (69:12) (69:16) (69:24) (70:6) (70:20) (80:3) (81:14) (82:4) (82:6) (82:8) (82:10) (84:5) (84:9) (84:12) (84:14) (84:22) (88:14)
**system's** (21:8) (47:5) (50:1) (67:18) (69:6)

**T**

**take** (5:5) (7:15) (8:3) (10:15) (15:2) (15:4) (20:3) (20:7) (24:13) (35:16) (37:24) (38:9) (39:17) (41:9) (43:17) (45:14) (50:19) (55:10) (56:20) (58:7) (59:5) (64:4) (76:18) (76:22) (80:12)
**taken** (1:15) (3:4) (3:6) (4:23) (5:19)
**taking** (66:22)
**talk** (32:3) (32:24) (37:6) (37:9) (41:24) (42:11) (42:14) (43:11) (45:8) (46:18) (46:20) (47:21) (51:13) (54:12) (65:17) (66:18) (66:19) (70:14) (70:15) (71:13) (74:6) (76:1)
**talked** (27:3) (32:23) (33:19) (35:7) (39:20) (39:23) (43:25) (44:6) (44:9) (46:5) (47:24) (48:10) (48:13) (48:15) (51:15) (51:17) (51:19) (54:5) (71:18)
**talking** (29:24) (61:9) (64:3) (66:21) (66:23) (82:12)
**talks** (66:1)
**taylor** (46:22)
**taylorson** (44:23) (46:23) (46:24) (47:4) (49:18)
**technical** (21:25)
**telephone** (77:15) (78:18) (79:21) (80:1) (87:15) (90:15)
**telephone conver--** (87:13)
**tell** (6:6) (43:17) (61:8) (61:18)

(62:1) (77:24) (80:6)
**telling** (67:5)
**ten** (5:2) (45:16)
**tenure** (19:1)
**terminated** (12:16) (85:9)
**termination** (10:4) (10:18) (10:21) (12:9) (12:25) (13:24) (14:7) (14:14) (14:23) (15:2) (15:8) (20:9) (54:18) (68:18) (84:20) (85:20) (85:21) (85:22) (85:25) (86:4)
**terminations** (10:7) (10:9)
**terms** (51:20) (77:25)
**testified** (4:4) (33:24)
**testify** (48:5) (48:7) (87:5)
**testifying** (48:9)
**testimony** (87:8) (88:13)
**testing** (9:21)
**thank** (91:1)
**them** (8:20) (18:2) (20:4) (23:5) (23:16) (33:8) (33:9) (36:24) (37:12) (42:10) (42:11) (43:12) (43:17) (44:4) (47:21) (47:22) (48:1) (48:11) (48:13) (49:25) (51:13) (54:6) (58:12) (59:23) (61:7) (62:19) (67:21) (75:9) (75:10) (80:19) (80:20) (83:17) (85:23) (86:8) (89:24)
**themselves** (29:25) (30:1)
**thereof** (92:15)
**there's** (10:14) (19:6) (23:14) (24:3) (29:5) (43:13) (48:8) (54:17) (55:13) (55:14) (59:19) (75:10) (85:11)
**these** (7:11) (24:14) (29:14) (30:4) (32:2) (34:2) (35:2) (36:21) (37:3) (38:8) (42:22) (47:6) (57:1) (57:8) (57:10) (57:19) (60:2) (82:11) (86:6)
**they'll** (43:15)
**they're** (19:1) (19:24) (32:4) (33:7) (64:18) (86:22)
**they've** (17:3) (21:2) (23:8) (48:13) (70:11)
**thing** (55:19) (79:7)
**things** (4:17) (27:6) (28:14) (29:5) (32:9) (42:1) (47:13) (51:19) (65:25) (74:15) (74:19)
**think** (17:18) (22:1) (23:6) (23:13) (23:15) (23:24) (26:19) (27:1) (27:12) (27:20) (29:21) (30:1) (30:6) (32:8) (32:13) (32:20) (33:10) (34:13) (35:15) (36:25) (37:6) (37:12) (37:14) (40:10) (40:14) (41:22) (42:8) (42:11) (44:8) (44:15) (45:7) (45:25) (46:1) (46:10) (47:1) (47:14) (47:18) (51:9) (51:14) (52:2) (52:4) (53:8) (53:11) (53:16) (54:24) (56:1) (56:15) (56:17) (57:16) (62:9) (63:6) (63:11) (63:13) (63:15) (63:17) (63:19) (64:6) (64:23) (64:25) (65:9) (65:17) (65:18) (65:19) (65:20) (66:4) (66:17) (68:16) (69:4) (70:10) (70:24) (71:5) (74:10) (76:23) (80:22) (81:2) (82:7) (83:13) (84:5) (84:11) (88:16) (88:21) (89:6) (90:25)
**third** (55:14)
**thirty** (16:12)
**thomas** (2:3) (2:10) (38:3)
**though** (44:14) (60:8)
**thought** (11:2) (28:21) (28:22) (77:8) (81:6)
**threat** (54:18)
**threats** (39:13)
**three** (17:18) (33:25) (37:3) (55:17) (62:7) (78:5)
**three-man** (11:22) (11:24)
**through** (9:20) (15:19) (35:3) (37:15) (43:13) (53:22) (70:12) (70:22) (71:3) (80:23) (81:7) (83:12) (83:14) (86:4) (86:21) (87:19) (87:22) (92:10)
**throughout** (67:8)
**times** (19:5) (49:6) (57:13) (69:20) (71:12)
**timing** (40:9)
**today** (5:10) (24:22) (36:14) (44:8) (67:22) (87:24)
**todd** (49:3)
**told** (46:10) (49:2) (57:14) (57:22) (57:24) (57:25) (77:21) (79:7) (79:25) (80:20) (80:22) (85:19) (89:7)
**tom** (4:18)
**tone** (40:13)
**took** (26:2) (26:3)
**tools** (33:10)
**top** (30:19) (33:22) (56:3) (61:8) (62:25)
**total** (23:3) (51:6) (64:19) (86:19)
**totally** (65:21)
**touch** (66:2)
**training** (30:5) (33:7) (65:25) (66:9) (66:15) (67:4) (86:20) (86:21)
**trains** (53:20)
**transcript** (5:21)
**transcription** (92:10)
**treated** (56:15)
**trial** (3:19)
**tried** (32:13) (55:17) (56:25) (57:2)
**trouble** (52:20) (55:10)
**trucks** (65:20)
**true** (7:19) (8:3) (58:17) (64:21) (65:10) (92:10)
**truth** (4:3) (4:4) (6:6) (92:8)
**try** (9:22) (10:17) (32:11) (64:15)
**trying** (49:24) (53:16) (57:18) (57:20) (61:22)
**tuesday** (51:18)
**turmoil** (62:8) (62:10)
**turn** (8:1) (41:7)
**two** (4:13) (31:23) (31:25) (32:12) (44:25)
**two-fold** (10:13)
**type** (72:18)

