43

1      Q.   All right.  Let's move on to a different
2   subject, which would have been, as I understand it,
3   a telephone call that was initiated by Mr. Davis to
4   you, as mayor of the city, in April of 2006.  And I
5   want to invite your attention, so we have accurate
6   testimony from you, to Exhibit 21.  And if you could
7   please identify what this document is?
8      A.   It's a message, just a memo that I received
9   from the secretary, Camara, like I receive several a
10  day.
11     Q.   Camara, how is that spelled?
12     A.   C-A-M-A-R-A.
13     Q.   Is that your secretary?
14     A.   Actually, she acts as secretary for both
15  the city manager and myself.
16     Q.   And is it your understanding that she
17  filled out and wrote this message?
18     A.   Yes.
19     Q.   And what is the date that it shows?
20     A.   4/17.
21     Q.   And that would have been the year 2006?
22     A.   Yes.
23     Q.   And it's partially blocked off there, but
24  it looks like 12:30 or something?
25     A.   Yes.

1      Q.  Is that a fair statement?  Would it just

2  have been after the noon hour on that date, after

3  the noon hour?

4      A.  Yes, sir.

5      Q.  And it shows the phone number of Mr. Davis?

6      A.  Uh-huh.

7      Q.  And can you read for us what the brief

8  message is there?

9      A.  City proposals.  He would not speak with

10  anyone else.

11      Q.  And do you remember receiving that message

12  from Camara on that date?

13      A.  I -- not specifically this message, but I

14  receive messages every day.  But, yes, I do remember

15  receiving this message and returning the phone call.

16      Q.  Okay.  And when you say you returned the

17  phone call, did you, in fact, get Mr. Davis on the

18  phone when you tried to reach him back?

19      A.  I think I did.  I think I did the first

20  time, if I'm not mistaken.  I'm not real sure, but I

21  think I did.

22      Q.  Move on to Exhibit 22.  And this is a

23  statement apparently from a Mr. David Davis and

24  signed by him, and you see at the top there it bears

25  the date of April 19, 2006, which would have been

1   just two days after the phone conversation that you

2   had with Mr. Davis.

3       A.   Uh-huh.

4       Q.   And it's fairly short, so let me quote it.

5   It's addressed to Wallace Hunter, Fire Chief of the

6   city.  It says, quote, on Monday, April 17, 2006, I

7   placed a call to Mayor Jeff Hardin's office.  As

8   president of the Phenix City Firefighters'

9   Association Local 3668, I made this call in regards

10  to some labor issues in which I had concerns with.

11  Mayor Hardin returned my call later that evening,

12  and we discussed the issues which I wanted to

13  address, end quote.  You see where it says that?

14      A.   Yes.

15      Q.   As far as you know, is that an accurate

16  statement of Mr. Davis?

17      A.   It is.  With regards to as president of the

18  Phenix City Firefighters' Association, that was --

19  that was something that's put in this letter.  You

20  know, my message, you know, to him was to call David

21  Davis.  We sent a letter to the association that all

22  the correspondence through the association should go

23  through the city manager.  Actually, the city

24  council sent a letter to the association with all of

25  our agreeance -- unanimously agreed to all -- any

1    association issues would be taken up with the city

2    manager.  So, basically, he would be our

3    spokesperson.

4        Q.    When you returned the call to Mr. Davis on

5    the evening, apparently, of April 17, 2006, what

6    were the issue or issues that Mr. Davis discussed

7    with you in that telephone conversation?

8        A.    It was about the ordinance that we were

9    going to pass to change the probationary time for

10   employees of public safety.

11       Q.    And did Mr. Davis, in that telephone

12   conversation with you, express concerns that he and

13   other firefighters had about that particular

14   proposed ordinance?

15       A.    I don't remember how he worded it, but he

16   did say he had concern.  I don't know if they were

17   his concerns or that he said there were other

18   concerns, but he said that there were some concerns

19   about the changing of the probationary time.

20       Q.    And what concerns did he express on behalf

21   of himself and the other members?

22       A.    He didn't like the fact that the

23   probationary time was going to be extended.

24       Q.    Did he say why?

25       A.    I -- I don't recall, but he didn't like the

1    fact that it was going to be extended.

2        Q.  Did he express concerns that that might

3    have an adverse impact on recruitment of new

4    firefighters into the department or perhaps an

5    adverse impact on employee morale in the fire

6    department?

7        A.  I don't know the specific reasons why he

8    had a problem with it, but he just said that -- my

9    conversation, what I understood, he just didn't like

10    the fact that it was going to be extended.

11        Q.  But you don't recall right now reasons that

12    he gave to you on behalf of himself and the members

13    about extending the probationary period?

14        A.  I don't remember exactly what he said

15    about -- I know that his issue was with,

16    specifically, the extension of the probationary

17    period.

18        Q.  And was there, in fact, a proposed

19    ordinance that was coming before the city council on

20    that matter?

21        A.  Yes.  Actually coming up for a final vote.

22    We had actually already placed it on the -- if I

23    remember correctly, we had already placed it on

24    first reading, and it was going to a final vote.

25        Q.  And who within the city had proposed that

1  new policy or new ordinance?

2      A.    The city manager brought it to the city

3  council, but it was recommended to us -- it was

4  recommended by the police chief, the fire chief, and

5  the city manager.

6      Q.    Was that going to be a new policy

7  applicable to the police department as well?

8      A.    Yes.

9      Q.    And what was the underlying reasons or

10  rationale for the fire department and the police

11  department and the city manager to propose that

12  extension of the probationary period?

13      A.    And that was the question, of course, we

14  asked as a council.  And we were told that basically

15  what happens is the training period is so long for

16  both police and firemen, that there was not an ample

17  opportunity for the employee to come to work and be

18  evaluated within that probationary period that was

19  on the books at that time.  So they felt -- both the

20  police and the fire chief and city manager felt like

21  extending that would allow both the employee and the

22  leadership in both of those departments at the time

23  to get a true evaluation of what the job is

24  physically within the constraints of the job and not

25  just within training.  So we thought that was a

1  reasonable explanation of why they wanted that done

2  and that's why we passed it.

3      Q.   So it was passed and it was implemented?

4      A.   Yes.

5      Q.   Okay.   Then returning to the telephone

6  conversation you had with Mr. Davis on April 17, do

7  you recall anything else that was discussed by you

8  or by Mr. Davis in that telephone discussion?

9      A.   I don't recall anything.   I just remember

10  the -- kind of the reason for the call was to

11  express his concerns about extending the -- and I

12  actually think he made a recommendation.   I don't

13  remember what that was, but I think he recommended

14  something different than we had proposed.

15      Q.   Did he recommend or submit a proposal to

16  you in that telephone conversation to keep the

17  probationary period the same or to change it to some

18  other period of time?

19      A.   I think his proposal was to change it to

20  some other period of time.

21      Q.   Do you remember what period that was?

22      A.   I don't -- it had something to do with --

23  if I recall correctly, it had something to do with

24  the amount -- after the amount of training when that

25  person is put in place.   Instead of going to a set

1    amount of time, which I don't remember the

2    specifics, I think it -- but his was, you know, to

3    change -- if I'm not mistaken, it was to change

4    based on -- it was something different between what

5    we had on the books and what we were proposing.  It

6    was something different than that.

7         Q.   But you don't remember precisely?

8         A.   I don't remember precisely.

9         Q.   But this policy change that was implemented

10   extending the probationary period in the fire and

11   police departments from one year to 18 months, that

12   solely applied to new hires into those departments;

13   is that your understanding?

14        A.   That's what we understood, yes, sir.

15        Q.   So that change in the probationary period

16   would have had no application to veteran

17   firefighters who had been working for the fire

18   department for a period of years?

19        A.   No, sir.  And those questions were brought

20   up.

21        Q.   At the council meeting?

22        A.   Yes.

23        Q.   And could you elaborate on that, please?

24        A.   Just that that was asked; you know, who

25   does this apply to.  And, of course, the ordinance

1    spelled it out, but sometimes there's a lot of

2    legalese in there, so you want to make sure, in

3    layman's terms, you understand exactly what it

4    says.  So I know that that was brought up at the

5    meeting.  Someone asked that question.

6         Q.  So that new policy or ordinance of the city

7    extending the probationary period would not have had

8    any application to David Davis being a veteran

9    employee of the fire department, correct?

10        A.  No, sir, not as we understood it.

11        Q.  It would not have applied to him as an

12   employee?

13        A.  Correct.

14        Q.  So is it fair and accurate to say that in

15   your telephone conversation with Mr. Davis on

16   April 17, 2006, he was not raising this issue of

17   extending the probationary period because he had any

18   individual grievance or employee concern because it

19   didn't apply to him; is that a fair statement?

20        A.  I don't know if he -- because I remember

21   talking with him, and I don't know if he completely

22   understood what the ordinance said.  I think there

23   were some questions as to what the ordinance

24   actually applied to, and if it applied to -- because

25   I remember him asking some questions about the

52

1    ordinance and it was not -- if I remember correctly,

2    it was not a long conversation, but it was -- I

3    think there were some questions about it, you know.

4    I think when it was going to come up or, you know,

5    what it applied to.

6        Q.  But in terms of the scope or application of

7    extending the probationary period, just so the

8    record here is clear, it was your understanding and

9    the understanding of the city council that it would

10   have no application to veteran employees of the fire

11   department, correct?

12       A.  I think --

13       Q.  It applied only to new hires?

14       A.  If I'm not mistaken, it applied to new

15   employees, and I think if there was a new job title

16   or new job promotion, that it applied to those

17   employees also, if I remember correctly.  It's been

18   a long time since I read -- well, I didn't go over

19   that ordinance before our meeting, so I don't

20   exactly remember that it says.

21       Q.  In the past at city council meetings, have

22   employees of the city appeared before the city

23   council to express their position or concerns on

24   issues?

25       A.  No.

1    Q.   You don't remember any time that an
2    employee of the city has come before the city
3    council?
4    A.   Yes.   There's been times where employees
5    have -- during my previous council, we had an
6    employee that came in front of the city.   And then
7    we also had -- if I'm not mistaken, during my
8    previous council term, there was some kind of either
9    public hearing or something where we had a group of
10   firefighters at a meeting.   I don't know if it was a
11   work session or public hearing or council meeting,
12   but there was a group of firemen at the meeting.   I
13   don't really remember the whole conversation or why
14   they were there, but I remember --
15   Q.   And that was when you were a city council
16   member?
17   A.   Yes.
18   Q.   Do you remember what the subject matter was
19   that was raised by the firefighters?
20   A.   I do not.   I don't remember specifics, but
21   remember a group of firefighters being there.
22   Q.   And after that meeting with a group of
23   firefighters and the city council, do you know if
24   any other firefighters were disciplined in any way
25   for appearing before the city council?

1    A.   I don't know.  I mean, I wouldn't know

2  that.

3    Q.   Mr. Mayor, let me invite your attention to

4  Exhibit Number 23.  And this appears to be a

5  memorandum from Fire Chief Wallace Hunter addressed

6  to the City Manager, H.H. Roberts, dated April 20,

7  2006.  It shows a copy being sent to Barbara

8  Goodwin, the Personnel Director of the city, and the

9  re line indicates Sergeant David Davis, Merit System

10  and SOP violations.  Have you ever seen this memo

11  before today?

12    A.   No.

13    Q.   Okay.  Why don't you read that completely

14  to yourself?  It's fairly short.

15        MR. WOODLEY:  In the meantime, why don't we

16        take a five-minute break.  Does that sound

17        good?

18        MR. GRAHAM:  Yes.

19    (Brief recess.)

20        MR. WOODLEY:  Back on the record.

21    Q.   Mr. Mayor, I think just before we took this

22  brief break, I was inviting your attention to

23  Exhibit Number 23 in front of you and, once again,

24  this is a memo from Fire Chief Hunter to City

25  Manager Roberts dated April 20, 2006, a copy going

1    to the Personnel Director, Ms. Goodwin.  And you've

2    had an opportunity to carefully and fully read this

3    document, correct?

4        A.   I have, yes, sir.

5        Q.   And have you seen this particular document

6    before today?

7        A.   No.

8        Q.   Let me invite your attention to a couple of

9    statements in this memorandum.  In the very first

10    paragraph, first sentence, it says, quote, this memo

11    is to inform you about a conversation between

12    Personnel Director Barbara Goodwin and myself about

13    the city's new probation time for new hires for

14    Public Safety, end quote.  You see where it says

15    that?

16        A.   Yes.

17        Q.   Once again, so it's at least clear in my

18    mind, that new policy applied to new hires for

19    Public Safety.  Is that accurate?

20        A.   Yes.

21        Q.   Then further down in this document, the

22    third paragraph says, quote, David Davis has made it

23    clear that he will not adhere to our merit system

24    grievance process or the department and city

25    Standard Operating Procedures.  Then it goes on to

1  say -- addressing you -- Mayor Hardin should refer
2  any employee violating the chain of command, as
3  indicated in our merit system, back to their
4  department head, personnel department, or city
5  manager.  Failing to do so is a violation of our
6  city charter, end quote.  See where it says that?
7       A.   I do.
8       Q.   It sounds to me like Chief Hunter is
9  telling City Manager Roberts and Ms. Goodwin that
10 you have violated the city charter.  Do you have a
11 reaction to that?
12      A.   You know, first of all, I don't think that
13 Chief Hunter is an attorney, so his interpretation
14 of the charter is, you know, I guess like anybody
15 else, you can read it and get an interpretation that
16 you want.  I don't -- you know, I don't really
17 have -- like I say, I'm just surprised to read this.
18      Q.   Would you agree with his statement that
19 your communication on the telephone with Mr. Davis
20 about the probationary period policy was a violation
21 of the city charter by you?
22      A.   No.
23      Q.   You don't agree with that?
24      A.   No.
25      Q.   When you say you don't agree with that,

1    could you please tell me why you don't agree with

2    it?

3        A.   Well, the conversation -- the charter is

4    very specific in what it states.  The charter is not

5    set up to where the mayor or council members can not

6    talk to city employees.  I mean, that's ridiculous.

7    The interpretation is ridiculous, to even think

8    that.

9        The charter is set up to where the mayor and

10   the city council does not order or direct employees

11   to any action.  There's a specific line between the

12   day-to-day operations of what the city manager and

13   the department head's duties are versus what the

14   city council's duties are.  So the charter -- the

15   intent of that portion of the charter that I'm

16   assuming that this is -- it doesn't have anything to

17   do -- you know, if that's the case, there would be

18   no communication whatsoever -- hello, how are you

19   doing, how was your birthday or your Christmas --

20   there would be no communication whatsoever, because

21   that could be perceived as communication between

22   employees and council.

23       Q.   As the mayor, do you believe that it's

24   consistent with your rights and responsibilities to

25   have conversations with city employees about issues

1    that affect the city or the operations of certain

2    departments?

3        A.   You said do you think it's my right?  Is

4    that what you said?

5        Q.   Yes.  Let me rephrase the question so it's

6    clear.  You indicated earlier that you have an open

7    door policy, and you appear to me to be an

8    individual that's willing to communicate with

9    people, and it's part of your job as mayor.

