# EXHIBIT

# Deposition of Roy Waters

1

1　　　IN THE UNITED STATES DISTRICT COURT

2　　FOR THE MIDDLE DISTRICT OF ALABAMA

3　　　　　EASTERN DIVISION

4

5　DAVID DAVIS,  **COPY**

6　　　　Plaintiff,

7　vs.　　　　　CASE NO. 3:06-CV-0054-VPM

8　CITY OF PHENIX CITY, ALABAMA,

9　et al.,

10　　　　Defendants.

11

12

13　　　* * * * * * * * * * *

14

15　　DEPOSITION OF ROLAND LEROY WATERS, taken

16　pursuant to stipulation and agreement before Shannon

17　M. Williams, Certified Court Reporter and

18　Commissioner for the State of Alabama at Large, in

19　the offices of City Hall, 601 12th Street, Phenix

20　City, Alabama, on Wednesday, April 4, 2007,

21　commencing at approximately 1:47 p.m. EST.

22

23　　　* * * * * * * * * * *

24

25

1                        APPEARANCES

2       FOR THE PLAINTIFF:

3       THOMAS A. WOODLEY
        Woodley & McGillivary
4       1125 15th Street N.W.
        Suite 400
5       Washington, D.C.  20005

6       FOR THE DEFENDANTS:

7       JAMES P. GRAHAM, JR.
        712 13th Street
8       P.O. Box 3380
        Phenix City, Alabama  36868-3380
9

10      JAMES R. MCKOON, JR.
        McKoon & Thomas
11      925 Broad Street
        P.O. Box 3220
12      Phenix City, Alabama  36868-3220

13

14      ALSO PRESENT:

15      David Davis
        H.H. Roberts
16      Wallace Hunter

17

18

19

20

21

22

23

24

25

3

STIPULATIONS

1

2        It is hereby stipulated and agreed by and

3  between counsel representing the parties that the

4  deposition of ROLAND LEROY WATERS is taken pursuant

5  to the Federal Rules of Civil Procedure and that

6  said deposition may be taken before Shannon M.

7  Williams, Certified Court Reporter and Commissioner

8  for the State of Alabama at Large, without the

9  formality of a commission; that objections to

10  questions other than objections as to the form of

11  the questions need not be made at this time but may

12  be reserved for a ruling at such time as the

13  deposition may be offered in evidence or used for

14  any other purpose as provided for by the Federal

15  Rules of Civil Procedure.

16        It is further stipulated and agreed by and

17  between counsel representing the parties in this

18  case that said deposition may be introduced at the

19  trial of this case or used in any manner by either

20  party hereto provided for by the Federal Rules of

21  Civil Procedure.

22         * * * * * * * * *

23

24

25

4

ROLAND LEROY WATERS

1

2      The witness, having first been duly sworn

3  or affirmed to speak the truth, the whole truth and

4  nothing but the truth, testified as follows:

5          THE REPORTER:  Usual stipulations?

6          MR. GRAHAM:  We do want to read and sign.

7                  EXAMINATION

8  BY MR. WOODLEY:

9      Q.   Mr. Waters, could you state your full name

10  for the Record?

11     A.   Roland Leroy Waters.

12     Q.   Mr. Waters, my name is Tom Woodley.  I'm

13  one of the attorneys representing the plaintiff,

14  David Davis, in this federal court action brought

15  against the city and yourself and others.  If at any

16  time you don't hear or understand one of my

17  questions in your deposition, stop me right away.

18  I'll be more than happy to repeat or rephrase the

19  question.  Do you understand that?

20     A.   Yes, sir.

21     Q.   Have you ever had your deposition taken

22  before in another case?

23     A.   One time.

24     Q.   What was the nature of that suit, if you

25  remember?

5

1        A.    A lawsuit involving the Columbus EMS

2   against the City of Columbus concerning an FLSA

3   issue.

4        Q.    Okay.  Have you had an opportunity to spend

5   at least some time with the city attorneys

6   concerning the nature of this lawsuit?

7        A.    We met Monday for a few minutes, but that

8   was it.

9        Q.    Okay.  And did they explain to you the

10  nature of the procedures we'll be following in the

11  deposition so you're comfortable about what we're

12  going to do this afternoon?

13       A.    Yes, sir.

14       Q.    And like you were asked before we went on

15  the record, you'll have to give me verbal responses

16  so there can be an adequate record made of what we

17  discuss.  Do you understand that?

18       A.    Yes.

19       Q.    And then, lastly, this reporter will have

20  an opportunity to put your testimony and what is

21  said today in a transcript form and you'll have a

22  chance to review and sign that.  Do you understand

23  that?

24       A.    Yes, sir.

25       Q.    And, of course, most importantly, you've

1    been sworn under oath now so you're obligated under

2    the potential penalty of perjury to tell the truth.

3    Do you understand that?

4        A.   Yes, sir.

5        Q.   Are you currently employed?

6        A.   No, sir.

7        Q.   Are you retired?

8        A.   Yes, sir.

9        Q.   And from what job did you retire?

10       A.   Columbus Fire Emergency Medical Services.

11       Q.   And how long did you work for the city's

12   fire department?

13       A.   Thirty-two years and eight months, I

14   believe -- or ten months.

15       Q.   Do you remember the year when you started

16   here?

17       A.   I started in my other job -- here in Phenix

18   City or my other job?

19       Q.   Yes, here.

20       A.   December 2005.  December 19, 2005, to be

21   exact.

22       Q.   Okay.  So -- I'm sorry -- maybe I didn't

23   understand your earlier response.  You started

24   working here in the city fire department in 2005?

25       A.   Yes, sir.

1      Q.   Okay.  And you were a chief, in a chief

2   position?

3      A.   Deputy Chief here.

4      Q.   And what was the previous fire department?

5      A.   Columbus, Georgia Fire and Emergency

6   Medical Services.

7      Q.   Right across the river?

8      A.   Yes, sir.

9      Q.   And when you were in the Columbus Fire

10  Department, did you work yourself up the rank

11  structure?

12     A.   Yes, sir.

13     Q.   What was the highest position you held when

14  you left the Columbus Fire Department?

15     A.   Chief of the department.

16     Q.   And when did you retire from the Phenix

17  City Fire Department?

18     A.   February 2nd of this year.

19     Q.   Okay.  And you're not doing anything now in

20  terms of employment?

21     A.   No, sir.

22     Q.   When you were Deputy Chief here in the

23  Phenix City Fire Department, what were your basic

24  duties and responsibilities?

25     A.   Managing the Operations Division of the

1    department.

2         Q.   Mr. Waters, we have in front of you a

3    binder containing various papers and exhibits, and

4    we've got them tabbed with numbers on the right-hand

5    side to expedite the deposition.  The attorneys

6    representing you and the city have a full set of

7    those exhibits as well.  When I invite you to review

8    those documents, if you want to take as long as you

9    would like to review those to yourself before I ask

10   questions, feel free to do so.

11        Let me invite, first of all, your attention to

12   Exhibit 7, which appears to be a city job

13   description of the job that you held, which was

14   Deputy Fire Chief of Operations.  Are you familiar

15   with this job description at all?

16        A.   Yes, sir.

17        Q.   And as far as you know, it is basically

18   correct as to what your duties and responsibilities

19   were?

20        A.   Yes, sir.

21        Q.   And, in part, your duties as Deputy Fire

22   Chief would be including supervising the fire

23   suppression personnel that were under your command?

24        A.   Yes, sir.

25        Q.   Did you periodically assess the job

1  performance and evaluate the job performance of the
2  firefighters under your level?
3      A.   Officially, no.  Unofficially, yes.  The
4  only people I evaluated would be my direct reports.
5      Q.   What do you mean by that, your direct
6  reports?
7      A.   The assistant chiefs -- or the battalion
8  chiefs as they're now called.
9      Q.   When David Davis was employed as a sergeant
10 in the Phenix City Fire Department, was he under
11 your supervision and management?
12     A.   Indirect, yes, sir.
13     Q.   And indirect meaning that there were some
14 positions between --
15     A.   In the chain of command, yes, sir.
16     Q.   What is the organizational structure and
17 chain of command within the city's fire department,
18 starting with Fire Chief?
19     A.   Fire Chief, Deputy Chief, battalion chiefs,
20 now captain, sergeant, firefighter.
21     Q.   Is there a position called Assistant Fire
22 Chief?
23     A.   No longer, unless they changed it after I
24 left.  It was changed to Battalion Chief.
25     Q.   And when you were a Deputy Chief for the

1    Phenix City Fire Department, were you obligated to

2    become familiar with the general guidelines and

3    standard operating procedures and rules and

4    regulations of the fire department?

5        A.   Yes, sir.

6        Q.   Would that include also the city's Merit

7    System rules and regulations?

8        A.   Yes, sir.

9        Q.   Based upon your extensive experience in the

10   fire service, including your capacity as Deputy

11   Chief here in the city fire department, would you

12   consider the recruitment and retention of

13   firefighters to be an important issue in any fire

14   department and also important to public safety?

15       A.   Yes, sir.

16       Q.   Would you consider adequate staffing to be

17   an important issue to the operation of a fire

18   department and to public safety?

19       A.   Yes, sir.

20       Q.   Would you consider employee morale within a

21   fire department to be an important issue concerning

22   effective operations of the fire department and also

23   public safety?

24       A.   Yes, sir.

25       Q.   Would you consider adequate protective gear

11

1    and fire department equipment to be an important

2    issue involving effective operations of the fire

3    department and involving public safety?

4         A.   Yes, sir.

5         Q.   Would you consider adequate financial

6    resources that might be available to a fire

7    department to be an important issue concerning fire

8    department operations and also public safety?

9         A.   Yes, sir.

10        Q.   Would you consider adequate response times

11   and adequte dispatching procedures in a fire

12   department to be an important issue of effective

13   fire department operations and also public safety?

14        A.   Yes, sir.

15        Q.   Would you consider training, adequate

16   training of firefighters in the fire department, to

17   be an important issue that affects effective

18   operations of the fire department and also public

19   safety?

20        A.   Yes, sir.

21        Q.   Returning to your position as Deputy Fire

22   Chief, did you have the authority in that position

23   to hire and fire employees in the fire department?

24        A.   No, sir.

25        Q.   What's your understanding as to who had

12

1    that authority?

2        A.   My understanding, as long as I have been in

3    the fire service, only the department director has

4    to authority to hire, fire, promote, or demote.

5        Q.   So that would be the fire chief here in the

6    city of Phenix City?

7        A.   Yes, sir.

8        Q.   Did you have any authority over any

9    disciplinary action when you were Deputy Chief?

10       A.   Yes, sir.

11       Q.   What was the nature or range of your

12   authority to discipline?

13       A.   Well, of course, I could administer

14   discipline according to the Merit System.  But if it

15   was something I did not myself implement or

16   initiate, then it would come up through the chain of

17   command to me, and from me to the chief for me to

18   review.

