# EXHIBIT

# Deposition of Barbara Goodwin