

05/11/2006  17:21    1543

**CITY OF PHENIX CITY**  ASOP 12
**FIRE DEPARTMENT**

## ADDRESSING CITY COUNCIL

**PURPOSE:** *To insure the orderly handling of <u>work-related</u> business of the Fire Department personnel.*

**SCOPE:** *This procedure shall be followed by all members of the Phenix City Fire Department.*

**PROCEDURE:**

1. *If a member of the Fire Department has a problem with the Department, a Department, or City operations or procedures which are <u>work-related</u> and finds it necessary to go above his/her immediate supervisor, he/she must notify the supervisor of the intention to do so.*

2. *If a member of the Fire Department finds it necessary to go outside the Department, the Fire Chief will be given a reasonable time to make an appointment with the Public Safety Director.*

3. *If a problem cannot be solved by anyone in the chain of command, then the City Manager will arrange a hearing with the City Council.*

4. *If any Fire Department member appears before the City Council or directly contacts City Council members about <u>work-related problems</u> without following these procedures, they will be subject to disciplinary action in accordance with Section VIX of the City of Phenix City Personnel Policies.*

*If a member of the Fire Department has a grievance, that member must follow the grievance procedures as outline in Section XV of the City of Phenix City Personnel Policies.*



ARY 1998