

EXHIBIT

"7"

# COUNSELING FORM

**Employee Name:** <u>David P. Davis</u>          **Date:** <u>21 September 2005</u>
**Date of Hire:**          <u>27 April 1998</u>          SS# <u>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</u>
**Department:**          <u>Fire</u>          Division_____

---

*A counseling session was conducted to the above named employee this date for the following reasons:*

Sgt. David Davis was counseled by Chief Hunter and Assistant Chief Johansen on 20th of September 2005, concerning him making or publishing statements to the local media concerning fire department issues which has resulted in impaired discipline and harmony, also speech which has jeopardized close personal loyalties in the workplace. Sgt. Davis was advised of his freedom of speech and the merit system rules and regulations.

Sgt. Davis was also counseled for continuous attempts to force unwanted attention through intimidation, coercing or interfering with a co-worker. (FF B. Wilkinson)

Fire Fighter B. Wilkinson informed Sgt. Davis that IAFF derogatory statements and comments directed towards him would not be tolerated.

A counseling session has been discussed with me and I understand this notice will become part of my personnel file.

_____          ___09 / 20 / 2005_____
Employee Signature          Date

_____          20TH Sept 2005
Supervisor Signature          Date