

# City of PHENIX CITY Alabama

601-12th STREET
PHENIX CITY, ALABAMA 36867

JEFF HARDIN
MAYOR

| RAY BUSH | JOHN STOREY | GAIL BRANTLEY | ARTHUR SUMBRY |
|---|---|---|---|
| COUNCIL MEMBER AT LARGE | COUNCIL MEMBER DISTRICT 1 | COUNCIL MEMBER DISTRICT 2 | COUNCIL MEMBER DISTR |

J. H. (Bubba) ROBERTS           BARBARA GOODWIN           MARTHA HARF
CITY MANAGER                    PERSONNEL DIRECTOR         CITY CLERK

## END OF EMPLOYMENT FORM
## CITY OF PHENIX CITY

The employment of _____David Paul Davis_____ Emp # __1299__ ended

_____April 21, 2006_____ for the following reason:

____ Resigned   _X_ Dismissed   ____ Deceased   ____ Retired   ____ Other

If resigned, dismissed, retired or other explain below
If deceased-Date of death below

Group II Line 4 which states " Negligence or omission in complying with the requirements as set forth in miscellaneous rules". AND Group III Line # 6 which states " Insubordination by the refusal to perform work assigned/to comply with written or verbal instructions of the supervisory force."

_____          _____
EMPLOYEE                         CITY MANAGER

195  Lee  Rd  236                _Barbara Goodwin_
_____          PERSONNEL DIRECTOR

Phenix City, AL  36870
_____          _Wallace B. Hurst_
Mailing Address                  DEPARTMENT HEAD

                                 FIRE
4/21/2006  10:18                 _____
DATE AND TIME SIGNED             DEPARTMENT

                                 _____
                                 DIVISION

DVS0000000006