EXHIBIT

ALL-STATE LEGAL®

"12"

04/28/2006

Barbara Goodwin/Personnel Director,

I am humbly requesting an appeal hearing to the personnel board for the disciplinary
actions and termination that was taken against me April 21, 2006. I respectively ask that
this hearing not occur until after May 12, 2006, for I will be out of town. In addition, I
will be using legal counsel and ask that you inform me in writing, that I will be allowed
to use legal representation during this appeal hearing.

Respectively,

David P. Davis
185 Lee Road 236
Phenix City, AL 36870
(334) 291-1927



received
4/28/06

DVS000000003