

# City of PHENIX CITY Alabama

**601-12th STREET**
**PHENIX CITY, ALABAMA 36867**
**(334) 448-2751 - FAX (334) 448-2712**


EXHIBIT
"14"

JEFF HARDIN
MAYOR

| RAY BUSH | JOHN STOREY | GAIL BRANTLEY | ARTHUR SUMBRY |
|---|---|---|---|
| COUNCIL MEMBER AT LARGE | COUNCIL MEMBER DISTRICT 1 | COUNCIL MEMBER DISTRICT 2 | COUNCIL MEMBER DISTRICT 3 |

H. H. (Bubba) ROBERTS                    BARBARA GOODWIN                    MARTHA HARRIS
CITY MANAGER                                    PERSONNEL DIRECTOR                        CITY CLERK

May 18, 2006

David Davis
185 Lee Road 236
Phenix City, AL 36870

RE:  Personnel Review Board Hearing

Dear Mr. Davis,

Please be advised that it is my determination along with the unanimous recommendation of the Personnel Review that your termination dated April 21, 2006 for violation of the Merit System Rules and Regulations Group II Line 4 and Group III Line 6 is upheld. Enclosed please find a copy of letter dated May 16, 2006 signed by Mr. Bobby Kilcrease, Chairman of the Personnel Review Board.

Sincerely,

H. H. Roberts
City Manager

cc:  Bryan G. Polisuk
     File