IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID DAVIS,                            )
                                       )
                  Plaintiff,            )
v.                                      )        Civil Action No. 3:06cv544-WHA
                                       )
PHENIX CITY, ALABAMA, et al.,          )
                                       )
                  Defendants.           )

‌_____    **ORDER**

     Plaintiffs' Motion for Partial Summary Judgment (Doc. #29), filed on April 25, 2007, and

the Defendants Phenix City, Alabama; Jeffrey Hardin, H.H. Roberts, and Wallace Hunter's

Motion for Summary Judgment (Doc. #31), filed on April 25, 2007 will be

deemed submitted to this Court on May 25, 2007, without oral argument.  If any party desires

oral argument, such party should so notify the Court and opposing counsel by May 25, 2007.  If,

after considering the parties' submissions, the Court finds oral argument is necessary, a hearing

will be scheduled, and the parties will be notified of the date of the hearing.

     Affidavits, briefs, depositions, or other documents which the non-moving parties wish to

file in opposition to said motions shall be filed on or before May 18, 2007.

     The movants shall have until May 25, 2007, to file any reply they wish to file.

     If a document, including a deposition, is to be considered on the issue of summary

judgment, a party shall specifically designate which parts of the document are deemed relevant.

The designation of parts of depositions shall be by page and line numbers. No parts of

documents not so specifically designated will be considered.


DONE this 25th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE