IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>PHENIX CITY, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:06-cv-544-WHA |

### NOTICE OF APPEARANCE OF GARY L BROWN ON BEHALF OF PLAINTIFF, DAVID DAVIS

COMES NOW Gary L. Brown and makes his appearance on behalf of the plaintiff, David Davis in the above-styled cause.

                                                                  s/ Gary L. Brown
                                                                   Gary L. Brown (BRO186)

*Of Counsel:*
FITZPATRICK & BROWN, LLP
1929 Third Avenue North
Suite 600, Farley Building
Birmingham, Alabama 35203
(205) 320-2255 - Phone
(205) 320-7444 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants, as indicated):

Joshua R. McKoon
MCKOON, THOMAS & MCKOON
P.O. Box 3220
Phenix City, Alabama 36868-3220

Thomas A. Woodley, Esq.
Molly A. Elkin, Esq.
Bryan G. Polisuk, Esq.
WOODLEY & MCGILLIVARY
1125 15th Street Northwest, Suite 400
Washington, D.C. 20005

s/ Gary L. Brown
Of Counsel