# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 1, 2007

## NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Davis v. Phenix City, Alabama et al**

**Case Number:    3:06cv00544-WHA**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 36   filed on    April 30, 2007.**