IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of the Parties' Stipulation Regarding the Voluntary Dismissal of Defendants Roy Waters and Barbara Goodwin (Doc. #35), filed on April 26, 2007, and for good cause shown, it is hereby

ORDERED that Roy Waters and Barbara Goodwin are DISMISSED as Defendants from this action.  This case will proceed against all remaining Defendants.

DONE this 1st day of May, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE