IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

In this Court's Order entered on April 25, 2007, it directed that depositions to be considered on the issues of summary judgment should designate the parts of the deposition transcripts "by page and line numbers". While the Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment, filed on April 25, 2007, referenced the pages of the depositions, it did not reference the lines.

Attached hereto is plaintiff's modified Memorandum of Points and Authorities containing both the deposition page and line numbers, consistent with this Court's April 25, 2007 Order. Counsel for the defendants has indicated that he has no objection to the granting of this motion for leave to file this amended Memorandum of Points and Authorities.

Accordingly, plaintiff respectfully requests that the instant motion be granted.

Respectfully submitted,

*/s/ Thomas A. Woodley*

Thomas A. Woodley
Molly A. Elkin
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

*/s/ Gary Brown*

Gary Brown, Esq.
FITZPATRICK, COOPER & CLARK LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax: (205) 320-7444

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th of May 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Joshua Robert McKoon
McKoon, Thomas & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

                                              s:/ Gary L. Brown
                                              Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>PHENIX CITY, ALABAMA, et al. )<br>)<br>)<br>    Defendants. )<br>_____ ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion for Leave to File an Amended Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial Summary Judgment, it is this _____ day of May, 2007 hereby

ORDERED that such motion is granted.

_____
W. HAROLD ALBRITTON
Senior United States District Judge