IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID DAVIS,                          )
                                      )
        Plaintiff,                    )
                                      )
    vs.                               )    CIVIL ACTION NO. 3:06-cv-00544-VPM
                                      )
PHENIX CITY, ALABAMA, et al.          )
                                      )
                                      )
        Defendants.                   )
_____        )

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AN AMENDED MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

In this Court's Order entered on April 25, 2007, it directed that depositions to be considered on the issues of summary judgment should designate the parts of the deposition transcripts "by page and line numbers". While the Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment, filed on April 25, 2007, referenced the pages of the depositions, it did not reference the lines.

Attached hereto is plaintiff's modified Memorandum of Points and Authorities containing both the deposition page and line numbers, consistent with this Court's April 25, 2007 Order. Counsel for the defendants has indicated that he has no objection to the granting of this motion for leave to file this amended Memorandum of Points and Authorities.

# MOTION GRANTED

SO ORDERED
THIS _____ DAY OF _____, 20__

_____
UNITED STATES DISTRICT JUDGE