IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS,<br><br>       Plaintiff,<br><br>vs.<br><br>PHENIX CITY, ALABAMA, et al.<br><br>       Defendants. | CIVIL ACTION NO. 3:06-cv-00544-VPM |

## PARTIES' NOTICE CONCERNING
## SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Court's Uniform Scheduling Order entered September 7, 2006, counsel for all parties participated in a settlement conference on May 15, 2007. Settlement could not be reached. The parties' cross-motions for summary judgment have been filed with the Court. Depending on how those motions are decided by the Court, the parties may be interested in further exploring a reasonable settlement, including the prospect of mediation to assist the parties in reaching settlement.

Respectfully submitted,

/s/ James R. McKoon, Jr.
James R. McKoon, Jr.
State Bar No. MCK020
Joshua R. McKoon
State Bar No. MCK057
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868-3220
Tel: (334) 297 2300
Fax: (334) 297 2777

Counsel for Defendants

/s/ Thomas A. Woodley
Thomas A. Woodley
Molly A. Elkin
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

/s/ Gary Brown
Gary Brown, Esq.
FITZPATRICK, COOPER & CLARK LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax: (205) 320-7444

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge W. Harold Albritton |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on May 21, 2007, I electronically filed the Parties' Notice Concerning Settlement Conference and Mediation, with the Clerk of the Court using the CM/ECF system which will send notification of such filing. Service has also been made by First Class Mail to counsel for defendant:

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

/s/ Thomas A. Woodley
Thomas A. Woodley
Attorney for Plaintiff