IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-VPM |
| PHENIX CITY, ALABAMA, et al. | ) Judge Vanzetta Penn McPherson |
| Defendants. | ) |

RECEIVED 2007 JUL -6 P 3: 08
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE

The undersigned, a member of this Court's bar, moves, pursuant to Local Rule 83.1(b), for the admission of Douglas L. Steele for this particular case.

As described in his declaration which accompanies this Motion, Mr. Steele is a member in good standing of the bars of District of Columbia, the Commonwealth of Virginia, and the Supreme Court of the State of New York Appellate Division,

Respectfully submitted,

Dated: July 3, 2007

*Gary L. Brown*

Gary Brown (BRO186)
FITZPATRICK & BROWN LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax: (205) 320-7444

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that one true and accurate copy of the Motion for Pro Hac Vice of Douglas L. Steele was served by U.S. Mail, First Class, on the following counsel for defendants on this 3rd day of July, 2007:

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

_____
Attorney for Plaintiff