RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-VPM |
| PHENIX CITY, ALABAMA, et al. | ) Judge Vanzetta Penn McPherson |
| Defendants. | ) |

### DECLARATION OF DOUGLAS L. STEELE

I, Douglas L. Steele, declare under penalty of perjury that the following is true and correct:

1. I am a partner in the law firm of Woodley & McGillivary. My business address is Woodley & McGillivary, 1125 15th Street, NW, Suite 400, Washington, DC 20005. My business telephone number is (202) 833-8855.

2. I am admitted to practice before the bars of the following courts: New York State (Admitted January 11, 1990); U.S. District Court for the Northern District of New York (Admitted May 22, 1990, No. 501074); U.S. District Court for the Western District of New York (Admitted December 21, 1990); U.S. Court of Appeals for the Second Circuit (Admitted March 17, 1993); U.S. Court of Federal Claims (Admitted April 7, 1994); Commonwealth of Virginia (Admitted June 6, 1994, No. 36924); District of Columbia (Admitted February 6, 1995, No. 444935); U.S. Court of Appeals for the Eleventh Circuit (May 19, 1999); U.S. Court of Appeals for the Eight Circuit (June 14, 1999); U.S. District Court for the Eastern District of Virginia (May 18, 2000, No. 36924);

U. S. District Court for the District Court of Columbia (April 8, 2002); and U.S. District Court for the Eastern District of Michigan (July 28, 2004).

    3.    I am a member in good standing in all of the bars of which I am a member and no disciplinary or grievance proceedings have been filed or are pending against me. A certificate of good standing is attached hereto. I am aware of and will fully comply with the standards of professional conduct required of members of the Bar of this Court.

Date: 7/2/07

Douglas L. Steele