IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv544-WHA |
| | ) |
| PHENIX CITY, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #50), filed on behalf of Douglas L. Steele on July 6, 2007, and it appearing that Douglas L. Steele is a member in good standing of the United States District Court for the District of Columbia, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 9th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE