IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) Case Number: |
| Plaintiff | ) |
| | ) 3:06-CV-0544-WHA |
| v. | ) |
| | ) |
| PHENIX CITY, ALABAMA, et al. | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

COMES NOW James P. Graham, Jr. and files this his Notice of Appearance in the above-styled cause on behalf of the Defendants.

This 18th day of May, 2007.

THE GRAHAM LEGAL FIRM

By: */s/James P. Graham, Jr.*
James P. Graham, Jr.
State Bar No. GRA030

The Graham Legal Firm
Post Office Box 3380
Phenix City, Alabama 36868-3380
334.291.0315