IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-VPM |
| PHENIX CITY, ALABAMA, et al. | ) |
| Defendants. | ) |

**PARTIES' STIPULATION REGARDING THE VOLUNTARY
DISMISSAL OF DEFENDANT JEFFREY HARDIN**

Plaintiff David Davis and the Defendants City of Phenix. et al., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that defendant Jeffrey Hardin is voluntarily dismissed from this action.

Respectfully submitted,

/s/ James R. McKoon
James R. McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868-3220
Tel: (334) 297 2300
Fax: (334) 297 2777

Counsel for Defendants

/s/ Thomas A. Woodley
Thomas A. Woodley
Molly A. Elkin
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
Tel: (202) 833-8855
Fax: (202) 452-1090

/s/ Gary Brown
Gary Brown, Esq.
FITZPATRICK & BROWN LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax:  (205) 320-7444

Counsel for Plaintiff