IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Parties' Stipulation Regarding the Voluntary Dismissal of Defendant Jeffrey Hardin (Doc. #53), filed by the parties on July 12, 2007, and for good cause shown, it is hereby

ORDERED that Jeffrey Hardin is DISMISSED as a party defendant. The case shall proceed against the remaining Defendants.

DONE this 16th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE