IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | Case Number: |
| Plaintiff ) | |
| ) | 3:06-CV-0544-WHA |
| v. ) | |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | |
| ) | |
| Defendants. ) | |

## *DEFENDANTS' LIST OF EXHIBITS*

Come now the Defendants in the above styled cause and list their trial exhibits as follows:

1. Letter from H. H. Roberts to union representative dated March 15, 2005.

2. Newspaper article entitled "Three Alarm Turmoil".

3. Statement of David Davis dated September 20, 2005.

4. (A – H) Statement of firefighters, regarding talking to media.

5. Counseling form dated September 21, 2005, signed by David Davis.

6. Statement and attachments dated September 20, 2005, signed by David Davis.

    7.    Letter dated January 31, 2006 to H. H. Roberts from Harold Shaitberger.

    8.    Memo to Wallace Hunter from Roy Waters dated February 6, 2006.

    9.    Letter dated February 14, 2006 to Harold Shaitberger from H. H. Roberts.

    10.    Phone message for Mayor Hardin from David Davis dated April 17, 2006.

    11.    Ordinance number 2006-13 adopted April 18, 2006.

    12.    Typed statement of David Davis to Fire Chief Wallace Hunter dated April 19, 2006.

    13.    Merit system rules and regulations of the City of Phenix City.

    14.    ASOP number 12, Phenix City Fire Department.

    15.    City charter of City of Phenix City.

    16.    Memo to H. H. Roberts from Wallace Hunter dated April 20, 2006.

    17.    Written warning form dated April 20, 2006 and signed on April 21, 2006.

    18.    End of employment form executed on April 21, 2006.

19. Memo from David Davis to Barbara Goodwin dated April 28, 2006, requesting a personnel review board hearing.

20. Letter from Barbara Goodwin to David Davis dated May 3, 2006.

21. Minutes of personnel review board upholding termination.

22. Letter from H. H. Roberts to David Davis upholding termination, May 18, 2006.

23. Complete personnel file of David Davis.

24. Tax returns of David Davis for 2005 and 2006.

/s/ Joshua R. McKoon
_____
JAMES R. McKOON, JR. (MCK020)
JOSHUA R. McKOON
Attorneys for Defendants
McKoon, Thomas & McKoon
Post Office Box 3220
Phenix City, Alabama  36868-3220
(334) 297-2300

**OF COUNSEL:**
JAMES P. GRAHAM, JR.
Post Office Box 3380
Phenix City, Alabama  36868-3380
334 291-0315

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 20th day of July, 2007, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Thomas A. Woodley, Esq.
Molly A. Elkin, Esq.
Bryan Polisuk, Esq.
Douglas Steele, Esq.
Woodley & McGillvary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005

Gary Brown, Esq.
Fitzpatrick, Cooper & Clark
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama  35203

                                                                /s/ Joshua R. McKoon
                                             _____
                                             OF COUNSEL