IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) Case Number: |
| Plaintiff | ) |
| | ) 3:06-CV-0544-WHA |
| v. | ) |
| | ) |
| PHENIX CITY, ALABAMA, et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' LIST OF WITNESSES

Come now the Defendants in the above styled cause and list their witnesses as follows:

1. Jeff Hardin, Mayor.

2. Wallace Hunter, Fire Chief.

3. H.H. "Bubba" Roberts, City Manager.

4. Barbara Goodwin, Personnel Director.

5. Roy Waters, Former Deputy Fire Chief.

6. Kristine Kennedy.

7. Kenneth Johanson.

8. Michael Hanson.

9. Kenney Bragg.

10. Brandon Wilkinson.

11. Daryl Dickson.

12. Brandon Sheets.

13. Eric Long.

14. All witnesses listed by the Plaintiff.

15. Any witnesses needed for rebuttal.

Note: All of the witnesses listed hereinabove are current or former employees of the City of Phenix City whose address is 601 12th Street, Phenix City, Alabama or 1111 Broad Street, Phenix City, Alabama.

/s/    James R. McKoon, Jr.
_____
JAMES R. McKOON, JR. (MCK020)
JOSHUA R. McKOON
Attorneys for Defendants
McKoon, Thomas & McKoon
Post Office Box 3220
Phenix City, Alabama  36868-3220
(334) 297-2300

**OF COUNSEL:**
JAMES P. GRAHAM, JR.
Post Office Box 3380
Phenix City, Alabama  36868-3380
334 291-0315

# **CERTIFICATE OF SERVICE**

I hereby certify that I have this the 20th day of July, 2007, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Thomas A. Woodley, Esq.
Molly A. Elkin, Esq.
Bryan Polisuk, Esq.
Douglas Steele, Esq.
Woodley & McGillvary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005

Gary Brown, Esq.
Fitzpatrick, Cooper & Clark
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama  35203

/s/ *James R. McKoon, Jr.*
_____
OF COUNSEL