IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-WHA |
| PHENIX CITY, ALABAMA, et al. | ) |
| Defendants. | ) |

**PLAINTIFF'S LIST OF WITNESSES**

Come now the Plaintiff in the above styled cause and list their witnesses as follows:

**A.    Witnesses the Plaintiff Presently Expects to Call at Trial:**

1. David Davis
    185 Lee Road 236
    Phenix City, AL  36870
    (334) 291-1927

2. Robert Gaskin[*]

3. Robert J. Bowden[*]

4. Anne Land[*]

5. William E. Miles[*]

6. Scotty Johnson[*]

---

[*] Employed in the Fire Department, City of Phenix City, 111 Broad Street, Phenix City, AL  36867, (334) 448-2817.

7. Karl Taylorson[*]

8. William Pitts[*]

9. Ms. David Davis
   185 Lee Road 236
   Phenix City, AL  36870
   (334) 291-1927

10. Thomas Malone, Jr.
    1923 Woodrun Drive
    Montgomery, AL  36117

11. Audry Thomasson
    4404 Linda Drive
    Phenix City, AL  36867
    (334) 297-8328

12. Jeff Hardin, Mayor[#]

13. Wallace Hunter, Fire Chief[*]

14. H.H. (Bubba) Roberts, City Manager[#]

15. Barbara Goodwin, Personnel Director[#]

16. Roy Waters, (former Deputy Chief)[*]

B. **Witness the Plaintiff Might Call at Trial**

   1. Lance Wagner[*]

   2. Chuck Williams
      <u>Columbus Ledger-Enquirer</u>

---

[#] City of Phenix City,
   601 12th Street
   Phenix City, AL  36867

[*] Employed in the Fire Department, City of Phenix City, 1111 Broad Street,
   Phenix City, AL  36867

**C.**  **Deposition Excerpts**

**DEPOSITION OF BARBARA GOODWIN**

Goodwin Dep., p. 12 line 7 to p. 13 line 25
Goodwin Dep., p. 17 line 11 to p. 21 line 7
Goodwin Dep., p. 17 line 11 to p. 21 line 7
Goodwin Dep., p. 18 line 14 to p. 19 line 5
Goodwin Dep., p. 19 line 20 to p. 20 line 6
Goodwin Dep., p. 20 line 21 to p. 21 line 7
Goodwin Dep., p. 20 line 21 to p. 21 line 7
Goodwin Dep., p. 21 line 10 to p. 23 line 14
Goodwin Dep., p. 29 lines 8 to 18
Goodwin Dep., p. 32 line 25 to p. 33 line 9
Goodwin Dep., p. 35 line 12 to p. 41 line 3
Goodwin Dep., p. 38 line 3 to p. 40 line 6
Goodwin Dep., p. 38 line 19 to p. 40 line 6


**DEPOSITON OF JEFFREY SCOTT HARDIN**

Hardin Dep., p. 7 line 12 to p. 10 line 4
Hardin Dep., p. 8 line 13 to p. 9 line 2
Hardin Dep., p.11 lines 10 to 23
Hardin Dep., p. 11 lines 15 to 23
Hardin Dep., p. 12 line 1 to p. 13 line 9
Hardin Dep., p. 22 line 21 to p. 23 line 3
Hardin Dep., p. 22 line 21 to p. 23 line 3;
Hardin Dep., p. 30 lines 5 to 30
Hardin Dep., p. 31 line 1 to line 24
Hardin Dep., p. 37 line 12 to p. 38 line 17
Hardin Dep., p. 37 line 12 to p. 38 line 17
Hardin Dep., p. 37 line 12 to p. 38 line 17
Hardin Dep., p. 39 line 21 to p. 42 line 25
Hardin Dep., p. 43 line 1 to p. 45 line 1
Hardin Dep., p. 44 line 16 to p. 48 line 20
Hardin Dep., p. 50 line 9 to p. 51 line 13
Hardin Dep., p. 50 line 9 to p. 51 line 13
Hardin Dep., p. 50 lines 9 to p. 51 line 13
Hardin Dep., p. 59 lines 9 to 17;
Hardin Dep., p. 59 lines 9 to 17
Hardin Dep., p. 59 lines 9 to 17;
Hardin Dep., p. 60 line 2 to p. 61 line 5
Hardin Dep., p. 60 line 2 to p. 61 line 5
Hardin Dep., p. 60 line 2 to p. 61 line 5
Hardin Dep., p. 60 line 2 to p. 61 line 5

