**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 23, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Davis v. Phenix City, Alabama et al

Case Number:   3:06cv00544-WHA

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached.**

**The correct PDF documents are attached to this notice for your review.   Reference is made to document # 57 and # 58   filed on   July 20, 2007.**