### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | Case Number: |
| Plaintiff ) | |
| ) | 3:06-CV-0544-WHA |
| v. ) | |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' PROPOSED SPECIAL INTERROGATORIES TO THE JURY

**COME NOW** the Defendants Phenix City, Alabama, Jeffrey Hardin, H. H. Roberts and Wallace Hunter and propose that the Court submit the following special interrogatories to the jury:

### Special Interrogatories to the Jury

Do you find from a preponderance of the evidence:

1.  That a fireman, like the Plaintiff, if acting in accordance with the Phenix City Fire Department's Standard Operating Procedures (specifically ASOP #12) and the Phenix City Merit System Rules and Regulations would be allowed to address the Mayor or the City Council concerning a proposal to extend the probationary period to new firefighters?

PDF created with pdfFactory trial version www.pdffactory.com

Answer Yes or No _____

    If your answer to the above question is yes, you need go no further on Plaintiff's claim in Count I of his Complaint for retaliation in violation of his First Amendment free speech rights.

2.     That Defendants took an adverse employment action against Plaintiff because Plaintiff exercised his right to be in a Firefighters Union?

Answer Yes or No     _____

3.     That Plaintiff's interest in associating with the Firefighters Union outweighed the Defendants' interest in promoting efficiency, harmony, loyalty, morale and effectiveness of fire services in Phenix City?

Answer Yes or No _____

    If the answer to question number 2 or number 3 is no, you need go no further on Plaintiff's claim in Count II of his Complaint for violation of his First Amendment association rights.

4.     That Plaintiff would have been discharged from his employment with the City of Phenix City Fire Department even in the absence of the Plaintiff's association with the Fire Fighters Union?

Answer Yes or No _____

    If the answer to number 4 is yes, you need go no further on Plaintiff's

PDF created with pdfFactory trial version www.pdffactory.com

claim in Count II of his Complaint for violation of his First Amendment association rights.

        /s/    James R. McKoon, Jr.
_____
JAMES R. McKOON, JR. (MCK020)
JOSHUA R. McKOON
Attorneys for Defendants
McKoon, Thomas & McKoon
Post Office Box 3220
Phenix City, Alabama 36868-3220
(334) 297-2300

**OF COUNSEL:**
JAMES P. GRAHAM, JR.
Post Office Box 3380
Phenix City, Alabama 36868-3380
334 291-0315

## *CERTIFICATE OF SERVICE*

    I hereby certify that on this the 6th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas A. Woodley, Esq.
Molly A. Elkin, Esq.
Bryan Polisuk, Esq.
Douglas Steele, Esq.
Woodley & McGillvary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005

Gary Brown, Esq.
Fitzpatrick, Cooper & Clark
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203

        /s/ James R. McKoon, Jr.
_____
OF COUNSEL

PDF created with pdfFactory trial version www.pdffactory.com