IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-WHA ) |
| PHENIX CITY, ALABAMA, et al. | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE
EVIDENCE OF FINANCIAL IMPACT**

Plaintiff hereby moves this Court for an order barring Defendants from adducing evidence of any financial impact that a damage award, including a back pay award, would have on the operations or finances of Phenix City. The potential impact that a damage award, including a back pay award, would have on the operations or finances of Phenix City is wholly irrelevant to the defendants' liability for such damages under the First Amendment. Brennan v. State of Iowa, 494 F.2d 100, 104 (8th Cir. 1974), cert. denied, Iowa v. Dunlop, 421 U.S. 1015 (1974); Wirtz v. Malthor, 391 F.2d 1, 3 (9th Cir. 1968); Wirtz v. Flame Coal Company, 321 F.2d 558, 561 (6th Cir. 1963). Moreover, any proffered evidence that a damages award would result in financial hardship on Phenix City would create undue prejudice and potentially inflame the passions of the trier of fact.

Given this potential for prejudice, and the immateriality of such evidence to the issue of liability, Plaintiff respectfully requests that Defendants be precluded from

proffering any evidence regarding the impact that a damages award would have upon the operations or finances of Phenix City.

        Respectfully submitted,

        s/ Douglas L. Steele
        Thomas A. Woodley
        Douglas L. Steele
        Bryan G. Polisuk
        WOODLEY & McGILLIVARY
        1125 15th Street, N.W.
        Suite 400
        Washington, D.C. 20005
        Tel: (202) 833-8855
        Fax: (202) 452-1090

        J. Michael Cooper, Esq.
        FITZPATRICK, COOPER & CLARK LLP
        Farley Building, Suite 600
        1929 Third Avenue North
        Birmingham, Alabama 35203
        Telephone (205) 320-2255
        Fax: (205) 320-7444

        Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-VPM ) |
| PHENIX CITY, ALABAMA, et al. | ) Judge W. Harold Albritton ) |
| Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

This is to certify that one true and accurate copy of Plaintiff's Motion in Limine was electronically filed on the following counsel for defendants on this 6th day of January, 2007:

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

/s/ Douglas L. Steele
Attorney for Plaintiff