IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiffs and Defendants' Objections to Exhibits, and Plaintiff's Motions in Limine, (Doc. #'s 56, 61, 67, 68, 69), it is

ORDERED that any party opposing an objection or motion in limine shall show cause, if any there be, **on or before August 13**, **2007** why the motion should not be granted or the objection sustained. The motions in limine and objections will be taken under submission on that day for determination without oral hearing.

DONE this 7th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE