IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion for Continuance (Doc. #76), the motion is GRANTED, and it is hereby ORDERED as follows:

1. The trial of this case is CONTINUED from the term of court commencing August 20, 2007, and RESET for the term of court commencing March 3, 2008, in Opelika, Alabama. A pretrial hearing will be held on February 1, 2008, at a time and place to be set by later order.

2. The parties are DIRECTED to file a Revised Report of Parties Planning Meeting **no later than August 24, 2007**, containing suggested changes in various deadlines, including discovery. The deadline for motions for summary judgment will be extended to 90 days prior to the new pretrial hearing as to the new issue of qualified immunity.

3. All other pending motions are DENIED at this time, without prejudice to re-filing at a later date. The court's previous order for responses to motions and objections is VACATED.

DONE this 9th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE