IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
|       Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-WHA |
| PHENIX CITY, ALABAMA, et al. | ) |
|       Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF MOTIONS DEADLINE**

Plaintiff David Davis respectfully requests that the Dispositive Motions deadline in this case, presently November 3, 2007 be extended to December 7, 2007. Plaintiff understands that this places the Dispositive Motions deadline on the same date as the close of discovery. In support of this Motion, Plaintiff states as follows:

1. This case had been set for trial commencing August 20, 2007.

2. On August 6, 2007 Defendants Roberts and Hunter filed a Motion for Leave to Amend their Answer to plead the affirmative defense of qualified immunity.

3. On August 7, 2007, this Court issued an Order, granting Defendants' Motion, while at the same time providing that Plaintiff may file a Motion for Continuance on or before August 9, 2007.

4. On August 9, 2007, Plaintiff filed a Motion for Continuance, which was granted by the Court on the same date.

5.  On August 29, 2007, this Court issued its revised Scheduling Order establishing, among other deadlines, a Dispositive Motions deadline of November 3, 2007.

6.  Due to the very short time interval between the Order of August 29, 2007 and the Dispositive Motions deadline; and also in consideration of Plaintiff's need for additional discovery, Plaintiff respectfully requests that the Dispositive Motions deadline be extended up to and including December 7, 2007.

7.  Counsel for the Defendants do not opposed this Motion.

Respectfully submitted,

s/ Douglas L. Steele
Thomas A. Woodley
Douglas L. Steele
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C.  20005
Tel: (202) 833-8855
Fax:  (202) 452-1090

Gary Brown, Esq.
FITZPATRICK & BROWN
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Tel: (205) 320-2255
Fax: (205) 320-7444

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge W. Harold Albritton |
| ) | |
| Defendants. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

This is to certify that one true and accurate copy of Plaintiff's Unopposed Motion for Extension of Motions Deadline was electronically filed on the following counsel for defendants on this 10th day of September, 2007:

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

/s/ Douglas L. Steele
Attorney for Plaintiff