IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-WHA |
| PHENIX CITY, ALABAMA, et al. | ) |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF MOTIONS DEADLINE**

Plaintiff David Davis respectfully requests that the Dispositive Motions deadline in this case, presently November 3, 2007 be extended to December 7, 2007. Plaintiff understands that this places the Dispositive Motions deadline on the same date as the close of discovery. In support of this Motion, Plaintiff states as follows:

1. This case had been set for trial commencing August 20, 2007.

2. On August 6, 2007 Defendants Roberts and Hunter filed a Motion for Leave to Amend their Answer to plead the affirmative defense of qualified immunity.

3. On August 7, 2007, this Court issued an Order, granting Defendants' Motion, while at the same time providing that Plaintiff may file a Motion for Continuance on or before August 9, 2007.

4. On August 9, 2007, Plaintiff filed a Motion for Continuance, which was granted by the Court on the same date.

**MOTION GRANTED**

SO ORDERED
THIS 11th DAY OF Sept, 2007

UNITED STATES DISTRICT JUDGE