**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                         TELEPHONE (334) 954-3600

September 19, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Davis v. Phenix City, Alabama et al

Case Number:   3:06cv00544-WHA

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached and to attach the previously omitted Proposed Amended Complaint.**

**The correct PDF documents are attached to this notice for your review.   Reference is made to document # 82   filed on   September 19, 2007.**