IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56(a) and (c) of the Federal Rules of Civil Procedure, plaintiff David Davis respectfully submits this motion for partial summary judgment with respect to defendants' liability for imposing policies and practices which, on their face and as applied, impose unconstitutional prior restraints on his First Amendment rights of free speech and free association (Count IV in the plaintiff's Amended Complaint). Plaintiff has filed a brief in support of this motion together with the sworn Declaration (with attached Exhibits) of Plaintiff Davis and the Declaration of Thomas Malone (with Exhibits). In addition, plaintiff has submitted the initial and supplemental depositions of defendants City Manager H.H. Roberts, and Fire Chief Wallace Hunter; the initial and supplemental depositions of Mayor Jeffrey Hardin; the depositions of City Council members Arthur L. Sumbry and Lloyd Ray Bush; and the depositions of City Personnel Director Barbara Goodwin and Deputy Chief Roy Waters.

Respectfully submitted,


/s/ Thomas A. Woodley
Thomas A. Woodley
Molly A. Elkin
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C.  20005
Tel: (202) 833-8855
Fax:  (202) 452-1090



/s/ Gary Brown
Gary Brown, Esq.
FITZPATRICK & BROWN LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax:  (205) 320-7444


Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge W. Harold Albritton |
| ) | |
| Defendants. ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

This is to certify that on December 7, 2007, I electronically filed Plaintiff's Motion for Partial Summary Judgment; Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial Summary Judgment; Declaration of David Davis with Exhibits; initial and supplemental depositions of City Manager H.H. Roberts, and Fire Chief Wallace Hunter; the initial and supplemental depositions of Mayor Jeffrey Hardin; the depositions of Arthur L. Sumbry, and Lloyd Ray Bush; and the depositions of City Personnel Director Barbara Goodwin, and Deputy Chief Roy Waters. with the Clerk of the Court using the CM/ECF system which will send notification of such filing as well as sending a copy by regular U.S. mail to defendants' counsel:

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

/s/ Thomas A. Woodley
Thomas A. Woodley
Attorney for Plaintiff