IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | Case Number: |
| Plaintiff ) | |
| ) | 3:06-CV-0544-WHA |
| v. ) | |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RENEWED MOTION
FOR SUMMARY JUDGMENT**

COME NOW Defendants Phenix City, Alabama, H.H. Roberts and Wallace Hunter and files this their Motion for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.  Said Defendants hereby move this Court to grant unto them Summary Judgment with respect to all claims against them.  Summary Judgment is appropriate because Plaintiff has failed to establish a genuine issue as to any material fact and Defendants are entitled to Summary Judgment as a matter of law.  This Motion is based upon the following:

  1.  Pleadings filed in this case;

  2.  Memorandum Brief in Support of this Motion filed contemporaneously herewith;

PDF created with pdfFactory trial version www.pdffactory.com

3. Evidentiary Materials filed in Support of this Motion and Defendants' previous Motion for Summary Judgment.

WHEREFORE, premises considered, Defendants, Phenix City, Alabama, H.H. Roberts and Wallace Hunter, respectfully request this Court to grant Summary Judgment unto them and against the Plaintiff with respect to all of Plaintiff's claims.

/s/   James R. McKoon, Jr.
_____
JAMES R. McKOON, JR. (MCK020)
JOSHUA R. McKOON
Attorneys for Defendants
McKoon & Associates
Post Office Box 3220
Phenix City, Alabama  36868-3220
(334) 297-2300

**OF COUNSEL:**
JAMES P. GRAHAM, JR.
Post Office Box 3380
Phenix City, Alabama  36868-3380
334 291-0315

PDF created with pdfFactory trial version www.pdffactory.com

## *CERTIFICATE OF SERVICE*

I hereby certify that on this the 7th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas A. Woodley, Esq.
Molly A. Elkin, Esq.
Bryan Polisuk, Esq.
Douglas Steele, Esq.
Woodley & McGillvary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005

Gary Brown, Esq.
Fitzpatrick, Cooper & Clark
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama  35203

*/s/ James R. McKoon, Jr.*
_____
OF COUNSEL

PDF created with pdfFactory trial version www.pdffactory.com