

EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE MIDDLE DISTRICT OF ALABAMA
 3                       EASTERN DIVISION
 4
 5   DAVID DAVIS,
 6            Plaintiff,
 7   vs.                      CASE NO. 3:06-CV-0054-VPM
 8   CITY OF PHENIX CITY, ALABAMA,
 9   et al.,
10            Defendants.
11
12
13              *  *  *  *  *  *  *  *  *  *
14
15       DEPOSITION OF H.H. ROBERTS, taken pursuant to
16   stipulation and agreement before Shannon M.
17   Williams, Certified Court Reporter and Commissioner
18   for the State of Alabama at Large, in the offices of
19   City Hall, 601 12th Street, Phenix City, Alabama, on
20   Tuesday, November 6, 2007, commencing at
21   approximately 11:16 a.m. EST.
22
23              *  *  *  *  *  *  *  *  *  *
24
25
```

COPY

1   A.   Mr. McKoon asked me a series of questions
2   and then he put it together in the letter.
3   MR. WOODLEY:   All right.   I don't have any
4   further questions.   Thank you, Mr. Roberts.
5                        EXAMINATION
6   BY MR. MCKOON:
7   Q.   All right.   I just have probably one
8   question.   Mr. Roberts, at any time during your
9   participation in the termination of Mr. Davis, did
10  you have any feeling or belief that you were
11  violating any of his First Amendment rights as you
12  have been -- as they were defined and asked about by
13  Mr. Woodley?
14  A.   No, sir, I didn't.
15  MR. MCKOON:   That's all.
16  MR. WOODLEY:   We're done.   Thank you.
17  (The deposition concluded at 12:06 p.m.)
18                   * * * * * * * * * * *