

EXHIBIT B

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                FOR THE MIDDLE DISTRICT OF ALABAMA
 3                          EASTERN DIVISION
 4
 5    DAVID DAVIS,
 6          Plaintiff,
 7    vs.                      CASE NO. 3:06-CV-0054-VPM
 8    CITY OF PHENIX CITY, ALABAMA,
 9    et al.,
10          Defendants.                    COPY
11
12
13                    * * * * * * * * * *
14
15       DEPOSITION OF WALLACE HUNTER, taken pursuant to
16    stipulation and agreement before Shannon M.
17    Williams, Certified Court Reporter and Commissioner
18    for the State of Alabama at Large, in the offices of
19    City Hall, 601 12th Street, Phenix City, Alabama, on
20    Tuesday, November 6, 2007, commencing at
21    approximately 10:00 a.m. EST.
22
23                    * * * * * * * * * *
24
25
```

```
 1        A.   Basically, yes.
 2        Q.   Okay.  And then each one of those annual
 3   programs, educational seminars, they do address the
 4   right of firefighters under the First Amendment
 5   concerning free speech and --
 6        A.   Not each one.
 7        Q.   -- and free association.  Concerning free
 8   speech and free association?
 9        A.   Not in each one of our meetings, but they
10   have during those times.
11             MR. WOODLEY:  Fair enough.  I don't have
12        any additional questions.  Thank you, Chief
13        Hunter.
14             MR. MCKOON:  I just have two.
15                         EXAMINATION
16   BY MR. MCKOON:
17        Q.   Chief Hunter, at the time when you were
18   considering the termination of Firefighter Davis or
19   in terminating Firefighter Davis, did you feel you
20   were violating his First Amendment rights to free
21   speech or free association?
22        A.   No, sir.
23        Q.   At any time during the consideration of the
24   termination of Firefighter Davis's employment or at
25   the time of termination of his employment, did you
```

```
 1   feel you were in violation of any of his
 2   constitutional rights?
 3        A.   No, sir.
 4             MR. MCKOON:  That's all I have.
 5             MR. WOODLEY:  I don't have any additional
 6   questions.  Thank you, Chief.
 7             THE WITNESS:  Thank you.
 8   (The deposition concluded at 11:08 a.m.)
 9                  * * * * * * * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```