# JOB
# DESCRIPTION



## IDENTIFICATION

| | |
|---|---|
| **Job Title:** Fire Chief | **FLSA Status:** Exempt |
| **Department:** Fire | **Code:** |
| **Location:** Public Safety Building | **Reports to:** City Manager |

## JOB SUMMARY

Responsible for the overall fire protection program for the City. Plans, implements and directs the activities of the Fire Department, including fire, suppression, rescue, emergency medical services, hazardous materials response, fire prevention/inspection activities and general administration/management of the department. Develops, implements and evaluates the Fire Department's goals and objectives, programs and procedures in accordance with overall policies established by the state and federal laws and regulations.

## DUTIES AND RESPONSIBILITIES

Plans, develops, organizes, assigns, directs and evaluates department operations with respect to equipment, apparatus, and personnel to keep all losses of property and lives due to fire and other emergencies at a minimum; reviews, revises and executes the personnel standards of the department; issues orders necessary for administering personnel procedures. Attends council meetings. Enforces, through subordinate officers and personnel, city, state and national fire prevention codes and standards to ensure the safety of city residents. Exercises budgetary control through the development and expenditure of appropriated funds to efficiently and effectively attain program objectives; directs preparation and analysis of department records and reports to ensure an efficient operation; Attends fire service conferences and other educational meetings to recommend improvements in existing programs; develops new department programs. Provides for the recruitment, selection, hiring and promotion of personnel in accordance with regulations to maintain the efficiency, currency and readiness of the city's fire service and to improve the department. Addresses civic and other groups regarding the activities and programs of the fire department to explain and promote public understanding. Responds to all major fire alarms, and personally directs firefighting activities through subordinate officers; provides direction and approves fire prevention, inspection and training programs developed by staff personnel; coordinates and up-dates departmental manuals.

## JOB SPECIFICATIONS

**Credentials and Experience** – Minimum bachelors degree with specialized courses in management, accounting or supervision. Possess and maintain a valid Alabama driver's license. Knowledge of principles, practices, procedures and equipment used in fire suppression inspection, prevention, emergency medical services and hazardous materials response; knowledge of laws and codes in the field of suppression, prevention, inspection,

investigation emergency medical services and hazardous materials. Ability to plan, direct, coordinate , motivate and evaluate the work of subordinate officers; ability to develop and efficiently administer department objectives and budgets; ability to analyze organizational and operational problems and to implement effect improvements; ability to express ideas clearly, orally and in writing; ability to reason and react quickly and calmly in emergency situations.

**Physical Charateristics** – Sufficient powers of speech, hearing or other communication capabilities, with or without reasonable accommodation, to enable the employee to communicate effectively; sufficient vision or other powers of observation, with or without reasonable accommodation , to enable the employee to review a wide variety of material in both electronic and hardcopy form; sufficient manual dexterity, with or without reasonable accommodation, to enable the employee to operate a two way radio, personal computer, telephone and related equipment; sufficient personal mobility and physical reflexes, with or without reason accommodation, to enable the employee to function in a general office environment as well as fire scenes. Must meet physical requirements as required by the National Fire Safety Code.

**Special Requirements** – Possess and maintain a valid Alabama driver's license. Willing to work non-standard hours, overtime, and be on call 24 hours a day, weekends and holidays as required.

## APPROVALS

| Name | Title | Date |
|------|-------|------|
| Name | Title | Date |