

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION



DAVID DAVIS,

     Plaintiff,

vs.          CASE NO. 3:06-CV-0054-VPM

CITY of PHENIX CITY, ALABAMA,

et al.,

     Defendants.


\* \* \* \* \* \* \* \* \* \*


     DEPOSITION OF WALLACE BURNS HUNTER, SR., taken pursuant to stipulation and agreement before Shannon M. Williams, Certified Court Reporter and Commissioner for the State of Alabama at Large, in the offices of City Hall, 601 12th Street, Phenix City, Alabama, on Wednesday, April 4, 2007, commencing at approximately 10:45 a.m. EST.


\* \* \* \* \* \* \* \* \* \* \*

1    Q.   And it addresses the article that appeared

2    recently apparently in the Ledger-Enquirer newspaper

3    regarding the city's fire department.   Is that

4    accurate?

5    A.   That's correct.

6    Q.   Then it goes on to say, quote, several

7    firefighters made comments in the paper that were

8    likely to impair discipline and harmony in the

9    workplace, impede job performance, and jeopardize

10   loyalty in this department, end quote.   You see

11   where it says that?

12   A.   That's correct.

13   Q.   And, again, this would have been in

14   response to your review of this newspaper article

15   that we just covered in Exhibit 14 --

16   A.   That is correct.

17   Q.   -- is that accurate?

18   A.   That's correct.

19   Q.   What comments made by Mr. Davis and the

20   other firefighters that were quoted in this

21   newspaper article in your judgment impaired

22   discipline and harmony in the fire department?

23   A.   Basically the comments about people being

24   afraid to talk.   What was you afraid to talk when

25   you're not talking to anybody?   Why would you --

1   that's misleading people.  Why would you be afraid
2   to talk when you can use the chain of command and
3   come up and talk to me at any time, if you was
4   willing to give me a chance.
5        Q.   But my question really is focused on -- and
6   as you just indicated, a number of the firefighters,
7   including Mr. Davis, expressed fears about potential
8   retaliation and discipline.  So on that isolated
9   issue, how would that comment by Mr. Davis in the
10  newspaper article impair discipline and harmony in
11  the fire department?
12       A.   It was misleading statements.  Who had been
13  disciplined for anything during my tenure -- short
14  tenure so far?  That's misleading.
15       Q.   But he expressed fear about potential
16  discipline and, in fact, he was fired later on as we
17  know, but --
18       A.   Well, no.  That -- this right here was to
19  prevent anything.  This was to prevent us from even
20  being here today.
21       Q.   Okay.  Give me a specific example of how
22  those comments in the newspaper article of Mr. Davis
23  actually, in fact, disrupted discipline or harmony
24  in the workplace.  Give me a real concrete, specific
25  example of what you thought was an adverse

1    development from that newspaper article.

2         A.   Okay.  Let me go back to this article.

3    Now, what are you mainly talking about?

4         Q.   I want you to give me a concrete, specific

5    example that occurred after this newspaper article

6    and the comments of Mr. Davis and the other

7    firefighters that you believe actually disrupted or

8    impaired the operation of this fire department --

9         A.   They hadn't.

10        Q.   -- as a result of the article and the

11   comments in the paper?

12        A.   This is the perception of people that's

13   reading it.

14        Q.   I'm sorry?

15        A.   This is the perception of the readers.

16        Q.   So what are you referring to there?  A

17   three alarm turmoil?

18        A.   Basically.  And that the morale -- the

19   statements that are being made, what are you doing

20   as an employee of the city or the fire department to

21   help, you know, with that.  So when you look at

22   that, that's a disruption itself when you haven't

23   given the people that you're working for any type of

24   opportunity or chance to discuss these things.

25        Q.   Were there fires not put out, rescues not

1  conducted because of that newspaper article and the

2  quotations from Mr. Davis about employee morale and

3  staffing?

4     A.   No.  We answer the calls.

5     Q.   You answer the calls?

6     A.   Yes, sir.

7     Q.   Any other specific disruption that you can

8  point to that you were really troubled by as the

9  fire chief as a result of these newspaper articles

10  and comments made by Davis and other firefighters?

11     A.   As far as -- okay.  Directly by Mr. Davis

12  during the counseling session after this, I had a

13  firefighter, Brandon Wilkerson, that said that he

14  was being bullied by David Davis to make phone calls

15  and complain.  And I expressed this to David and we

16  talked to him about this --

17     Q.   Okay.

18     A.   -- when he came in and we did his

19  counseling session.  So it was some things from this

20  that came out of it.

21     Q.   Anything else?

22     A.   Mainly just as far as not wanting to

23  communicate, but all of these different things in

24  the paper here.  But as fire chief, I wasn't given a

25  chance to go over any of these issues or to talk

1    about them.

2        Q.   Okay.  But, again, can you give me any

3    specific examples of disruption or impairment --

4        A.   I just gave you --

5        Q.   You have to let me finish my question,

6    please, Chief Hunter.

7        A.   Sorry.

8        Q.   Other than what you've just mentioned, can

9    you give me any other specific or concrete examples

10   of impairment of the fire department or disruption

11   of fire department operations that were resulting

12   from the comments of Mr. Davis and the other

13   firefighters in this newspaper article that came out

14   in September of 2005?

15       A.   That's another one -- okay.  Another one in

16   here, I guess, would be Councilman Bush being in

17   here to mediate something.  He's mediating something

18   that I didn't know anything about.

19       Q.   Did you speak to Council Member Bush

20   about --

21       A.   No.

22       Q.   -- his role as mediator?

23       A.   No, sir.

24       Q.   Were you upset about that?

25       A.   Well, no, I wasn't upset about it.