

EXHIBIT E

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE MIDDLE DISTRICT OF ALABAMA
 3                        EASTERN DIVISION
 4
 5   DAVID DAVIS,
 6           Plaintiff,
 7   vs.                       CASE NO. 3:06-CV-0054-VPM
 8   CITY OF PHENIX CITY, ALABAMA,
 9   et al.,
10           Defendants.
11                             COPY
12
13                 * * * * * * * * * *
14
15        DEPOSITION OF MICKEAL D. HANSON, taken pursuant
16   to stipulation and agreement before Shannon M.
17   Williams, Certified Court Reporter and Commissioner
18   for the State of Alabama at Large, in the offices of
19   City Hall, 601 12th Street, Phenix City, Alabama, on
20   Wednesday, November 7, 2007, commencing at
21   approximately 11:31 a.m. EST.
22
23                 * * * * * * * * * *
24
25
```

```
 1   is doing an outstanding job for me and has a very
 2   positive and professional attitude."
 3        Do you see where it says that, Chief Hanson?
 4        A.   Yes.  The last sentence in the paragraph.
 5        Q.   Would you agree with the observation and
 6   description by Chief Waters that David Davis was
 7   doing an outstanding job as a firefighter and had a
 8   positive and professional attitude?
 9        A.   Well, this is -- the way I understand it,
10   this is Chief Waters' opinion about him, and I guess
11   this is what he thought about.
12        Q.   Would you agree with that?
13        A.   I would not, no.
14        Q.   Why do you say no?
15        A.   Well, David has always been a complainer.
16   He complains about most everything, especially if
17   something new happens.  He's always been -- he
18   always refers to us as white shirts versus the blue
19   shirts and stuff like that.  And he just -- he
20   has -- to me, he has an overall negative opinion
21   for, I guess, authority or for the upper ranks of
22   the department.
23        Q.   Have you ever had occasion to discipline
24   David Davis concerning his job?
25        A.   If I'm not mistaken, I have, yes.
```