

EXHIBIT 4

# PHENIX CITY FIRE DEPARTMENT

# Three-alarm turmoil

## Disputes, alleged threats, coercion, harassment fan flames of mistrust

**By CHUCK WILLIAMS**
*Staff Writer*

The department is in turmoil.

Some firefighters say they are mistreated by management and the city — and work in an atmosphere of intimidation, coercion, derogatory comments, threats and harassment.

"Morale is at the lowest point since I've been here," said Sgt. David Davis, a seven-year veteran and president of the Phenix City Firefighters Association.



**Davis**

**Hunter**

Phenix City Firefighters Association Chief Wallace Hunter, a 20-year career Phenix City firefighter who assumed the top job in May, said attitude is the issue.

"When you come in with a negative attitude, you are going to have a negative day," he said. "And you are going to make everything negative around you."

Twice, departmental disputes have ended up in federal court — both times the city prevailed. Over the last five years, 29 firefighters have left for a variety of reasons, including retirement and medical

disability.

The city has spots for 51 firefighters, and 44 are currently on that force. They staff three stations 24-hours a day, with firefighters working 24 hours on and 48 hours off.

A majority of the city's firefighters are represented by the firefighters association, a union the city does not have to legally recognize. The association has about 30 members. Ten Phenix City firefighters

Hunter is the fourth chief in the last seven years. He is serving his second stint as chief, lasting six months in the job in 2001.

*See FIRE FIGHT, Page A3*



When the alarm sounds at the Phenix City Fire Department, it's all business.

Everybody — the fire chief, command staff, firefighters and politicians — agrees on that.

But that's where the agreement ends and the bickering begins.

"God has chosen a garden to plant us in and now we need to grow."

*Carolyn Brown, Violet, La., evacuee on arrival in Columbus*

# Learning lessons from New Orleans

Disaster-prone U.S. cities scramble to create plans to handle the next big one

# FIRE FIGHT | 'A little more give and take' needed

### From 1

agreed to discuss department issues Tuesday with the Ledger-Enquirer. The one-hour interview was conducted with all of them at the same time, the only way they would agree to talk. Those who attended were Capt. Robert Gaskin; Sgts. Davis, Karl Taylorson, James Ellerbee, Anne Land, Jeff Bowden and Scott Johnson; and firefighters Lance Wagner, William Miles and Marc Wells.

Several of the firefighters said they feared their jobs would be threatened if they talked about the problems inside the department.

"Everyone sitting in this room is worried to death about this," Taylorson said.

Davis puts it this way: "We are reluctant to talk because of significant fear of retaliation, being disciplined or fired."

According to the rules Phenix City employees must follow, an employee can be discharged for speech that "impairs discipline and harmony in the workplace" or "speech which jeopardizes close personal loyalty."

During the interview, firefighters laid out a litany of complaints, including:
- Disparity in treatment of union and non-union personnel.
- Intimidation, coercion, derogatory comments, threats and harassment of union members.
- Micromanagement.

They were vague about specific incidents, but focused on the general nature of their complaints.

An hour after the interview, Johnson asked that his name not be included in those who talked to the reporter. He did not make any comments during the interview. The next day, the chief asked that Johnson's name be excluded from the list.

### 'Disgruntled clique'

Capt. Mickey Hutchinson has been with the Phenix City Fire Department for 15 years. He said activity from the firefighters association is causing most of the turmoil.

"We have a clique that is disgruntled," Hutchinson said. "They don't like the way things are going, so they are causing turmoil."

He said the dissension is wearing thin in the department.

"Some people are getting tired of the crap," Hutchinson said. "People need to come in and do their jobs without worrying about the penny-ante stuff."

It's that "penny-ante stuff" that some union firefighters say is at the core of the problem.

Put the dispute in a fire house — there are three of them in Phenix City — and it just festers. Firefighters live and work together in 24-hour chunks.

  

Bowden    Gaskin    Taylorson

guys who complained he was hurt on the job," Hardin said. "He was working on swap time. He was on workman's comp. It's hard to insure two people at the same time when only one is working. What about the person who was supposed to be working? Were we also insuring him? The insurance company advised us not to do that."

### The history

Past disputes have spilled over into the courts.

In May, a federal jury ruled against two former Phenix City firefighters who were asking for nearly $1 million in damages for the loss of their jobs.

