

EXHIBIT
G

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

DAVID DAVIS,                )
                            )
        Plaintiff,          )
                            )
vs.                         )   CIVIL ACTION
                            )   FILE NO. 3:06-CV-00544-VPM
PHENIX CITY, ALABAMA, et al.,)
                            )
        Defendants.         )

COPY

Oral Deposition of **MR. DAVID DAVIS**, Plaintiff, called by the Defendant, before Courtney Tillman Peters, Certified Court Reporter and Notary Public for the State of Alabama, taken at the City of Phenix City Hall, 601 12th Street, Phenix City, Alabama 36867, on the 5th day of April, 2007, commencing at 11:25 a.m. EST.

**COURTNEY TILLMAN PETERS**
Certified in Alabama & Georgia
**CAUSEY & PETERSON CERTIFIED COURT REPORTERS**
Post Office Box 81
Columbus, Georgia  31902
(706) 317-3111

him and his advice to you according to you was to go downtown with it; is that right?

A. Correct.

Q. All right. So if you wanted to go above him, who would you go to next?

A. I don't remember who my Assistant Chief was but that would be my next.

Q. Assistant Chief?

A. That's correct.

Q. Who would be the next one above that?

A. At that time, it would be a Deputy Chief.

Q. And who would that be?

A. That would have been Roy Waters.

Q. Okay. Chief Waters pretty much had an open door policy. Anybody that wanted to talk to him about anything?

A. I don't know if that was an official open door policy, but I mean I went in there and talked to him without repercussions.

Q. You didn't ever have any problems going to talk to him if you had a concern about something, did you?

A. Well, that all depends on what it entailed.

Q. All right. But you said a minute ago this didn't affect you. What do you mean by that?

A. That means that I personally would not be