**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 10, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Davis v. Phenix City, Alabama et al

**Case Number:** 3:06cv00544-WHA

**This Notice of Correction was filed in the referenced case this date to attach the corrected PDF documents previously attached to include certificates of service.**

**The correct PDF documents are attached to this notice for your review.   Reference is made to document # 91   filed on    December 10, 2007.**