IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:06-cv-00544-WHA |
| | ) | |
| PHENIX CITY, ALABAMA, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFF'S DECLARATION OF TECHNICAL DIFFICULTIES

Please take notice that Plaintiff was unable to file the attached Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial Summary Judgment (with attachments) in a timely manner due to technical difficulties.  The deadline for filing the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial Summary Judgment (with attachments) was December 7, 2007.  The reason that I Thomas A. Woodley, co-counsel for the Plaintiff, was unable to file the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial Summary Judgment (with attachments) in a timely manner and the good faith efforts I made prior to the filing deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so are set forth below.

On December 7, 2007 at approximately 3:34 p.m. Eastern Standard Time, I electronically filed our Motion for Partial Summary Judgment with attached Certificate of Service.  Immediately after filing the Motion for Partial Summary Judgment I filed our

Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial

Summary Judgment (with attachments).  Upon not receiving email notification of this

filing, I called the ECF Help Desk who informed me that our Memorandum of Points and

Authorities in Support of Plaintiff's Motion for Partial Summary Judgment (with

attachments) had not been received, and that because of the volume of documents

attached to the Memorandum, the system timed out before the document was

completely filed.  I was told to file this Declaration and to re-file the attached

Memorandum and to file the attachments in separate filings so that the system does not

time out again.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,


/s/ Thomas A. Woodley
Thomas A. Woodley
Molly A. Elkin
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C.  20005
Tel: (202) 833-8855
Fax:  (202) 452-1090
taw@wmlaborlaw.com


/s/ Gary Brown
Gary Brown, Esq.
FITZPATRICK & BROWN LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax:  (205) 320-7444

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:06-cv-00544-WHA |
| | ) | |
| PHENIX CITY, ALABAMA, et al. | ) | Judge W. Harold Albritton |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that on December 10, 2007, I electronically filed Plaintiff's Notice

of Technical Difficulties with the Clerk of the Court using the CM/ECF system which will

send notification of such filing as well as sending a copy by regular U.S. mail to

defendants' counsel:

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868


/s/ Thomas A. Woodley
Thomas A. Woodley
Attorney for Plaintiff