IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv544-WHA |
| | ) |
| PHENIX CITY, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Plaintiff's Motion for Partial Summary Judgment (Doc. # 88) and the Defendants' Second Motion for Summary Judgment (Doc. #89), filed on December 7, 2007, will be deemed submitted to this Court on January 7, 2008, without oral argument. If any party desires oral argument, such party should so notify the Court and opposing counsel by January 7, 2008. If, after considering the parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the non-moving parties wish to file in opposition to said motions shall be filed on or before December 31, 2007.

The moving parties shall have until January 7, 2008, to file any reply they wish to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

DONE this 10th day of December, 2007.

                                      /s/ W. Harold Albritton
                                      W. HAROLD ALBRITTON
                                      SENIOR UNITED STATES DISTRICT JUDGE