IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION
IN SUPPORT OF PLAINTIFFS MOTION
<u>FOR PARTIAL SUMMARY JUDGMENT</u>**

Declaration of David Davis with Exhibits 1-23

Declaration of Thomas Malone with Exhibits 1-2

Initial and Supplemental Depositions of

Initial and Supplemental Depositions of City Manager H.H. Roberts

Initial and Supplemental Deposition of Fire Chief Wallace Hunter

Initial and Supplemental Deposition of Mayor Jeffrey Hardin;

Deposition Arthur L. Sumbry

Deposition of Lloyd Ray Bush

Deposition of Personnel Director Barbara Goodwin

Deposition of Deputy Chief Roy Waters.

Respectfully submitted,


/s/ Thomas A. Woodley
Thomas A. Woodley
Molly A. Elkin
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C.  20005
Tel: (202) 833-8855
Fax:  (202) 452-1090



/s/ Gary Brown
Gary Brown, Esq.
FITZPATRICK & BROWN LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax:  (205) 320-7444


Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge W. Harold Albritton |
| ) | |
| Defendants. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

This is to certify that on December 10, 2007, I electronically filed Plaintiff's Evidentiary Submissions in support of Plaintiffs Motion for Partial Summary Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing as well as sending a copy by regular U.S. mail to defendants' counsel:

Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868

/s/ Thomas A. Woodley
Thomas A. Woodley
Attorney for Plaintiff