## Phenix City Firefighters Association
## Local-3668
### P. O. Box 173
### Phenix City, AL 36868

*President- Dennis Duty      Vice President- David P. Davis*
*Secretary/Treasurer- Robert Gaskin*
*Affiliated with PFFA/IAFF/AFL-CIO*

Chief Jerry Prater,                                    January 25, 2005

This letter is a formal request to set up a meeting to discuss current conditions of employment for the members of the *Phenix City Firefighters Association, Local –3668*. As a representative of Local-3668's choosing, and in compliance set forth in the Code of Alabama/Section 11-43-143, I am confident that we can meet and confer on a number of issues that greatly impact both of our organizations. I only ask that this meeting be scheduled on one of my off duty days, and that you will inform us, with a written notice, in ten to fifteen days, if such a meeting will be possible. Also in the written notice, please notify me of the time and place that best fits your schedule. Regretfully, I will not be available during the first week of February, due to a scheduled class, but anytime after that would be great. Below is a sample list of some topics and talking points for discussion.

**Safety Issues-**
- Incident commanders and safety concerns on emergency incidents.
- Incident Management System and safety factors at emergency incidents.
- Current Standard Operating Procedures and its influence on firefighter safety.
- Job stress and its effects on safety and health.
- Firefighter Wellness.

**General Employment Issues-**
- Morale and its effects on our membership.
- Management styles and concepts with regards to the concerns of firefighters.
- Discussion of privileged information.
- Salaries.
- Benefits.
- Union representation.
- Employee "trade time".

**Discipline-**
- Corrective versus punitive.
- Fact based discipline versus opinion.
- Fair and justified application of the merit system.
- Disciplinary action record keeping.

**Communication-**
- Improve communication
- Opened minded and committed to improving our current situations.
- Two-way communication between labor and management.
- Establish regular Labor/Management (L&M) meetings between the fire department administration and organized labor leaders.

Respectfully,

David P. Davis
Vice President/Local-3668
Phenix City Firefighters Association



EXHIBIT 3

PHENIX CITY FIRE DEPARTMENT

# Three-alarm turmoil

### Disputes, alleged threats, coercion, harassment fan flames of mistrust

**By CHUCK WILLIAMS**
*Staff Writer*

The department is in turmoil.

Some firefighters say they are mistreated by management and the city — and work in an atmosphere of intimidation, coercion, derogatory comments, threats and harassment.

"Morale is at the lowest point since I've been here," said Sgt. David Davis, a seven-year veteran and president of the Phenix City Firefighters Association.

Chief Wallace Hunter, a 20-year career Phenix City firefighter who assumed the top job in May, said attitude is the issue.

"When you come in with a negative attitude, you are going to have a negative day," he said. "And you are going to make everything negative around you."



Davis

Hunter

Hunter is the fourth chief in the last seven years. He is serving his second stint as chief, lasting six months in the job in 2001.

Twice, departmental disputes have ended up in federal court — both times the city prevailed. Over the last five years, 29 firefighters have left for a variety of reasons, including retirement and medical disability.

The city has spots for 51 firefighters, and 44 are currently on that force. They staff three stations 24-hours a day, with firefighters working 24 hours on and 48 hours off.

A majority of the city's firefighters are represented by the firefighters association, a union the city does not have to legally recognize. The association has about 30 members. Ten Phenix City firefighters

See FIRE FIGHT, Page A3

When the alarm sounds at the Phenix City Fire Department, it's all business.

Everybody — the fire chief, command staff, firefighters and politicians — agrees on that.

But that's where the agreement ends and the bickering begins.



"God has chosen a garden to plant us in and now we need to grow."

*Carolyn Brown, Violet, La., evacuee on arrival in Columbus*

## Learning lessons from New Orleans

Disaster-prone U.S. cities

# FIRE FIGHT | 'A little more give and take' needed

From A1

...eed to discuss department issues Tuesday with the Ledger-Enquirer. The one-[hou]r interview was conducted with all of [the]m at the same time, the only way they [wou]ld agree to talk. Those who attended [we]re Capt. Robert Gaskin; Sgts. Davis, [Car]l Taylorson, James Ellerbee, Anne [La]d, Jeff Bowden and Scott Johnson; and [fire]fighters Lance Wagner, William Miles [an]d Marc Wells.

