

RESPONSIBILITY, ANYONE?

## its heart

## etters

s are clamoring to influence decisions
· letter of the constitutional law.
justice for the poor be the same as the
men and equal for all races. Since
on as to when human life begins and
tion, the issue does not belong in a

s just goals can never be achieved by
f goals will be rendered less worthy if
e to achieve it.
good judge is that he/she should judge
others and be of good character. They
le leaving room for as much
. They should not be influenced by

ake of this nation, I hope not.
     **A.J. KRAVTIN,** *Columbus*

in the letters section from Larry Martin
edger for its coverage of Dr. Tidwell
patriotic undertakings here in
name is also Larry Martin and I live in
ajor pharmaceutical company and in
iews of the Larry Martin of Columbus.
ne with the other Larry Martin and

## Past time for real leadership

For some time now we have seen the barroom brawl that is the Phenix City Fire Department played out on the pages of this and other newspapers, in public meetings and behind closed doors. Those actually involved have been living it for longer than that.

In a nutshell, it's a mess. Management and a large faction of labor are practically not speaking to each other, and when they do, they use language their mothers would not appreciate.

Some firefighters claim that their work-related complaints are met with threats to alter their work hours, or worse. Management has eliminated what's called "swap time," a practice common to fire departments which allows firefighters to alter their schedules to pursue education or a second job.

Meanwhile, leaders in the department say they're only doing what's best for all, and if it's not anyone's cup of tea, they can look elsewhere for work.

This firehouse Hatfield and McCoy routine has to stop. It is time for someone in Phenix City to step forward and show some leadership.

And, just for the record:

• Saying, "Love it or leave it," is not leadership.
• Neither is incessant griping.

This should not need saying, but apparently it does. Firefighting is one of the most essential missions in municipal government. It demands teamwork and trust at a level few jobs require; and a lack of those things can be fatal — literally. That fatality could be a firefighter or a taxpaying citizen.

So far, thank God, we have not heard of any catastrophes stemming from this feud, but the situation is only getting worse.

Eventually, we're going to see someone step up and fix this situation. We hope it is before something terrible happens.

## Audit makes sense

Muscogee County School Superintendent John Phillips wants an outside agency to audit the school district's Plant Services Department



EXHIBIT 5

# Bush isn't obligated to speak

Cindy Sheehan has had her audience with the president. He is under no further obligation to be at her beck and call. She is starting to look very shrewish.

I have a son in the armed forces and if he should die in the service to his country, I would not disgrace his memory by ranting at whomever is our president.

**RICHARD A. VALENTINE**, Phenix City

## Just answer the mother's question

Cindy Sheehan has a simple question. George Bush gave a speech in which he said that the soldiers recently blown up in Iraq died for a "noble cause." She wants him to tell her what the "noble cause" is.

The rest of us want Bush to explain how it is that Americans are still dying more than two years after the liberation of Iraq, 14 months after the sovereignty "handover," and seven months after their elections.

We want to know why it was that the "intelligence and facts were being fixed around the policy" of going to war in Iraq some eight months before the invasion.

We want to know why Halliburton has been awarded billion dollar contracts to build permanent military bases in Iraq.

We want to know why the U.S. turned down the offers of peacekeeping troops from our allies - including Jordan - and from the U.N., which would have got us out of Iraq in 2003, but which would have left security in place to protect the Iraqi people.

We want to know why troops and support aircraft were taken from Tora Bora region of Afghanistan, where they had Osama bin Laden trapped or contained, and sent to areas near Iraq to prepare for the invasion and hunt for Saddam.

We want to know why the top Republican leadership won't admit what the military in Iraq has already said publicly in June of 2005: That "this insurgency is not going to be settled,

## Letters

the terrorists and the terrorism in Iraq is not going to be settled, through military options or military operations. It's going to be settled in the political process." — Brig. Gen. Donald Alston, the chief U.S. military spokesman in Iraq.