## U

**uh-huh** (76:14)
**ultimate** (10:15) (10:21) (10:23) (85:16) (88:15) (88:25) (89:2) (89:10)
**ultimately** (9:12) (83:15)
**under** (6:6) (8:21) (11:21) (12:2) (12:8) (14:10) (15:3) (19:1) (19:22) (20:16) (62:4) (75:1) (75:3) (75:15) (83:2) (83:9)
**understaffing** (53:24) (66:8) (67:4)
**understand** (4:20) (5:15) (5:23) (5:24) (5:25) (6:3) (6:7) (6:9) (7:18) (12:14) (16:5) (18:14) (34:8) (42:10) (49:2) (49:9) (50:5) (50:6) (51:23) (59:15)
**understanding** (11:17) (15:5) (33:24) (38:23) (40:5) (40:6) (40:22) (42:2) (49:7) (50:9) (58:16) (71:25) (72:7) (78:16) (78:21) (80:21) (86:24)
**understood** (16:6) (46:10) (76:18)
**unfortunately** (14:5) (24:1)
**union** (16:19) (26:22) (27:5) (27:23) (37:10) (41:14) (41:20) (41:24) (45:9) (47:2) (57:2) (79:16) (81:24) (87:17) (89:3)
**united** (1:1) (32:2)
**unjustified** (54:25)
**unless** (14:8) (21:2) (51:21)
**until** (88:7)
**untruthful** (65:13)
**upheld** (12:12) (14:24)
**uphill** (53:7)
**uphold** (88:18)
**upholding** (15:8)
**upon** (67:22) (77:6) (78:16) (78:22)
**upset** (50:18) (50:22) (51:8) (73:23) (73:24)
**use** (28:12)
**used** (3:13) (3:19) (60:10) (77:10)
**usual** (4:5)
**usually** (11:20) (11:22) (11:23) (20:25) (33:6) (90:22)