10       Do you feel like you're prohibited and barred

11   from discussing with city employees issues or

12   policies that affect the city or the department in

13   which the employee happens to work?

14       A.   I think, for the proper operation of the

15   city, that I don't need to get involved.  I think

16   there is a -- at some point, there may be a

17   misunderstanding of who you work for if you get

18   involved in the day-to-day operations.  So, you

19   know, the fact that you listen to what people have

20   to say is different than acting upon it or how you

21   carry that out.  You know, as a matter of fact, it

22   says in that letter here that things should be

23   reported to the department head or personnel

24   department or the city manager.  You know, my

25   conversations are not with department heads or the

59

1   personnel director; they are with the city manager.

2   So there's a misunderstanding there.  But I think

3   that in my position, you have to listen to all

4   people.  It's just a matter of what you do with that

5   information.  And typically what I do is try to

6   go -- to sort out and try to determine on my own

7   what is relevant, and then carry the relevant

8   information to the city manager.

9       Q.  Is it fair and accurate to say in your job

10  and position as a city mayor, that you're looking to

11  collect information, whether it's from city

12  employees, about issues affecting a department or

13  other subjects so that you can better do a job as

14  mayor in collecting that information and doing your

15  duties?

16      A.  Well, that's what we have to do, to do an

17  effective job, yes.

18      Q.  Later on in this memo -- again, Exhibit 23,

19  the memo from Mr. Hunter to Mr. Roberts -- at the

20  end on page two it says, quote, I also feel very

21  strongly that someone should speak with Mayor Hardin

22  about this sensitive issue of interfering with the

23  jobs that department heads are trying to do to keep

24  their departments running smoothly and effectively,

25  end quote.  You see where it says that?

60

1     A.   Very clearly.

2     Q.   Did you feel like that your conversation on

3   the telephone with Mr. Davis on April 17, 2006, was

4   an interference with the fire department operations?

5     A.   I do not.

6     Q.   And why do you say you do not agree with

7   that?

8     A.   You know, I guess -- what do you do with

9   that information if you -- if I heard and listened

10  to what was said, you know, the interference would

11  go in if I went into the fire department and tried

12  to change the way they did business, or met with the

13  chief and tried to change their recommendation from

14  the probationary time.  That would be an

15  interference.

16     And I don't -- you know, I don't think, you

17  know, listening to what someone has to say that you

18  are interfering with the job that the department

19  heads are trying to do.  So, you know, from my

20  standpoint, I heard exactly what was said and -- but

21  I didn't interfere with the department head or what

22  the chief was trying to do in his department.

23     Q.   So in other words, the telephone

24  conversation you had with Mr. Davis on April 17,

25  2006, in which he evidently expressed concerns about

```
 1   the proposed extension of the probationary period,
 2   that conversation, in and of itself, with you did
 3   not interfere or disrupt the operations or
 4   efficiency of the fire department, did it?
 5        A.   Not as I know of, no.
 6        Q.   And after that telephone conversation with
 7   Mr. Davis, did you communicate with anyone the fact
 8   that you had had this telephone conversation with
 9   Mr. Davis?
10        A.   I did.
11        Q.   And who did you tell?
12        A.   I think we were leaving one evening and, if
13   I'm not mistaken, we were standing between my office
14   and the city manager's office.  And I think
15   Mr. Roberts was there and Ms. Goodwin, the personnel
16   director, was there, and I made a comment -- I don't
17   know if the fire chief was there or not, but I made
18   the comment that Mr. Davis had called me about the
19   extension of the probationary time.
20        Q.   Did you say anything beyond that?
21        A.   No.
22        Q.   Okay.  And what was the response of the
23   individuals when you communicated that Mr. Davis had
24   called you about the probationary period?
25        A.   No response to me.
```

62

1      Q.   They didn't say anything like, well, gee,
2   that's outrageous, that broke the chain of command,
3   they should be not talking to you, Mr. Mayor,
4   anything like that?
5      A.   I was kind of -- we were all on the way out
6   the door, so there was really no conversation with
7   me.  If they had conversation after that, I was not
8   privy to that.
9      Q.   In that conversation, or really at any
10  time, did you recommend that Mr. Davis be
11  investigated or charged or disciplined because he
12  had a telephone conversation with you?
13     A.   No.
14     Q.   Did you ever suggest or request that
15  Mr. Davis be terminated for that conversation with
16  you?
17     A.   No.
18     Q.   Did you ever authorize or approve
19  Mr. Davis's termination from his employment with the
20  city?
21     A.   No.
22     Q.   Based upon all the circumstances and
23  information that you have, Mr. Mayor, do you think
24  it was fair and appropriate that Mr. Davis be
25  terminated because he had a telephone conversation

63

1   with you on April 17, 2006?

2        A.   Well, that's not my decision.  Employees

3   don't work for me.

4        Q.   Oh, I understand that's not your decision.

5   But as an individual and as the mayor of the city,

6   do you think that was fair and reasonable, that he

7   be fired, as an 8-year veteran of the fire

8   department, because he had a telephone conversation

9   with you about the proposed change in the

10  probationary period?

11       A.   I'm not privy to the employees' records or

12  their performance on the job, so I don't -- I can't

13  really make that conclusion, because it's -- I

14  think -- I mean, I owned a business and, typically,

15  you have, you know, records of an employee's

16  performance, good or bad, that lead up to either

17  them being promoted or rewarded or terminated or

18  disciplined.  So I can't make that call, you know,

19  based on the information that I have, because I

20  don't have -- I have very little information.

21       Q.   Okay.  But again, based upon what you know,

22  focusing on the telephone conversation that you had

23  with Mr. Davis on April 17, 2006, if you as mayor

24  had the authority to terminate city employees, would

25  you have terminated Mr. Davis for that telephone

64

1    conversation?

2        A.   Again, I say that, you know, depending on

3    what --

4        Q.   I'm just talking about --

5        A.   -- what led up to that.

6        Q.   I'm just talking about --

7        A.   If you said --

8            THE REPORTER:  Hold on.  Hold on.  Y'all

9        are talking over each other and y'all need to

10       slow down.

11       Q.   Let me rephrase it.  Again, we just

12   reviewed that the reason for his termination was the

13   communication with you by the telephone.  So just

14   focusing on that reason or that single basis for his

15   discharge, if you had the authority as mayor to

16   terminate city employees, would you have fired

17   Mr. Davis because of his telephone conversation with

18   you?

19           MR. GRAHAM:  Can we go off the record for a

20       minute?

21           MR. WOODLEY:  Sure.

22       (Discussion held off the record.)

23           MR. WOODLEY:  Let's go back on the record.

24       Q.   Mr. Mayor, let's try this one more time.

25   If you, as the mayor, did have the authority to

1   terminate city employees, would you have fired

2   Mr. Davis because solely of that telephone

3   conversation he had with you on April 17, 2006?

4        A.   No.

5        Q.   Okay.  Did you ever mention to anyone

6   within the city's management structure that it was

7   unfair or unreasonable to terminate Mr. Davis?

8        A.   My conversations with the city manager

9   were, you know, I heard that this employee had been

10  terminated and if, in fact, you know -- first, is it

11  true, you know, just kind of -- you know, this is

12  what I heard.  So trying to get the clarification on

13  it because, you know, you hear a lot of things and

14  some of them just don't turn out to be true, they're

15  just rumors.  I wanted to hear from the city manager

16  if it was true or not.

17       Q.   And you had that discussion with him?

18       A.   Yes.

19       Q.   Did you express concerns that that was

20  perhaps unreasonable or unfair or should not have

21  been done with regard to the discharge of Mr. Davis?

22       A.   I guess -- if I remember correctly, I guess

23  my interest was in finding -- in saying, you know,

24  was this -- was this, you know, based on this phone

25  call.  So was this -- you know, when I made the

1    comment to you that I had gotten a call from

2    Mr. David Davis, is that what this is all about?

3    And then was told that, you know, basically this is

4    just part of -- you know, part of an evaluation.

5    You know, it's just part of a record.  So at that

6    point, it became very clear that it was a personnel

7    issue and that it didn't have anything to do with

8    me.

9        Q.   Do you recall if the city manager told you,

10    or anyone else told you, that in the past Mr. Davis

11    had spoken to the media and that there were

12    newspaper articles previously about issues involving

13    the operations of the Fire Department and Public

14    Safety, and that that was taken into account in

15    terms of the discharge of Mr. Davis?

16        A.   I was never told that, no.  I mean, I knew

17    he made the comments to the media because I had read

18    them and seen them, but not that that was a part of

19    the termination.

20        Q.   Did anyone within the city, including the

21    City Manager or Chief Hunter, get back to you

22    concerning this criticism of your activities that we

23    discussed earlier in Exhibit 23 and tell you, as

24    mayor, you shouldn't be talking with city employees,

25    it's outside the chain of command, we think it's

1    contrary to the merit system regulations and you,

2    Mr. Mayor, shouldn't do that anymore.  Did anyone

3    get back to you on that subject?

4        A.   The only conversation I had concerning this

5    about -- not specifically about this memo.  But

6    after this conversation took place my conversation

7    with Mr. Davis was that -- you know, was a reminder

8    from the city manager that we had passed -- we had

9    sent a letter, a unanimous letter, to him that he

10   was our -- he was our spokesperson for the city to

11   the association.

12       Q.   I'm sorry.  I'm not sure I followed you.

13   There was a subsequent document?

14       A.   No, no, no.  After our conversation, the

15   city manager -- and I'm assuming that it --

16       Q.   And when you say our -- just so the record

17   is clear -- I'm sorry.  I didn't mean to interrupt

18   you -- when you say "our conversation", which

19   conversation are you referring to?

20       A.   This was after the conversation that we had

21   concerning Mr. Davis and I's conversation.  And I'm

22   assuming --

23       Q.   And who is "we"?

24       A.   The city manager and I.  Mr. Roberts and

25   myself.

68

Q.   All right.  Go ahead.  I'm sorry?

A.   He and I had a conversation, and he
reminded me that the city council had appointed him
as a spokesperson for the city council to the
association.  And my response at that point was I
was returning a phone call to David Davis, not the
association -- which is what my message was, and
that was what my conversation was.

Q.   And since you again addressed the telephone
conversation with Mr. Davis, did he tell you in that
conversation that he was expressing the concerns
that were shared by other firefighters with regard
to extending the probationary period?

A.   I don't recall that, no, sir.

Q.   You don't remember?

A.   No, sir.

Q.   Has there ever been a discussion between
you and city council members individually or
collectively that you had exceeded your authority
when you have conversations with city employees
about policy matters or department issues?

A.   There was -- there was a conversation that
I had with the District Attorney concerning one of
our council members talking to him unofficially
about my conversations with a department head or,

1    actually, two department heads -- or not really

2    department heads; one chief and one assistant chief.

3        Q.   And what was that about?

4        A.   One was about the assistant police chief

5    and one of his officers told somebody that -- as he

6    was responding to a phone call, that we were about

7    30 officers short.  And I questioned them on that.

8        And then the other was when Chief Hunter made

9    the comment apparently -- I don't know to the city

10   manager or one of our council members -- that I had

11   told him to change his position on a subdivision

12   fire code about the widths of the road.

13       And I had a conversation with the District

14   Attorney, and I just told him that I did have the

15   conversation with the assistant chief concerning his

16   comments about us being 30 officers short or however

17   many he said.  I don't know if 30 was the right

18   number.  Seems like that comes to mind.  And that my

19   conversations with the fire chief, I was not

20   directing him to change his mind but I was asking

21   him about the fire codes.

22       Q.   With regard to the termination of David

23   Davis, did you ever ask the city manager or Fire

24   Chief Hunter to reconsider the matter of Mr. Davis's

25   termination?

1      A.   No.

2      Q.   Do you have the authority as mayor to make

3   such a request for reconsideration of the

4   termination of the city employee?

5      A.   No.

6      Q.   Now, are you aware that Mr. Davis, after he

7   was discharged, appealed that termination to the

8   City Personnel Board?

9      A.   Yes.

10      Q.   Did you attend that hearing before the

11   Personnel Board?

12      A.   No.

13      Q.   Did you have any input into the members of

14   the Personnel Board about their deliberations or

15   their decision concerning his termination?

16      A.   No.   The only interaction that we had --

17   which we have no interaction, but we appoint the

18   Personnel Review Board members and that's -- then

19   they work on their own at that point.

20      Q.   The members of the Personnel Board, is that

21   a compensated position?

22      A.   No.

23      Q.   Strictly volunteer?

24      A.   Yes.

25      Q.   Okay.   Let me invite your attention to

1    several exhibits at the end of the binder, which are

2    newspaper articles, and you can start with

3    Exhibit 31, please.  This appears to be a newspaper

4    report in the Columbus Ledger-Enquirer.  And you'll

5    see the title there is PC Firefighters'

6    Representative Terminated.  I assume PC stands for

7    Phenix City.  And this is concerning, of course, the

8    discharge of David Davis.  Do you remember seeing

9    this particular article in the newspaper?

10        A.   I think I did, yes.

11        Q.   On the right-hand column, there's a quote

12   from Mr. Davis, who was interviewed for this

13   article, in which he apparently said, quote, morale

14   is at the lowest point since I've been here, end

15   quote, that he mentioned in September of 2005.

16        Did it ever come to your attention as the mayor

17   that the morale in the fire department was low or

18   poor?

19        A.   I had heard that because of seeing stuff

20   like this in the paper.

21        Q.   Did that trouble you when you heard that,

22   when you saw that information in the paper or heard

23   that morale was bad in the fire department?

24        A.    Well, certainly.  It always -- and, of

25   course, it -- you know, what we try to do as the

72

1   city council is to make sure that if there are

2   issues like that, that the city manager is working

3   on those things.

4       Q.  And you indicated earlier, Mr. Mayor, that

5   you did have at least one meeting with the city

6   manager concerning issues in the fire department

7   such as morale.  Did you have any other meetings or

8   discussions with the city manager about how to work

9   on these concerns and improve them?

10      A.  No.

11      Q.  Just that one meeting?

12      A.  And like I said, that was not just a

13  meeting.  When I say -- we don't -- typically, we

14  don't meet to -- our meetings are more on the fly

15  than they are a plan.  And, usually, when we sit

16  down and talk -- I'm only here part-time.  So when I

17  come in, I have, typically, either a laundry list --

18  a physical laundry list or a list that I bring to

19  him, or e-mail and say, you know, this is what I've

20  heard or this is what I've seen or this is the kind

21  of things that -- and mine are more in line of

22  citizen complaints than they are employee

23  complaints.  Because I just don't -- I don't hear

24  those type of things because -- for obvious reasons.

25      Q.  Were you contacted by any newspaper or

73

1    media representatives after the discharge of

2    Mr. Davis concerning that very subject?

3        A.   About his termination?

4        Q.   Yes.

5        A.   Yes.

6        Q.   And did you respond to those inquiries by

7    the media?

8        A.   Like I say, I typically don't respond on

9    personnel issues.