19       Q.   Okay.  Do you know what role, if any, the

20   city manager would play if a firefighter is going to

21   be discharged from his position?

22       A.   My understanding, it has to have the city

23   manager's approval.

24       Q.   Is it your understanding that the city

25   manager is the ultimate decisionmaking authority --

1    A.   Yes, sir.

2    Q.   -- with regard to firing a firefighter?

3    A.   Yes, sir.

4    Q.   At some point in time, sir, did you become

5    aware that the firefighters employed by the Phenix

6    City Fire Department had formed a labor

7    organization?

8    A.   Yes, sir.

9    Q.   And how did that come to your attention?

10    A.   Shortly after I started work, David Davis

11    was assigned to Station One and said he wanted to

12    meet with me.  He went through the chain of command

13    and wanted to let me know he was president of the

14    firefighters association, he hoped we could get

15    along and have a harmonious working relationship.

16    The meeting was short.  And I assured him that I

17    would work with anybody I could; as long as

18    everybody understood their job, we would have no

19    problems.

20    Q.   Do you remember approximately what period

21    of time this was when Mr. Davis informed you that he

22    was the president of the firefighters local labor

23    association?

24    A.   It was shortly after I started to work.  It

25    was probably around January, I would imagine.

```
1       Q.   What year?

2       A.   2006.

3       Q.   Okay.  Did you know that Mr. Davis was also

4   previously a vice-president of the firefighters

5   local union?

6       A.   Yes, sir.

7       Q.   Let me invite your attention to an exhibit

8   in our binder.  It's Exhibit 18, and this appears to

9   be a memorandum from yourself, Mr. Waters, when you

10  were Deputy Chief of the city fire department,

11  addressed to Chief Wallace Hunter dated February 6,

12  2006, and regarding, quote, letter to Mr. H.H.

13  Roberts, end quote.  You see where it says that?

14      A.   Yes, sir.

15      Q.   And did you prepare this memo and give it

16  to Chief Hunter?

17      A.   Yes, I did.

18      Q.   And is this your own language that you

19  typed up?

20      A.   Yes, it was.

21      Q.   Nobody prepared this for you?

22      A.   Absolutely not.

23      Q.   And prior to giving this memo to Chief

24  Hunter, were you instructed to meet with Mr. Davis

25  concerning a letter that apparently had been sent by
```

15

1  a Mr. Schaitberger to the city manager?

2      A.   No, sir.  I was not instructed.  In fact, I

3  asked Chief Hunter if it would be all right if I did

4  meet with him, because the letter was not addressed

5  to me.  But I asked the chief if I could have his

6  approval to meet with David to see if we could find

7  out what was going on.  But I was not instructed to

8  meet with David.

9      Q.   So this was your idea, to meet with David

10 about the letter?

11     A.   Yes, sir, it was.

12     Q.   And what caused you to reach that

13 conclusion and make that request to Chief Hunter?

14     A.   Because I thought I had a relationship with

15 David, as I did with everybody else in the

16 department, where I could sit down and talk and find

17 out what was going on; if there was something I

18 needed to be aware of or if there's other

19 circumstances.

20     Q.   When you had this conversation and made the

21 request to Chief Hunter, had you seen the letter

22 that was sent by Mr. Schaitberger of the IAFF to

23 City Manager Roberts?

24     A.   I believe I had.  What exhibit is that?

25     Q.   That would be Exhibit 17.  Why don't you go

16

1   ahead and take a look at that.  And, for the record,

2   this is the letter from the general president of the

3   International Association of Firefighters.

4        A.   Right.  Yes, sir, I did.

5        Q.   And it's dated January 31, 2006, addressed

6   to the city manager.  So your testimony is that you,

7   in fact, saw a copy of this?

8        A.   Yes, sir, I did.

9        Q.   And when you read a copy of this letter, is

10  that what prompted you to go to Chief Hunter and

11  request a chance to discuss this subject with

12  Mr. Davis?

13       A.   No, sir.  It was a letter, I believe, that

14  Mr. Malone, if I'm not mistaken, had sent through

15  the city manager -- or Mr. Malone had called or

16  something.  And I, at that time, told the chief, I

17  said, I don't believe that, you know, David is aware

18  of any of this going on, so I would like to have

19  your permission to talk to him.  It was really about

20  a conversation, I believe, with a Mr. Malone that

21  prompted me to ask the Chief if I could talk to

22  David.

23       Q.   We may be talking about two different

24  things here.  Let me go back to Exhibit 18, again

25  your memo to Chief Hunter of February 6, 2006.  And

17

1    you see in the second sentence it says, quote, the

2    purpose of the meeting was to discuss the letter

3    Mr. Roberts received from Mr. Schaitberger.

4         A.   Yes.

5         Q.   So just focusing on that, and so your

6    testimony is clear, is this -- the meeting that you

7    had with Mr. Davis for the purpose of discussing the

8    Schaitberger letter?

9         A.   Yes, sir.

10        Q.   Okay.  And was this your own idea, that you

11   had suggested this to Chief Hunter that you meet

12   with David?

13        A.   Yes, sir.

14        Q.   You'll see at the end of your memo to Chief

15   Hunter at the bottom it says, quote, as I have

16   communicated to you on several -- I believe that

17   should be occasions.  It says obsessions, but did

18   you mean occasions?

19        A.   Typographical error.

20        Q.   Then it continues, David Davis is doing an

21   outstanding job for me and has a very positive and

22   professional attitude, end quote.  Do you see where

23   it says that?

24        A.   Yes, sir.

25        Q.   Did you honestly and truthfully believe

1   that when you communicated that to Chief Hunter?

2      A.  Yes, sir.

3      Q.  And when you say he was doing an

4   outstanding job, I assume that was in his role as

5   firefighter for the fire department?

6      A.  Sergeant, yes, sir.

7      Q.  Sergeant?

8      A.  Yes, sir.

9      Q.  And could you elaborate or detail that, as

10   to why you were indicating that David Davis was

11   doing an outstanding job as a sergeant?

12      A.  Could you repeat the question again?

13      Q.  Yes.  Could you explain in detail that

14   which caused you to indicate here in this memo to

15   Chief Hunter that David Davis was doing an

16   outstanding job?

17      A.  I was just reaffirming the fact that I had

18   had a conversation with Chief Hunter about numerous

19   people in the department that were doing an

20   outstanding job, and David -- I never had a problem

21   with his job performance, and I put that in the

22   memo.

23      Q.  And, evidently, you had communicated that

24   assessment of his job performance on several

25   occasions to the Chief?

1      A.   Yes, sir.  I did.

2      Q.   Can you recall any specific examples where

3  he did an absolute outstanding job on a fire run or

4  rescue service call or --

5      A.   No, sir, not on a fire.  Primarily, the

6  things I was making mention to had to do with

7  assignments that I would give out to people in the

8  department.  And it was probably new to a lot of the

9  people, the way I was doing things.  And they were

10  required to take topics and research them and then

11  make Power Point presentations.  And everything I

12  assigned was done, and it was done on time, and a

13  lot of work went into it.  And, you know, as far as

14  job performance and whatever else, I mean, I -- I

15  was getting along with everybody, and I thought the

16  Chief needed to hear that because I was a newcomer,

17  so to speak, to the department.

18      Q.   Did you have any specific concerns or

19  anything that troubled you concerning David Davis's

20  job performance?

21      A.   Not until the end.

22      Q.   And what was the end?  What do you mean?

23      A.   Well, when the swap time was -- when the

24  Chief had sat down and thought about implementing

25  the swap time again -- or trade time or whatever you

1  want to call it -- I had had the opportunity to meet

2  with all the people in the department, because he

3  would come out and had met with everybody in the

4  shift meetings.

5      And I asked everybody, I said, look, this is a

6  major deal for the department.  And I said, I'll

7  tell you as I have told you as soon as I walked in

8  the door; when the Chief of the Department, when the

9  city manager, mayor, council walks into the fire

10 station, you stand up, you greet them, you know, you

11 act interested, you stay focused, and be as

12 professional and polite as you possibly can.  Of

13 course, this was a major deal for the Department to

14 get the time reinstated.

15     And at that particular meeting, David's

16 attitude was very negative.  He wouldn't even look

17 at the chief.  He stared off.  And I met with his

18 supervisor after the meeting.  They said they

19 noticed it, too.  And said his comment was that

20 something along the lines that the Chief was doing

21 his job, so he didn't have to show anything other

22 than what he was.

23     Q.  When, approximately, did this meeting

24 occur?

25     A.  Sir, I'll be honest with you.  I don't

21

1    know.  Whenever the swap time was reinstated.  I'm

2    sure the Chief would probably know.  March, first

3    part of April, something around there.

4        Q.   2006?

5        A.   Yes, sir.

6            CHIEF HUNTER:  I think it was --

7            MR. MCKOON:  Let him answer to his

8        recollection.

9        Q.   So this concern about this meeting and swap

10   time would have been after your memo of February 6,

11   2006?

12       A.   Yes, sir.

13       Q.   Now, you indicate at the bottom of this

14   memo that David Davis had a very positive and

15   professional attitude.  Can you think of any

16   specific examples that would support that assessment

17   of Davis?

18       A.   Specific examples, no, sir, other than the

19   fact that the contact that I had with David was --

20   he was always professional.  He was very

21   respectful.  I never had any problems.  Did what I

22   asked.  And that's exactly what was communicated in

23   the memo.

24       Q.   Take a look at Exhibit 14.  This is a

25   newspaper article that came out, I believe, in

1    September 2005 from the Columbus Ledger-Enquirer.

2    And it deals with various issues and personnel that

3    were employed at the time in the Phenix City Fire

4    Department.  Have you read this newspaper article

5    before today?

6        A.   Yes, sir.

7        Q.   And did you read it on or about the time

8    that it came out in this newspaper?

9        A.   Yes, sir.

10       Q.   After you read this article, were there any

11   meetings or discussions within the Fire Department

12   about the substance of the article?

13       A.   I was not employed with the Fire Department

14   then.

15       Q.   Okay.  So you were still at the Columbus

16   Fire Department?

17       A.   Yes, sir.

18       Q.   Okay.  Did you ever get a call from Chief

19   Hunter?

20       A.   About this article right here, no, sir.

21       Q.   Did you call him up and say, can I help you

22   out?

23       A.   No.

24       Q.   Okay.  Have you ever had occasion to

25   address the city council about issues affecting the

23

1    Phenix City Fire Department?

2        A.    No, sir.

3        Q.    Have you ever had discussions with any

4    council members about issues affecting the Phenix

5    City Fire Department?

6        A.    No, sir.

7        Q.    Have you ever had any discussions or

8    conversations with the mayor of Phenix City

9    concerning its fire department?