Hardin Dep., p. 61 lines 6 to 19
Hardin Dep., p. 64 line 11 to p. 65 line 4


**DEPOSITION OF WALLACE HUNTER, SR**

Hunter Dep., p. 7 line 7 to p. 9 line 12
Hunter Dep., p. 7, lines 7 to 25;
Hunter Dep., p. 8, line 20 to p. 9, line 12
Hunter Dep., p. 11 line 21 to p. 12 line 16
Hunter Dep., p. 12 line 5 to p. 13 line 15
Hunter Dep., p. 12 line 5 to p. 13 line 15
Hunter Dep., p. 14 line 14 to p. 15 line 11
Hunter Dep., p. 15 line 17 to p. 17 line 5
Hunter Dep., p. 15 line 17 to p. 17 line 5
Hunter Dep., p. 19 lines 1 to 15
Hunter Dep., p. 22 line 14 to p. 23 line 17
Hunter Dep., p. 24 line 23 to p. 29 line 21
Hunter Dep., p. 26 lines 13 to 21;
Hunter Dep., p. 27 line 10 to p. 28 line 13
Hunter Dep., p. 34 line 19 to p. 35 line 12
Hunter Dep., p. 36 line 21 to p. 37 line 16
Hunter Dep., p. 42 line 19 to p. 46 line 25
Hunter Dep., p. 42 line 19 to p. 46 line 25;
Hunter Dep., p. 48 line 13 to p. 50 line 6;
Hunter Dep., p. 49 lines 10 to 22
Hunter Dep., p. 51 line 24 to p. 52 line 20
Hunter Dep., p. 51 line 24 to p. 52 line 13
Hunter Dep., p. 56 line 2 to p. 58 line 3
Hunter Dep., p. 56 lines 2 to 13
Hunter Dep., p. 56 lines 2 to 13
Hunter Dep., p. 56 line 16 to p. 57 line 2
Hunter Dep., p. 58, line 19
Hunter Dep., p. 58 lines 4 to 19
Hunter Dep., p. 58 lines 4 to 19;
Hunter Dep., p. 64 line 9 to p. 65 line 20
Hunter Dep., p. 65 line 21 to p. 68 line 25;
Hunter Dep., p. 69 lines 1 to 18;
Hunter Dep., p. 71 line 9 to p. 73 line 14;
Hunter Dep., p. 74 line 2 to p. 75 line 12
Hunter Dep., p. 76 lines 7 to p. 77 line 2
Hunter Dep., p. 75 lines 13 to 17
Hunter Dep., p. 75 line 13 to p. 77 line 23
Hunter Dep., p. 76 lines 1 to 6
Hunter Dep., p. 76, lines 12 to 16
Hunter Dep., p. 80 line 24 to p. 83 line 12;

4

Hunter Dep., p. 82 line 12 to p. 83 line 12;
Hunter Dep., p. 84 lines 8 to 14;
Hunter Dep., p. 84 lines 9 to 14;
Hunter Dep., p. 86 lines 12 to 17;
Hunter Dep., p. 86 line 21 to p. 91 line 1;
Hunter Dep., p. 89 line 6 to p. 90 line 8;;