Randy Doster and Dennis Duty sued the city of Phenix City, former Fire Chief Ronnie Blankenship, former City Manager Bobby Gaylor, former Chief Prater, Chief Hunter and Assistant Chief Johansen.

The U.S. District Court jury in Opelika, Ala., deliberated less than an hour and a half before ruling in favor of all six defendants.

It wasn't the first time the city won a federal lawsuit.

In March, U.S. District Judge Myron Thompson of the Middle District of Alabama dismissed a $6.2 million lawsuit against Phenix City. Phenix Lumber Company filed the suit against the city and Blankenship, alleging the former chief refused to let firefighters battle a sawmill fire in 1998.

In 2001, Doster and Duty accused Blankenship of instructing firefighters to let the sawmill burn. Blankenship denied the charge. Duty and Doster claimed their problems in the department started after those allegations.

Duty was the president of the firefighters association. When he lost the lawsuit, Davis became the association's leader.

Jim McKoon, a Phenix City attorney who represented the city in both federal lawsuits, said the complaints from the firefighters are the same ones two juries heard from Duty and Doster.

"We won at every turn," McKoon said. "Every time you put this in front of a jury or fact-finder, they can see what's going on."

McKoon said he has advised Hunter to run a tight ship.

Robert Gaskin, 40, has been with Phenix City department for more tha[n] years. He is less than nine years fro[m] retirement that would pay him 60 per[cent] of his top three annual salaries.

He has applied for a civilian job in I[raq]

"I would rather go do that and take [a] risk in a combat zone riding a big red t[ruck] that says 'shoot me' than be here," G[askin] said.

Some have already left.

Since January 2000, there have bee[n] employees to leave the Phenix City [Fire] Department. The departures break [down] the following way:
- Twenty-one employees resigned.
- Three employees retired.
- Two employees went out on me[dical] disability retirement.
- Three employees were dismissed

Don't read too much into those [num]bers, the chief said.

"People want to distort that," H[unter] said. He points out that firefighters left for career advancement and reloc[ation] reasons.

### How does it end?

One of those people who resigned Bubba Stephens, who spent 14 years i[n] Phenix City Fire Department. Hunter Stephens told him when he left in A[pril] was to concentrate on his second job landscaper.

That is not the only reason Step[hens] says he left the force. He says he wa[nts] what is happening in Louisiana and [Mis]sissippi and he misses his job.

"One of the reasons I left was I d[idn't] think it was going to get any be[tter]," Stephens said.

He said others are talking to him a[bout] walking away.

"They look at us like we are rebell[s]," said Stephens, 39. "But if you beat a [man] down, he will turn around and fight y[ou]."

Taylorson and the other u[nion] firefighters say they are looking for [help]. That is part of the reason they sat f[or the] interview.

"I hope the right person hears it [and] comes in to help," Taylorson said. "I[t may] be a citizen, the city manager, the co[uncil]. We're just looking for a savior."

It is time for those who have prob[lems] with management to make decision[s], the chief said.

"I am sick and tired of it," Hunter [said]. "If it is too much on people, they ne[ed to] make a decision on which direction [they] need to go."

The union firefighters say they hea[r the] same thing from command staff on a [regu]lar basis.

"Basically, if you are not happy you [need] to leave, that is what we have bee[n told] several times," said Sgt. Anne La[nd], a seven-year veteran of the Phenix [City]

not make any comments during the interview. The next day, the chief asked that Johnson's name be excluded from the list.

### 'Gruntled clique'

Mickey Hutchinson has been with the Phenix City Fire Department for 15 years. He said activity from the firefighters association is causing most of the turmoil.

"We have a clique that is disgruntled," Hutchinson said. "They don't like the way things are going, so they are causing turmoil."

He said the dissension is wearing thin in the department.

"Some people are getting tired of the crap," Hutchinson said. "People need to come in and do their jobs without worrying about the penny-ante stuff."

It is that "penny-ante stuff" that some union firefighters say is at the core of the problem.

Put the dispute in a fire house — there are three of them in Phenix City — and it just festers. Firefighters live and work together in 24-hour chunks.

"Nothing is a secret in the fire department," said Assistant Fire Chief Kenneth Johansen.

At the center of the complaints is a threat to change the firefighters' work schedules. The department has already eliminated "swap time," a practice that allows a firefighter to swap a shift with another firefighter. It allows flexibility for personal advancement and time off for personal reasons.