Several of the firefighters said they [fea]red their jobs would be threatened if [the]y talked about the problems inside the [de]partment.

"Everyone sitting in this room is worried [to] death about this," Taylorson said.

Davis puts it this way: "We are reluctant [to] talk because of significant fear of retaliation, being disciplined or fired."

According to the rules Phenix City [em]ployees must follow, an employee can [be] discharged for speech that "impairs discipline and harmony in the workplace" or [sp]eech which jeopardizes close personal [loy]alty."

During the interview, firefighters laid [ou]t a litany of complaints, including:

- Disparity in treatment of union and [no]n-union personnel.
- Intimidation, coercion, derogatory [co]mments, threats and harassment of [un]ion members.
- Micromanagement.

They were vague about specific inci[de]nts, but focused on the general nature of [the]ir complaints.

An hour after the interview, Johnson [as]ked that his name not be included in [tho]se who talked to the reporter. He did [no]t make any comments during the interview. The next day, the chief asked that [Joh]nson's name be excluded from the list.

## 'Disgruntled clique'

Capt. Mickey Hutchinson has been with [th]e Phenix City Fire Department for 15 [ye]ars. He said activity from the firefighters [ass]ociation is causing most of the turmoil.

"We have a clique that is disgruntled," [Hu]tchinson said. "They don't like the way [thi]ngs are going, so they are causing [tur]moil."

He said the dissension is wearing thin in [th]e department.

"Some people are getting tired of the [cra]p," Hutchinson said. "People need to [co]me in and do their jobs without worry[in]g about the penny-ante stuff."

It is that "penny-ante stuff" that some [un]ion firefighters say is at the core of the [pro]blem.

Put the dispute in a fire house — there [ar]e three of them in Phenix City — and it [jus]t festers. Firefighters live and work [tog]ether in 24-hour chunks.


Bowden


Gaskin


Taylorson

guys who complained he was hurt on the job," Hardin said. "He was working on swap time. He was on workman's comp. It's hard to insure two people at the same time when only one is working. What about the person who was supposed to be working? Were we also insuring him? The insurance company advised us not to do that."

## The history

Past disputes have spilled over into the courts.

In May, a federal jury ruled against two former Phenix City firefighters who were asking for nearly $1 million in damages for the loss of their jobs.

Randy Doster and Dennis Duty sued the city of Phenix City, former Fire Chief Ronnie Blankenship, former City Manager Bobby Gaylor, former Chief Prater, Chief Hunter and Assistant Chief Johansen.

The U.S. District Court jury in Opelika, Ala., deliberated less than an hour and a half before ruling in favor of all six defendants.

It wasn't the first time the city won a federal lawsuit.

In March, U.S. District Judge Myron Thompson of the Middle District of Alabama dismissed a $6.2 million lawsuit against Phenix City. Phenix Lumber Company filed the suit against the city and Blankenship, alleging the former chief refused to let firefighters battle a sawmill fire in 1998.

In 2001, Doster and Duty accused Blankenship of instructing firefighters to let the sawmill burn. Blankenship denied the charge. Duty and Doster claimed their problems in the department started after those allegations.

Duty was the president of the firefighters association. When he lost the lawsuit, Davis became the association's leader.

Jim McKoon, a Phenix City attorney who represented the city in both federal lawsuits, said the complaints from the firefighters are the same ones two juries heard from Duty and Doster.

"We won at every turn," McKoon said. "Every time you put this in front of a jury or fact-finder, they can see what's going on."

McKoon said he has advised Hunter to run a tight ship.

Robert Gaskin, 40, has been with [the] Phenix City department for more tha[n ... ] years. He is less than nine years fro[m] retirement that would pay him 60 per[cent] of his top three annual salaries.

He has applied for a civilian job in I[raq].