"We can't kill them all. When I kill one I create three." — Lt. Col. Frederick P. Wellman, who works with the task force overseeing the training of Iraqi security troops.

**JAMES FINKELSTEIN**, Albany, Ga.

## Hugley's answer is not acceptable

I read a letter in Saturday's Ledger-Enquirer questioning the progress of the new animal shelter. I recently contacted our city manager concerning this same matter. The following is his reply dated July 28, 2005:

"The committee has hired an an architect, drafted bid documents and received bids. Unfortunately the bids came in over budget. They will value engineer to get the cost down and within budget or the committee will continue to raise private dollars and build the facility as designed." Isaiah Hugley

What he meant to say: "We have drug our feet and finally hired an architect, drafted bid documents and received bids. Of course the bids came in over budget, what did you expect? They will value down (fancy words for, cut out some items), that were approved by the voters, to get the cost down.

Surely you don't expect us to follow through with what we promise. Or the committee will continue to raise private funds, (funds already supplied in good faith by the taxpayers) and build the facility as designed."

In other words, it's not our fault if you don't get what you want. This is same reasoning that defeated the the city manager and the mayor don't get it.

I replied to Mr. Hugley that thi not acceptable. Other items on th SPLOST, for a few of the "special have been taken care of, regardle cost. If we continue to accept the scratch yours" mentality coming the Government Center, we deser what we get.

**GERALD BEDGOOD**,

## Firefighter letter was off base

It is evident that the gentleman Seale who wrote the letter concerning the malcontent of the Phenix City firefighters is ignoran the duties firefighters perform.

When you choose this professio go through a rigorous training pro before becoming a firefighter. You constantly training and attending classes on duty and off duty. Ther such thing as eight hours sleep ti You answer calls all through the n just as you do in the day.

I would challenge this writer w thinks it is so easy to put on a war coat and pants in the hot summer build a huge fire and then go stand for 30 minutes to an hour. I would further challenge him to put on hi warmest clothes on a cold winter night go outside soak hims with a hose and stay outside for a hours.

When a firefighters shift is sche for a family birthday, anniversary holiday he is on duty and has to m these.

Many firefighters do have secon as he claims, but this is due to the pay. And these jobs are secondary fire service, because all firefighter on 24 hours call seven days a week

This gentleman says hats off to Roberts. If he should have an emer situation maybe he should call Mr Roberts.

**WAYNE POOLE**, S

# Firefighters earn respec[t]

## Letters

This is in response to the letter about firefighters "crying" about their 24-hour shifts.

First of all, firefighters love their 24-hour shifts and have not complained about that.

Second, firefighters do not get eight hours of sleep time, as the letter claimed. The reality is they respond to calls for help the whole 24-hour shift. Many times, they get only a limited amount of actual sleep time. If you're going to attack firefighters, tread lightly and at least get your facts straight, because as member of this community, I will tell you, we will stand behind our firefighters.

I think it is a disgrace that a Phenix City building inspector, and a direct subordinate of Bubba Roberts, would kiss up in the paper by trying to trash our community's heroes, whom we love and respect! There is plenty of time to play kiss-up to Mr. Roberts at work.

Also, if you think that being a firefighter is such a good gig and you are man enough for the challenge, then fill out an application. Remember this, though: Firefighters risk their lives for people they don't even know, each and every time they enter a building that is on fire. They have a lot more to fear than paper cuts.

I am wondering how many building inspectors gave their lives on 9/11/2001. There were 343 firefighters, not to mention about 100 firefighters who sacrifice their lives on the job every year.

Don't insult our firefighters by questioning their level of dedication. I think it is ignoble to try to lessen such a commendable occupation or group of people.

ROBIN McDANIEL, Phenix City

## Health and help

Last spring, ABC veteran news anchor Peter Jennings shared with America that after years of smoking, he had been diagnosed with lung cancer. Jennings lost his battle at age 67.