## V

**various** (9:25) (42:22) (58:5)
**vehicles** (29:25) (65:19) (69:10)
**verbally** (85:18) (90:14)
**verified** (51:18)
**version** (55:15)
**vice-president** (27:23) (36:10)
**view** (36:5) (36:7) (55:6) (80:24) (86:9) (87:20)
**viewpoint** (82:14)
**violate** (61:4) (68:21) (69:6)
**violated** (20:11) (47:5) (82:4) (82:7)
**violating** (19:16) (34:24) (81:13) (84:9) (84:11) (84:13)
**violation** (60:16) (67:17) (67:24) (67:25) (68:10) (68:25) (69:11) (69:16) (69:22) (69:23) (70:4) (70:5) (70:19) (75:18) (80:3) (80:7) (81:3) (81:6) (81:16) (82:6) (88:14)
**violations** (60:17)
**voice** (80:24) (81:5)

## W

**wallace** (2:15) (24:17) (51:15) (80:10)
**wanted** (15:2) (18:19) (36:4) (64:9) (73:25)
**wanting** (34:1) (34:10)
**wants** (9:9) (9:14) (46:20)
**washington** (2:5)
**wasn't** (76:5)
**waters** (24:16) (25:3) (31:9) (74:5) (76:7) (76:19)
**waters'** (77:10)
**way** (8:15) (14:12) (14:13) (18:22) (42:10) (53:20) (64:15) (66:18) (84:24) (84:25)
**ways** (20:21) (30:3) (70:11) (70:14)
**wednesday** (1:20)
**week** (5:23) (34:6)
**weekend** (51:16) (51:17)
**we'll** (5:6) (11:1)
**we're** (41:21) (42:14) (66:19)
**weren't** (23:24)
**whatever** (52:7) (63:13) (65:7) (68:17) (83:21) (84:21)
**who** (9:10) (23:9) (38:25) (44:3) (44:5) (56:20) (58:23) (84:17) (87:9) (90:20) (92:7)
**whoa** (35:19)
**whole** (4:3) (8:16) (8:17)
**whomever** (70:15) (83:23)
**wilkes** (24:6)
**will** (5:18) (5:21) (9:21) (11:11) (19:24) (23:3) (41:20) (47:21) (60:18) (61:8) (83:17) (83:18) (85:25)
**williams** (1:17) (3:6) (92:4) (92:19)
**witness** (4:2) (87:6) (88:1) (88:6) (88:11) (88:23) (89:8) (92:11)
**woodley** (2:3) (4:8) (4:18) (14:19) (14:21) (38:15) (44:20) (56:2) (56:6) (64:4) (90:25)
**word** (28:12)
**words** (53:25) (65:7)
**work** (6:19) (8:19) (16:12) (16:17) (19:24) (29:14) (29:15) (31:6) (54:10) (63:11) (83:20) (83:21)
**worked** (17:9) (22:5) (29:8) (31:7)

(57:14)(90:4)(90:8)(90:21)
**workers** (11:15)(63:10)(73:6)
**workers'** (31:5)
**working** (16:15)(18:7)(43:24)(46:13)(53:10)(54:15)(83:3)
**workplace** (62:4)
**works** (53:20)
**writing** (20:14)
**written** (68:19)
**wrong** (29:11)(56:3)(67:16)

**Y**

**yard** (43:15)
**year** (23:16)(23:22)(24:10)(45:1)(45:2)(46:1)(78:12)
**yearly** (23:4)
**years** (5:3)(6:16)(16:9)(16:11)(16:12)(17:2)(17:18)(22:6)(44:25)(54:16)(71:9)(71:13)(75:12)(75:18)
**yes** (5:1)(5:8)(5:17)(5:20)(6:4)(6:18)(7:17)(7:25)(8:10)(8:13)(11:9)(13:12)(13:21)(16:5)(16:14)(16:16)(17:8)(17:11)(18:13)(18:17)(21:22)(24:21)(24:23)(28:3)(28:6)(28:12)(29:24)(32:1)(34:4)(34:14)(34:21)(40:6)(40:25)(41:11)(42:11)(43:7)(43:9)(44:11)(44:15)(45:11)(47:3)(47:22)(48:13)(48:16)(48:19)(49:9)(49:22)(50:13)(50:23)(51:6)(55:4)(56:5)(56:21)(57:21)(62:9)(63:19)(63:22)(67:14)(67:19)(68:12)(70:24)(72:14)(74:11)(74:14)(75:8)(75:16)(76:4)(76:15)(76:16)(76:21)(77:17)(77:23)(79:18)(80:5)(81:7)(82:5)(82:17)(82:18)(83:20)(84:15)(85:6)(87:7)(87:23)(88:20)(90:5)(90:8)
**you'll** (11:2)(52:15)(53:23)(58:4)(59:10)(60:20)(81:9)(81:11)