10        Q.   But on this one, did you?

11        A.   I don't think -- like I said, unless I'm

12    pushed, I just don't say anything.  My comment is

13    typically, I don't comment on personnel issues, or

14    those are items that you need to speak to the city

15    manager about, or the personnel director.  But,

16    typically, if it has to do with the city employee, I

17    refer them to the city manager.

18        Q.   But other than typically -- in this

19    particular matter concerning the termination of

20    Mr. Davis, did you give any information or

21    communications to the media about his discharge?

22        A.   No.

23        Q.   Has anyone ever contacted you about the

24    further employment of Mr. Davis after he was

25    fired -- any potential employers or potential fire

1    departments -- about possibly employing Mr. Davis?

2        A.   No.

3        Q.   In the last two years since you have been

4    the mayor, have you considered possibly the removal

5    of Mr. Roberts as a city manager?

6        A.   Yes.

7        Q.   And could you tell us about that, please?

8        A.   I don't see how it refers to this case, I

9    guess is -- I mean, could you please explain that to

10   me, how the removal of the city manager in the last

11   couple of months refers to --

12       Q.   Sure.  The city manager, Mr. Roberts, is an

13   individual defendant in this case, so his role in

14   terms of the discharge and his functioning on the

15   job is very important to us as an issue in this

16   lawsuit.  So if, in fact, you have suggested, as I

17   understand, or recommended the removal of the city

18   manager perhaps for poor performance, we want to

19   know about that.  So that's the purpose of my

20   question.  So let me readdress the question one more

21   time.

22       A.   Okay.

23       Q.   Have you taken into account or considered

24   or recommended the possible removal of Mr. Roberts

25   as the city manager?

1     A.   Yes, I have.

2     Q.   And why did you do that and what were the

3   circumstances surrounding your position?

4     A.   The circumstances surrounding my position

5   were the communications that we've had over the last

6   couple of months and his, I guess, inability to

7   communicate effectively with me, or at least what I

8   think is effective with me.

9     It's very difficult for a city manager to do

10  his job if he can't communicate with the mayor or

11  the city council members.  And it's impossible for

12  the mayor and city council to do their job if they

13  can't communicate with the city manager.

14    But it had nothing to do with job performance.

15  It was more about communications and some reactions

16  that I've gotten from the city manager over some

17  issues that I've had.

18    Q.   Okay.  Well, you've been very general.  So

19  could you be more specific in terms of poor

20  communications?  What precisely do you mean that

21  raised your concerns about the city manager?

22    A.   Well, on one particular issue, I brought

23  something to him, and his reaction was very short

24  and abrupt; and when I started talking to him about

25  that, his reaction was -- instead of thinking about

1  the response that he made that could have not set
2  very well with me, you know, his reaction was to get
3  upset and start raising his voice and turning red in
4  the face and saying, you know, is that it or
5  something to that -- you know, is that all you
6  wanted to talk about or something like that.  So
7  that's --
8      Q.   What was the topic that was discussed?
9      A.   The topic that was discussed was about a
10 complaint that I had had from a lady in the city.
11 She had left me a voice mail.
12     Q.   About what subject?  What was the
13 complaint?
14     A.   About the police department.
15     Q.   Any other poor communications or concerns
16 that you had about the city manager which prompted
17 you to consider his removal?
18     A.   Well, for some reason, when -- at certain
19 points where I've been critical of the city manager
20 on issues or critical of specific departments, he
21 gets very defensive and won't speak to me for a week
22 or whatever until I have to go in and say, you know,
23 what's the problem, you know, what do we need to do
24 to solve this problem?  So -- and that, you know,
25 like I say, becomes an issue of communication, and

77

1   it just got to a place where I no longer wanted to

2   deal with that, and that's why I -- what prompted me

3   to send a letter asking for his resignation.

4       Q.   What was his response to your letter asking

5   for his resignation?

6       A.   He responded back that I needed two other

7   votes, a majority of the council, to remove him from

8   office.

9       Q.   Did the issue of his possible removal come

10  up for a vote before the city council?

11      A.   No.

12      Q.   Didn't get that far?

13      A.   No.

14      Q.   Did you have a majority support if you had

15  proposed his removal?

16      A.   No.

17      Q.   And how long ago did this situation occur?

18  Just within recent months?

19      A.   Yes.  Very recently.

20      MR. WOODLEY:  All right, Mr. Mayor.  That's

21  all the questions that I have.  I want to thank

22  you for coming to your deposition today.

23  (The deposition concluded at 10:38 a.m.)

24      *  *  *  *  *  *  *  *  *  *

25

REPORTER'S CERTIFICATE

STATE OF ALABAMA

MONTGOMERY COUNTY

    I, Shannon Williams, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, hereby certify that on April 4, 2007, I reported the deposition of JEFFREY SCOTT HARDIN, who was first duly sworn or affirmed to speak the truth in the matter of the foregoing cause, and that pages 1 through 78 contain a true and accurate transcription of the examination of said witness by counsel for the parties set out herein.

    I further certify that I am neither of kin nor of counsel to any of the parties to said cause, nor in any manner interested in the results thereof.

    This 8th day of April, 2007.


_Shannon M. Williams_
SHANNON M. WILLIAMS, CSR
Commissioner for the
State of Alabama at Large

MY COMMISSION EXPIRES: 1/14/2010

*Causey Peterson Reporting, Inc.*
*Post Office Box 81*
*Columbus, Georgia 31902*
*(706) 317-3111*

camara

```
*

*   (1:13) (1:23) (3:22) (77:24)

          A

abrupt   (75:24)
absolutely   (30:12)
account   (66:14) (74:23)
accurate   (10:2) (11:2) (11:18)
  (15:1) (23:1) (33:7) (34:3) (43:5)
  (45:15) (51:14) (55:19) (59:9) (78:10)
across   (32:13)
act   (8:14) (10:8)
acting   (58:20)
action   (39:2) (57:11)
active   (24:3)
activities   (66:22)
acts   (10:11) (43:14)
actually   (4:25) (14:23) (20:6)
  (35:16) (37:25) (43:14) (45:23)
  (47:21) (47:22) (49:12) (51:24) (69:1)
additional   (34:8)
address   (38:21) (39:4) (45:13)
addressed   (34:25) (36:4) (39:11)
  (40:1) (40:21) (41:4) (42:19) (45:5)
  (54:5) (68:9)
addresses   (41:6) (42:6)
addressing   (56:1)
adhere   (55:23)
administrative   (11:6) (12:6)
adverse   (47:3) (47:5)
affect   (58:1) (58:12)
affecting   (59:12)
affirmed   (4:3) (78:8)
after   (7:2) (19:11) (19:19) (25:17)
  (39:15) (44:2) (45:1) (49:24) (53:22)
  (61:6) (62:7) (67:6) (67:14) (67:20)
  (70:6) (73:1) (73:24)
again   (6:22) (14:23) (31:21) (40:20)
  (54:23) (55:1) (59:18) (63:21) (64:2)
  (64:11) (68:9)
against   (4:25)
agenda   (18:1) (30:17)
ago   (35:21) (77:17)
agree   (56:18) (56:23) (56:25) (57:1)
  (60:6)
agreeance   (45:25)
agreed   (3:2) (3:16) (45:25)
agreement   (1:16)
ahead   (38:12) (68:1)
alabama   (1:2) (1:8) (1:18) (1:20)
  (2:8) (3:8) (78:2) (78:5) (78:20)
all   (11:11) (11:20) (12:8) (13:11)
  (16:4) (18:10) (21:21) (23:19) (30:11)
  (30:25) (32:8) (33:10) (37:25) (39:7)
  (41:12) (42:3) (42:24) (43:1) (45:21)
  (45:24) (45:25) (56:12) (59:3) (62:5)
  (62:22) (66:2) (68:1) (76:5) (77:20)
  (77:21)
allegations   (5:12)
allow   (48:21)
already   (26:2) (42:24) (47:22)
  (47:23)
also   (2:10) (16:9) (25:22) (30:20)
  (32:10) (32:14) (52:17) (53:7) (59:20)
always   (71:24)
amendment   (42:8) (42:20)
amount   (49:24) (50:1)
ample   (48:16)
amusing   (37:5) (37:6)
and if   (32:22)
and it   (52:1)
anonymous   (35:13) (37:1)
anonymously   (35:20)
another   (4:22) (9:8) (13:11) (17:23)
answer   (6:7) (6:22) (18:12) (31:14)
  (34:10)
```

```
answers   (4:20) (6:5)
anybody   (56:14)
anymore   (67:2)
anyone   (26:13) (41:1) (44:10) (61:7)
  (65:5) (66:10) (66:20) (67:2) (73:23)
anything   (18:25) (19:4) (26:4)
  (26:12) (26:18) (36:3) (41:1) (49:7)
  (49:9) (57:16) (61:20) (62:1) (62:4)
  (66:7) (73:12)
apparently   (41:7) (44:23) (46:5)
  (69:9) (71:13)
appealed   (70:7)
appear   (58:7)
appearances   (2:1)
appeared   (52:22)
appearing   (53:25)
appears   (39:22) (54:4) (71:3)
applicable   (48:7)
application   (50:16) (51:8) (52:6)
  (52:10)
applied   (50:2) (51:11) (51:24)
  (52:5) (52:13) (52:14) (52:16) (55:18)
apply   (50:25) (51:19)
appoint   (11:17) (70:17)
appointed   (68:3)
appointment   (11:21)
appreciate   (15:25)
appropriate   (62:24)
approve   (62:18)
approximately   (1:21) (14:14) (17:11)
april   (1:20) (43:4) (44:25) (45:6)
  (46:5) (49:6) (54:6) (54:25) (60:3)
  (60:24) (63:1) (63:23) (65:3) (78:6)
  (78:16)
area   (43:12)
around   (13:21) (17:2) (25:15) (36:5)
  (36:13) (36:15)
article   (71:9) (71:13)
articles   (37:14) (37:19) (38:3)
  (66:12) (71:2)
ask   (4:17) (15:18) (27:24) (29:1)
  (29:6) (30:19) (32:9) (39:18) (40:13)
  (69:23)
asked   (21:9) (21:13) (26:19) (26:20)
  (29:9) (30:22) (32:4) (33:6) (48:14)
  (50:24) (51:5)
asking   (6:3) (9:7) (22:11) (31:14)
  (51:25) (69:20) (77:3) (77:4)
assistant   (69:2) (69:4) (69:15)
association   (13:22) (13:24) (13:25)
  (14:7) (14:11) (15:19) (16:12) (16:25)
  (17:16) (19:13) (24:1) (24:4) (34:24)
  (35:2) (35:11) (35:25) (36:5) (36:17)
  (39:23) (42:9) (42:12) (45:9) (45:18)
  (45:21) (45:22) (45:24) (46:1) (67:11)
  (68:5) (68:7)
assume   (31:5) (31:7) (71:6)
assumed   (34:10)
assuming   (24:3) (31:12) (31:13)
  (34:10) (57:16) (67:15) (67:22)
attend   (70:10)
attended   (16:20) (19:6)
attending   (19:19)
attention   (33:10) (38:10) (38:14)
  (38:17) (43:5) (54:3) (54:22) (55:8)
  (70:25) (71:16)
attorney   (7:3) (9:9) (56:13) (68:23)
  (69:14)
attorneys   (4:13) (4:16) (5:16)
  (33:13)
authority   (11:17) (12:3) (12:23)
  (13:3) (23:23) (31:8) (31:18) (32:25)
  (41:21) (63:24) (64:15) (64:25)
  (68:19) (70:2)
authorize   (62:18)
aware   (13:12) (13:17) (14:8) (70:6)
away   (20:11)
```

```
          B

back   (10:22) (13:20) (26:19) (26:25)
  (30:16) (37:1) (40:24) (44:18) (54:20)
  (56:3) (64:23) (66:21) (67:3) (77:6)
bad   (63:16) (71:23)
barbara   (54:7) (55:12)
barred   (58:10)
barring   (28:1)
based   (31:15) (33:25) (50:4) (62:22)
  (63:19) (63:21) (65:24)
basic   (36:12)
basically   (8:12) (8:14) (10:8)
  (10:9) (10:11) (13:2) (15:7) (17:17)
  (18:1) (18:2) (21:12) (46:2) (48:14)
  (66:3)
basis   (34:4) (64:14)
beach   (26:17)
bears   (44:24)
became   (14:10) (19:12) (66:6)
become   (16:10)
becomes   (76:25)
before   (1:16) (3:6) (4:21) (4:23)
  (4:24) (6:22) (7:24) (9:23) (14:5)
  (16:24) (25:11) (35:6) (47:19) (52:19)
  (52:22) (53:2) (53:25) (54:11) (54:21)
  (55:6) (70:10) (77:10)
begin   (6:22)
beginning   (10:17)
behalf   (46:20) (47:12)
being   (16:3) (18:7) (18:20) (19:2)
  (37:16) (41:25) (51:8) (53:21) (54:7)
  (63:17) (69:16)
believe   (36:2) (39:18) (40:8)
  (40:22) (40:23) (57:23)
benefit   (16:8)
better   (59:13)
between   (3:3) (3:17) (15:13) (50:4)
  (55:11) (57:11) (57:21) (61:13) (68:17)
beyond   (61:20)
binder   (9:3) (9:10) (71:1)
birthday   (57:19)
blocked   (43:23)
board   (10:8) (70:8) (70:11) (70:14)
  (70:18) (70:20)
books   (48:19) (50:5)
both   (19:10) (29:24) (32:7) (32:12)
  (43:14) (48:16) (48:19) (48:21) (48:22)
box   (2:8)
branch   (12:6)
breaching   (29:7)
break   (54:16) (54:22)
breaking   (29:3) (29:8) (29:16)
brief   (5:15) (44:7) (54:19) (54:22)
briefly   (9:13) (37:12)
bring   (27:12) (72:18)
brings   (38:14)
broke   (62:2)
brought   (38:10) (38:16) (48:2)
  (50:19) (51:4) (75:22)
bush   (24:23) (25:7) (25:18) (25:22)
  (26:5) (26:11) (29:15)
business   (7:25) (8:1) (8:4) (60:12)
  (63:14)
buyout   (8:9)

          C

call   (20:3) (20:4) (24:25) (26:24)
  (30:9) (30:10) (30:15) (43:3) (44:15)
  (44:17) (45:7) (45:9) (45:11) (45:20)
  (46:4) (49:10) (63:18) (65:25) (66:1)
  (68:6) (69:6)
called   (20:7) (20:9) (30:15) (61:18)
  (61:24)
calls   (20:2) (22:8) (23:19) (30:11)
  (30:14)
camara   (43:9) (43:11) (44:12)
```