10       A.    No, sir.

11       Q.    At some point in time, Mr. Waters, did it

12   come to your attention, in perhaps the first few

13   months of the year, 2006, when you were the Deputy

14   Chief, that there was consideration being given to

15   extending the probationary period for new hires in

16   the fire department from one year to 18 months?

17       A.    Yes, sir.

18       Q.    Did you play a role in those discussions or

19   the determination that that might be a good policy

20   change?

21       A.    Did I play a role -- the Chief and I talked

22   about it.  And we had meetings about it in the fire

23   department and talked about it, just letting

24   everybody know the purpose of it, which is a good

25   thing.  In fact, it's like an insurance policy for a

24

1   firefighter.  Because the amount of training that

2   they have to go through and the fact that, you know,

3   by the time they finish their training, get through

4   and get assigned to the station, because it's such a

5   different culture in the work environment, that if

6   they're not quite adapting, you know, and their

7   probationary period is 12 months, they could lose

8   their job.  By extending it to 18 months, it's a

9   benefit for the city and for the employee.  That was

10  clearly communicated, as was the fact that it only

11  applied to new hires.

12      Q.   That was your understanding, that the

13  proposed policy change only applied to new hires in

14  the fire department?

15      A.   Yes, sir.

16      Q.   It did not affect in any way veteran or

17  experienced firefighters in the department?

18      A.   No, sir.

19      Q.   And did not affect in any way David Davis,

20  who had worked for the fire department for a number

21  of years, correct?

22      A.   That is correct, yes, sir.

23      Q.   Did it come to your attention that some of

24  the firefighters or the firefighters labor

25  association opposed the proposed policy change

1    extending it to the 18-month period?

2         A.   No, sir.  In fact, there were only two

3    people in the -- which I don't mean that that shows

4    a hundred percent consensus.  But only two people

5    even questioned the Chief about the proposal going

6    from 12 to 18 months.  And when he explained that it

7    has nothing to do with you, it's only for new hires

8    after the ordinance takes effect, there was no more

9    discussion.  No one talked to me about it that I can

10   recall.

11        Q.   Who were the two individuals that raised

12   those concerns; do you remember?

13        A.   Sir, I honestly cannot recall.

14        Q.   Do you know whether or not in a

15   probationary period that a firefighter -- for

16   example, as a new hire -- can be subject to

17   termination for any reason or no reason at all while

18   he's a probationary period employee?

19        A.   Yes, sir.

20        Q.   That's a true statement?

21        A.   Yes, sir.  I believe that is.

22        Q.   Do you have a view on whether or not

23   changing the probationary period to 18 months had

24   any impact on trying to recruit qualified personnel

25   into the fire department?

1      A.   No, sir, it did not, because there was

2   applications coming in on a regular basis to the

3   Department.

4      Q.   All right.  Moving into a different area.

5   Did it come to your attention at one point in time

6   that apparently David Davis placed a telephone call

7   to Mayor Hardin in April of 2006?

8      A.   Yes, sir.

9      Q.   How did that come to your attention?

10      A.   The chief had mentioned it to me, that he

11   had overheard the conversation in this building.

12      Q.   When you say the Chief, you mean Chief

13   Hunter?

14      A.   Chief Hunter.

15      Q.   Chief Hunter?

16      A.   Yes, sir.

17      Q.   Did it come to your attention any

18   information or facts as to what the nature of that

19   telephone call was between Mr. Davis and the mayor?

20      A.   If I recall, it had to do with the

21   probationary -- the proposed probationary ordinance,

22   if I recall correctly.

23      Q.   Were you asked by anyone to investigate the

24   matter of Mr. Davis having a telephone conversation

25   with Mayor Hardin in April of 2006?

1   A.  Yes, sir.

2   Q.  And who asked you to do something?

3   A.  Chief Hunter.

4   Q.  And what did he ask you to do?

5   A.  He asked me to meet with David to ask him

6   what happened, or, in fact, if it did happen.

7   Q.  And did you comply with that directive?

8   A.  Yes, sir.

9   Q.  And did you, in fact, meet with David

10  Davis?

11  A.  Yes, sir, along with his immediate

12  supervisor, Captain Bennett, and the Assistant Chief

13  at that time, Bobby Brooks.

14  Q.  Okay.  Would this have been shortly after

15  the telephone conversation that was held between

16  Davis and the mayor?

17  A.  I would assume so, yes, sir.

18  Q.  Did you ask Mr. Davis at that time to give

19  a written statement?

20  A.  Yes, sir, I did.  I asked him what happened

21  and he told me.  I said, okay, David, what I want

22  you to do is to go next door to the office and get

23  on the computer and type a letter to Chief Hunter

24  explaining what happened.  And I want to hand carry

25  it to him.  And that was the extent of the

28

1    conversation.

2       Q.   Take a look at Exhibit 22, which appears to

3    be that statement that you just mentioned.

4       A.   Yes, sir.

5       Q.   You can read it to yourself.  It's very

6    short.

7       A.   Yes, sir.

8       Q.   Is that, in fact, the statement that you

9    asked Mr. Davis to produce and give back to you?

10       A.   Yes, sir.

11       Q.   Now, as far as you know, based upon your

12    investigation and conversations on the subject

13    matter, is that a truthful and accurate statement

14    that Mr. Davis put together and handed to you?

15       A.   As far as I know, it is.  I mean, I have no

16    idea whether he talked to him that night or not.

17    All I know is that he said he did call him and he

18    was acting in his capacity as president of the

19    union.

20       Q.   And when you received this statement from

21    Mr. Davis, did you, in fact, hand carry it and give

22    it to Chief Hunter?

23       A.   Yes, sir.  I believe I was the one that

24    hand carried it, if I'm not mistaken.

25       Q.   At that time, did you have a conversation

29

1    with Chief Hunter related to this subject?

2        A.  No, sir.  I don't recall us having a

3    conversation about it.  I may be incorrect, but I

4    don't recall a conversation with him concerning this

5    right here.

6        Q.  So he didn't say anything to you even like

7    thanks for the statement or do you have a view on

8    this investigation or --

9        A.  Well, I mean, first of all, there was no

10   investigation by me.  All I did was ask David a

11   question.  That's all I did.

12       Q.  And what was that question?

13       A.  Did he, in fact, call the mayor and did he

14   go through the chain of command?  That's it.

15       Q.  And did he give you an answer?

16       A.  He said he did call the mayor and he did

17   not go through the chain of command.

18       Q.  Okay.  Did he say he called the mayor when

19   he was off duty?

20       A.  Sir, I don't recall if that was part of the

21   conversation or not.

22       Q.  All right.  Were you asked by Chief Hunter

23   or Personnel Director Barbara Goodwin or even City

24   Manager Roberts for any recommendation or input as

25   to whether or not Mr. Davis should be disciplined

1    for placing a telephone call to the mayor?

2         A.   No, sir.

3         Q.   Did you, in fact, make any recommendations

4    or have any input concerning possible discipline of

5    Davis over this subject?

6         A.   Well, I had the disciplinary report

7    completed.  That's why my name is on there as being

8    the supervisor.  And the Merit System is clear that

9    on your second Group II offense you're terminated.

10   And so, I mean -- you know, there was, as I recall,

11   nothing in the disciplinary report form for that

12   other than the fact that it quoted the Merit System

13   what happens on your second Group II or your first

14   Group III offense.

15        Q.   What, specifically, was the second Group II

16   offense that David Davis engaged in?

17        A.   It involved the chain of command.

18        Q.   The telephone call to the mayor?

19        A.   Yes, sir.

20        Q.   Did you ever say to Chief Hunter that you

21   didn't think Mr. Davis should be terminated?

22        A.   No sir.  Not that I recall.

23        Q.   And are you familiar with the Group III

24   offenses?

25        A.   Yes, sir.

31

1      Q.   Why don't we take a look at Exhibit 24,
2  which is a document that I believe bears your
3  signature on the second page.
4      A.   Yes, sir.
5      Q.   And this is described as a written warning
6  form dated April 20, 2006.  And, again, at the
7  second page, is that your signature?
8      A.   Yes, it is.
9      Q.   As the supervisor of Mr. Davis?
10      A.   Yes, sir.
11      Q.   And is that your handwriting on the date of
12  4/21/06?
13      A.   Yes, sir.
14      Q.   The bottom of the first page, it refers to
15  the second Group II offense that we just discussed.
16  And then it goes on to say, quote, discharged as per
17  Merit System's rules and regulations for first Group
18  III offense, end quote.  You see where it says that?
19      A.   Yes, sir.
20      Q.   So just so the record is clear, the
21  discharge concerning the first Group III offense
22  would have been focused on the telephone call and
23  conversation that Davis had with the mayor; is that
24  correct?
25      A.   My interpretation would be the

32

1    insubordination where the city manager had written a

2    letter stating that the city does not recognize the

3    union and that any business as such -- something

4    along those lines -- has to go through the city

5    manager.  And that was the point of the conversation

6    that we had in the office with David and Captain

7    Bennett and Chief Brooks; to ask did you, in fact,

8    go through the chain of command with supervisors and

9    whatever.  And it was not.

10        So my understanding is that the city manager,

11   when he wrote that memo stating that the city does

12   not recognize a union and that any dealings were to

13   go through him, something along those lines,

14   specifically.  So that, in effect, was my

15   interpretation of insubordination, because you had a

16   directive stating you could not do it.

17        Q.    Okay.  Let me state it the opposite way.

18   If Mr. Davis had not placed the telephone call to

19   the mayor in April of 2006, had not had that

20   telephone conversation, he would not have been

21   charged with a second Group II offense; is that

22   correct?

23        A.    That's correct.  He would not have done

24   anything wrong.

25        Q.    Right.  Same question:  If he had not

33

1    placed the telephone call and had the telephone

2    conversation with the mayor in April of 2006, he

3    would not have been charged with a first Group III

4    offense; is that correct?

5        A.   That's my understanding, yes, sir.

6        Q.   And if he had not placed that telephone

7    call, he would not have been discharged; is that

8    correct?

9        A.   Well, yes, sir.

10       Q.   Did you participate in a meeting about this

11   same period of time on April 19 or April 20, 2006,

12   concerning this subject, which included Mr. Davis?

13       A.   A meeting?

14       Q.   A meeting, yes.

15       A.   With who?

16       Q.   With Mr. Davis perhaps?  Or perhaps with

17   Chief Hunter?  Perhaps with Personnel Director

18   Goodwin?

19       A.   Yes, sir.

20       Q.   You did?

21       A.   Yes, sir.

22       Q.   And you remember that meeting?

23       A.   Yes, sir.

24       Q.   Where did that meeting occur?

25       A.   In the Personal Director's office.

1     Q.  And how did that meeting come about?  How

2  did you learn that you were supposed to go to a

3  meeting?

4     A.  Because the Chief had called and told me to

5  have David report to Personnel on a specific date

6  and time.