**DEPOSITION OF H.H. ROBERTS**

Roberts Dep., p. 7 lines 15 to 25
Roberts Dep., p. 7 line 15 to p. 8, line 20
Roberts Dep., p. 8 line 1 to p. 11 line 9
Roberts Dep., p. 8 line 1 to p. 11 line 9
Roberts Dep., p. 8 lines 7 to 20
Roberts Dep., p. 10 line 3 to p. 11 line 9
Roberts Dep., p. 10 line 3 to p. 11 line 9
Roberts Dep., p. 12 line 8 to p. 14 line 1
Roberts Dep., p. 25 lines 1 to 17
Roberts Dep., p. 36 lines 8 to 20
Roberts Dep., p. 38 line 16 to p. 39 line 16
Roberts Dep., p. 50 line 7 to p. 55 line 22
Roberts Dep., p. 50 line 14 to p. 51 line 10
Roberts Dep., p. 53, line 25 to p. 53 line 10
Roberts Dep., p. 58 lines 4 to 12
Roberts Dep., p. 58 lines 13 to line 20
Roberts Dep., p. 59 lines 2 to 20
Roberts Dep., p. 67 line 10 to p. 71 line 5
Roberts Dep., p. 71 line 22 to p. 72 line 14
Roberts Dep., p. 72 lines 12 to 20
Roberts Dep., p. 73 line 8 to p. 75 line 16
Roberts Dep., p. 77 lines 1 to 11
Roberts Dep., p. 77 line 13 to p. 78 line 15
Roberts Dep., p. 77 line 13 to p. 78 line 15
Roberts Dep., p. 78 lines 9 to 15
Roberts Dep., p. 78 lines 9 to 15
Roberts Dep., p. 79 lines 2 to 9
Roberts Dep., p. 80 line 9 to p. 82 line 6
Roberts Dep., p. 83 line 2 to p. 85 line 6
Roberts Dep., p. 83, line 2 to p. 85, line 6
Roberts Dep., p. 87 line 2 to p. 89 line 11
Roberts Dep., p. 88 lines 15 to 20
Roberts Dep., p. 88 lines 15 to 20
Roberts Dep., p. 88 line 1 to p. 89 line 6

**DEPOSITION OF ROLAND LEROY WATERS**

Waters Dep., p. 10 line 9 to p. 11 line 20
Waters Dep., p. 12 line 19 to p. 13 line 3
Waters Dep., p. 17 line 14 to p. 19 line 1
Waters Dep., p. 17 line 14 to p. 19 line 1
Waters Dep., p. 21 lines 13 to 23
Waters Dep., p. 24 lines 12 to 22;
Waters Dep., p. 24 lines 12 to 22
Waters Dep., p. 24 lines 12 to 22
Waters Dep., p. 26 line 17 to p. 27 line 8
Waters Dep., p. 27 line 9 to p. 28 line 1
Waters Dep., p. 28 lines 2 to 24
Waters Dep., p. 29 lines 2 to 24
Waters Dep., p. 30 line 3 to p. 33 line 9
Waters Dep., p. 30 lines 15 to 19
Waters Dep., p. 33 line 10 to p. 36 line 18
Waters Dep., p. 36 line 19 to p. 37 line 16

   s/Douglas L. Steele_____
Thomas A. Woodley
Douglas L. Steele
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, NW, Ste. 400
Washington, DC 20005
Telephone: 202-833-8855
Facsimile: 202-452-1090

Gary Brown, Esq.
FITZPATRICK, COOPER & CLARK LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax: (205) 320-7444

Counsel for Plaintiff

6

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this the 20th day of July, 2007, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

James R. McKoon, Jr.
Joshua R. McKoon
Attorney for Defendants
McKOON, THOMAS & McKOON
P.O. Box 3220
Phenix City, AL 36868-3220

James P. Graham, Jr.
The Graham Legal Firm
Post Office Box 3380
Phenix City, AL 36868-3380

                                                            ___s/Douglas L. Steele_____
                                                            Douglas L Steele