The practice was eliminated by former Chief Jerry Prater in January. Other fire departments, including the Columbus Fire and Emergency Medical Services Department, allow swap time.

This move upset a number of the firefighters. They say swap time was used to maintain and achieve educational requirements of the department. Currently, none of the Phenix City firefighters are enrolled in the fire sciences courses at Chattahoochee Valley Community College. Such courses are needed for firefighters to get promoted.

Taylorson, a 10-year veteran, said he has used swap time to spend time with his family and do community service.

"It allows me to coach ball," he said.

In an Aug. 3 memo to Phenix City Manager Bubba Roberts, Hunter defended the elimination of swap time.

"Swap time was abused by some employees so they could work their part-time jobs," Hunter wrote.

Mayor Jeff Hardin said swap time was eliminated because of concerns from the city's insurance carrier.

stemmed from a lawsuit by one of the against Phenix City. Phenix Lumber Company filed the suit against the city and Blankenship, alleging the former chief refused to let firefighters battle a sawmill fire in 1998.

In 2001, Doster and Duty accused Blankenship of instructing firefighters to let the sawmill burn. Blankenship denied the charge. Duty and Doster claimed their problems in the department started after those allegations.

Duty was the president of the firefighters association. When he lost the lawsuit, Davis became the association's leader.

Jim McKoon, a Phenix City attorney who represented the city in both federal lawsuits, said the complaints from the firefighters are the same ones two juries heard from Duty and Doster.

"We won at every turn," McKoon said. "Every time you put this in front of a jury or fact-finder, they can see what's going on."

McKoon said he has advised Hunter to run a tight ship.

"The last three fire chiefs have tried to reason and have been out of a job," McKoon said. "My advice is to run this thing like you are a drill sergeant on Parris Island. Everybody at the top can't be wrong."

### Decision time

Sgt. Jeff Bowden has been a Phenix City firefighter for nine years.

He has watched the turmoil during his career and said it is reaching a critical stage.

"It has grown and grown, like a pimple that has come to a head," he said. "Something is going to pop."

Council member Ray Bush tried to mediate the differences between the firefighters and the city. He was limited in what he could do because the city's charter strictly prohibits elected officials from getting involved in personnel matters.

His observation: "You have a bunch of young folks that can't seem to realize you got to go to work every day with a good attitude," Bush said.

Bush is convinced the problem will take care of itself.

"In time, the problem will go away," Bush said. "But we have got to have a little more give and take."

Some of the firefighters say they are looking to leave.

Three have applications in with the Columbus department, although they would have to take a pay cut to work on the other side of the Chattahoochee River. Other firefighters have applied for jobs with other departments in the region.

walking away.

"They look at us like we are rebel said Stephens, 39. "But if you beat a down, he will turn around and fight y

Taylorson and the other u firefighters say they are looking for r That is part of the reason they sat f interview.

"I hope the right person hears it comes in to help," Taylorson said. "I be a citizen, the city manager, the co We're just looking for a savior."

It is time for those who have prob with management to make decisions chief said.

"I am sick and tired of it," Hunter "If it is too much on people, they ne make a decision on which direction need to go."

The union firefighters say they hea same thing from command staff on a lar basis.

"Basically, if you are not happy you to leave, that is what we have been several times," said Sgt. Anne La seven-year veteran of the Phenix department.

Hunter said part of the issu firefighters have not learned to "agr disagree."

"It is hard to resolve a problem people resort to hate," Hunter said.

Glenn Hill, a Phenix City firefighte four years, just wants the bickering to He is a member of the union, but wa present at the group interview last we

He sent the following e-mail to Ledger-Enquirer:

*"I would like to start off by saying i working in the fire service, it is a rewarding job. As far as the problems exist in the Phenix City Fire Departm can't tell you why they exist but I ca that they do. Since I have been employ Phenix City there has been constant moil. I have been called to the p department to give statements about chiefs arguing, I have been in meetings I have been told that my hours could ch at anytime because there were letters i published in the opinion column o newspaper. I have been told that the p does not like us and thinks we are l just want to go to work every day an my job. ... The unfortunate thing believe there are some very good peop this department. Several of these p expressed to me that they were se employment elsewhere. I just wish department, from top to bottom, could as a team and communicate to fix the lems that exist."*

Contact **Chuck Williams** at (706) 320-4485 or chwilliams@ledger-enquirer.com