"I would rather go do that and take [a] risk in a combat zone riding a big red t[ruck] that says 'shoot me' than be here," G[askin] said.

Some have already left.

Since January 2000, there have bee[n ...] employees to leave the Phenix City [Fire] Department. The departures break d[own] the following way:

- Twenty-one employees resigned.
- Three employees retired.
- Two employees went out on me[dical] disability retirement.
- Three employees were dismissed.

Don't read too much into those [num]bers, the chief said.

"People want to distort that," H[unter] said. He points out that firefighters [have] left for career advancement and reloc[ation] reasons.

## How does it end?

One of those people who resigned [was] Bubba Stephens, who spent 14 years i[n the] Phenix City Fire Department. Hunter [said] Stephens told him when he left in A[pril it] was to concentrate on his second job [as a] landscaper.

That is not the only reason Step[hens] says he left the force. He says he wa[tches] what is happening in Louisiana and [Mis]sissippi and he misses his job.

"One of the reasons I left was I d[on't] think it was going to get any be[tter," ] Stephens said.

He said others are talking to him a[bout] walking away.

"They look at us like we are rebel[s," ] said Stephens, 39. "But if you beat a [dog] down, he will turn around and fight y[ou."]

Taylorson and the other u[nion] firefighters say they are looking for [help.] That is part of the reason they sat f[or the] interview.

"I hope the right person hears i[t and] comes in to help," Taylorson said. "[It can] be a citizen, the city manager, the co[uncil.] We're just looking for a savior."

It is time for those who have prob[lems] with management to make decision[s, the] chief said.

"I am sick and tired of it," Hunter [said.] "If it is too much on people, they ne[ed to] make a decision on which direction [they] need to go."

The union firefighters say they he[ar the] same thing from command staff on a [regu]lar basis.

"Basically, if you are not happy you [need] to leave, that is what we have bee[n told] several times," said Sgt. Anne La[... a] seven-year veteran of the Phenix [City ...]

...ot make any comments during the inter-
...ew. The next day, the chief asked that
...hnson's name be excluded from the list.

### Disgruntled clique'

Capt. Mickey Hutchinson has been with
...e Phenix City Fire Department for 15
...ars. He said activity from the firefighters
...sociation is causing most of the turmoil.

"We have a clique that is disgruntled,"
...utchinson said. "They don't like the way
...ings are going, so they are causing
...rmoil."

He said the dissension is wearing thin in
...e department.

"Some people are getting tired of the
...ap," Hutchinson said. "People need to
...me in and do their jobs without worry-
...g about the penny-ante stuff."

It is that "penny-ante stuff" that some
...ion firefighters say is at the core of the
...oblem.

Put the dispute in a fire house — there
...e three of them in Phenix City — and it
...st festers. Firefighters live and work
...gether in 24-hour chunks.

"Nothing is a secret in the fire depart-
...ent," said Assistant Fire Chief Kenneth
...hansen.

At the center of the complaints is a
...reat to change the firefighters' work
...hedules. The department has already
...iminated "swap time," a practice that
...lows a firefighter to swap a shift with
...other firefighter. It allows flexibility for
...ucational advancement and time off for
...rsonal reasons.

The practice was eliminated by former
...ief Jerry Prater in January. Other fire
...partments, including the Columbus Fire
...d Emergency Medical Services Depart-
...ent, allow swap time.

This move upset a number of the
...efighters. They say swap time was used
... maintain and achieve educational
...quirements of the department. Current-
... none of the Phenix City firefighters are
...rolled in the fire sciences courses at
...attahoochee Valley Community Col-
...ge. Such courses are needed for
...efighters to get promoted.

...Taylorson, a 10-year veteran, said he has
...ed swap time to spend time with his
...mily and do community service.

"It allows me to coach ball," he said.

...n an Aug. 3 memo to Phenix City Man-
...er Bubba Roberts, Hunter defended the
...mination of swap time.

"Swap time was abused by some
...ployees so they could work their part-
...e jobs," Hunter wrote.