While we mourn the death of someone as well-known as Peter Jennings, smoking takes thousands of loved ones from families right here in Georgia by causing cardiovascular disease, stroke and emphysema, as well as cancer.

Fortunately for Georgia smokers, in 2001 the Georgia Department of Human Resources (DHR) launched the Georgia Tobacco Quit Line. The Quit Line (1-877-270-STOP or 1-877-2NO-FUME for Spanish speakers) provides free counseling, a resource library, support and referral services for tobacco users ages 13 and older. Smokers have reported marked success in their efforts to go smoke-free thanks to the Quit Line. To date, more than 40,000 Georgians have called the Quit Line for help.

... and cancer free by calling the Georgia Toba[cco] Quit Line. If not for you, do it for the people [who] love you.

STUART T.
Director, Georgia Division of Pu[blic Health]

## Heartbreaking

How many times can your heart break? W[hen we] see the anguish and the terrible loss of John [and] Sue Henderson, thoughts turn to all the oth[er] wonderful men and women who have paid t[he] ultimate price, leaving such grief that no on[e but] those who have been there can know.

I worked with Dr. John Henderson for ma[ny] years, including the time that he himself we[nt to] the Gulf War, and I saw and felt the anguish [when] a comrade, Dr. Mark Connelly, didn't make [it] home. I only hope that the city of Columbu[s will] continue to pray for this family, do somethi[ng in] John's honor, donate blood, walk that extra [mile,] fast for a day, give up cigarettes, make a mo[ney] donation.

What else can we do for this dear family [and] others who have lost their love ones? Pray [that] it will soon be over. Godspeed John; tell M[ark I] miss him to this day.

JOYCE BARTLEY

## Simple compassion

This is in response to a letter (Aug. 2) in [which] the writer claims never to have had a pet p[ut to] "death" by a vet, but lets them die a "natur[al]" death.

As a 30-year owner and lover of many do[gs, it] saddened me to hear one express such call[ous] and utter disregard for the feelings of a fam[ily or] an animal which no doubt loved its owner [completely.

This kind of mistreatment should have s[topped] with the advent of modern veterinary medi[cine.] The writer seemed more concerned with g[uilt of] taking the pet on its "last ride" than with t[he] animal's suffering.

I have felt it necessary to have seven old [sick] dogs euthanised (the correct and nicer wo[rd)] within the past two years.

I refuse to let a dog suffer. We claim to b[e a] civilized society.

CALVIN W. WE[I...]

# ...ve Phenix City officials a brea...

...letters have been criticizing Phenix ...bolishing swap time.
...th about swap time is that only one ...efighters have used this privilege for ...al purposes in the past several ...st of the firefighters used swap time ...nal use or to work part-time jobs. ...it when they couldn't get the day off ...nother firefighter was already ...d to be off for that particular day. ...e is a privilege and not a benefit. ...time that is being used is to cover ...nnel shortage due to three ...rs out on disability, three in ...and personnel who have to use their ...time before the fiscal year has

...y provides all the training that ...rs need to perform their jobs. This ...firefighting, emergency medical ...ns, and hazardous materials. This is ...o expense to the firefighter. ...a firefighter is not cheap. There are ...three firefighters in training. The ...nt also provides training to ...rs so that they can prepare ...es for advancement.
...ters can obtain their degrees online, ...ternet. Local colleges such as ...ochee Valley Community College ...ng several courses each semester. ...ws anyone to pursue an education. I ...any school system or local business ...their employees time off or swap ...dvance their education.
...ty and the Firefighters Association ...ed heavily for Mayor Hardin and ...embers during the last elections. ...are turning on them because they ...what they wanted.