tei_ n Reporting, Inc.
t C ice Box 81
us, Georgia 31902

c-a-m-a-r-a                                                    david

c-a-m-a-r-a (43:12)
came (26:9)(26:19)(35:20)(37:8)
(53:6)
campaign (16:13)(16:19)
campaigning (16:10)(17:4)(17:15)
(18:22)(19:7)
candidates (18:3)(18:11)
can't (6:8)(30:12)(31:13)(63:12)
(63:18)(75:10)(75:13)
car (27:13)
care (21:23)(28:8)
careful (23:12)(23:18)(23:20)
carefully (55:2)
carry (58:21)(59:7)
case (1:7)(3:18)(3:19)(4:22)
(4:24)(5:17)(19:6)(24:15)(27:13)
(29:7)(33:13)(57:17)(74:8)(74:13)
cases (5:9)
cause (78:9)(78:14)
ceremonial (8:14)
certain (5:24)(9:16)(58:1)(76:18)
certainly (38:13)(39:18)(71:24)
certificate (78:1)
certified (1:17)(3:7)(78:4)
certify (78:6)(78:13)
chain (29:3)(29:8)(29:16)(56:2)
(62:2)(66:25)
chance (7:1)(7:4)(21:1)(40:9)
change (30:18)(30:23)(46:9)
(49:17)(49:19)(50:3)(50:9)(50:15)
(60:12)(60:13)(63:9)(69:11)(69:20)
changes (41:15)
changing (30:24)(46:19)
charged (62:11)
charter (9:12)(9:16)(10:15)
(10:25)(11:10)(11:24)(15:8)(22:2)
(23:13)(23:23)(56:6)(56:10)(56:14)
(56:21)(57:3)(57:4)(57:9)(57:14)
(57:15)
chief (21:8)(21:10)(21:12)(21:13)
(21:20)(22:14)(22:16)(31:16)
(31:18)(34:25)(37:17)(38:20)(39:4)
(39:5)(39:11)(45:5)(48:4)(48:20)
(54:5)(54:24)(56:8)(56:13)(60:13)
(60:22)(61:17)(66:21)(69:2)(69:4)
(69:8)(69:15)(69:19)(69:24)
christmas (57:19)
circulated (36:5)(36:15)(36:23)
circumstances (34:1)(62:22)(75:3)
(75:4)
circumvent (23:22)
citizen (72:22)
citizens (22:25)(28:7)
city (1:8)(1:19)(1:20)(2:8)(4:16)
(5:1)(5:17)(7:13)(7:20)(7:21)
(8:13)(8:18)(8:19)(8:22)(9:1)
(9:12)(9:16)(10:7)(10:10)(10:12)
(10:15)(10:25)(11:1)(11:10)(11:12)
(11:16)(11:18)(11:20)(11:21)
(11:24)(11:25)(12:3)(12:4)(12:5)
(12:6)(12:14)(12:16)(12:19)(12:22)
(12:24)(13:3)(13:4)(13:9)(13:13)
(14:6)(15:7)(16:10)(19:22)(20:10)
(20:14)(21:5)(21:9)(22:11)(22:19)
(22:22)(22:24)(23:14)(23:23)
(23:25)(24:10)(24:16)(25:14)
(26:20)(26:22)(27:3)(27:9)(27:16)
(27:19)(28:8)(28:10)(28:13)(28:16)
(31:3)(31:5)(31:17)(31:20)(36:24)
(38:20)(39:16)(40:1)(43:4)(43:15)
(44:9)(45:6)(45:8)(45:18)(45:23)
(46:1)(47:19)(47:25)(48:2)(48:5)
(48:11)(48:20)(51:6)(52:9)(52:21)
(52:22)(53:2)(53:6)(53:15)(53:23)
(53:25)(54:6)(54:8)(54:24)(55:24)
(56:4)(56:6)(56:9)(56:10)(56:21)
(57:10)(57:10)(57:12)(57:14)(57:25)

(58:1)(58:11)(58:12)(58:15)(58:24)
(59:1)(59:8)(59:10)(59:11)(61:14)
(62:20)(63:5)(63:24)(64:16)(65:1)
(65:8)(65:15)(66:9)(66:20)(66:21)
(66:24)(67:8)(67:10)(67:15)(67:24)
(68:3)(68:4)(68:18)(68:20)(69:9)
(69:23)(70:4)(70:8)(71:7)(72:1)
(72:2)(72:5)(72:8)(73:14)(73:16)
(73:17)(74:5)(74:10)(74:12)(74:17)
(74:25)(75:9)(75:11)(75:12)(75:13)
(75:16)(75:21)(76:10)(76:16)
(76:19)(77:10)
city's (33:22)(38:8)(55:13)(65:6)
civics (42:16)
civil (3:5)(3:15)(3:21)
clarification (65:12)
clear (6:23)(31:22)(36:11)(52:8)
(55:17)(55:23)(58:6)(66:6)(67:17)
clearly (60:1)
code (9:16)(11:25)(12:3)(12:19)
(69:12)
codes (69:21)
collect (59:11)
collecting (59:14)
collectively (68:19)
columbus (20:7)(32:12)(71:4)
column (71:11)
come (27:6)(27:23)(30:20)(36:14)
(37:6)(42:21)(48:17)(52:4)(53:2)
(71:16)(72:17)(77:9)
comes (18:25)(69:18)
comfortable (9:23)
coming (47:19)(47:21)(77:22)
command (29:4)(29:8)(29:9)(29:17)
(56:2)(62:2)(66:25)
commencing (1:21)
comment (32:18)(32:19)(32:22)
(33:8)(35:23)(61:16)(61:18)(66:1)
(69:9)(73:12)(73:13)
comments (21:10)(39:6)(66:17)
(69:16)
commission (3:9)(78:21)
commissioner (1:18)(3:7)(78:5)
(78:20)
communicate (30:13)(58:8)(61:7)
(75:7)(75:10)(75:13)
communicated (61:23)
communication (56:19)(57:18)
(57:20)(57:21)(64:13)(76:25)
communications (22:24)(35:5)
(73:21)(75:5)(75:15)(75:20)(76:15)
company (8:2)(8:8)
compensated (70:21)
complain (20:20)
complaining (18:13)
complaint (76:10)(76:13)
complaints (18:8)(20:8)(21:14)
(27:8)(28:7)(72:22)(72:23)
completely (51:21)(54:13)
concern (18:22)(46:16)(51:18)
concerning (19:23)(28:10)(28:20)
(32:4)(42:1)(66:22)(67:4)(67:21)
(68:23)(69:15)(70:15)(71:7)(72:6)
(73:2)(73:19)
concerns (17:18)(17:20)(18:20)
(19:25)(38:6)(38:7)(38:9)(41:7)
(45:10)(46:12)(46:17)(46:18)
(46:20)(47:2)(49:11)(52:23)(60:25)
(65:19)(68:11)(72:9)(75:21)(76:15)
concluded (26:11)(77:23)
conclusion (63:13)
confirmed (28:24)(29:4)
consider (76:17)
considered (8:19)(74:4)(74:23)
consisted (30:25)
consistent (57:24)
constitutional (42:11)

constraints (48:24)
constructive (16:2)
contact (33:21)
contacted (72:25)(73:23)
contain (78:10)
continued (23:4)
contrary (67:1)
conversation (20:18)(20:20)(25:7)
(26:4)(26:7)(26:10)(26:16)(26:21)
(28:20)(29:10)(29:12)(29:18)
(29:22)(29:25)(30:4)(30:7)(30:25)
(31:1)(45:1)(46:7)(46:12)(47:9)
(49:6)(49:16)(51:15)(52:2)(53:13)
(55:11)(57:3)(60:2)(60:24)(61:2)
(61:6)(61:8)(62:6)(62:7)(62:9)
(62:12)(62:15)(62:25)(63:8)(63:22)
(64:1)(64:17)(65:3)(67:4)(67:6)
(67:14)(67:18)(67:19)(67:20)
(67:21)(68:2)(68:8)(68:10)(68:11)
(68:22)(69:13)(69:15)
conversations (28:4)(41:16)
(57:25)(58:25)(65:8)(68:20)(68:25)
(69:19)
copies (36:19)(37:13)
copy (9:6)(40:3)(40:6)(54:7)
(54:25)
correct (11:7)(11:8)(11:13)
(12:11)(12:12)(12:16)(12:17)
(12:25)(13:1)(13:6)(14:1)(28:18)
(43:25)(36:18)(51:9)(51:13)(52:11)
(55:3)
correctly (47:23)(49:23)(52:1)
(52:17)(65:22)
correspondence (39:15)(45:22)
could (4:9)(7:12)(9:10)(9:13)
(10:18)(19:9)(29:17)(29:21)(43:6)
(50:23)(57:1)(57:21)(74:7)(74:9)
(75:19)(76:1)
council (7:21)(7:22)(8:16)(8:20)
(8:23)(9:1)(10:8)(11:2)(11:13)
(11:16)(11:20)(14:6)(24:21)(24:22)
(25:18)(25:22)(26:5)(26:10)(28:2)
(30:23)(36:14)(36:24)(45:24)
(47:19)(48:3)(48:14)(50:21)(52:9)
(52:21)(52:23)(53:3)(53:5)(53:8)
(53:11)(53:15)(53:23)(53:25)(55:5)
(57:10)(57:22)(68:3)(68:4)(68:18)
(68:24)(69:10)(72:1)(75:11)(75:12)
(77:7)(77:10)
council/manager (10:3)(10:6)
councilman (29:15)
council's (57:14)
counsel (3:3)(3:17)(78:12)(78:14)
counseling (42:1)
county (25:14)(78:3)
couple (9:5)(18:13)(31:2)(34:21)
(36:7)(37:21)(40:10)(40:12)(55:8)
(74:11)(75:6)
course (6:4)(7:8)(37:20)(48:13)
(50:25)(71:7)(71:25)
court (1:1)(1:17)(3:7)(5:7)
cover (35:19)
coverage (32:10)
covered (32:14)
critical (76:19)(76:20)
criticism (66:22)
csr (78:19)
current (7:12)(8:10)
currently (15:17)

D

date (43:19)(44:2)(44:12)(44:25)
dated (34:24)(39:25)(54:6)(54:25)
david (1:5)(2:11)(4:14)(14:9)
(14:19)(24:14)(28:22)(30:9)(34:23)
(38:5)(44:23)(45:20)(51:8)(54:9)
(55:22)(66:2)(68:6)(69:22)(71:8)

davis

filled

davis (1:5)(2:11)(4:14)(14:9)
(14:19)(14:25)(15:3)(19:5)(24:14)
(25:4)(25:19)(26:12)(26:14)(28:11)
(28:17)(28:21)(28:23)(29:14)
(29:19)(30:1)(30:7)(30:10)(31:3)
(31:10)(31:23)(32:2)(32:16)(33:5)
(34:4)(34:23)(35:1)(38:5)(38:23)
(41:25)(42:21)(43:3)(44:5)(44:17)
(44:23)(45:2)(45:16)(45:21)(46:4)
(46:6)(46:11)(49:6)(49:8)(51:8)
(51:15)(54:9)(55:22)(56:19)(60:3)
(60:24)(61:7)(61:9)(61:18)(61:23)
(62:10)(62:15)(62:24)(63:23)
(63:25)(64:17)(65:2)(65:7)(65:21)
(66:2)(66:10)(66:15)(67:7)(67:21)
(68:6)(68:10)(69:23)(70:6)(71:8)
(71:12)(73:2)(73:20)(73:24)(74:1)
davis' (30:15)
davis's (27:4)(34:2)(62:19)(69:24)
day (16:21)(21:8)(25:3)(43:10)
(44:14)(78:16)
days (9:6)(45:1)
day-to-day (10:11)(21:4)(57:12)
(58:18)
deal (15:10)(18:15)(77:2)
dealings (15:8)
decision (13:8)(31:4)(31:9)(63:2)
(63:4)(70:15)
decisionmaking (31:23)
decisions (31:19)
defendant (74:13)
defendants (1:10)(2:6)
defensive (76:21)
deliberations (70:14)
delivery (20:24)
dennis (5:2)(5:8)
department (18:24)(19:24)(20:8)
(20:17)(20:23)(21:7)(21:22)(32:3)
(37:15)(38:7)(38:8)(38:21)(39:3)
(39:9)(47:4)(47:6)(48:7)(48:10)
(48:11)(50:18)(51:9)(52:11)(55:24)
(56:4)(57:13)(58:12)(58:23)(58:24)
(58:25)(59:12)(59:23)(60:4)(60:11)
(60:18)(60:21)(60:22)(61:4)(63:8)
(66:13)(68:21)(68:25)(69:11)(69:2)
(71:17)(71:23)(72:6)(76:14)
departments (48:22)(50:11)(50:12)
(58:2)(59:24)(74:1)(76:20)
department's (18:5)
depending (64:2)
deposition (1:15)(3:4)(3:6)(3:13)
(3:18)(4:15)(4:21)(5:14)(5:21)
(7:2)(9:7)(77:22)(77:23)(78:7)
depositions (9:5)
determine (59:6)
dictates (22:2)
didn't (5:4)(19:3)(20:10)(20:21)
(25:8)(25:9)(26:18)(29:6)(34:17)
(42:21)(46:22)(46:25)(47:9)(51:19)
(52:18)(60:21)(62:1)(66:7)(67:17)
(77:12)
different (16:20)(25:3)(35:14)
(35:17)(43:1)(49:14)(50:4)(50:6)
(58:20)
difficult (75:9)
direct (8:15)(33:21)(57:10)
directing (23:21)(69:20)
direction (10:9)(10:13)
director (54:8)(55:1)(55:12)
(59:1)(61:16)(73:15)
directors (10:8)
discharge (26:13)(27:4)(31:2)
(64:15)(65:2)(66:15)(71:8)(73:1)
(73:21)(74:14)
discharged (13:5)(25:19)(70:7)
discipline (35:4)
disciplined (53:24)(62:11)(63:18)

disconnect (39:14)
discover (24:19)(33:4)
discuss (26:7)(28:13)(30:4)(30:6)
(30:16)(35:3)
discussed (17:17)(27:17)(28:25)
(37:16)(45:12)(46:6)(49:7)(66:23)
(76:8)(76:9)
discusses (11:11)
discussing (16:21)(22:15)(58:11)
discussion (10:21)(29:18)(49:8)
(64:22)(65:17)(68:17)
discussions (19:22)(20:15)(72:8)
dismiss (33:12)(33:18)
disputed (33:19)
disrupt (61:3)
district (1:1)(1:2)(68:23)(69:13)
division (1:3)
document (9:12)(9:19)(34:22)
(35:5)(35:9)(43:7)(55:3)(55:5)
(55:21)(67:13)
documents (9:8)(9:22)(35:24)
does (10:5)(11:5)(17:7)(22:11)
(35:15)(50:25)(54:16)(57:10)
doesn't (57:16)
doing (15:9)(15:12)(21:17)(57:19)
(59:14)
done (11:22)(15:7)(49:1)(65:21)
door (22:23)(23:2)(23:4)(23:18)
(58:7)(62:6)
doster's (5:9)
down (6:8)(21:9)(21:11)(33:18)
(41:5)(55:21)(64:10)(72:16)
duly (4:2)(78:8)
during (14:6)(14:15)(14:21)
(14:23)(16:13)(16:19)(17:11)
(19:21)(23:5)(53:5)(53:7)
duties (8:12)(8:18)(11:6)(12:4)
(23:15)(57:13)(57:14)(59:15)
duty (5:3)(5:9)