7     Q.  Okay.  And who do you recall was at the

8  meeting?

9     A.  It was just myself, Chief Hunter, the

10  Personnel Director, and David came in.

11     Q.  Do you know if there was a police officer

12  in the area as well?

13     A.  I believe there was, yes, sir.

14     Q.  And do you know the name of that police

15  officer?

16     A.  No, sir.

17     Q.  Was the police officer asked to be there

18  because of the meeting?

19     A.  Sir, I really don't know, to be a hundred

20  percent correct, if he or she was, because I

21  couldn't tell if you it was a male or female police

22  officer, to be honest with you.

23     Q.  Okay.  And what occurred at the meeting?

24     A.  David was brought in and read the charges

25  and asked if he had any questions.  And then the

1    Personnel Director asked him if he wanted to resign.

2         Q.   That was Ms. Goodwin asked him if he wanted

3    to resign?

4         A.   Yes, sir.

5         Q.   And what was his response to that?

6         A.   No.

7         Q.   Did he say why he did not want to resign?

8         A.   I don't recall if he did.

9         Q.   Did he say he would like to think it over

10   or he would like to speak with a lawyer or he would

11   like to check out what his options are?  Say

12   anything like that?

13        A.   I don't recall hearing any of that, sir.

14   I'm not saying he didn't.  I just don't recall

15   hearing that.

16        Q.   So what happened next at the meeting then

17   when he indicated he did not prefer to resign?

18        A.   Then he was told that his employment would

19   be terminated.

20        Q.   And was he handed a copy of this

21   disciplinary written warning form at the time?

22        A.   I know that he had asked -- if I'm not

23   mistaken, he asked for copies of his personnel file.

24        Q.   But this Exhibit 24, the written warning

25   form which indicates he was being discharged, was he

1    handed a copy of that at the meeting?

2        A.    Sir, I don't know.

3        Q.    What about Exhibit 25 which is entitled End

4    of Employment form?

5        A.    Yes, sir.

6        Q.    Was that a document that was at the meeting

7    that you're talking about?

8        A.    If it was, I did not see it.

9        Q.    So you don't know whether or not anyone

10    handed Mr. Davis this form during that meeting?

11        A.    No, sir.  I do not know that.

12        Q.    So at that meeting, then, did you consider

13    that, in fact, Mr. Davis's employment with the city

14    and the fire department was terminated?

15        A.    After the meeting?

16        Q.    At the meeting.  I mean, was that the

17    operative time and date that he was fired?

18        A.    I would have to say yes, sir.

19        Q.    Do you know if Mr. Davis was then given any

20    instructions as to what he should do after the

21    meeting?

22        A.    Well, I know what I did.  I don't know if

23    this has anything to do with your question or not,

24    but I actually had gotten up and called the station

25    he was assigned to and had them leave so he could go

37

1   by and clear out his locker, because I didn't want

2   to make it any more uncomfortable for him than it

3   was going to be.  And when I was told that was done,

4   then I even brought David and told him that; I said,

5   go ahead and go by the station and get his stuff so

6   he could turn it in.  That's the only conversation I

7   had with David.

8        Q.   Okay.  So at the end of the meeting, David

9   was instructed to go to Fire Station 3 and clear out

10  his locker?

11       A.   Yes, sir, and turn his equipment in.

12       Q.   Who gave him that instruction?  Was that

13  you or Chief Hunter?

14       A.   I did.

15       Q.   You did?

16       A.   Yes, sir.

17       Q.   And do you know, sir, that then Mr. Davis

18  exercised his right to appeal his termination to the

19  Personnel Review Board?

20       A.   Yes, sir.

21       Q.   Did you go to that hearing?

22       A.   Yes, sir.

23       Q.   Did you give testimony?

24       A.   Yes, sir.

25       Q.   And who were you called by to give

1    testimony?  Was it the city attorney or someone

2    else?

3         A.   I guess it would have been the city

4    attorney.

5         Q.   And what was the substance of your

6    testimony before the Personnel Board?

7         A.   I guess basically what happened, how the

8    situation came about, and the conversation I had

9    with David in the office on that day that I asked

10   him about had he called the mayor and if he went

11   through the chain of the command.  My testimony in

12   that meeting was pretty short, if I'm not mistaken.

13        Q.   Did you favor or support the termination of

14   David Davis?

15        A.   Support it.

16        Q.   You did support it?

17        A.   Yes, sir.

18        Q.   Why is that, sir?

19        A.   Because there's no options.  The way the

20   personnel regulations are written, it wasn't just

21   one thing that any person is going to be fired for.

22   It's going to be his or her personnel file, any

23   discipline that's already in there.

24        Q.   Did it come to your attention that after

25   Mr. Davis was terminated by the city of Phenix City,

1    that he sought employment elsewhere?

2         A.   I had heard that, yes, sir.

3         Q.   Were you ever contacted by a prospective

4    employer or fire chief in any department --

5         A.   No, sir.

6         Q.   -- concerning Mr. Davis?

7         A.   No, sir.

8         Q.   Did you ever receive any contact from any

9    newspaper reporters about Mr. Davis or his

10   terminated employment?

11        A.   Well, Chuck Williams had called over to the

12   department one day and had asked about the pending

13   lawsuit.  And I told him I could not discuss it; he

14   would have to talk to Chief Hunter.  And I mean, we

15   didn't discuss the case or anything else.  I told

16   him he would have to talk to Chief Hunter about it.

17        Q.   During the time that you were Deputy Chief

18   here in the Phenix City Fire Department, did you

19   ever communicate with any members of the media or

20   any newspaper reporters about issues affecting the

21   department?

22        A.   Only interview I had was concerning a grant

23   that the city had gotten and the equipment that they

24   had purchased with the grant money, if I'm not

25   mistaken.

40

1    Q.   That was during your time as Deputy Chief
2    here?
3    A.   Yes, sir.  I may be wrong, but that's the
4    only one I can recall.
5    Q.   And were you quoted in a newspaper about
6    that subject?
7    A.    Well, it wasn't the newspaper, sir.  It
8    was a television station.
9    Q.   And were you on camera during that
10   interview?
11   A.   Yes, sir.
12   Q.   Do you know if they ran it on the TV
13   station?
14   A.   Yes, sir.  I believe they did.
15   Q.   Your interview?
16   A.   Yes, sir.
17   Q.   And did you get prior approval from Chief
18   Hunter or anyone else to do that?
19   A.   He's the one that told me to do it.
20   Q.   He instructed you to do that?
21   A.   Yes, he did.
22   Q.   Now, when you were the fire chief across
23   the river here in Columbus, did you have occasion at
24   any time to speak to the newspaper media or the
25   television or radio media?

41

1      A.  Yes, sir.

2      Q.  Would that have been about issues affecting

3  the fire department in Columbus?

4      A.  Yes, sir, primarily.

5      Q.  Did you feel like you had a First Amendment

6  right of free speech to do that?

7      A.  Yes, sir.

8      Q.  Did you get anyone's approval over in

9  Columbus to speak to the media?

10     A.  I didn't have to.

11     Q.  Why do you say you didn't have to?  There

12  was no rule or regulation on the subject?

13     A.  No, sir.  I was a department director.

14     Q.  Director?

15     A.  Yes, sir.  Department directors have the

16  authority to do that.  And unless it has something

17  to do with city business outside of the fire

18  department, then you couldn't speak to that.  You

19  would have to --

20        MR. WOODLEY:  Okay, Mr. Waters.  I don't

21     have any further questions.  Thanks for coming

22     today.

23     (The deposition concluded at 2:27 p.m.)

24        *  *  *  *  *  *  *  *  *  *

25

42

REPORTER'S CERTIFICATE

STATE OF ALABAMA

MONTGOMERY COUNTY

I, Shannon Williams, Certified Shorthand Reporter and Commissioner for the State of Alabama at Large, hereby certify that on April 4, 2007, I reported the deposition of ROLAND LEROY WATERS, who was first duly sworn or affirmed to speak the truth in the matter of the foregoing cause, and that pages 1 through 42 contain a true and accurate transcription of the examination of said witness by counsel for the parties set out herein.

I further certify that I am neither of kin nor of counsel to any of the parties to said cause, nor in any manner interested in the results thereof.

This 8th day of April, 2007.


_____

SHANNON M. WILLIAMS, CSR
Commissioner for the
State of Alabama at Large

MY COMMISSION EXPIRES: 1/14/2010

Causey Peterson Reporting, Inc.
Post Office Box 81
Columbus, Georgia 31902
(706) 317-3111

*

* (1:13) (1:23) (3:22) (41:24)

**A**

absolute (19:3)
absolutely (14:22)
according (12:14)
accurate (28:13) (42:10)
across (7:7) (40:22)
act (20:11)
acting (28:18)
action (4:14) (12:9)
actually (36:24)
adapting (24:6)
address (22:25)
addressed (14:11) (15:4) (16:5)
(11:5) (11:10) (11:15)
adequate (5:16) (10:16) (10:25)
adequte (11:11)
administer (12:13)
affect (24:16) (24:19)
affecting (22:25) (23:4) (39:20)
(41:2)
affects (11:5)
affirmed (4:3) (42:8)
after (9:23) (13:10) (13:24) (20:18)
(21:10) (22:10) (25:8) (27:14) (36:15)
(36:20) (38:24)
afternoon (5:12)
again (16:24) (18:12) (19:25) (31:6)
against (4:15) (5:2)
agreed (3:2) (3:16)
agreement (1:16)
ahead (16:1) (37:5)
alabama (1:2) (1:8) (1:18) (1:20)
(2:8) (2:12) (3:8) (42:2) (42:5) (42:20)
all (8:11) (8:15) (15:3) (20:2)
(25:17) (26:4) (28:17) (29:9) (29:10)
(29:11) (29:22)
along (13:15) (19:15) (20:20)
(27:11) (32:4) (32:13)
already (38:23)
also (2:14) (10:6) (10:14) (10:22)
(11:8) (11:13) (11:18) (14:3)
always (21:20)
amendment (41:5)
amount (24:1)
another (4:22)
answer (21:7) (29:15)
anybody (13:17)
anyone (26:23) (36:9) (40:18)
anyone's (41:8)
anything (7:19) (19:19) (20:21)
(29:6) (32:24) (35:12) (36:23) (39:15)
apparently (14:25) (26:6)
appeal (37:18)
appearances (2:1)
appears (8:12) (14:8) (28:2)
applications (26:2)
applied (24:11) (24:13)
approval (12:23) (15:6) (40:17)
(41:8)
approximately (1:21) (13:20) (20:23)
april (1:20) (21:3) (26:7) (26:25)
(31:6) (32:19) (33:2) (33:11) (42:6)
(42:16)
area (26:4) (34:12)
around (13:25) (21:3)
article (21:25) (22:4) (22:10)
(22:12) (22:20)
ask (8:9) (16:21) (27:4) (27:5)
(27:18) (29:10) (32:7)
asked (5:14) (13:3) (15:5) (20:5)
(21:22) (26:23) (27:2) (27:5) (27:20)
(28:9) (29:22) (34:17) (34:25) (35:1)
(35:2) (35:22) (35:23) (38:9) (39:12)

assess (8:25)
assessment (18:24) (21:16)
assigned (13:11) (19:12) (24:4)
(36:25)
assignments (19:7)
assistant (9:7) (9:21) (27:12)
association (13:14) (13:23) (16:3)
(24:25)
assume (14:4) (27:17)
assured (13:16)
attention (8:11) (13:9) (14:7)
(23:12) (24:23) (26:5) (26:9) (26:17)
(38:24)
attitude (17:22) (20:16) (21:15)
attorney (38:1) (38:4)
attorneys (4:13) (5:5) (8:5)
authority (11:22) (12:1) (12:4)
(12:8) (12:12) (12:25) (41:16)
available (11:6)
aware (13:5) (15:18) (16:17)
away (4:17)