...Mayor Jeff Hardin said swap time was
...minated because of concerns from the
...y's insurance carrier.

"It stemmed from a lawsuit by one of the

...agains... ...ief Do... ...mem...
...pany filed the suit against the city and
Blankenship, alleging the former chief
refused to let firefighters battle a sawmill
fire in 1998.

In 2001, Doster and Duty accused Blan-
kenship of instructing firefighters to let
the sawmill burn. Blankenship denied the
charge. Duty and Doster claimed their
problems in the department started after
those allegations.

Duty was the president of the
firefighters association. When he lost the
lawsuit, Davis became the association's
leader.

Jim McKoon, a Phenix City attorney
who represented the city in both federal
lawsuits, said the complaints from the
firefighters are the same ones two juries
heard from Duty and Doster.

"We won at every turn," McKoon said.
"Every time you put this in front of a jury
or fact-finder, they can see what's going
on."

McKoon said he has advised Hunter to
run a tight ship.

"The last three fire chiefs have tried to
reason and have been out of a job," McK-
oon said. "My advice is to run this thing
like you are a drill sergeant on Parris
Island. Everybody at the top can't be
wrong."

### Decision time

Sgt. Jeff Bowden has been a Phenix City
firefighter for nine years.

He has watched the turmoil during his
career and said it is reaching a critical
stage.

"It has grown and grown, like a pimple
that has come to a head," he said. "Some-
thing is going to pop."

Council member Ray Bush tried to
mediate the differences between the
firefighters and the city. He was limited in
what he could do because the city's char-
ter strictly prohibits elected officials from
getting involved in personnel matters.

His observation: "You have a bunch of
young folks that can't seem to realize you
got to go to work every day with a good
attitude," Bush said.

Bush is convinced the problem will take
care of itself.

"In time, the problem will go away,"
Bush said. "But we have got to have a little
more give and take."

Some of the firefighters say they are
looking to leave.

Three have applications in with the
Columbus department, although they
would have to take a pay cut to work on
the other side of the Chattahoochee River.
Other firefighters have applied for jobs
with other departments in the reg...n.

...walking away.

"They look at us like we are rebel...
said Stephens, 39. "But if you beat...
down, he will turn around and fight y...

Taylorson and the other u...
firefighters say they are looking for...
That is part of the reason they sat f...
interview.

"I hope the right person hears it...
comes in to help," Taylorson said. "...
be a citizen, the city manager, the cou...
We're just looking for a savior."

It is time for those who have prob...
with management to make decision...
chief said.

"I am sick and tired of it," Hunter...
"If it is too much on people, they ne...
make a decision on which direction...
need to go."

The union firefighters say they hea...
same thing from command staff on a...
lar basis.

"Basically, if you are not happy you...
to leave, that is what we have been...
several times," said Sgt. Anne La...
seven-year veteran of the Phenix...
department.

Hunter said part of the issu...
firefighters have not learned to "agr...
disagree."

"It is hard to resolve a problem...
people resort to hate," Hunter said.

Glenn Hill, a Phenix City firefight...
four years, just wants the bickering to...
He is a member of the union, but wa...
present at the group interview last we...

He sent the following e-mail to...
Ledger-Enquirer:

"I would like to start off by saying...
working in the fire service, it is a...
rewarding job. As far as the problems...
exist in the Phenix City Fire Departm...
can't tell you why they exist but I ca...
that they do. Since I have been employ...
Phenix City there has been constant...
moil. I have been called to the p...
department to give statements abou...
chiefs arguing, I have been in meetings...
I have been told that my hours could ch...
at anytime because there were letters...
published in the opinion column o...
newspaper. I have been told that the p...
does not like us and thinks we are la...
just want to go to work every day an...
my job. ... The unfortunate thing...
believe there are some very good peop...
this department. Several of these p...
expressed to me that they were se...
employment elsewhere. I just wish...
department, from top to bottom, could...
as a team and communicate to fix the...
lems that exist."

---

Contact **Chuck Williams**
at (706) 320-4485 or
chwilliams@ledger-enquirer.com