**MICKEY HUTCHINSON**
*Phenix City Fire/Rescue*

## ...to firefighters

...ugust 12 letter "Quit the griping" ...bashes the Phenix City firefighters ...ng better working conditions. The ...ys one of the most disgusting things ...ay to someone in public service: ...ew what the hours were when they ...job" and then: "Let's not forget that ...emen hold another job ... where ...earn as much money and sometimes

...I imagine that if a fire broke out his

## Letters

would be terribly upset if those firemen took too long to get to his house because they were too sleepy to get up and respond quickly. But if they were sleeping and had to respond to a fire, they would do it quickly and professionally, and stay as long as it took to finish the job, even if it took them late into the next day. All the while their children might be upset because they woke up and their father (or mother) was not there, even though it was their day off.

May I ask the author: Do you work two jobs to make a good living for your family? It is a shame that these firefighters must work a second job to make a living, provide health insurance and retirement, all the while protecting your family and mine.

Disagree with the "poor firemen of Phenix City" if you must. You certainly have that right. But do not insult them as you did!

**BILL DENNIS,** *Phenix City*

## On the ball

Twice last week two adult men attempted to discuss my daughter's school assignment and personal information with employees at the Columbus Roberts Center. They both failed in their attempt.

The first call was handled by Karen Defenbaugh. She got as much information from him and about him as she could, but never discussed my daughter with him. She told him she could not. Then she called me to report it and offer assistance. I thanked her, and thanked God that she was so conscientious.

The second call was directed to and handled by Jennifer Allen. She too refused to discuss this matter with the brother of the first caller.

These ladies were on top of things. They were experienced and did exactly what they should have done. I am grateful for both of them and the system we have in place.

These ladies, along with all of their co-workers, are put through a wringer on a daily basis this time of the school year. The crowds, the restless kids, the angry and fussing parents, on top of the massive

Then add to the mix the fact that they ...in one of the oldest, most dreary build... the school system. Its design doesn't l... itself well to the type of crowds they n... serve.

I want people to recognize most of t... citizens behind the scenes of the scho... system as good, caring caretakers of o... children's welfare. If these calls had b... mishandled the outcome could have b... devastating.

Thank you, ladies.

**N.B. HARRIS,**

## Retail class warfare

Call me cynical, but I smell a rat in ...after reading the Ledger's report of pr... rezoning nearby Columbus Park Cros... a chain like Wal-Mart can build a supe... in North Columbus where new comm... businesses are bursting at their cash r... seams. So far, the people of Columbus... struck out getting what most of Amer... enjoyed for years, namely, a one-stop ...discount retailer with a great superma... inside.

When Hyatt describes the members ...council as biting their collective tongu... the subject while two self-interested l... introduce the routine red herrings of ...for traffic studies, too much urban spr... broken promises, and cries from the ...tree-huggers for more trees to block t... views of retail businesses, the devil ap... the future details of our typical counc... back-room deals.

It seems that Columbus politicians ...continue to exhibit their cultural pen... a bit of economic white supremacy fo... Columbus while Columbus South is s... to be developed strictly for industrial ...an occasional lower class strip mall of... stores and coupon-driven eateries.

The well-to-do will never want a W... Supercenter in their midst and will al... fight to keep the masses away from th... favorite upscale establishments. Thos... movers and shakers in Columbus wh... always had special keys to the private ...of our mayor and councilors will alwa... their way, and the average blue-collar ...citizen will never be given a voice on ...matters as where the city should or sl... not permit construction and zoning fo... stores the working class likes to shop

**JOSEPH A. BLAIR**

# Letters

## Public safety suffers

As a citizen of Phenix City, I am concerned with the state of our public safety. I have recently been informed of a situation involving the Phenix City Fire Department.

The city manager and fire chief have ignorantly decided to do away with swap time, which allows our firefighters to further their education at local colleges. They have been told to use their vacation time to go to school. In addition, they do not even get enough vacation time to finish school.

We have firefighters who do not have a degree in fire science. They were asked to take a break from school to complete fire training and have since not been able to finish because of this ignorant move.