## E

each (37:6)(64:9)
earlier (33:13)(37:20)(38:19)
(58:6)(66:23)(72:4)
early (40:25)(42:16)
eastern (1:3)
easy (23:8)
editor (21:16)(37:14)
effect (32:20)
effective (59:17)(75:8)
effectively (59:24)(75:7)
efficiency (61:4)
either (3:19)(53:8)(63:16)(72:17)
elaborate (29:21)(30:20)(50:23)
elected (7:17)(16:3)(19:12)
(19:20)(21:6)
election (16:24)(17:1)(17:6)
(17:13)
elections (17:2)
else (26:4)(44:10)(49:7)(56:15)
(66:10)
e-mail (72:19)
employed (20:13)
employee (13:4)(26:8)(47:5)
(48:17)(48:21)(51:9)(51:12)(51:18)
(53:2)(53:6)(56:2)(58:13)(65:9)
(70:4)(72:22)(73:16)
employees (12:15)(12:24)(13:9)
(15:8)(15:14)(22:24)(23:20)(23:24)
(42:7)(42:10)(42:21)(46:10)(52:10)
(52:15)(52:17)(52:22)(53:4)(57:6)
(57:10)(57:22)(57:25)(58:11)
(59:12)(63:2)(63:24)(64:16)(65:1)
(66:24)(68:20)
employee's (63:15)
employees' (63:11)
employers (73:25)

employing (74:1)
employment (18:5)(35:4)(62:19)
(73:24)
encroach (23:14)
end (11:4)(33:23)(45:13)(55:14)
(56:6)(59:20)(59:25)(71:1)(71:14)
enforcing (12:8)
equipment (18:23)(19:4)
especially (23:20)(32:21)
est (1:21)
evaluated (48:18)
evaluation (48:23)(66:4)
even (37:20)(57:7)
evening (45:11)(46:5)(61:12)
ever (4:21)(24:8)(31:25)(35:5)
(54:10)(62:14)(62:18)(65:5)(68:17)
(69:23)(71:16)(73:23)
every (44:14)
everybody (38:15)
everything (15:10)
evidence (3:13)
evidently (60:25)
exactly (21:19)(23:10)(47:14)
(51:3)(52:20)(60:20)
examination (4:7)(78:11)
exceeded (68:19)
executing (31:20)
exercise (12:15)
exhibit (9:11)(33:11)(34:21)
(37:13)(38:4)(39:21)(41:6)(43:6)
(44:22)(54:4)(54:23)(59:18)(66:23)
exhibits (9:4)(9:7)(9:9)(71:1)
expect (6:4)
expected (26:1)
expedite (9:5)
expires (78:21)
explain (74:9)
explained (35:23)
explanation (49:1)
explore (35:3)
express (46:12)(46:20)(47:2)
(49:11)(52:23)(65:19)
expressed (18:21)(38:5)(38:7)
(60:25)
expressing (68:11)
extended (46:23)(47:1)(47:10)
extending (47:13)(48:21)(49:11)
(50:10)(51:7)(51:17)(52:7)(68:13)
extension (47:16)(48:12)(61:1)
(61:19)

## F

face (76:4)
facilitate (9:4)
fact (19:17)(20:21)(28:13)(31:8)
(31:9)(40:6)(44:17)(46:22)(47:1)
(47:10)(47:18)(58:19)(58:21)(61:7)
(65:10)(74:16)
factors (34:12)(34:15)(34:16)
(34:19)
failing (56:5)
fair (15:1)(23:1)(34:2)(44:1)
(51:14)(51:19)(59:9)(62:24)(63:6)
fairly (15:2)(45:4)(54:14)
familiar (5:11)(35:15)(41:11)
(42:2)(42:9)(42:14)
family (26:17)
far (13:9)(21:3)(21:25)(22:2)
(33:25)(45:15)(77:12)
february (40:25)
federal (3:5)(3:14)(3:20)(5:7)
feel (9:22)(18:3)(58:10)(59:20)
(60:2)
fellow (24:21)
felt (48:19)(48:20)
filed (33:13)
filled (43:17)

er[illegible]n Reporting, Inc.
O[illegible]ice Box 81
[illegible]us, Georgia 31902

final                                                                                    interference

**final** (13:3)(13:4)(13:8)(31:3)
(31:9)(47:21)(47:24)
**finally** (7:8)
**find** (22:10)(22:12)(22:13)(37:4)
**finding** (65:23)
**finish** (6:21)(7:2)
**fire** (18:5)(16:24)(19:23)(20:7)
(20:17)(20:23)(20:24)(21:7)(21:8)
(21:10)(21:12)(21:13)(21:20)
(21:22)(22:14)(27:13)(31:16)
(31:18)(32:3)(34:25)(37:15)(38:6)
(38:8)(38:20)(39:3)(39:8)(45:5)
(47:5)(48:4)(48:10)(48:20)(50:10)
(50:17)(51:9)(52:10)(54:5)(54:24)
(60:4)(60:11)(61:4)(61:17)(63:7)
(66:13)(69:12)(69:19)(69:21)
(69:23)(71:17)(71:23)(72:6)(73:25)
**fired** (24:19)(33:5)(63:7)(64:16)
(65:1)(73:25)
**firefighter** (24:16)
**firefighters** (13:13)(13:25)
(14:11)(15:19)(16:11)(16:25)
(17:16)(17:18)(18:22)(19:13)
(19:23)(20:1)(20:13)(20:15)(21:2)
(22:25)(34:24)(36:3)(37:16)(38:5)
(38:22)(39:24)(41:7)(42:7)(42:10)
(46:13)(47:4)(50:17)(53:10)(53:19)
(53:21)(53:23)(53:24)(68:12)
**firefighters'** (35:1)(35:11)
(35:24)(36:5)(36:17)(45:8)(45:18)
(71:5)
**fireman** (5:1)
**firemen** (19:16)(48:16)(53:12)
**first** (4:2)(7:17)(7:18)(8:16)
(11:4)(13:17)(13:19)(14:2)(14:5)
(14:13)(14:21)(21:6)(24:18)(24:19)
(29:25)(30:8)(38:3)(41:5)(42:8)
(42:20)(44:19)(47:24)(55:9)(55:10)
(56:12)(65:10)(78:8)
**five** (9:2)(9:19)(33:15)(33:18)
**five-minute** (54:16)
**five-year** (8:9)
**fix** (39:9)
**fixing** (27:9)
**flip** (9:14)
**fly** (72:14)
**focus** (20:12)
**focusing** (63:22)(64:14)
**followed** (67:12)
**following** (5:21)(5:25)(12:22)
**follows** (4:4)
**follow-up** (39:10)
**food** (8:3)
**fop** (24:3)(24:5)(24:9)
**foregoing** (78:9)
**form** (3:10)(7:3)(10:1)(10:3)
(10:6)(42:1)
**formality** (3:9)
**formed** (13:14)
**forth** (37:2)
**four** (9:19)
**four-year** (8:11)
**fraternal** (24:7)(24:8)
**fraternity** (24:5)
**free** (42:8)(42:11)(42:12)(42:24)
**front** (53:6)(54:23)
**full** (4:9)(6:4)(9:9)(40:16)
**fully** (55:2)
**functioning** (74:14)
**furnished** (15:22)
**further** (3:16)(26:13)(41:5)(42:5)
(55:21)(73:24)(78:13)

**G**

**gathering** (19:19)
**gatherings** (16:18)
**gave** (47:12)

**gears** (19:11)(24:13)
**gee** (62:1)
**general** (5:19)(23:1)(35:4)(37:18)
(38:2)(39:23)(75:18)
**generally** (5:11)(13:17)
**generated** (36:13)
**gentleman** (39:24)
**gets** (39:12)(76:21)
**getting** (19:20)(32:23)
**gist** (26:7)
**give** (6:4)(9:6)(73:20)
**given** (36:24)
**gives** (23:23)
**goes** (25:13)(55:25)
**going** (4:17)(15:10)(18:18)(21:7)
(21:19)(22:10)(28:5)(29:11)(30:20)
(30:23)(41:5)(46:9)(46:23)(47:1)
(47:10)(47:24)(48:6)(49:25)(52:4)
(54:25)
**good** (15:2)(16:4)(20:6)(20:10)
(54:17)(63:16)
**goodwin** (54:8)(55:1)(55:12)(56:9)
(61:15)
**got** (16:7)(20:3)(21:6)(23:11)
(26:25)(30:9)(77:1)
**gotten** (35:7)(35:12)(66:1)(75:16)
**governed** (23:13)
**government** (10:2)(10:3)(10:6)
(12:7)
**grade** (33:1)
**graham** (2:7)(4:6)(5:4)(5:8)(7:4)
(9:9)(10:20)(54:18)(64:19)
**grievance** (51:18)(55:24)
**group** (35:25)(53:9)(53:12)(53:21)
(53:22)
**guess** (5:13)(14:22)(18:12)(19:1)
(20:8)(23:17)(25:24)(26:2)(30:21)
(41:14)(56:14)(60:8)(65:22)(74:9)
(75:6)
**guy** (19:17)

**H**

**hadn't** (25:9)
**hall** (1:19)(16:15)
**handles** (10:10)
**happen** (25:17)
**happened** (25:1)(25:4)(25:11)
**happens** (33:12)(48:15)(58:13)
**happy** (6:16)
**hardin** (1:15)(3:4)(4:1)(4:9)
(4:11)(4:12)(9:11)(10:24)(45:11)
(56:1)(59:21)(78:7)
**hardin's** (45:7)
**harold** (39:24)
**has** (12:23)(31:8)(31:18)(36:4)
(42:15)(53:2)(55:22)(60:17)(68:17)
(73:16)(73:23)
**having** (4:2)(37:18)(40:20)
**head** (6:9)(12:6)(56:4)(58:23)
(60:21)
**head or** (68:25)
**heads** (58:25)(59:23)(60:19)(69:1)
(69:2)
**head's** (57:13)
**hear** (6:14)(21:18)(25:15)(25:16)
(65:13)(65:15)(72:23)
**heard** (14:7)(14:12)(14:13)(14:16)
(20:8)(22:4)(22:21)(24:17)(25:10)
(26:2)(26:15)(27:11)(28:5)(28:22)
(29:3)(29:7)(29:11)(34:11)(36:7)
(41:13)(60:9)(60:20)(65:9)(65:12)
(71:19)(71:21)(71:22)(72:20)
**hearing** (21:14)(22:6)(53:9)
(53:11)(70:10)
**held** (7:15)(10:21)(64:22)
**hello** (57:18)
**help** (16:4)

**helpful** (16:2)
**her** (13:5)
**hereby** (3:2)(78:6)
**herein** (78:12)
**hereto** (3:20)
**he's** (42:23)
**hey** (15:9)(15:12)(27:23)(27:25)
**high** (19:17)(42:17)(42:18)
**him** (14:21)(14:22)(21:10)(22:4)
(26:24)(29:1)(29:9)(30:15)(44:18)
(44:24)(45:20)(51:11)(51:19)
(51:21)(51:25)(65:17)(67:9)(68:3)
(68:24)(69:11)(69:14)(69:20)
(69:21)(72:19)(75:23)(75:24)(77:7)
**himself** (46:21)(47:12)
**hires** (50:12)(52:13)(55:13)(55:18)
(30:10)(32:3)(33:20)(34:8)(42:1)
(46:17)(47:15)(49:11)(49:19)(50:2)
(56:13)(56:18)(60:22)(62:19)
(64:12)(64:14)(64:17)(69:5)(69:11)
(69:15)(69:20)(70:15)(73:3)(73:21)
(74:13)(74:14)(75:6)(75:10)(75:23)
(75:25)(76:2)(76:3)(76:17)(77:3)
(77:4)(77:5)(77:9)(77:15)
**hit** (32:8)
**hold** (7:19)(15:17)(64:8)
**hour** (25:17)(44:2)(44:3)
**hours** (41:17)
**however** (69:16)
**hunter** (2:12)(37:17)(39:4)(45:5)
(54:5)(54:24)(56:8)(56:13)(59:19)
(66:21)(69:8)(69:24)
**hurry** (9:24)

**I**

**idea** (20:11)
**identify** (22:8)(43:7)
**i'll** (6:3)(6:16)(9:7)(27:7)
**immediately** (6:15)(26:18)
**impact** (47:3)(47:5)
**implemented** (49:3)(50:9)
**implementing** (41:8)
**implied** (23:11)
**important** (74:15)
**impossible** (75:11)
**improve** (72:9)
**inability** (75:6)
**inactive** (8:8)
**including** (9:2)(35:3)(38:5)(42:7)
(66:20)
**indicated** (7:4)(38:19)(56:3)
(58:6)(72:4)
**indicates** (10:17)(10:25)(11:4)
(11:11)(11:16)(12:5)(12:13)(12:22)
(40:3)(54:9)
**individual** (51:18)(58:8)(63:5)
(74:13)
**individually** (68:18)
**individuals** (61:23)
**inform** (27:24)(55:11)
**information** (34:1)(35:24)(59:5)
(59:8)(59:11)(59:14)(60:9)(62:23)
(63:19)(63:20)(71:22)(73:20)
**informed** (25:18)(26:11)
**initially** (30:6)
**initiate** (26:21)
**initiated** (30:8)(43:3)
**input** (20:14)(30:21)(70:13)
**inquiries** (73:6)
**instead** (24:25)(75:25)
**intent** (57:15)
**interaction** (70:16)(70:17)
**interest** (65:23)
**interested** (30:23)(78:15)
**interfere** (60:21)(61:3)
**interference** (60:4)(60:10)(60:15)

**interfering**

```
interfering (59:22)(60:18)
interim (21:5)(21:8)(22:19)
international (39:23)
interpretation (56:13)(56:15)
(57:7)
interrupt (67:17)
interviewed (71:12)
into (4:19)(9:19)(18:10)(20:4)
(29:11)(29:25)(31:11)(47:4)(50:12)
(60:11)(66:14)(70:13)(74:23)
introduced (3:18)
investigated (62:11)
investigation (21:18)(22:12)
invite (33:10)(43:5)(54:3)(55:8)
(70:25)
invited (16:17)(19:15)(22:3)
inviting (54:22)
involve (20:17)
involved (21:5)(31:22)(34:17)
(58:15)(58:18)
involving (66:12)
i's (67:21)
issue (27:4)(46:6)(47:15)(51:16)
(59:22)(66:7)(74:15)(75:22)(76:25)
(77:9)
issued (41:25)
issues (5:11)(17:17)(18:4)(18:23)
(18:24)(19:23)(20:17)(20:22)
(20:23)(21:2)(21:6)(21:22)(22:5)
(27:20)(28:15)(32:21)(35:2)(35:4)
(37:16)(38:9)(38:22)(39:4)(39:8)
(39:11)(45:10)(45:12)(46:1)(46:6)
(52:24)(57:25)(58:11)(59:12)
(66:12)(68:21)(72:2)(72:6)(73:9)
(73:13)(75:17)(76:20)
item (30:16)
items (28:12)(73:14)
itself (61:2)
i've (5:13)(20:2)(22:21)(35:12)
(36:7)(37:11)(37:24)(71:14)(72:19)
(72:20)(75:16)(75:17)(76:19)
```