**B**

back (16:24) (28:9)
barbara (29:23)
based (10:9) (28:11)
basic (7:23)
basically (8:17) (38:7)
basis (26:2)
battalion (9:7) (9:19) (9:24)
bears (31:2)
become (10:2) (13:4)
before (1:16) (3:6) (4:22) (5:14)
(8:9) (22:5) (38:6)
being (23:14) (30:7) (35:25)
believe (6:14) (15:24) (16:13)
(16:17) (16:20) (17:16) (17:25)
(21:25) (25:21) (28:23) (31:2) (34:13)
(40:14)
benefit (24:9)
bennett (27:12) (32:7)
between (3:3) (3:17) (9:14) (26:19)
(27:15)
binder (8:3) (14:8)
board (37:19) (38:6)
bobby (27:13)
bottom (17:15) (21:13) (31:14)
box (2:8) (2:11)
broad (2:11)
brooks (27:13) (32:7)
brought (4:14) (34:24) (37:4)
building (26:11)
business (32:3) (41:17)

**C**

call (19:4) (20:1) (22:18) (22:21)
(26:6) (26:19) (28:17) (29:13) (29:16)
(30:1) (30:18) (31:22) (32:18) (33:1)
(33:7)
called (9:8) (9:21) (16:15) (29:18)
(34:4) (36:24) (37:25) (38:10) (39:11)
came (21:25) (22:8) (34:10) (38:8)
camera (40:9)
cannot (25:13)
capacity (10:10) (28:18)
captain (9:20) (27:12) (32:6)
carried (28:24)
carry (27:24) (28:21)
case (1:7) (3:18) (3:19) (4:22)
(39:15)
cause (42:9) (42:14)
caused (15:12) (18:14)
certificate (42:1)
certified (1:17) (3:7) (42:4)
certify (42:6) (42:13)
chain (9:15) (9:17) (12:16) (13:12)
(29:14) (29:17) (30:17) (32:8) (38:11)

chance (5:22) (16:11)
change (23:20) (24:13) (24:25)
changed (9:23) (9:24)
changing (25:23)
charged (32:21) (33:3)
charges (34:24)
check (35:11)
chief (7:1) (7:3) (7:15) (7:22)
(8:14) (8:22) (9:18) (9:19) (9:22)
(9:24) (9:25) (10:11) (11:22) (12:5)
(12:9) (12:17) (14:10) (14:11) (14:16)
(14:23) (15:3) (15:5) (15:13) (15:21)
(16:10) (16:16) (16:21) (16:25)
(17:11) (17:14) (18:1) (18:15) (18:18)
(18:25) (19:16) (19:24) (20:8) (20:17)
(20:20) (21:2) (21:6) (22:18) (23:14)
(23:21) (25:5) (26:10) (26:12) (26:14)
(26:15) (27:3) (27:12) (27:23) (28:22)
(29:1) (29:22) (30:20) (32:7) (33:17)
(34:4) (34:9) (37:13) (39:4) (39:14)
(39:16) (39:17) (40:1) (40:17) (40:22)
chiefs (9:7) (9:8) (9:19)
chuck (39:11)
circumstances (15:19)
city (1:8) (1:19) (1:20) (2:8) (2:12)
(4:15) (5:2) (5:5) (6:18) (6:24) (7:17)
(7:23) (8:6) (8:12) (9:10) (10:1)
(10:11) (12:6) (12:20) (12:22) (12:24)
(13:6) (14:10) (15:1) (15:23) (16:6)
(16:15) (20:9) (22:3) (22:25) (23:1)
(23:5) (23:8) (24:9) (29:23) (32:1)
(32:2) (32:4) (32:10) (32:11) (36:13)
(38:1) (38:3) (38:25) (39:18) (39:23)
(41:17)
city's (6:11) (9:17) (10:6)
civil (3:5) (3:15) (3:21)
clear (17:6) (30:8) (31:20) (37:1)
(37:9)
clearly (15:19)
columbus (5:1) (5:2) (6:10) (7:5)
(7:9) (7:14) (22:1) (22:15) (40:23)
(41:3) (41:9)
come (12:16) (13:9) (20:3) (23:12)
(24:23) (26:5) (26:9) (26:17) (34:1)
(38:24)
comfortable (5:11)
coming (26:2) (41:21)
command (8:23) (9:15) (9:17) (12:17)
(13:12) (29:14) (29:17) (30:17) (32:8)
(38:11)
commencing (1:21)
comment (20:19)
commission (3:9) (42:21)
commissioner (1:18) (3:7) (42:5)
(42:20)
communicate (39:19)
communicated (17:16) (18:1) (18:23)
(21:22) (24:10)
completed (30:7)
comply (27:7)
computer (27:23)
concern (21:9)
concerning (5:2) (5:6) (10:21)
(11:7) (14:25) (19:19) (23:9) (29:4)
(30:4) (31:21) (33:12) (39:6) (39:22)
concerns (19:18) (25:12)
concluded (41:23)
conclusion (15:13)
consensus (25:4)
consider (10:12) (10:16) (10:20)
(10:25) (11:5) (11:10) (11:15) (36:12)
consideration (23:14)
contact (21:19) (39:8)
contacted (39:3)
contain (42:10)
containing (8:3)
continues (17:20)

**conversation**

conversation (15:20) (16:20)
(18:18) (26:11) (26:24) (27:15) (28:1)
(28:25) (29:3) (29:4) (29:21) (31:23)
(32:5) (32:20) (33:2) (37:6) (38:8)
conversations (23:8) (28:12)
copies (35:23)
copy (16:7) (16:9) (35:20) (36:1)
correct (8:18) (24:21) (24:22)
(31:24) (32:22) (32:23) (33:4) (33:8)
(34:20)
correctly (26:22)
could (4:9) (12:13) (13:14) (13:17)
(15:5) (15:6) (15:15) (16:21) (18:9)
(18:12) (18:13) (24:7) (32:16) (36:25)
(37:6) (39:13)
couldn't (34:21) (41:18)
council (20:9) (22:25) (23:4)
counsel (3:3) (3:17) (42:12) (42:14)
county (42:3)
course (5:25) (12:13) (20:13)
court (1:1) (1:17) (3:7) (4:14)
csr (42:19)
culture (24:5)
currently (6:5)

**D**

date (31:11) (34:5) (36:17)
dated (14:11) (16:5) (31:6)
david (1:5) (2:15) (4:14) (9:9)
(13:10) (15:6) (15:8) (15:9) (15:15)
(16:17) (16:22) (17:12) (17:20)
(18:10) (18:15) (18:20) (19:19)
(21:14) (21:19) (24:19) (26:6) (27:5)
(27:9) (27:21) (29:10) (30:16) (32:6)
(34:5) (34:10) (34:24) (37:4) (37:7)
(37:8) (38:9) (38:14)
david's (20:15)
davis (1:5) (2:15) (4:14) (9:9)
(13:10) (13:21) (14:3) (14:24) (16:12)
(17:7) (17:20) (18:10) (18:15) (21:14)
(21:17) (24:19) (26:6) (26:19) (26:24)
(27:10) (27:16) (27:18) (28:9) (28:14)
(28:21) (29:25) (30:5) (30:16) (30:21)
(31:9) (31:23) (32:18) (33:12) (33:16)
(36:10) (36:19) (37:17) (38:14)
(38:25) (39:6) (39:9)
davis's (19:19) (36:13)
day (38:9) (39:12) (42:16)
deal (20:6) (20:13)
dealings (32:12)
deals (22:2)
december (6:20)
decisionmaking (12:25)
defendants (1:10) (2:6)
demote (12:4)
department (6:12) (6:24) (7:4)
(7:10) (7:14) (7:15) (7:17) (7:23)
(8:1) (9:10) (9:17) (10:1) (10:4)
(10:11) (10:14) (10:18) (10:21)
(10:22) (11:1) (11:3) (11:7) (11:8)
(11:12) (11:13) (11:16) (11:18)
(11:23) (12:3) (13:6) (14:10) (15:16)
(18:5) (18:19) (19:8) (19:17) (20:2)
(20:6) (20:8) (20:13) (22:4) (22:11)
(22:13) (22:16) (23:1) (23:5) (23:9)
(23:16) (23:23) (24:14) (24:17)
(24:20) (25:25) (26:3) (36:14) (39:4)
(39:12) (39:18) (39:21) (41:3) (41:13)
(41:15) (41:18)
deposition (1:15) (3:4) (3:6) (3:13)
(3:18) (4:17) (4:21) (5:11) (8:5)
(41:23) (42:7)
deputy (7:3) (7:22) (8:14) (8:21)
(9:19) (9:25) (10:10) (11:21) (12:9)
(14:10) (23:13) (39:17) (40:1)
described (31:5)
description (8:13) (8:15)

detail (18:9) (18:13)
determination (23:19)
didn't (6:22) (20:21) (29:6) (30:21)
(35:14) (37:1) (39:15) (41:10) (41:11)
different (16:23) (24:5) (26:4)
direct (9:4) (9:5)
directive (27:7) (32:16)
director (12:3) (29:23) (33:17)
(34:10) (35:1) (41:13) (41:14)
directors (41:15)
director's (33:25)
discharge (31:21)
discharged (12:21) (31:16) (33:7)
(35:25)
disciplinary (12:9) (30:6) (30:11)
(35:21)
discipline (12:12) (12:14) (30:4)
(38:23)
disciplined (29:25)
discuss (5:17) (16:11) (17:2)
(39:13) (39:15)
discussed (31:15)
discussing (17:7)
discussion (25:9)
discussions (22:11) (23:3) (23:7)
(23:18)
dispatching (11:11)
district (1:1) (1:2)
division (1:3) (7:25)
document (31:2) (36:6)
documents (8:8)
does (32:2) (32:11)
doing (7:19) (17:20) (18:3) (18:11)
(18:15) (18:19) (19:9) (20:20)
done (19:12) (32:23) (37:3)
door (20:8) (27:22)
down (15:16) (19:24)
duly (4:2) (42:8)
during (36:10) (39:17) (40:1) (40:9)
duties (7:24) (8:18) (8:21)
duty (29:19)