Swap time does not affect the budget. The firefighters do not get paid overtime for swap. In fact, the city is using more of the taxpayers' money to pay overtime to cover shifts that cannot be covered due to a shortage in staff when firefighters have to take vacation instead of swap time.

So why would there be any reason to do away with it? Why shouldn't the men and women who protect us every day be allowed to go to school and better themselves in their profession? Are the fire chief and city manager so ignorant they believe that this move will not hurt their fire department? Are they afraid of the firefighters becoming better educated than themselves?

I believe that we the tax-paying voters deserve an explanation, perhaps in writing, from those who made this decision. I also believe that the swap time should be reinstated immediately so we can be confident that the lives of our families and friends are in the hands of competent, educated men and women.

**E. ROBERTS,** *Phenix City*

---

I read an old book that said a task one faced in building a ship was not so much in its sails but how to lay the ballast in order to balance the strength of the wind in the sails, so as to steady the boat without it slowing down or capsizing. This old story said a real test to building a fast ship was not how much sail one has, but how the ballast works out.

I've been told this is a faulty explanation of how a ship works, but I think anyone can read the old book's point. My personal knowledge of ships is based on that 245-year-old book. I've never built or sailed ship.

I know full well that life gives one chances to have the chance to catch a lot of strong wind. Who wants to grow old without having let his sails out for all they're worth?

Having capsized more than once, I appreciate the importance of ballast. And last is what I find in my conversations with others.

[...] can write to David Clark at P.O. [...]

---

90 percent of the time, firefighters are on the scene first?

Roberts would like to see this service stopped. Roberts cares nothing for the citizens' safety. Short-staffing puts firefighters and the public safety at risk. NPFA Standard 1710 governs minimum staffing levels for fire departments. Roberts said, "Phenix City will never adopt this standard." How can three firefighters fight fire and save lives during a structure fire?

Swap time is used in every fire department across the U.S. This enables men to work for each other. When a firefighter swaps, it saves the city money. Because of Roberts' vendettas, he cut this out. This is not good management of city funds.

Ask firefighters wearing the blue shirts. Hardin attended a meeting with 30 firefighters where issues were raised. Hardin stated "help is on the way." But they have received nothing but threats of changing working hours, termination and disciplinary actions. A true leader does not lead by threats and intimidation, which is Roberts' style of leadership. Letters appeared in this newspaper addressing these issues. An Aug. 1 meeting was held by Wallace Hunter. Hardin and Roberts were furious over the letters. The men were threatened with changing their work hours. Is this the kind of leadership that Phenix City has? If so, the citizens and firefighters will suffer.—

**DENNIS DUTY,** *Buena Vista, Ga.*

## A gracious lady

What a lovely way to start the day — seeing my friend and mentor Caroline Dean's picture in the paper.

Caroline Dean is one of the most gracious, sharing people I have ever met. And how we met is quite a story itself.

I was doing research on the internet for my [...]

---

One of the most incredible wildflo[wers] up on my computer screen. I was ov[er] the beauty of the flowers and the inf[...] this site had to offered. I immediate[ly] with the site and told them how imp[...] with all the information and how be[...] wildflowers were photographed. I ex[...] was a Georgia artist doing research [...] and needed help. I immediately got [...] that whatever help I needed would [be] available.

Be reminded, that all I knew was t[hat] wanting to help me was somewhere [...] World Wide Web . . . then I got an in[...] to visit their library and see some of [...] that were in bloom at that time. My [...] were, "Where will I be going?" I soon [...] Caroline Dean lived in Opelika, Ala. [...] be going very far at all to see a pleth[...] and reference material.

We were instant friends. I shared [...] shared her expertise. What lovely d[ays] sharing our love of nature and art. I [...] will ever forget the wonderful days s[...] Caroline Dean, truly a gracious lady [...] her, this world is definitely a more b[...]