**J**
```
james (2:7)
january (34:24)(39:25)
jeff (45:7)
jeffrey (1:15)(3:4)(4:1)(4:11)
(78:7)
jerry (22:17)(34:25)(39:11)
jimmy (5:2)
job (15:5)(32:3)(48:23)(48:24)
(52:15)(52:16)(58:9)(59:9)(59:13)
(59:17)(60:18)(63:12)(74:15)
(75:10)(75:12)(75:14)
jobs (59:23)
journalist (32:1)(33:3)
```

**K**
```
keep (32:22)(49:16)(59:23)
kin (78:13)
kind (4:24)(9:13)(15:10)(15:12)
(18:2)(18:15)(21:18)(25:8)(25:12)
(25:15)(27:10)(27:11)(27:14)
(27:22)(29:11)(49:10)(53:8)(62:5)
(65:11)(72:20)
knew (14:22)(66:16)
knowledge (5:19)
known (14:19)(14:25)
```

**L**
```
labor (13:14)(13:23)(14:11)
(15:19)(16:12)(17:16)(19:13)(24:1)
(35:1)(35:11)(35:25)(36:17)(45:10)
lady (76:10)
language (10:5)
large (1:18)(3:8)(78:6)(78:20)
last (14:17)(20:25)(36:20)(37:21)
```

```
(40:2)(40:10)(74:3)(74:10)(75:5)
later (45:11)(59:18)
laundry (72:17)(72:18)
laws (12:8)
lawsuit (4:14)(5:12)(14:9)(33:14)
(74:16)
layman's (10:5)(51:3)
lead (63:16)
leader (16:12)
leaders (19:14)(24:9)
leadership (48:22)
learn (24:14)(33:4)
least (5:11)(9:12)(9:15)(13:13)
(28:11)(37:18)(38:2)(55:17)(72:5)
(75:7)
leaving (61:12)
led (64:5)
ledger (32:12)
ledger-enquirer (71:4)
left (76:11)
legalese (51:2)
less (32:19)
let (6:15)(18:11)(22:9)(27:23)
(30:2)(31:1)(33:10)(35:12)(45:4)
(54:3)(55:8)(58:5)(64:11)(70:25)
(74:20)
let's (24:13)(29:24)
(39:17)(43:1)(64:23)(64:24)
letter (39:17)(39:22)(40:3)(40:4)
(40:7)(40:9)(40:17)(40:21)(40:24)
(41:2)(41:4)(41:6)(41:24)(42:5)
(45:19)(45:21)(45:24)(58:22)(67:9)
(77:3)(77:4)
letters (21:15)(36:12)(36:16)
(37:14)
like (17:2)(18:24)(19:3)(20:21)
(22:5)(25:11)(27:7)(28:22)(32:18)
(35:19)(36:25)(37:10)(38:13)
(38:16)(39:6)(42:10)(43:9)(43:24)
(46:22)(46:25)(47:9)(48:20)(56:8)
(56:14)(56:17)(58:10)(60:2)(62:1)
(62:4)(69:18)(71:20)(72:2)(72:12)
(73:8)(73:11)(76:6)(76:25)
limited (23:7)
line (28:6)(39:13)(54:9)(57:11)
(72:21)
list (27:10)(27:15)(28:12)(72:17)
(72:18)
listen (58:19)(59:3)
listened (60:9)
listening (60:17)
little (7:16)(32:23)(63:20)
lives (20:9)
local (13:14)(14:11)(16:18)
(21:17)(22:7)(32:13)(34:23)(41:24)
(42:2)(45:9)
long (7:15)(7:22)(8:10)(14:19)
(26:17)(42:14)(48:15)(52:2)(52:18)
(77:17)
longer (77:1)
look (9:23)(35:15)(37:9)(40:2)
looking (37:22)(59:10)
looks (37:10)(43:24)
lot (15:14)(17:21)(21:13)(22:22)
(26:6)(32:24)(51:1)(65:13)
low (38:6)(71:17)
lowest (71:14)
```

**M**
```
made (3:11)(31:3)(31:9)(45:9)
(49:12)(55:22)(61:16)(61:17)
(65:25)(66:17)(69:8)(76:1)
mail (35:8)(35:10)(35:13)(37:1)
(37:6)(76:11)
mailings (35:22)
majority (11:22)(77:7)(77:14)
make (5:23)(23:14)(30:2)(31:18)
```

**merit**

```
(51:2)(63:13)(63:18)(70:2)(72:1)
maker (13:8)
makes (16:6)(30:5)
making (31:16)(41:15)
management (65:6)
manager (10:10)(11:18)(11:22)
(12:4)(12:5)(12:14)(12:23)(13:3)
(21:5)(21:9)(22:11)(22:19)(23:23)
(26:20)(26:22)(27:3)(27:17)(27:20)
(28:8)(28:10)(28:13)(28:16)(31:6)
(31:17)(31:20)(38:20)(39:16)(40:1)
(43:15)(45:23)(46:2)(48:2)(48:5)
(48:11)(48:20)(54:6)(54:25)(56:5)
(56:9)(57:12)(58:24)(59:1)(59:8)
(65:8)(65:15)(66:9)(66:21)(67:8)
(67:15)(67:24)(69:10)(69:23)(72:2)
(72:6)(72:8)(73:15)(73:17)(74:5)
(74:10)(74:12)(74:18)(74:25)(75:9)
(75:13)(75:16)(75:21)(76:16)(76:19)
manager's (23:15)(61:14)
manner (3:19)(78:15)
many (20:23)(69:17)
matter (13:12)(19:16)(41:11)
(42:3)(42:15)(47:20)(53:18)(58:21)
(59:4)(69:24)(73:19)(78:9)
matters (11:12)(68:21)
max (22:20)
maybe (17:24)
mayor (4:12)(5:10)(7:14)(7:17)
(7:18)(8:10)(8:13)(8:18)(9:3)
(9:10)(10:7)(10:24)(11:1)(11:5)
(13:12)(14:3)(14:16)(14:24)(15:16)
(15:17)(15:23)(16:10)(17:4)(17:15)
(18:22)(19:12)(19:21)(20:16)(21:1)
(22:21)(23:6)(23:9)(31:25)(33:21)
(34:22)(36:21)(37:18)(39:22)
(41:21)(43:4)(45:7)(45:11)(54:3)
(54:21)(56:1)(57:5)(57:9)(57:23)
(58:9)(59:10)(59:14)(59:21)(62:3)
(62:23)(63:5)(63:23)(64:15)(64:24)
(64:25)(66:24)(67:2)(70:2)(71:16)
(72:4)(74:4)(75:10)(75:12)(77:20)
mayors (22:23)
mcgillivary (2:3)
mean (10:6)(32:7)(35:11)(54:1)
(57:6)(63:14)(66:16)(67:17)(74:9)
(75:20)
means (10:7)
meantime (54:15)
meat (8:2)
media (32:1)(32:8)(32:10)(42:2)
(66:11)(66:17)(73:1)(73:7)(73:21)
meet (16:11)(16:16)(19:13)(27:3)
(27:19)(28:3)(72:14)
meeting (16:24)(18:10)(18:15)
(19:18)(21:8)(22:3)(27:21)(28:2)
(28:3)(28:12)(38:18)(38:25)(39:3)
(50:21)(51:5)(52:19)(53:10)(53:11)
(53:12)(53:22)(72:5)(72:11)(72:13)
meetings (8:15)(8:16)(11:1)
(18:21)(19:6)(28:1)(38:21)(41:16)
(52:21)(72:7)(72:14)
member (7:21)(7:22)(8:19)(8:22)
(14:6)(25:18)(25:22)(26:5)(26:10)
(53:16)
members (8:25)(19:14)(24:1)
(24:21)(24:22)(36:14)(36:24)
(46:21)(47:12)(57:5)(68:18)(68:24)
(69:10)(70:13)(70:18)(70:20)(75:11)
memo (43:8)(54:10)(54:24)(55:10)
(59:18)(59:19)(67:5)
memorandum (54:5)(55:9)
memos (36:17)
mention (18:4)(25:4)(65:5)
mentioned (71:15)
merit (33:22)(54:9)(55:23)(56:3)
(67:1)
```

**message**  (30:9) (43:8) (43:17) (44:8) (44:11) (44:13) (44:15) (45:20) (68:7)
**messages**  (44:14)
**met**  (14:21) (17:15) (28:9) (39:5) (60:12)
**middle**  (1:2)
**might**  (17:18) (19:24) (32:15) (47:2)
**mill**  (25:15) (41:14)
**mind**  (18:25) (55:18) (69:18) (69:20)
**mine**  (27:23) (72:21)
**minor**  (28:7)
**minute**  (64:20)
**minutes**  (31:2) (40:12)
**mistaken**  (16:18) (17:7) (17:23) (18:16) (24:20) (26:15) (30:25) (31:17) (44:20) (50:3) (52:14) (53:7) (61:13)
**misunderstanding**  (58:17) (59:2)
**moment**  (35:21)
**monday**  (27:6) (45:6)
**montgomery**  (78:3)
**month**  (8:16) (8:17)
**months**  (17:1) (17:3) (50:11) (74:11) (75:6) (77:18)
**morale**  (38:6) (47:5) (71:13) (71:17) (71:23) (72:7)
**morning**  (4:15) (4:18) (5:21) (6:1) (27:6)
**mostly**  (19:1)
**motion**  (33:12) (33:18)
**move**  (10:14) (12:2) (12:18) (13:11) (39:17) (43:1) (44:22)
**movement**  (20:3)
**moves**  (10:12)
**much**  (8:18) (9:22)
**municipality**  (20:14)
**my only**  (39:6)
**myself**  (9:2) (15:13) (43:15) (55:12) (67:25)

**N**

**name**  (4:9) (4:12) (34:22)
**named**  (39:24)
**nature**  (8:1) (28:19) (30:6)
**need**  (3:11) (27:24) (58:15) (64:9) (73:14) (76:23)
**needed**  (77:6)
**neither**  (78:13)
**never**  (66:16)
**new**  (22:22) (47:3) (48:1) (48:6) (50:12) (51:6) (52:13) (52:14) (52:15) (52:16) (55:13) (55:18)
**newspaper**  (32:1) (32:6) (32:8) (32:11) (33:3) (37:14) (37:19) (38:3) (66:12) (71:2) (71:3) (71:9) (72:25)
**newspapers**  (32:17) (37:15)
**next**  (9:5) (12:4) (27:22)
**nods**  (6:8)
**none**  (38:24)
**noon**  (44:2) (44:3)
**nor**  (78:13) (78:14)
**nothing**  (4:4) (75:14)
**notice**  (4:15)
**now**  (9:3) (22:21) (37:22) (40:12) (40:24) (41:4) (47:11) (70:6)
**number**  (6:3) (8:25) (33:11) (33:15) (34:21) (35:2) (37:13) (38:4) (39:21) (44:5) (54:4) (54:23) (69:18)

**O**

**objections**  (3:9) (3:10)
**obvious**  (72:24)
**obviously**  (20:22)
**occasion**  (16:11) (19:12) (22:7) (28:9)
**occasions**  (17:14)
**occupation**  (7:24)

**occur**  (77:17)
**off**  (10:18) (10:21) (43:23) (64:19) (64:22)
**offered**  (3:13)
**office**  (13:19) (14:2) (14:3) (14:24) (16:5) (17:25) (19:20) (27:22) (45:7) (61:13) (61:14) (77:8)
**officers**  (12:15) (12:24) (23:24) (24:10) (69:5) (69:7) (69:16)
**offices**  (1:19)
**official**  (28:2)
**often**  (15:15)
**once**  (4:23) (4:24) (22:10) (31:21) (40:20) (54:23) (55:17)
**one**  (4:13) (6:15) (10:19) (15:6) (19:8) (19:9) (19:16) (21:8) (24:20) (24:21) (25:2) (28:15) (34:5) (34:6) (34:11) (38:4) (38:18) (38:25) (39:3) (50:11) (61:12) (64:24) (68:23) (69:2) (69:4) (69:5) (69:10) (72:5) (72:11) (73:10) (74:20) (75:22)
**only**  (19:18) (21:4) (21:24) (52:13) (67:4) (70:16) (72:16)
**opelika**  (5:7)
**open**  (9:10) (22:23) (23:2) (23:4) (23:18) (58:6)
**operating**  (55:25)
**operation**  (58:14)
**operations**  (10:11) (18:6) (57:12) (58:1) (58:18) (60:4) (61:3) (66:13)
**opportunity**  (5:16) (40:16) (48:17) (55:2)
**or i**  (20:3)
**order**  (24:5) (24:7) (24:8) (57:10)
**ordinance**  (30:17) (46:8) (46:14) (47:19) (48:1) (50:25) (51:6) (51:22) (51:23) (52:1) (52:19)
**ordinances**  (12:8)
**organization**  (13:15)
**organized**  (13:14)
**others**  (37:3) (37:17)
**our**  (10:11) (18:1) (28:1) (38:16) (45:25) (46:2) (52:19) (55:23) (56:3) (56:5) (67:10) (67:14) (67:16) (67:18) (68:24) (69:10) (72:14)
**out**  (16:7) (16:15) (18:3) (22:10) (26:16) (27:1) (33:1) (43:17) (51:1) (58:21) (59:6) (62:5) (65:14) (78:12)
**outlined**  (36:7)
**outrageous**  (62:2)
**outside**  (28:1) (66:25)
**over**  (7:16) (9:5) (11:1) (12:15) (27:7) (27:10) (27:15) (34:22) (37:10) (37:20) (37:22) (52:18) (64:9) (75:5) (75:16)
**oversee**  (8:15)
**own**  (7:25) (59:6) (70:19)
**owned**  (7:25) (63:14)

**P**

**package**  (35:9)
**page**  (5:24) (33:14) (33:18) (40:2) (41:5) (41:23) (59:20)
**pages**  (9:14) (9:19) (78:9)
**paper**  (9:11) (21:15) (21:17) (22:6) (32:13) (35:17) (38:14) (38:16) (71:20) (71:22)
**papers**  (9:4)
**paperwork**  (36:12)
**paragraph**  (55:10) (55:22)
**paragraphs**  (12:22)
**part**  (28:10) (35:9) (41:4) (58:9) (66:4) (66:5) (66:18)
**partially**  (43:23)
**particular**  (5:12) (9:11) (28:9) (37:8) (38:9) (46:13) (55:5) (71:9) (73:19) (75:22)