**E**

earlier (6:23)
eastern (1:3)
effect (25:8) (32:14)
effective (10:22) (11:2) (11:12)
(11:17)
eight (6:13)
either (3:19)
elaborate (18:9)
else (15:15) (19:14) (38:2) (39:15)
(40:18)
elsewhere (39:1)
emergency (6:10) (7:5)
employed (6:5) (9:9) (13:5) (22:3)
(22:13)
employee (10:20) (24:9) (25:18)
employees (11:23)
employer (39:4)
employment (7:20) (35:18) (36:4)
(36:13) (39:1) (39:10)
ems (5:1)
end (14:13) (17:14) (17:22) (19:21)
(19:22) (31:18) (36:3) (37:8)
engaged (30:16)
entitled (36:3)
environment (24:5)
equipment (11:1) (37:11) (39:23)
error (17:19)
est (1:21)
evaluate (9:1)
evaluated (9:4)
even (20:16) (25:5) (29:6) (29:23)
(37:4)
ever (4:21) (22:18) (22:24) (23:3)
(23:7) (30:20) (39:3) (39:8) (39:19)

**formality**

everybody (13:18) (15:15) (19:15)
(20:3) (20:5) (23:24)
everything (19:11)
evidence (3:13)
evidently (18:23)
exact (6:21)
exactly (21:22)
examination (4:7) (42:11)
example (25:16)
examples (19:2) (21:16) (21:18)
exercised (37:18)
exhibit (8:12) (14:7) (14:8) (15:24)
(15:25) (16:24) (21:24) (28:2) (31:1)
(35:24) (36:3)
exhibits (8:3) (8:7)
expedite (8:5)
experience (10:9)
experienced (24:17)
expires (42:21)
explain (5:9) (18:13)
explained (25:6)
explaining (27:24)
extending (23:15) (24:8) (25:1)
extensive (10:9)
extent (27:25)

**F**

fact (15:2) (16:7) (18:17) (21:19)
(23:25) (24:2) (24:10) (25:2) (27:6)
(27:9) (28:8) (28:21) (29:13) (30:3)
(30:12) (32:7) (36:13)
facts (26:18)
familiar (8:14) (10:2) (30:23)
far (8:17) (19:13) (28:11) (28:15)
favor (38:13)
february (7:18) (14:11) (16:25)
(21:10)
federal (3:5) (3:14) (3:20) (4:14)
feel (8:10) (41:5)
female (34:21)
few (5:7) (23:12)
file (35:23) (38:22)
financial (11:5)
find (15:6) (15:16)
finish (24:3)
fire (6:10) (6:12) (6:24) (7:4) (7:5)
(7:9) (7:14) (7:17) (7:23) (8:14)
(8:21) (8:22) (9:10) (9:17) (9:18)
(9:19) (9:21) (10:1) (10:4) (10:10)
(10:11) (10:13) (10:17) (10:21)
(10:22) (11:1) (11:2) (11:6) (11:7)
(11:11) (11:13) (11:16) (11:18)
(11:21) (11:23) (12:3) (12:4) (12:5)
(13:6) (14:10) (18:5) (19:3) (19:5)
(20:9) (22:3) (22:11) (22:13) (22:16)
(23:1) (23:5) (23:9) (23:16) (23:22)
(24:14) (24:20) (25:25) (36:14) (37:9)
(39:4) (39:18) (40:22) (41:3) (41:17)
fired (36:17) (38:21)
firefighter (9:20) (12:20) (13:2)
(18:5) (24:1) (25:15)
firefighters (9:2) (10:13) (11:16)
(13:5) (13:14) (13:22) (14:4) (16:3)
(24:17) (24:24)
firing (13:2)
first (4:2) (8:11) (21:2) (23:12)
(29:9) (30:13) (31:14) (31:17) (31:21)
(33:3) (41:5) (42:8)
flsa (5:2)
focused (20:11) (31:22)
focusing (17:5)
following (5:10)
follows (4:4)
foregoing (42:9)
form (3:10) (5:21) (30:11) (31:6)
(35:21) (35:25) (36:4) (36:10)
formality (3:9)

formed

---

**formed** (13:6)
**free** (8:10) (41:6)
**front** (8:2)
**full** (4:9) (8:6)
**further** (3:16) (41:21) (42:13)

### G

**gave** (37:12)
**gear** (10:25)
**general** (10:2) (16:2)
**georgia** (7:5)
**getting** (19:15)
**give** (5:15) (14:15) (19:7) (27:18)
(28:9) (28:21) (29:15) (37:23) (37:25)
**given** (23:14) (36:19)
**giving** (14:23)
**goes** (31:16)
**going** (5:12) (12:20) (15:7) (15:17)
(16:18) (25:5) (37:3) (38:21) (38:22)
**good** (23:19) (23:24)
**goodwin** (29:23) (33:18) (35:2)
**got** (8:4)
**gotten** (36:24) (39:23)
**graham** (2:7) (4:6)
**grant** (39:22) (39:24)
**greet** (20:10)
**group** (30:9) (30:13) (30:14) (30:15)
(30:23) (31:15) (31:17) (31:21)
(32:21) (33:3)
**guess** (38:3) (38:7)
**guidelines** (10:2)

### H

**hall** (1:19)
**hand** (27:24) (28:21) (28:24)
**handed** (28:14) (35:20) (36:1) (36:10)
**handwriting** (31:11)
**happen** (27:6)
**happened** (27:6) (27:20) (27:24)
(35:16) (38:7)
**happens** (30:13)
**happy** (4:18)
**hardin** (26:7) (26:25)
**harmonious** (13:15)
**has** (12:3) (12:22) (17:21) (25:7)
(32:4) (36:23) (41:16)
**having** (4:2) (26:24) (29:2)
**hear** (4:16) (19:16)
**heard** (39:2)
**hearing** (35:13) (35:15) (37:21)
**held** (7:13) (8:13) (27:15)
**help** (22:21)
**her** (38:22)
**hereby** (3:2) (42:6)
**herein** (42:12)
**hereto** (3:20)
**he's** (25:18) (40:19)
**highest** (7:13)
**him** (13:16) (15:4) (16:19) (21:7)
(22:21) (27:5) (27:20) (27:25) (28:16)
(28:17) (29:4) (32:13) (35:1) (35:2)
(37:2) (37:4) (37:12) (38:10) (39:13)
(39:16)
**hire** (11:23) (12:4) (25:16)
**hires** (23:15) (24:11) (24:13) (25:7)
**his** (12:21) (15:5) (18:4) (18:21)
(18:24) (20:17) (20:19) (20:21) (21:7)
(27:11) (28:18) (35:5) (35:15) (35:18)
(35:23) (37:1) (37:5) (37:10) (37:11)
(37:18) (38:22) (39:9)
**honest** (20:25) (34:22)
**honestly** (17:25) (25:13)
**hoped** (13:14)
**hundred** (25:4) (34:19)
**hunter** (2:16) (14:11) (14:16)
(14:24) (15:3) (15:13) (15:21) (16:10)
(16:25) (17:11) (17:15) (18:1) (18:15)

---

(18:18) (21:6) (22:19) (26:13) (26:14)
(26:15) (27:3) (27:23) (28:22) (29:1)
(29:22) (30:20) (33:17) (34:9) (37:13)
(39:14) (39:16) (40:18)

### I

**iaff** (15:22)
**idea** (15:9) (17:10) (28:16)
**iii** (30:14) (30:23) (31:18) (31:21)
(33:3)
**i'll** (4:18) (20:6) (20:25)
**imagine** (13:25)
**immediate** (27:11)
**impact** (25:24)
**implement** (12:15)
**implementing** (19:24)
**important** (10:13) (10:14) (10:17)
(10:21) (11:1) (11:7) (11:12) (11:17)
**importantly** (5:25)
**include** (10:6)
**included** (33:12)
**including** (8:22) (10:10)
**incorrect** (29:3)
**indicate** (18:14) (21:13)
**indicated** (35:17)
**indicates** (35:25)
**indicating** (18:10)
**indirect** (9:12) (9:13)
**individuals** (25:11)
**information** (26:18)
**informed** (13:21)
**initiate** (12:16)
**input** (29:24) (30:4)
**instructed** (14:24) (15:2) (15:7)
(37:9) (40:20)
**instruction** (37:12)
**instructions** (36:20)
**insubordination** (32:1) (32:15)
**insurance** (23:25)
**interested** (20:11) (42:15)
**international** (16:3)
**interpretation** (31:25) (32:15)
**interview** (39:22) (40:10) (40:15)
**into** (19:13) (20:9) (25:25) (26:4)
**introduced** (3:18)
**investigate** (26:23)
**investigation** (28:12) (29:8) (29:10)
**invite** (8:7) (8:11) (14:7)
**involved** (30:17)
**involving** (5:1) (11:2) (11:3)
**issue** (5:3) (10:13) (10:17) (10:21)
(11:2) (11:7) (11:12) (11:17)
**issues** (22:2) (22:25) (23:4) (39:20)
(41:2)

### J

**james** (2:7) (2:10)
**january** (13:25) (16:5)
**job** (6:9) (6:17) (6:18) (8:12) (8:13)
(8:15) (8:25) (9:1) (13:18) (17:21)
(18:4) (18:11) (18:16) (18:20) (18:21)
(18:24) (19:3) (19:14) (19:20) (20:21)
(24:8)

### K

**kin** (42:13)

### L

**labor** (13:6) (13:22) (24:24)
**language** (14:18)
**large** (1:18) (3:8) (42:6) (42:20)
**lastly** (5:19)
**lawsuit** (5:1) (5:6) (39:13)
**lawyer** (6:21)
**learn** (34:2)
**least** (5:5)
**leave** (36:25)

---

**ledger-enquirer** (22:1)
**left** (9:24)
**leroy** (1:15) (3:4) (4:1) (4:11) (42:7)
**let** (8:11) (13:13) (14:7) (16:24)
(21:7) (32:17)
**letter** (14:12) (14:25) (15:4)
(15:10) (15:21) (16:2) (16:9) (16:13)
(17:2) (17:8) (27:23) (32:2)
**letting** (23:23)
**level** (9:2)
**like** (5:14) (8:9) (16:18) (23:25)
(29:6) (35:9) (35:10) (35:11) (35:12)
(41:5)
**lines** (20:20) (32:4) (32:13)
**local** (13:22) (14:5)
**locker** (37:1) (37:10)
**long** (6:11) (8:8) (12:2) (13:17)
**longer** (9:23)
**look** (16:1) (20:5) (20:16) (21:24)
(28:2) (31:1)
**lose** (24:7)
**lot** (19:8) (19:13)