**GERRI [...]**

## Thanks for kind gestu[re]

I am writing this letter to say that [...] morning of Aug. 8, I stopped my pat[...] drive-through at the Krystal restaur[ant...] Mall. I waited for the vehicle in fron[t...] away. I pulled up to the window and [...] attendant that the person in the car [...] paid for my breakfast and left.

I tried to find the vehicle but the [...] driven away. Many times, officers fe[el...] don't care about us at all. Then one [...] across one of the many caring, [...] such as this who reside in Columbu[s...]

This was a wonderful act of kindn[ess...] appreciated it. I'm sure that person [...] small act, but to me it was huge. Th[...]

paying outrageous legal fees and court costs.
... who have sat on a jury and attempted to
...nine what was presented as a fact supported
...lence and how the law applies to the situation
...quite well that it's the jury that holds the lion's
...of the burden and responsibility for the
...quences of court actions.

...U.S. Constitution offers little legal basis for
...stom of appointing lawyers to the bench.
...is not even a constitutional provision that
...a lifetime appointment to any federal bench.
...ally, to the contrary, our Constitution implies
...justice would serve a limited term of office
...t specifically provides that judges'
...nsation ". . . shall not be diminished during
...ontinuance in office."

...nk it's about time our U.S. Supreme Court is
...l with a representative balance of all
...sional elements of our society just like our
...ss. With nine members on the court, there
...urely be nine different professions that can
...ter the true legal interests of the American
... One justice from each would suit me fine.
...next, let's have 15-year term limits.

JOSEPH BLAIR, *Columbus*

## ...ourse with manners

...that we have been treated to, or subjected to
...iding on your point of view) the non-event
...around the city, i.e., Bill Madison's alleged
...st threat made to the shout-and-pout
...aded monster employed by WRCG to host
...ie, perhaps much of the city will arrive at the
...of the situation: Talkline is to public
...rse as professional wrestling is to athletic
...tition; it is the Jerry Springer Show without
...nefit of nudity.

...current hosts of this long-running program
...progress through a single phone call without
...over the caller, making rapid-fire comments
...both intellectual merit and entertainment
...and reminding us of their well-held opinions,
...f which can withstand factual or logical
...y. Apparently, anything more than a few
...s without hearing the sounds of their own
...and an affirmation of their own shallow
...results in pathological dissolution of the self,
...would seem.

...s were the only public forum available to our

others, and prefers a host who listens to and
considers the caller's thoughts before responding,
may I recommend Russ Hollenbeck's morning show
on WCGT-TV. It is an ideal forum for those who
prefer to listen before speaking and the tenor of the
show is as warm and comfortable as an old pair of
house shoes. Drop by and join the discourse. And
please, bring your manners. We have come to like it
that way.

BOBBY OLDS, *Columbu*

## Move makes no sense

As a professional educator and a concerned
citizen for public safety, I think it is absurd that the
city leaders in Phenix City would eliminate "swap
time." I do not know much about being a firefighter,
but I do know the importance of an education. If
"swap time" gives our firefighters the ability to
attend college and other various training
opportunities to develop into better fire service
professionals, it should be reinstated immediately.

An education is very important in today's world
and I am sure the fire service is no different. If our
city leaders are not allowing our firefighters the
opportunity to seek a formal education, then they
are cheating us the public out of the potential of our
firefighters in developing into highly trained and
qualified emergency responders.

I would like to know why our city leaders would
even think it is acceptable to take away a policy that
allows our firefighters to go to college, at their own
expense. Is it a cost issue? If it is, I have this
message for our city leaders: If you think an
education is expensive, try ignorance.

At this point I am concerned as to what education
level our city leaders have. Is it that they themselves
are not formally educated? I would think that a city
manager or fire chief would have to have at least a
four-year degree and fully understand the
importance of a formal education. Yet, by their
actions of taking away "swap time," I would venture
to say they do not. As a tax paying voter and
professional educator, I want our firefighters to have
the ability to advance their education as far as they
desire; if the current city leaders can't resolve this
public safety issue, we the voters will at election
time.