**particularly**  (38:3)
**parties**  (3:3) (3:17) (78:12) (78:14)
**part-time**  (72:16)
**party**  (3:20) (19:16)
**pass**  (28:7) (46:9)
**passed**  (49:2) (49:3) (67:8)
**past**  (52:21) (66:10)
**pay**  (33:1)
**penalty**  (7:9)
**pending**  (34:12) (34:14) (34:15)
**people**  (15:6) (16:7) (17:24) (18:2) (18:9) (18:13) (18:14) (22:8) (23:8) (27:8) (37:2) (42:24) (58:9) (58:19) (59:4)
**perceived**  (57:21)
**percent**  (30:13)
**performance**  (63:12) (63:16) (74:18) (75:14)
**perhaps**  (16:12) (18:23) (29:18) (47:4) (65:20) (74:18)
**period**  (16:23) (30:18) (47:13) (47:17) (48:12) (48:15) (48:18) (49:17) (49:18) (49:20) (49:21) (50:10) (50:15) (50:18) (51:7) (51:17) (52:7) (56:20) (61:1) (61:24) (63:10) (68:13)
**perjury**  (7:10)
**person**  (17:23) (19:3) (49:25)
**personalities**  (19:2)
**personnel**  (31:12) (32:20) (54:8) (55:1) (55:12) (56:4) (58:23) (59:1) (61:15) (66:6) (70:8) (70:11) (70:14) (70:18) (70:20) (73:9) (73:13) (73:15)
**phenix**  (1:8) (1:19) (2:8) (7:13) (8:3) (8:13) (8:18) (13:13) (16:10) (20:9) (20:13) (23:25) (45:8) (45:18) (71:7)
**phone**  (22:8) (23:19) (25:2) (26:24) (30:10) (30:11) (30:14) (30:15) (44:5) (44:15) (44:17) (44:18) (45:1) (65:24) (68:6) (69:6)
**physical**  (72:18)
**physically**  (48:24)
**pick**  (21:15)
**piece**  (37:8)
**place**  (49:25) (67:6) (77:1)
**placed**  (45:7) (47:22) (47:23)
**plaintiff**  (1:6) (2:2) (4:13) (14:9) (19:6) (24:14) (33:20)
**plan**  (21:23) (39:9) (72:15)
**platform**  (18:1)
**pleading**  (33:12) (33:15)
**please**  (4:10) (7:12) (29:17) (37:23) (43:7) (50:23) (57:1) (71:3) (74:7) (74:9)
**point**  (13:13) (14:8) (22:15) (24:13) (58:16) (66:6) (68:5) (70:19) (71:14)
**points**  (76:19)
**police**  (22:25) (23:24) (24:6) (24:8) (24:10) (48:4) (48:7) (48:10) (48:16) (48:20) (50:11) (69:4) (76:14)
**policies**  (18:6) (20:17) (37:15) (58:12)
**policy**  (11:12) (22:23) (23:2) (23:5) (23:18) (48:1) (48:6) (50:9) (51:6) (55:18) (56:20) (58:7) (68:21)
**political**  (15:18) (15:22)
**poor**  (38:6) (71:18) (74:18) (75:19) (76:15)
**portion**  (57:15)
**portions**  (9:12)
**position**  (7:13) (7:15) (7:19) (13:6) (15:17) (21:11) (22:1) (22:2) (23:11) (24:15) (52:23) (59:3) (59:10) (69:11) (70:21) (75:3) (75:4)
**possibility**  (41:17)
**possible**  (11:21) (74:24) (77:9)

**possibly**

| | | |
|---|---|---|

possibly (74:1) (74:4)
potential (73:25)
potholes (27:9)
power (11:17)
powers (11:11)
prater (22:16) (22:17) (34:25) (39:5) (39:11)
precisely (50:7) (50:8) (75:20)
preliminary (4:17)
prepared (9:3)
present (2:10)
preside (11:1)
president (14:10) (39:23) (41:25) (45:8) (45:17)
pressed (32:22)
pretty (8:17) (19:8)
previous (7:19) (53:5) (53:8)
previously (66:12)
principles (42:10) (42:15) (42:20)
prior (31:20)
privy (62:8) (63:11)
probably (13:19) (13:20) (14:20) (14:23) (17:1) (40:25) (42:16)
probation (30:18) (30:24) (55:13)
probationary (46:9) (46:19) (46:23) (47:13) (47:16) (48:12) (48:18) (49:17) (50:10) (50:15) (51:7) (51:17) (52:7) (56:20) (60:14) (61:1) (61:19) (61:24) (63:10) (68:13)
problem (47:8) (76:23) (76:24)
procedure (3:5) (3:15) (3:21)
procedures (5:20) (5:25) (55:25)
process (8:7) (55:24)
prohibited (58:10)
promoted (63:17)
promotion (52:16)
prompted (76:16) (77:2)
proper (58:14)
proposal (49:15) (49:19)
proposals (44:9)
propose (48:11)
proposed (46:14) (47:18) (47:25) (49:14) (61:1) (63:9) (77:15)
proposing (50:5)
provided (3:14) (3:20)
public (20:24) (42:6) (42:10) (42:21) (46:10) (53:9) (53:11) (55:14) (55:19) (66:13)
purpose (3:14) (27:6) (28:4) (74:19)
purposes (8:14)
pursuant (1:16) (3:4) (4:15)
pushed (73:12)

**Q**

question (6:17) (6:22) (9:24) (21:20) (27:24) (30:3) (30:19) (48:13) (51:5) (58:5) (74:20)
questioned (69:7)
questions (3:10) (3:11) (4:17) (4:20) (6:3) (6:15) (9:8) (17:21) (17:25) (18:12) (32:4) (34:21) (40:14) (50:19) (51:23) (51:25) (52:3) (77:21)
quote (33:19) (33:23) (45:4) (45:6) (45:13) (55:10) (55:14) (55:22) (56:6) (59:20) (59:25) (71:11) (71:13) (71:15)

**R**

raise (5:5) (27:4)
raised (28:16) (35:2) (38:22) (53:19) (75:21)
raising (51:16) (76:3)
ran (13:19) (14:2) (14:3) (14:5) (15:16) (15:22) (20:4)
randy (5:9)
rationale (48:10)
reach (44:18)
reaction (56:11) (75:23) (75:25)

(76:2)
reactions (75:15)
read (4:6) (5:13) (7:5) (21:15) (21:16) (37:25) (38:13) (40:16) (44:7) (52:18) (54:13) (55:2) (56:15) (56:17) (66:17)
readdress (74:20)
reading (47:24)
real (23:8) (24:4) (44:20)
really (9:24) (13:22) (14:22) (15:11) (17:20) (18:16) (19:1) (27:25) (28:2) (53:13) (56:16) (62:6) (62:9) (63:13) (69:1)
really not (22:1)
realm (3:24)
reason (26:1) (29:12) (29:13) (29:22) (29:24) (33:20) (34:3) (49:10) (64:12) (64:14) (76:18)
reasonable (49:1) (63:6)
reasons (34:6) (34:7) (34:8) (34:12) (47:7) (47:11) (48:9) (72:24)
recall (28:19) (35:7) (35:25) (37:17) (38:24) (40:6) (40:20) (46:25) (47:11) (49:7) (49:9) (49:23) (66:9) (68:14)
receive (36:2) (43:9) (44:14)
received (35:5) (35:10) (35:15) (35:16) (35:19) (35:22) (35:23) (36:3) (39:18) (40:20) (40:24) (43:8)
receiving (40:6) (44:11) (44:15)
recent (77:18)
recently (77:19)
receptive (22:24)
recess (54:19)
recommend (49:15) (62:10)
recommendation (31:16) (49:12) (60:13)
recommended (48:3) (48:4) (49:13) (74:17) (74:24)
reconsider (69:24)
reconsideration (70:3)
record (4:10) (5:24) (6:23) (10:18) (10:21) (10:23) (31:21) (52:8) (54:20) (64:19) (64:22) (64:23) (66:5) (67:16)
records (63:11) (63:15)
recruitment (47:3)
red (76:3)
reducing (41:17)
refer (56:1) (73:17)
referring (32:11) (67:19)
refers (41:24) (74:8) (74:11)
reflected (11:24)
regard (31:2) (65:21) (68:12) (69:22)
regards (45:9) (45:17)
regular (11:6) (27:21) (28:1)
regularly (27:19)
regulations (33:22) (67:1)
reiterating (42:23)
related (18:4)
relationship (15:2) (15:5) (15:11) (15:13)
relevant (59:7)
remember (5:2) (14:13) (14:20) (16:21) (17:17) (17:20) (18:7) (18:8) (18:16) (18:20) (18:25) (19:1) (19:5) (19:9) (19:19) (20:19) (26:5) (29:10) (32:15) (33:2) (40:22) (44:11) (44:14) (46:15) (47:14) (47:23) (49:9) (49:13) (49:21) (50:1) (50:7) (50:8) (51:20) (51:25) (52:1) (52:17) (52:20) (53:1) (53:13) (53:14) (53:18) (53:20) (53:21) (65:22) (68:15) (71:8)
reminded (68:3)
reminder (67:7)
removal (11:21) (74:4) (74:10) (74:17) (74:24) (76:17) (77:9) (77:15)
remove (11:17) (12:24) (77:7)

**same**

removed (13:5) (15:6)
removing (13:9)
repeat (6:16)
rephrase (6:16) (58:5) (64:11)
report (71:4)
reported (58:23) (78:7)
reporter (1:17) (3:7) (4:5) (6:8) (6:23) (7:1) (32:2) (64:8) (78:5)
reporter's (78:1)
representative (33:3) (71:6)
representatives (73:1)
representing (3:3) (3:17) (4:13) (5:17) (24:9)
reprimand (42:1)
request (5:13) (62:14) (70:3)
require (17:3)
rescue (20:24)
reserved (3:12)
resignation (77:3) (77:5)
respond (9:23) (73:6) (73:8)
responded (77:6)
responding (69:6)
response (25:6) (39:3) (41:1) (61:22) (61:25) (68:5) (76:1) (77:4)
responses (6:10)
responsibilities (8:13) (12:7) (57:24)
responsibility (12:23)
restaurant (16:16) (16:18) (16:19)
results (78:15)
retail (8:2)
retaliation (41:8)
retirement (19:15)
return (23:19) (30:11) (30:14) (31:1)
returned (30:10) (30:15) (41:14) (45:11) (46:4)
returning (44:15) (49:5) (68:6)
review (5:23) (7:5) (9:21) (40:9) (40:13) (70:18)
reviewed (64:12)
rewarded (63:17)
ridiculous (57:6) (57:7)
right (13:11) (14:10) (17:8) (21:19) (27:22) (33:10) (39:15) (42:11) (42:24) (43:1) (47:11) (58:3) (68:1) (69:17) (77:20)
right-hand (71:11)
rights (42:6) (42:20) (57:24)
river (32:13)
riverwalk (27:14)
road (69:12)
roberts (2:11) (27:16) (28:10) (28:16) (28:20) (40:1) (54:6) (54:25) (56:9) (59:19) (61:15) (67:24) (74:5) (74:12) (74:24)
role (74:13)
room (18:18)
rules (3:5) (3:15) (3:20) (33:22)
ruling (3:12)
rumblings (18:17) (21:18) (22:6)
rumor (25:15) (41:14)
rumors (65:15)
running (14:24) (16:4) (17:24) (17:25) (18:9) (59:24)
runs (31:19)

**S**

safety (20:24) (35:3) (46:10) (55:14) (55:19) (66:14)
said (3:6) (3:18) (18:14) (20:5) (20:10) (21:13) (22:21) (23:9) (23:10) (23:16) (23:17) (26:4) (32:16) (35:21) (39:6) (46:17) (46:18) (47:8) (47:14) (51:22) (58:3) (58:4) (60:10) (60:20) (64:7) (69:17) (71:13) (72:12) (73:11) (78:11) (78:14)
same (5:24) (49:17)

saw (71:22)

**saw** (71:22)
**saying** (15:9)(65:23)(76:4)
**says** (12:9)(33:19)(33:23)(41:9)
(45:6)(45:13)(51:4)(52:20)(55:10)
(55:14)(55:22)(56:6)(58:22)(59:20)
(59:25)
**schaitberger** (39:25)(40:4)(40:18)
(42:6)(42:19)
**schaitberger's** (41:24)
**school** (19:17)(42:17)(42:18)
**scope** (41:21)(52:6)
**scott** (1:15)(3:4)(4:1)(4:11)(78:7)
**seated** (14:10)
**second** (10:19)
**secretary** (43:9)(43:13)(43:14)
**section** (9:18)(10:1)(10:14)
(10:24)(11:5)(11:10)(12:2)(12:4)
(12:13)(12:18)(12:21)
**sections** (9:16)
**seeing** (15:9)(71:8)(71:19)
**seems** (69:18)
**sell** (8:6)
**selling** (8:7)
**send** (77:3)
**sense** (16:6)(30:5)(37:18)(38:2)
**sensitive** (59:22)
**sent** (40:3)(45:21)(45:24)(54:7)
(67:9)
**sentence** (11:5)(55:10)
**september** (17:13)(37:19)(37:20)
(41:25)(71:15)
**sergeant** (54:9)
**serve** (7:14)
**served** (4:16)(7:21)
**service** (8:3)
**services** (20:25)
**session** (28:1)(53:11)
**set** (4:18)(9:9)(10:9)(49:25)
(57:5)(57:9)(76:1)(78:12)
**several** (40:14)(43:9)(71:1)
**shall** (11:1)(11:12)(11:16)(12:5)
(12:7)
**shannon** (1:16)(3:6)(78:4)(78:19)
**share** (37:1)(37:5)
**shared** (68:12)
**shift** (41:9)(41:15)(41:18)
**shock** (42:22)
**shocked** (25:8)(25:20)
**short** (45:4)(54:14)(69:7)(69:16)
(75:23)
**shorthand** (78:4)
**should** (9:21)(45:22)(56:1)(58:22)
(59:21)(62:3)(65:20)
**shouldn't** (66:24)(67:2)
**show** (22:7)
**shows** (43:19)(44:5)(54:7)
**sign** (4:6)(7:5)
**signed** (44:24)
**since** (14:25)(20:15)(20:25)
(32:21)(36:20)(52:18)(68:9)(71:14)
(74:3)
**single** (34:3)(34:4)(64:14)
**sir** (5:10)(5:14)(5:18)(5:22)(6:6)
(6:25)(7:7)(7:11)(7:18)(8:24)
(9:17)(10:4)(11:3)(11:9)(11:14)
(11:23)(12:10)(12:17)(13:7)(13:10)
(13:16)(14:12)(14:18)(16:1)(19:10)
(24:7)(33:2)(33:25)(36:19)(38:24)
(39:1)(40:8)(40:11)(44:4)(50:14)
(50:19)(51:10)(55:4)(68:14)(68:16)
**sit** (21:9)(21:11)(72:15)
**situation** (77:17)
**six** (17:1)
**slow** (64:10)
**small** (25:10)(25:12)
**smoothly** (59:24)
**so if** (30:24)