### M

**made** (3:11) (5:16) (15:20)
**major** (20:6) (20:13)
**make** (15:13) (19:11) (30:3) (37:2)
**making** (19:6)
**male** (34:21)
**malone** (16:14) (16:15) (16:20)
**management** (9:11)
**manager** (12:20) (12:25) (15:1)
(15:23) (16:6) (16:15) (20:9) (29:24)
(32:1) (32:5) (32:10)
**manager's** (12:23)
**managing** (7:25)
**manner** (3:19) (42:15)
**march** (21:2)
**matter** (26:24) (28:13) (42:9)
**maybe** (6:22)
**mayor** (20:9) (23:8) (26:7) (26:19)
(26:25) (27:16) (29:13) (29:16)
(29:18) (30:1) (30:18) (31:23) (32:19)
(33:2) (38:10)
**mcgillivary** (2:3)
**mckoon** (2:10) (21:7)
**mean** (9:5) (17:18) (19:14) (19:22)
(25:3) (26:12) (28:15) (29:9) (30:10)
(36:16) (39:14)
**meaning** (9:13)
**media** (39:19) (40:24) (40:25) (41:9)
**medical** (6:10) (7:6)
**meet** (13:12) (14:24) (15:4) (15:6)
(15:8) (15:9) (17:11) (20:1) (27:5)
(27:9)
**meeting** (13:16) (17:2) (17:6)
(20:15) (20:18) (20:23) (21:9) (33:10)
(33:13) (33:14) (33:22) (33:24) (34:1)
(34:3) (34:8) (34:18) (34:23) (35:16)
(36:1) (36:6) (36:10) (36:12) (36:15)
(36:16) (36:21) (37:8) (38:12)
**meetings** (20:4) (22:11) (23:22)
**members** (23:4) (39:19)
**memo** (14:15) (14:23) (16:25) (17:14)
(18:14) (18:22) (21:10) (21:14)
(21:23) (32:11)
**memorandum** (14:9)
**mention** (19:6)
**mentioned** (26:10) (28:3)
**merit** (10:6) (12:14) (30:8) (30:12)
(31:17)
**met** (5:7) (20:3) (20:17)
**middle** (1:2)
**might** (11:6) (23:19)
**minutes** (5:7)
**mistaken** (16:14) (28:24) (35:23)
(38:12) (39:25)

---

rs    t Reporting, Inc.
Oj    ce Box 81
s, Georgia  31902

monday

| representing |

**monday**

monday  (5:7)
money  (39:24)
montgomery  (42:3)
months  (6:13) (6:14) (23:13) (23:16)
(24:7) (24:8) (25:6) (25:23)
morale  (10:20)
most  (5:25)
moving  (26:4)
myself  (12:15) (34:9)

**N**

name  (4:9) (4:12) (30:7) (34:14)
nature  (4:24) (5:6) (5:10) (12:11)
(26:18)
need  (3:11)
needed  (15:18) (19:16)
negative  (20:16)
neither  (42:13)
never  (18:20) (21:21)
new  (19:8) (23:15) (24:11) (24:13)
(25:7) (25:16)
newcomer  (19:16)
newspaper  (21:15) (22:4) (22:8)
(39:9) (39:20) (40:5) (40:7) (40:24)
next  (27:22) (35:16)
night  (28:16)
nobody  (14:21)
nor  (42:13) (42:14)
nothing  (4:4) (25:7) (30:11)
noticed  (20:19)
now  (6:1) (7:19) (9:8) (9:20) (21:13)
(28:11) (40:22)
number  (24:20)
numbers  (8:4)
numerous  (18:18)

**O**

oath  (6:1)
objections  (3:9) (3:10)
obligated  (6:1) (10:1)
occasion  (22:24) (40:23)
occasions  (17:17) (17:18) (18:25)
occur  (20:24) (33:24)
occurred  (34:23)
off  (20:17) (29:19)
offense  (30:9) (30:14) (30:16)
(31:15) (31:18) (31:21) (32:21) (33:4)
offenses  (30:24)
offered  (3:13)
office  (27:22) (32:6) (33:25) (38:9)
officer  (34:11) (34:15) (34:17)
(34:22)
offices  (1:19)
officially  (9:3)
one  (4:13) (4:16) (4:23) (13:11)
(23:16) (25:9) (26:5) (28:23) (38:21)
(39:12) (40:4) (40:19)
only  (9:4) (12:3) (24:10) (24:13)
(25:2) (25:4) (25:7) (37:6) (39:22)
(40:4)
operating  (10:3)
operation  (10:17)
operations  (7:25) (8:14) (10:22)
(11:2) (11:8) (11:13) (11:18)
operative  (36:17)
opportunity  (5:4) (5:20) (20:1)
opposed  (24:25)
opposite  (32:17)
options  (35:11) (38:19)
ordinance  (25:8) (26:21)
organization  (13:7)
organizational  (9:16)
others  (4:15)
our  (14:8)
out  (15:7) (15:17) (19:7) (20:3)
(21:25) (22:8) (22:22) (35:11) (37:1)
(37:3) (42:12)

outside  (41:17)
outstanding  (17:21) (18:4) (18:11)
(18:16) (18:20) (19:3)
over  (12:8) (30:5) (35:9) (39:11)
(41:8)
overheard  (26:11)
own  (14:18) (17:10)

**P**

page  (31:3) (31:7) (31:14)
pages  (42:9)
papers  (8:3)
part  (8:21) (21:3) (29:20)
participate  (33:10)
particular  (20:15)
parties  (3:3) (3:17) (42:12) (42:14)
party  (3:20)
penalty  (6:2)
pending  (39:12)
people  (9:4) (18:19) (19:7) (19:9)
(20:2) (25:3) (25:4)
per  (31:16)
percent  (25:4) (34:20)
performance  (9:1) (18:21) (18:24)
(19:14) (19:20)
perhaps  (23:12) (33:16) (33:17)
period  (13:20) (23:15) (24:7) (25:1)
(25:15) (25:18) (25:23) (33:11)
periodically  (8:25)
perjury  (6:2)
permission  (16:19)
person  (38:21)
personal  (33:25)
personnel  (8:23) (22:2) (25:24)
(29:23) (33:17) (34:5) (34:10) (35:1)
(35:23) (37:19) (38:6) (38:20) (38:22)
phenix  (1:8) (1:19) (2:8) (2:12)
(6:17) (7:16) (7:23) (9:10) (10:1)
(12:6) (13:5) (22:3) (23:1) (23:4)
(23:8) (38:25) (39:18)
placed  (26:6) (32:18) (33:1) (33:6)
placing  (30:1)
plaintiff  (1:6) (2:2) (4:13)
play  (12:20) (23:18) (23:21)
point  (13:4) (19:11) (23:11) (26:5)
(32:5)
police  (34:11) (34:14) (34:17)
(34:21)
policy  (23:19) (23:25) (24:13)
(24:25)
polite  (20:12)
position  (7:2) (7:13) (9:21) (11:21)
(11:22) (12:21)
positions  (9:3)
positive  (17:21) (21:14)
possible  (30:4)
possibly  (20:12)
potential  (6:2)
power  (19:11)
prefer  (35:17)
prepare  (14:15)
prepared  (14:21)
present  (2:14)
presentations  (19:11)
president  (13:13) (13:22) (16:2)
(28:18)
pretty  (38:12)
previous  (7:4)
previously  (14:4)
primarily  (19:5) (41:4)
prior  (14:23) (40:17)
probably  (13:25) (19:8) (21:2)
probationary  (23:15) (24:7) (25:15)
(25:18) (25:23) (26:21)
problem  (18:20)
problems  (13:19) (21:21)
procedure  (3:5) (3:15) (3:21)

representing

procedures  (5:10) (10:3) (11:11)
produce  (28:9)
professional  (17:22) (20:12)
(21:15) (21:20)
promote  (12:4)
prompted  (16:10) (16:21)
proposal  (25:5)
proposed  (24:13) (24:25) (26:21)
prospective  (39:3)
protective  (10:25)
provided  (3:14) (3:20)
public  (10:14) (10:18) (10:23)
(11:3) (11:8) (11:13) (11:18)
purchased  (39:24)
purpose  (3:14) (17:2) (17:7) (23:24)
pursuant  (1:16) (3:4)

**Q**

qualified  (25:24)
question  (4:19) (18:12) (29:11)
(29:12) (32:25) (36:23)
questioned  (25:5)
questions  (3:10) (3:11) (4:17)
(8:10) (34:25) (41:21)
quite  (24:6)
quote  (14:12) (14:13) (17:1) (17:15)
(17:22) (31:16) (31:18)
quoted  (30:12) (40:5)

**R**

radio  (40:25)
raised  (25:11)
ran  (40:12)
range  (12:11)
rank  (7:10)
reach  (15:12)
read  (4:6) (16:9) (22:4) (22:7)
(22:10) (28:5) (34:24)
reaffirming  (18:17)
really  (16:19) (34:19)
reason  (25:17)
recall  (19:2) (25:10) (25:13)
(26:20) (26:22) (29:2) (29:4) (29:20)
(30:10) (30:22) (34:7) (35:8) (35:13)
(35:14) (40:4)
receive  (39:8)
received  (17:3) (28:20)
recognize  (32:2) (32:12)
recollection  (21:8)
recommendation  (29:24)
recommendations  (30:3)
record  (4:10) (5:15) (5:16) (16:1)
(31:20)
recruit  (25:24)
recruitment  (10:12)
refers  (31:14)
regard  (13:2)
regarding  (14:12)
regular  (26:2)
regulation  (41:12)
regulations  (10:4) (10:7) (31:17)
(38:20)
reinstated  (20:14) (21:1)
related  (29:1)
relationship  (13:15) (15:14)
remember  (4:25) (6:15) (13:20)
(25:12) (33:22)
repeat  (4:18) (18:12)
rephrase  (4:18)
report  (30:6) (30:11) (34:5)
reported  (42:7)
reporter  (1:17) (3:7) (4:5) (5:19)
(42:5)
reporters  (39:9) (39:20)
reporter's  (42:1)
reports  (9:4) (9:6)
representing  (3:3) (3:17) (4:13)

request

(8:6)
request (15:13)(15:21)(16:11)
required (19:10)
rescue (19:4)
research (19:10)
reserved (3:12)
resign (35:1)(35:3)(35:7)(35:17)
resources (11:6)
respectful (21:21)
response (6:23)(11:10)(35:5)
responses (5:15)
responsibilities (7:24)(8:18)
results (42:15)
retention (10:12)
retire (6:9)(7:16)
retired (6:7)
returning (11:21)
review (5:22)(8:7)(8:9)(12:18)
(37:19)
right (4:17)(7:7)(15:3)(16:4)
(22:20)(26:4)(29:5)(29:22)(32:25)
(37:18)(41:6)
right-hand (8:4)
river (7:7)(40:23)
roberts (2:15)(14:13)(15:23)
(17:3)(29:24)
roland (1:15)(3:4)(4:1)(4:11)
(42:7)
role (12:19)(18:4)(23:18)(23:21)
rule (41:12)
rules (3:5)(3:15)(3:20)(10:3)
(10:7)(31:17)
ruling (3:12)
run (19:3)