CRESTA GILBERT, *Phenix City*

# Ledger-Enquirer

**Write:**
Letters to the editor
Columbus Ledger-Enquirer
P.O. Box 711
Columbus, GA 31902-0711

**Fax:**
(706) 576-6290

**E-mail:**
letters@ledger-enquirer.com

Letters must be no more than
300 words.
Include your name, address and
daytime telephone number for
confirmation.
All letters are subject to editing.
We reserve the right not to
publish any letter.

# P.C. Fire Dept. defends swap time decision

**By Micheal O'Rourke-Cole**
Journal Staff Writer
mkcole@eastalabamajournal.com

The decision to eliminate "swap time" in Phenix City public safety departments—all Phenix City public safety departments—was established last January.

The letters to the editor are coming in twos. Another one showed up in the Ledger-Enquirer on Tuesday morning. The newspaper printing the letters is in Georgia and, according to officials who have researched the sources, the letter-exchange days off with one another.

"Swap time is a privilege we had," said Capt. Mickey Hutchinson. "And it started out for education. Everybody had it. In the past several years, maybe two people have used it for education."

The decision to eliminate the department for 15 years. Although he received his degree in fire science by trading a day off or two in the last semester, he says now the courses are offered online and in cooperation with Chattahoochee Valley Community College and Troy University. With the current schedule of 24-hour shifts, only certain courses are conflicting with working hours. College instructors and full-time fire fighters generally resolve course requirements.

"Mr. Tommy Fiill is the fire science instructor at CVCC," hoping to place the bridge in an area located at the intersection said Chief Wallace Hunter. "Mr. of Waverly Parkway and

Hutchinson has been with the department for 15 years... Salem-Shotwell Bridge was discussed. John Ross from the Lee County Kiwanis club presented proposals as to what they had in mind for the restoration of the bridge. Both groups were adamant about their ability to move the bridge to a location that would allow for everyone to see and enjoy the historical structure. However, during the meeting the Opelika Kiwanis club withdrew its proposal giving the Lee County Historical Society the opportunity to move forward with its plans. Mr. Ross, a member of the Historical Society is hoping to place the bridge in an area located at the intersection of Waverly Parkway and

During the regular scheduled meeting of the Lee County Commission, the fate of the Salem-Shotwell Bridge was discussed. John Ross from the Lee County Kiwanis club presented proposals...

area but Mr. Ross hopes to have the land donated. The Kiwanis club stated that they would be happy to step in if the plan made by Mr. Ross fell through.

In other business the commission voted 3-1-1 to award the low bid for the expansion of the Lee County Justice Center to Rabren General Contractors. Rabren General Contractors of Auburn submitted a bid of $18,597 million. The commission also voted unanimously to go ahead with plans to ask for a lease extension for the Lee County Satellite office located in Smiths Station. The current lease will run out at the end of October and the county wishes to extend it until the end of 2005. The next meeting of the Lee County Commission will be August 29th.

*See Fire Page 7*

---

ments and the city in order to relocate residents and demolish the buildings in the triangle. A facilities to the riverfront downtown. It will cost an estimated

---



## We'd like to talk to you about nothing.

### Nothing-Down for Vacation Homes and Investment Property Mortgages.

Saving for a down payment on a home you dream? With SunTrust's zero-down mortgages homeownership is no longer just a dream. We have lots of programs to help make buying a home affordable, even for people who thought they could never afford it. Want to learn more? Visit us at 1901 Stadium Drive, Suite A in Phenix City, AL or contact us at:

Jane Worthington
334-291-8112
suntrustmortgage.com/jancw

Cathy Hodge
334-291-8115
suntrustmortgage.com/chodge

**SunTrust**
SunTrust Mortgage

# Russell County
*Continued from Page 3*

most of the commissioners would be attending the annual County Commission Conference the week of August 22.