**solely** (50:12)(65:2)
**solve** (76:24)
**some** (4:17)(5:16)(9:7)(13:13)
(14:8)(17:2)(18:7)(18:9)(18:17)
(18:18)(20:2)(20:8)(21:1)(21:6)
(21:22)(22:5)(22:8)(22:9)(22:10)
(22:12)(23:8)(24:13)(26:1)(26:8)
(27:7)(30:21)(32:9)(35:8)(35:16)
(35:17)(35:22)(36:4)(36:6)(36:9)
(36:12)(37:2)(37:3)(37:9)(37:10)
(37:11)(37:24)(38:1)(39:8)(45:10)
(46:18)(49:17)(49:20)(51:23)
(51:25)(52:3)(53:8)(58:16)(65:14)
(75:15)(75:16)(76:18)
**somebody** (20:4)(23:16)(69:5)
**someone** (20:6)(21:16)(23:9)
(30:12)(51:5)(59:21)(60:17)
**sometimes** (37:4)(37:5)(51:1)
**somewhere** (13:20)
**sop** (54:10)
**sorry** (14:5)(38:12)(67:12)(67:17)
(68:1)
**sort** (4:18)(23:2)(59:6)
**sound** (17:7)(54:16)
**sounds** (56:8)
**speak** (4:3)(21:1)(44:9)(59:21)
(73:14)(76:21)(78:8)
**speaking** (42:2)
**specific** (17:20)(28:4)(29:17)
(31:14)(39:13)(47:7)(57:4)(57:11)
(75:19)(76:20)
**specifically** (18:19)(31:13)(36:3)
(40:23)(44:13)(47:16)(67:5)
**specifics** (18:8)(18:16)(29:10)
(31:11)(50:2)(53:20)
**speech** (42:8)(42:11)(42:25)
**spelled** (43:11)(51:1)
**spend** (5:16)
**spoken** (24:9)(32:1)(66:11)
**spokesperson** (46:3)(67:10)(68:4)
**staffing** (18:23)(19:4)(19:24)
**stage** (4:18)
**standard** (55:25)
**standing** (61:13)
**standpoint** (60:20)
**stands** (71:6)
**start** (22:10)(29:24)(71:2)(76:3)
**started** (18:13)(75:24)
**starting** (14:23)
**state** (1:18)(3:8)(4:9)(78:2)
(78:5)(78:20)
**stated** (8:18)
**statement** (12:16)(12:25)(23:1)
(44:1)(44:23)(45:16)(51:19)(56:18)
**statements** (55:9)
**states** (1:1)(57:4)
**still** (8:4)(24:3)
**stipulated** (3:2)(3:16)
**stipulation and** (1:16)
**stipulations** (3:1)(4:5)
**street** (1:19)(2:4)(2:7)(25:1)
**strictly** (70:23)
**strong** (25:16)
**strongly** (59:21)
**structure** (65:6)
**stuff** (25:15)(26:9)(27:10)(27:12)
(27:15)(35:16)(35:17)(35:22)(36:4)
(36:6)(36:9)(36:13)(37:11)(38:13)
(71:19)
**subdivision** (69:11)
**subject** (13:12)(41:11)(42:3)
(43:2)(53:18)(67:3)(73:2)(76:12)
**subjects** (59:13)
**submit** (49:15)
**subparagraph** (12:14)
**subsection** (11:15)
**subsequent** (67:13)

**these**

**substance** (4:19)
**suggest** (62:14)
**suggested** (74:16)
**suit** (4:25)
**suite** (2:4)
**supervision** (12:15)
**support** (15:18)(15:22)(77:14)
**supposed** (22:1)
**sure** (10:20)(16:1)(19:8)(20:2)
(23:14)(24:4)(30:2)(30:22)(32:7)
(32:9)(32:13)(33:6)(37:8)(42:13)
(44:20)(51:2)(64:21)(67:12)(72:1)
(74:12)
**surprise** (42:22)
**surprised** (25:9)(25:20)(25:22)
(33:4)(56:17)
**surrounding** (34:2)(75:3)(75:4)
**swap** (19:24)(20:3)(20:11)(20:16)
(20:20)(20:21)
**switch** (24:13)
**switching** (19:11)
**sworn** (4:2)(7:9)(78:8)
**system** (54:9)(55:23)(56:3)(67:1)
**system's** (33:22)

**T**

**take** (6:8)(9:22)(21:23)(37:23)
(40:12)(54:16)
**taken** (1:15)(3:4)(3:6)(4:21)
(39:2)(46:1)(66:14)(74:23)
**takes** (28:8)
**talk** (18:9)(18:11)(21:9)(21:12)
(22:7)(26:13)(27:12)(41:1)(41:14)
(57:6)(72:16)(76:6)
**talked** (19:2)(26:6)
**talking** (6:24)(17:5)(17:6)(25:2)
(25:3)(25:25)(38:15)(51:21)(62:3)
(64:4)(64:6)(64:9)(66:24)(68:24)
(75:24)
**talks** (10:1)(12:3)(35:14)
**telephone** (29:18)(43:3)(46:7)
(46:11)(49:5)(49:8)(49:16)(51:15)
(56:19)(60:3)(60:23)(61:6)(61:8)
(62:12)(62:25)(63:8)(63:22)(63:25)
(64:13)(64:17)(65:2)(68:9)
**tell** (7:9)(7:12)(31:13)(57:1)
(61:11)(66:23)(68:10)(74:7)
**telling** (56:9)
**ten** (17:3)
**term** (7:17)(8:10)(8:11)(14:5)
(14:16)(14:21)(14:23)(19:21)(53:8)
**terminate** (31:9)(31:23)(63:24)
(64:16)(65:1)(65:7)
**terminated** (24:15)(25:5)(26:8)
(26:12)(28:23)(29:1)(29:14)(31:4)
(62:15)(62:25)(63:17)(63:25)
(65:10)(71:6)
**termination** (28:11)(28:16)(28:21)
(31:16)(32:2)(32:16)(33:20)(34:2)
(34:4)(34:9)(62:19)(64:12)(66:19)
(69:22)(69:25)(70:4)(70:7)(70:15)
(73:3)(73:19)
**terms** (51:3)(52:6)(66:15)(74:14)
(75:19)
**testified** (4:4)(33:8)
**testimony** (38:19)(43:6)
**thank** (5:10)(77:21)
**them** (15:9)(15:14)(16:16)(18:11)
(18:19)(19:10)(23:21)(23:22)
(32:22)(35:8)(35:10)(37:22)(63:17)
(65:14)(66:18)(69:7)(72:9)(73:17)
**themselves** (22:9)
**thereof** (78:15)
**there's** (15:13)(28:3)(39:8)(51:1)
(53:4)(57:11)(71:11)
**there's a** (59:2)
**these** (9:6)(9:8)(9:15)(9:21)

**they're**

| | | |
|---|---|---|
| (28:4) (36:7) (37:9) (37:19) (37:24) | (32:18) (32:20) (59:5) (63:14) (72:13) | **who** (14:22) (20:19) (22:14) (22:19) |
| (37:25) (38:1) (38:2) (38:9) (38:22) | (72:17) (73:8) (73:13) (73:16) (73:18) | (24:18) (27:16) (29:13) (30:7) (31:3) |
| (39:4) (42:19) (72:9) | | (31:8) (39:5) (47:25) (50:17) (50:24) |
| **they're** (24:1) (32:21) (65:14) | **U** | (58:17) (61:11) (67:23) (71:12) (78:7) |
| **thing** (15:12) (20:6) (21:4) (21:24) | **uh-huh** (6:20) (40:5) (44:6) (45:3) | **whole** (4:3) (53:13) |
| (27:12) | **ultimate** (12:23) | **wholesale** (8:2) |
| **things** (18:18) (21:4) (21:19) | **unanimous** (67:9) | **why i** (77:2) |
| (21:24) (22:9) (25:3) (25:16) (27:7) | **unanimously** (45:25) | **widths** (69:12) |
| (27:23) (28:8) (31:20) (32:18) (32:24) | **under** (7:9) (11:20) (35:19) (42:7) | **wilkes** (22:20) |
| (35:14) (35:18) (36:8) (37:3) (37:5) | **underlying** (48:9) | **will** (5:20) (6:23) (7:1) (12:14) |
| (37:9) (58:22) (65:13) (72:3) (72:21) | **understaffing** (38:8) | (28:5) (55:23) |
| (72:24) | **understand** (6:5) (6:12) (6:14) | **williams** (1:17) (3:7) (78:4) (78:19) |
| **think** (5:1) (5:6) (10:24) (16:19) | (6:19) (6:24) (7:6) (7:10) (9:13) | **willing** (58:8) |
| (17:6) (17:22) (17:23) (20:10) (23:21) | (12:21) (13:2) (13:7) (16:9) (21:21) | **with people** (15:5) |
| (25:2) (25:11) (25:24) (26:25) (28:14) | (30:3) (43:2) (51:3) (63:4) (74:17) | **witness** (4:2) (5:6) (78:11) |
| (30:19) (30:22) (31:15) (31:17) | **understanding** (5:20) (9:15) (43:16) | **won't** (30:13) (76:21) |
| (31:19) (33:8) (41:3) (42:23) (44:19) | (50:13) (52:5) | **woodley** (2:3) (4:8) (4:12) (10:18) |
| (44:21) (49:12) (49:13) (49:19) (50:2) | **understood** (13:21) (13:22) (13:23) | (10:22) (54:15) (54:20) (64:21) |
| (51:22) (52:3) (52:4) (52:12) (52:15) | (35:22) (47:9) (50:14) (51:10) (51:22) | (64:23) (77:20) |
| (54:21) (56:12) (57:7) (58:3) (58:14) | **undoubtedly** (28:25) | **worded** (46:15) |
| (58:15) (59:2) (60:16) (61:12) (61:14) | **unfair** (65:7) (65:20) | **words** (60:23) |
| (62:23) (63:6) (63:14) (66:25) (71:10) | **union** (13:23) (16:15) (41:24) | **work** (15:6) (28:1) (31:15) (41:15) |
| (73:11) (75:8) | **united** (1:1) | (48:17) (53:11) (58:13) (58:17) (63:3) |
| **thinking** (75:25) | **unless** (28:3) (30:12) (73:11) | (70:19) (72:8) |
| **third** (8:17) (33:17) (40:2) (55:22) | **unofficially** (68:24) | **working** (15:2) (15:4) (16:7) (50:17) |
| **thomas** (2:3) | **unreasonable** (65:7) (65:20) | (72:2) |
| **though** (39:10) | **unsuccessful** (14:4) | **works** (31:12) |
| **thought** (26:2) (48:25) | **until** (6:21) (26:25) (76:22) | **wreck** (27:13) |
| **threat** (41:8) | **upon** (33:25) (58:20) (62:22) (63:21) | **writing** (7:3) |
| **three** (7:23) | **upset** (76:3) | **wrote** (43:17) |
| **three-page** (40:17) | **used** (3:13) (3:19) | |
| **through** (9:14) (22:6) (38:11) | **usual** (4:5) | **Y** |
| (40:17) (41:14) (45:22) (45:23) (78:10) | **usually** (72:15) | **year** (17:3) (17:5) (17:11) (43:21) |
| **times** (16:20) (28:3) (53:4) | | (50:11) |
| **title** (52:15) (71:5) | **V** | **years** (7:16) (7:23) (8:9) (14:17) |
| **today** (35:6) (54:11) (55:6) (77:22) | **valid** (22:12) | (20:25) (23:5) (36:20) (37:21) (42:15) |
| **told** (23:16) (24:18) (24:21) (25:25) | **various** (27:20) (37:13) (37:16) | (50:18) (74:3) |
| (29:13) (33:2) (34:6) (34:9) (48:14) | (38:3) | **yes** (5:14) (5:18) (5:22) (6:6) (6:13) |
| (66:3) (66:9) (66:10) (66:16) (69:5) | **verbalize** (6:7) (6:9) | (6:25) (7:7) (7:11) (7:18) (8:24) |
| (69:11) (69:14) | **versus** (57:13) | (9:17) (10:4) (11:3) (11:9) (11:14) |
| **tom** (4:12) | **vested** (11:12) | (11:19) (11:23) (12:10) (12:17) (13:7) |
| **took** (37:6) (57:6) | **veteran** (50:16) (51:8) (52:10) (63:7) | (13:16) (14:12) (14:18) (16:1) (19:10) |
| **top** (41:23) (44:24) | **vice-president** (34:23) | (22:18) (24:7) (24:24) (25:21) (26:23) |
| **topic** (76:8) (76:9) | **violated** (56:10) | (27:5) (27:18) (29:20) (33:9) (33:24) |
| **total** (8:25) | **violating** (56:2) | (36:10) (36:19) (36:22) (37:23) |
| **town** (25:10) (25:12) (26:16) (26:19) | **violation** (33:21) (56:5) (56:20) | (38:16) (39:1) (40:8) (40:19) (41:10) |
| (27:1) | **violations** (54:10) | (42:18) (43:18) (43:22) (43:25) (44:4) |
| **trading** (19:25) | **virtue** (21:14) | (44:14) (45:14) (47:21) (48:8) (49:4) |
| **training** (48:15) (48:25) (49:24) | **vision** (10:9) (10:12) | (50:14) (50:22) (53:4) (53:17) (54:18) |
| **transcript** (7:3) (7:5) | **voice** (76:3) (76:11) | (55:4) (55:16) (55:20) (58:5) (59:17) |
| **transcription** (78:11) | **volunteer** (70:23) | (65:18) (70:9) (70:24) (71:10) (73:4) |
| **trash** (27:14) | **vote** (11:22) (30:20) (47:21) (47:24) | (73:5) (74:6) (75:1) (77:19) |
| **trial** (3:19) | (77:10) | **you'll** (6:9) (6:21) (7:4) (11:15) |
| **tried** (44:18) (60:11) (60:13) | **votes** (11:20) (77:7) | (33:17) (41:5) (71:4) |
| **trouble** (71:21) | **voting** (8:22) | |
| **troubled** (18:23) | | |
| **true** (27:11) (28:23) (48:23) (65:11) | **W** | |
| (65:14) (65:16) (78:10) | **wait** (6:21) | |
| **truth** (4:3) (4:4) (7:9) (78:8) | **waited** (26:25) | |
| **truthful** (6:5) | **wallace** (2:12) (45:5) (54:5) | |
| **try** (30:11) (32:22) (32:23) (59:5) | **wanted** (18:19) (20:12) (21:24) | |
| (59:6) (64:24) (71:25) | (22:4) (30:16) (30:19) (30:21) (35:3) | |
| **trying** (16:20) (18:3) (23:22) | (45:12) (49:1) (65:15) (76:6) (77:1) | |
| (59:23) (60:19) (60:22) (65:12) | **washington** (2:5) | |
| **tuesday** (8:17) | **way** (13:7) (18:19) (23:22) (26:16) | |
| **turn** (9:18) (33:11) (37:12) (65:14) | (27:1) (27:11) (31:12) (33:17) (53:24) | |
| **turning** (76:3) | (60:12) (62:5) | |
| **twelve** (17:3) | **wednesday** (1:20) | |
| **two** (7:16) (8:8) (8:16) (14:17) | **week** (25:11) (25:17) (76:21) | |
| (14:20) (16:18) (16:19) (17:14) | **weekend** (26:17) | |
| (17:24) (18:21) (19:6) (20:25) (23:5) | **weeks** (40:10) | |
| (36:20) (41:23) (45:1) (59:20) (69:1) | **weighed** (34:13) (34:15) | |
| (74:3) (77:6) | **we'll** (4:19) (5:25) (27:12) (29:25) | |
| **type** (28:4) (72:24) | **we're** (5:24) (6:23) (9:24) (17:6) | |
| **typically** (17:2) (21:14) (22:5) | **whatever** (47:13) (76:22) | |
| (25:10) (25:12) (25:13) (25:17) (27:5) | **whenever** (5:6) | |
| (27:6) (27:8) (28:6) (29:5) (32:7) | **wherever** (25:14) | |