S

safety (10:14)(10:18)(10:23)
(11:3)(11:8)(11:13)(11:19)
said (3:6)(3:18)(5:21)(13:11)
(16:17)(20:5)(20:6)(20:18)(20:19)
(27:21)(28:17)(29:16)(37:4)(42:11)
(42:14)
same (32:25)(33:11)
sat (19:24)
saw (16:7)
saying (35:14)
says (14:13)(17:1)(17:15)(17:23)
(31:18)
says obsessions (17:17)
schaitberger (15:1)(15:22)(17:3)
(17:8)
second (17:1)(30:9)(30:13)(30:15)
(31:3)(31:7)(31:15)(32:21)
sent (14:25)(15:22)(16:14)
sentence (17:1)
september (22:1)
sergeant (9:9)(9:20)(18:6)(18:7)
(18:11)
service (10:10)(12:3)(19:4)
services (6:10)(7:6)
set (8:6)(42:12)
several (17:16)(18:24)
shannon (1:16)(3:6)(42:4)(42:19)
shift (20:4)
short (13:16)(28:6)(38:12)
shorthand (42:4)
shortly (13:10)(13:24)(27:14)
should (17:17)(29:25)(30:21)
(36:20)
show (20:21)
shows (25:3)
side (8:5)
sign (4:6)(5:22)
signature (31:3)(31:7)
sir (4:20)(5:13)(5:24)(6:4)(6:6)
(6:8)(6:25)(7:8)(7:12)(7:21)(8:16)
(8:20)(8:24)(9:12)(9:15)(10:5)

(10:8)(10:15)(10:19)(10:24)(11:4)
(11:9)(11:14)(11:20)(11:24)(12:7)
(12:10)(13:1)(13:3)(13:4)(13:8)
(14:6)(14:14)(15:2)(15:11)(16:4)
(16:8)(16:13)(17:9)(17:13)(17:24)
(18:2)(18:6)(18:8)(19:1)(19:5)
(20:25)(21:5)(21:12)(21:18)(22:6)
(22:9)(22:17)(22:20)(23:2)(23:6)
(23:10)(23:17)(24:15)(24:18)
(24:22)(25:2)(25:13)(25:19)(25:21)
(26:1)(26:8)(26:16)(27:1)(27:8)
(27:11)(27:17)(27:20)(28:4)(28:7)
(28:10)(28:23)(29:2)(29:20)(30:2)
(30:19)(30:22)(30:25)(31:4)(31:10)
(31:13)(31:19)(33:5)(33:9)(33:19)
(33:21)(33:23)(34:13)(34:16)
(34:19)(35:4)(35:13)(36:2)(36:5)
(36:11)(36:18)(37:11)(37:16)
(37:17)(37:20)(37:22)(37:24)
(38:17)(38:18)(39:2)(39:5)(39:7)
(40:3)(40:7)(40:11)(40:14)(40:16)
(41:1)(41:4)(41:7)(41:13)(41:15)
sit (15:16)
situation (38:8)
some (5:5)(9:13)(13:4)(23:11)
(24:23)
someone (38:1)
soon (20:7)
sorry (6:22)
sought (39:1)
speak (4:3)(19:17)(35:10)(40:24)
(41:9)(41:18)(42:8)
specific (19:2)(19:18)(21:16)
(21:18)(34:5)
specifically (30:15)(32:14)
speech (41:6)
spend (5:4)
staffing (10:16)
stand (20:10)
standard (10:3)
stared (20:17)
started (6:15)(6:17)(6:23)(13:10)
(13:24)
starting (9:18)
state (1:18)(3:8)(4:9)(32:17)
(42:2)(42:5)(42:20)
statement (25:20)(27:19)(28:3)
(28:8)(28:13)(28:20)(29:7)
states (1:1)
stating (32:2)(32:11)(32:16)
station (13:11)(20:10)(24:4)
(36:24)(37:5)(37:9)(40:8)(40:13)
stay (20:11)
still (22:15)
stipulated (3:2)(3:16)
stipulation and (1:16)
stipulations (3:1)(4:5)
stop (4:17)
street (1:19)(2:4)(2:7)(2:11)
structure (7:11)(9:16)
stuff (37:5)
subject (16:11)(25:16)(28:12)
(29:1)(30:5)(33:12)(40:6)(41:12)
substance (22:12)(38:5)
suggested (17:11)
suit (6:11)
suite (2:4)
supervising (8:22)
supervision (9:11)
supervisor (20:18)(27:12)(30:8)
(31:9)
supervisors (32:8)
support (21:16)(38:13)(38:15)
(38:16)
supposed (34:2)
suppression (8:23)
sure (21:2)

understood

swap (19:23)(19:25)(21:1)(21:9)
sworn (4:2)(6:1)(42:8)
system (10:7)(12:14)(30:8)(30:12)
system's (31:17)

T

tabbed (8:4)
take (8:8)(16:1)(19:10)(21:24)
(28:2)(31:1)
taken (1:15)(3:4)(3:6)(4:21)
takes (25:8)
talk (15:16)(16:19)(16:21)(39:14)
(39:16)
talked (23:21)(23:23)(25:9)(28:16)
talking (16:23)(36:7)
telephone (26:6)(26:19)(26:24)
(27:15)(30:1)(30:18)(31:22)(32:18)
(32:20)(33:1)(33:6)
television (40:8)(40:25)
tell (6:2)(20:7)(34:21)
ten (6:14)
terminated (30:9)(30:21)(35:19)
(36:14)(38:25)(39:10)
termination (25:17)(37:18)(38:13)
terms (7:20)
testified (4:4)
testimony (5:20)(16:6)(17:6)
(37:23)(38:1)(38:6)(38:11)
thanks (29:7)(41:21)
them (8:4)(19:10)(20:10)(36:25)
thereof (42:15)
there's (15:18)(38:19)
they're (9:8)(24:6)
thing (23:25)(38:21)
things (16:24)(19:6)(19:9)
think (21:6)(21:15)(30:21)(35:9)
thirty-two (6:13)
thomas (2:3)(2:10)
thought (15:14)(19:15)(19:24)
through (12:16)(13:12)(16:14)
(24:2)(24:3)(29:14)(29:17)(32:4)
(32:8)(32:13)(38:11)(42:10)
times (11:10)
today (5:21)(22:5)(41:22)
together (28:14)
told (16:16)(20:7)(27:21)(34:4)
(35:18)(37:3)(37:4)(39:13)(39:15)
(40:19)
tom (4:12)
topics (19:10)
trade (19:25)
training (11:15)(11:16)(24:1)
(24:3)
transcript (5:21)
transcription (42:11)
trial (3:19)
troubled (19:19)
true (25:20)(42:10)
truth (4:3)(4:4)(6:2)(42:8)
truthful (28:13)
truthfully (17:25)
trying (25:24)
turn (37:6)(37:11)
two (16:23)(25:2)(25:4)(25:11)
type (27:23)
typed (14:19)
typographical (17:19)

U

ultimate (12:25)
uncomfortable (37:2)
under (6:1)(8:23)(9:2)(9:10)
understand (4:16)(4:19)(5:17)
(5:22)(6:3)(6:23)
understanding (11:25)(12:2)
(12:12)(12:24)(24:12)(32:10)(33:5)
understood (13:18)

union                                                      you'll

| union (14:5) (28:19) (32:3) (32:12) | you'll (5:15) (5:21) (17:14) |
| united (1:1) | |
| unless (9:23) (41:16) | |
| unofficially (9:3) | |
| until (19:21) | |
| upon (10:9) (28:11) | |
| used (3:13) (3:19) | |
| usual (4:5) | |

### V

various (8:3) (22:2)
verbal (5:15)
veteran (24:16)
vice-president (14:4)
view (25:22) (29:7)

### W

walked (20:7)
walks (20:9)
wallace (2:16) (14:11)
wanted (13:11) (13:13) (35:1) (35:2)
warning (31:5) (35:21) (35:24)
washington (2:5)
wasn't (38:20) (40:7)
waters (1:15) (3:4) (4:1) (4:9)
(4:11) (4:12) (8:2) (14:9) (23:11)
(41:20) (42:7)
way (19:9) (24:16) (24:19) (32:17)
(38:19)
wednesday (1:20)
we'll (5:10)
we're (5:11)
whatever (19:14) (19:25) (32:9)
whenever (21:1)
who (11:25) (24:20) (25:11) (27:2)
(33:15) (34:7) (37:12) (37:25) (42:7)
whole (4:3)
will (5:19)
williams (1:17) (3:7) (39:11) (42:4)
(42:19)
witness (4:2) (42:11)
woodley (2:3) (4:8) (4:12) (41:20)
work (6:11) (7:10) (13:10) (13:17)
(13:24) (19:13) (24:5)
worked (24:20)
working (6:24) (13:15)
written (27:19) (31:5) (32:1)
(35:21) (35:24) (38:20)
wrong (32:24) (40:3)
wrote (32:11)

### Y

year (6:15) (7:18) (14:1) (23:13)
(23:16)
years (6:13) (24:21)
yes (4:20) (5:13) (5:18) (5:24) (6:4)
(6:8) (6:19) (6:25) (7:8) (7:12) (8:16)
(8:20) (8:24) (9:3) (9:12) (9:15)
(10:5) (10:8) (10:15) (10:19) (10:24)
(11:4) (11:9) (11:14) (11:20) (12:7)
(12:10) (13:1) (13:3) (13:8) (14:6)
(14:14) (14:17) (14:20) (15:11) (16:4)
(16:8) (17:4) (17:9) (17:13) (17:24)
(18:2) (18:6) (18:8) (18:13) (19:1)
(21:5) (21:12) (22:6) (22:9) (22:17)
(23:17) (24:15) (24:22) (25:19)
(25:21) (26:8) (26:16) (27:1) (27:8)
(27:11) (27:17) (27:20) (28:4) (28:7)
(28:10) (28:23) (30:19) (30:25) (31:4)
(31:8) (31:10) (31:13) (31:19) (33:5)
(33:9) (33:14) (33:19) (33:21) (33:23)
(34:13) (35:4) (36:5) (36:18) (37:11)
(37:16) (37:20) (37:22) (37:24)
(38:17) (39:2) (40:3) (40:11) (40:14)
(40:16) (40:21) (41:1) (41:4) (41:7)
(41:15)
you left (7:14)

rson Reporting, Inc.
ffice Box 81
s, Georgia 31902