At the commission work session Commissioner Reed had Mrs. Horne-Jordan read into the minutes a proposal for a Russell County Historic Oversight Committee Board. He asked the commission to establish a "seven member board for the purpose of overseeing historic development, funding requests and historic preservation activities in Russell County." It was agreed to put it on the agenda for the commission meeting.

In the commission meeting, Commissioner Reed presented a motion to establish the board, but there were questions raised as to what exactly the board would do and what its limit of authority would be. Commissioner Martin said she was "concerned that we are creating another government level."

Commissioner Lee said there all ready was a requirement for anyone using any property or funds of the county to come before the commission for permission. After further discussion Commissioner Epps requested that the attorney review the proposal as written before they make any decision.

side of the road, which obscured the view around a curve. She said that five months ago she had meet with Commissioner Upshaw and then County Engineer Cal Marker, but the problems still existed.

She also complained that Kings Way was in serious need of grading and was a hazard to those living there because ambulance and fire service could not go down the road. The commissioners discussed the problem of county maintenance with interim County Engineer Harry Ennis.

Commissioner Epps asked the county attorney, Mr. Upshaw and Mr. Ennis to do research on the status of the road and then contact Mrs. Colbert with the results.

During the work session the commission discussed courthouse security and the need for guidelines on what would and would not be allowed in the courthouse.

In response to their request, the sheriff sent a statement to the commission meeting which read: "Warning No weapons or ammunition allowed in the courthouse except by authorized law enforcement officers. All briefcases, purses, carrying cases, packages, etc. are subject to inspection at entrance to building. No knives of any size, razors, scissors or Leatherman

*Continued from Page 3*

Hill has stated that all instructors have been asked by college administrators to make every effort to work with public safety employees."

Without out of state fees eliminated, public safety employees have the opportunity to earn their bachelor's and master's degree from Oklahoma State University and Memphis State. Mr. Hill is the designated proctor for both universities and able to administer exams, Hunter said.

All fire fighters receive training and certification courses that are required by the Alabama Code of 1975. Phenix City pays the fees for many of the required courses and recertifications.

The memo explaining the changes in policy came on January 11 from Chief Jerry Prater.

"This is due to Workman for any compensation concerning ities created for the City of Phenix City," the memo says.

In at least one case, a lawsuit was generated that involved "swap time." City officials say nearly all of the 50-plus m and women "on the job"

On June 15, Duty also lost a lawsuit that began in 1998 with a fire at Phenix Lumber. A jury found his claims against the city unsupported. Duty worked as a fire fighter until 2001 and was dismissed by the city. He has since sought workman's compensation insurance for a medical disability that reportedly occurred while on "swap time." His cases against the city regarding his dismissal, his First Amendment rights and other claims have been dismissed. The city has been found in court to be without fault. Phenix City is not responsible

agreements.

To Mickey Hutchins Phenix City.

"I know ahead of time wh... time off I need," he said. don't worry about it. With t... budget crunches and reven... for the city going down, we c... not lose a position."

Chief Hunter says the f... department is mostly "gra... ful." New equipment is suppli... Promotions are ongoing. F... crew, their training and the gear are "second to none."

"The City of Phenix Ci... helps us out whenever we ne... it," said Hunter. "They ha... bent over backwards so that ... can provide proven service f... the people of Phenix City. Eve... fire fighter here needs to ha... an attitude filled with gra...



C.F. Bunton, Inc. dba
**Fletcher's Gifts**

Phone 334-298-2525
Fax 334-298-9574

C.F. Bunton, Owner
Diane Mack, Sales

September 20, 2005

To whom it may concern,

On Tuesday September 13, 2005, on my off duty day and acting as President of the Phenix City Firefighters Association, Local-3668, I meet with and gave an interview with the local media on issues of the Phenix City Firefighters Association.

Respectively,

David P. Davis, Sergeant

EXHIBIT
6