# SUPPLEMENTAL

# DEPOSITION OF JEFFREY HARDIN

1

```
1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE MIDDLE DISTRICT OF ALABAMA

3                      EASTERN DIVISION

4

5    DAVID DAVIS,                    [C]COPY

6           Plaintiff,

7    vs.                 CASE NO. 3:06-CV-0054-VPM

8    CITY OF PHENIX CITY, ALABAMA,

9    et al.,

10          Defendants.

11

12

13           * * * * * * * * * * *

14

15    DEPOSITION OF JEFFREY SCOTT HARDIN, taken

16    pursuant to stipulation and agreement before Shannon

17    M. Williams, Certified Court Reporter and

18    Commissioner for the State of Alabama at Large, in

19    the offices of City Hall, 601 12th Street, Phenix

20    City, Alabama, on Tuesday, November 6, 2007,

21    commencing at approximately 12:54 p.m. EST.

22

23           * * * * * * * * * * *

24

25
```

2

```
 1                        APPEARANCES

 2   FOR THE PLAINTIFF:

 3   THOMAS A. WOODLEY
     Woodley & McGillivary
 4   1125 15th Street N.W.
     Suite 400
 5   Washington, D.C.  20005

 6   FOR THE DEFENDANTS:

 7   JAMES P. GRAHAM, JR.
     712 13th Street
 8   P.O. Box 3380
     Phenix City, Alabama  36868-3380

 9

10   JAMES R. MCKOON, JR.
     McKoon & Associates
11   925 Broad Street
     P.O. Box 3220
12   Phenix City, Alabama  36868-3220

13

14   ALSO PRESENT:

15   Cole Dugan
     David Davis
16   Wallace Hunter
     H.H. Roberts
17

18

19

20

21

22

23

24

25
```

3

STIPULATIONS

1
2       It is hereby stipulated and agreed by and
3   between counsel representing the parties that the
4   deposition of JEFFREY SCOTT HARDIN is taken pursuant
5   to the Federal Rules of Civil Procedure and that
6   said deposition may be taken before Shannon M.
7   Williams, Certified Court Reporter and Commissioner
8   for the State of Alabama at Large, without the
9   formality of a commission; that objections to
10  questions other than objections as to the form of
11  the questions need not be made at this time but may
12  be reserved for a ruling at such time as the
13  deposition may be offered in evidence or used for
14  any other purpose as provided for by the Federal
15  Rules of Civil Procedure.
16      It is further stipulated and agreed by and
17  between counsel representing the parties in this
18  case that said deposition may be introduced at the
19  trial of this case or used in any manner by either
20  party hereto provided for by the Federal Rules of
21  Civil Procedure.
22          * * * * * * * * * *
23
24
25

4

1               JEFFREY SCOTT HARDIN

2          The witness, having first been duly sworn

3     or affirmed to speak the truth, the whole truth and

4     nothing but the truth, testified as follows:

5                      EXAMINATION

6     BY MR. WOODLEY:

7          Q.   Mayor Hardin, thank you for coming today,

8     and this is really a continuation of your earlier

9     deposition in this case. Because of various

10    reasons, this case was postponed in August, and so

11    the case is still active.  But I appreciate you

12    coming today.  And as I think you recall from your

13    last deposition, my name is Tom Woodley.  I'm one of

14    the attorneys representing Mr. Davis in this court

15    action against the city and Chief Hunter and City

16    Manager Roberts.  You recall that?

17         A.   Yes.

18         Q.   Once again, the preliminaries.  If at any

19    time you don't understand or hear one of my

20    questions, stop me immediately and I'll be more than

21    happy to repeat or rephrase that question.  Do you

22    understand that?

23         A.   Yes.

24         Q.   Let me finish the end of my question before

25    you begin your answer so that this very competent

5

1   reporter can take down everything that's said in the

2   transcript form.  And, of course, you're under oath

3   again, so you're obligated to tell the full truth.

4   Do you understand that?

5        A.   Yes.

6        Q.   Let me ask you your understanding -- first

7   of all, just so it's clear in my mind, how long have

8   you been the mayor of the city?

9        A.   A little over three years now.

10       Q.   This is your first term, right?

11       A.   As mayor, yes.

12       Q.   As mayor?

13       A.   Yes.

14       Q.   It's a four-year term?

15       A.   Correct.

16       Q.   I want to ask you your understanding of how

17   citizens would request to address the city council

18   on any subject or issue that may be of interest to

19   the citizen.  You correct me if I'm wrong.  As I

20   understand it, they have to put in a request to

21   address the council and a written form has to be

22   ahead of the city council meeting, and then they may

23   be given permission to address the city council in a

24   working session; is that right?

25       A.   That is correct.  And they can actually

1  apply to speak at a work session or the official

2  council meeting.

3      Q.  But the normal process is at the work

4  session?

5      A.  Well, we prefer -- it's a little more

6  informal and they are not bound to really time

7  restraints if they come to the work session.

8      Q.  Right.  During your tenure as the mayor of

9  the city, do you recall any city employees

10  requesting and receiving permission to address the

11  city council either in a working session or in a

12  formal public meeting of the council?

13      A.  The question is during my term as mayor?

14      Q.  Yes.

15      A.  I don't recall anyone coming as far as a

16  city employee coming in front of us.  Not with --

17  not having filled out an application.  It was more

18  in line with the discussion that we would be having

19  at the work session at the time.  But not an

20  official document that says they want to come and

21  speak to the council in a manner of something

22  besides what was on the agenda.

23      Q.  Do you know, during the term that you have

24  been mayor, if any city employee has requested

25  permission to address the council and it's been

7

1    denied?

2        A.   No.

3        Q.   So you don't remember any police officer or

4    firefighter asking and actually addressing the city

5    council, either in a work session or a public

6    meeting, involving issues affecting the police or

7    fire department?

8        A.   No.  I don't know if there was ever -- I

9    know that we have -- as a council where I was the

10   mayor have never denied anyone from coming and

11   speaking to the council.

12       Q.   Have you ever asked a firefighter or police

13   officer to come before the city council to address

14   the council members on any issue effecting their

15   departments?

16       A.   You're asking in my term as mayor?

17       Q.   Yes.

18       A.   No.

19       Q.   What about prior to the time you were

20   mayor?

21       A.   Yes.

22       Q.   What was that all about?

23       A.   We had some issues with the fire

24   department, and I had a call from a fireman, and I

25   asked him to bring his concerns to the council

8

1    instead of meeting as a council member.

2         Q.   And so before you were mayor, you were a

3    city council member?

4         A.   Yes.  Well, actually, I was a city council

5    member and I took off a term, and then I ran for

6    mayor.  So there was a gap between my serving on the

7    council and serving as mayor.

8         Q.   And who was that individual firefighter

9    that you approached?

10        A.   Now, I didn't approach him.  He approached

11   me.  And if I'm not mistaken, it was Randy Doster.

12        Q.   What did he approach you about?  Do you

13   remember what the subject was?

14        A.   There were some concerns going on at the

15   time.  I don't remember specifics, but there were

16   some concerns going on at the time about some of the

17   operations within the fire department and some of

18   the leadership going on at that time.  And I don't

19   really remember specifics, but I remember that my

20   response to him was to come and address council on

21   those issues instead of bringing them to one council

22   member.

23        Q.   Can you remember the approximate year that

24   you were a city council member at the time?

25        A.   That term was from '98 to 2001, and so it

9

1    was within that time frame.  I'm not sure of the

2    exact time.  But it was three-year terms at that

3    time.

4         Q.   His name was Doster?

5         A.   Doster.  Randy Doster.

6         Q.   D-O-S-T-E-R?

7         A.   Correct.

8         Q.   Do you know if Mr. Doster was a local union

9    officer of the firefighters' union?

10        A.   I don't know if he was a member at all.  I

11   don't know the answer to that question.

12        Q.   And you don't recall the issue or issues of

13   concern that were on his mind at the time?

14        A.   I don't remember.  There were some issues

15   within the fire department that were going on at

16   that time, and those issues were -- a lot of those

17   issues were coming through the media.  And he wanted

18   to discuss some of those things, and that's when I

19   asked him to come in front of council.

20        Q.   I might be able to refresh your

21   recollection.  Could it have dealt with staffing

22   within the fire department?

23        A.   I don't remember the specific issues.

24        Q.   Could it have dealt with employee morale?

25        A.   I don't know.  Obviously, there was some

1    morale issues because we would read about them in

2    the paper.  But I don't remember the specifics that

3    he had.

4        Q.   And did Mr. Doster, in fact, address the

5    city council?

6        A.   I don't think he did.  I don't think he

7    ever came and made a formal presentation in front of

8    the council.

9        Q.   But you invited him to appear?

10       A.   I did.

11       Q.   Do you know whether or not Mr. Doster

12   exhausted the chain of command or any grievance

13   procedures before he was contemplating responding to

14   your request to appear before the council?

15       A.   I don't know that.  I don't know if he did

16   or did not.

17       Q.   At that time, do you know whether or not it

18   was a requirement that firefighters would have to

19   exhaust the chain of command before they would be

20   allowed to appear and address the city council?

21       A.   I don't know.  That's more in the

22   day-to-day operations.  I don't know that.

23       Q.   Let me invite your attention back to the

24   period of April 2006 when, again, you testified

25   earlier in your deposition about Mr. Davis

11

1    contacting you by telephone about a proposed

2    ordinance.  After that conversation on the phone

3    with Mr. Davis, it apparently came to your attention

4    that he was terminated from his job with the fire

5    department; is that correct?

6        A.   Correct.

7        Q.   And what was your initial reaction to

8    that?  Were you surprised?  Were you disappointed?

9    Concerned that he was terminated for talking to you?

10       A.   I was surprised.

11       Q.   And why do you say you were surprised?

12   What was on your mind?

13       A.   Well, as I testified earlier, I didn't find

14   out until maybe a week or so after that it

15   happened -- and this is a small town, so you

16   normally hear stuff like that.  And I was just a bit

17   surprised that he had been terminated and I had not

18   heard about it prior to hearing about it.

19       Q.   Did you take any action or have any

20   conversations, for example, with Chief Hunter or

21   Mr. Roberts trying to intervene on behalf of

22   Mr. Davis and perhaps ask for a reconsideration and

23   reinstatement of Davis back into his job?

24       A.   No.

25       Q.   You didn't make any efforts in that regard?

12

1    A.   No.

2    Q.   Did you have conversations with Mr. Roberts

3  about the subject of the firing of Davis?

4    A.   I did.  I just wanted to confirm it with

5  him.

6    Q.   And what did he say to you?  Do you

7  remember?

8    A.   He said yes -- he confirmed that he had

9  been terminated.

10    Q.   Did he say why?

11    A.   He didn't go into a lot of detail, but

12  basically led me to believe that there were several

13  things that led up to the dismissal and -- but it

14  was -- there's a fine line between, you know, being

15  curious and stepping over the boundaries of the city

16  charter, so I try to adhere to that line.  So it --

17  it became more of a personnel issue, and so that's

18  at the point where I kind of backed off and just

19  asked the question just for confirmation.

20    Q.   You didn't ask for any further

21  consideration on the part of the chief or

22  Mr. Roberts concerning Davis?

23    A.   No.

24    Q.   Was it your understanding at the time that

25  the triggering event for the discharge of Davis was

13

1    his telephone contact with you?

2         A.   That's what I had heard, yes.

3         Q.   Is that your understanding today?

4         A.   That's what I have heard, yes.

5         Q.   Bear with me for a second.

6         A.   Sure.

7         Q.   Since Mr. Davis's termination in April

8    2006, roughly a year and a half ago, have you had

9    any individual conversations with city employees

10   about any subject?

11        A.   Not about -- obviously, I speak to city

12   employees, but not about individual working

13   conditions or things like that.  It's more if I have

14   a question concerning a project like the project on

15   Broad Street out here, if I run into the city

16   engineer, I'll ask him about it.  Maybe ask him

17   about the timeline or something like that, or

18   timeline on other projects in the city.

19        Or if I run into individuals on the street, if

20   I have a question about particular things, I may ask

21   those, but not -- try to veer away from work-related

22   issues.

23        Q.   As I understand it, some of the police

24   officers working for the City of Phenix City have a

25   union called the FOP, Fraternal Order of Police.

14

1   Are you aware of that?

2       A.   I knew years ago that there was an active

3   FOP.  And I don't know if it qualifies as a union or

4   not, but I knew that -- because I used to know where

5   the building was where they met, because it was

6   nextdoor to a friend of mine's house.  But I don't

7   know if they're still active or not.

8       Q.   Do you recall any conversations you may

9   have had with FOP representatives about police

10  department issues?

11      A.   No.

12      Q.   When you were running for mayor and then

13  you were elected as mayor, did you seek and request

14  the support of the firefighters' union endorsing your

15  candidacy as mayor?

16      A.   No.

17      Q.   Did you have any conversations with any

18  firefighters or firefighter union reps about

19  supporting your candidacy?

20      A.   I had a gentleman at the time that I think

21  he was the president of the firefighters'

22  association that came and said that he wanted to

23  support me, and he did that.  And at the time, there

24  was a pending case that -- where he had sued the

25  city.  And I made it very clear to him that his

1    support in no way would bear on my thinking on the

2    case as far as settling the case or anything like

3    that.  So I made it very clear to him that I would

4    not make a deal for his support but obviously would

5    appreciate any support, you know, that I could get.

6          Q.   Was his name Dennis Duty?

7          A.   Yes.  Yes.

8          Q.   And did he indicate that the firefighters'

9    union would, in fact, support your candidacy as

10   mayor?

11         A.   He indicated that I would get some support

12   for mayor and that he'd -- himself and some others

13   that would support me -- put out signs on my behalf,

14   provide some signage for me and so forth.

15         Q.   And did that happen?

16         A.   Yes.

17         Q.   And did Mr. Duty, on behalf of his fellow

18   union members and firefighters, mention any issues

19   or concerns they had that were going on in the fire

20   department and that they wanted you, as the new

21   mayor, to assist on those issues?

22         A.   I don't remember any specific issues that

23   he brought up.  It was more about supporting my

24   campaign.

25         Q.   Was he then a city employee of the fire

16

1    department when he supported your campaign?

2        A.   I don't believe he was, because I know that

3    there was a pending lawsuit.  I don't believe that

4    he was.  So I'm going to assume that he was not,

5    so -- I don't think he was because there was a

6    lawsuit going on at the time that I think it was

7    over his termination.

8        Q.   So what was the year and the months in

9    which you were running for mayor when you may have

10   had this conversation with Mr. Duty?

11       A.   Would have started running in 2003.  The

12   election was 2004, so typically start --

13       Q.   November 2004?

14       A.   No, sir.  September 2004.  But, of course,

15   the campaign would have started somewhere possibly,

16   you know, late or early -- or late the year before

17   that.  Late 2003 and early 2004 was when the

18   campaign would have started.

19       But I'm not real sure at what point that he

20   supported me.  I don't know what that time --

21   typically, local elections in this area heat up

22   about the first -- well, not really the first of the

23   year, but probably closer to February, March, as it

24   closes in to election time.

25       Q.   Did you indicate to Mr. Duty at the time

1    that you welcomed the firefighters and their union

2    support for your candidacy?

3         A.   I indicated to him that I welcomed all

4    support.

5         Q.   As well as theirs?

6         A.   Sure.   I think all support is appreciated

7    and needed during a campaign.

8         Q.   Looking back on it, do you feel like the

9    firefighters and their union were instrumental or

10   helpful in your election as mayor?

11        A.   I think all the support I got was very

12   helpful in my race.

13        Q.   That would include the firefighters in the

14   union?

15        A.   That's correct.

16        Q.   I wanted to go back because it's my

17   understanding that you attended a number of union

18   meetings of the firefighters' union, and I'm sure

19   there were a lot of people that would probably

20   verify that.

21        A.   Sure.   I don't know what the number is, but

22   I know there were two or three, maybe four.

23        Q.   That you went to union meetings?

24        A.   Well, I was invited to a restaurant and the

25   firefighters were there, yes, sir.

*Causey Peterson Reporting, Inc.*
*Post Office Box 81*
*Columbus, Georgia 31902*
*(706) 317-3111*

18

1    Q.   But that was a union meeting of the union

2    brothers and sisters, I guess?

3    A.   I would assume so, yes.

4    Q.   What was the name of the restaurant?

5    A.   I think the only restaurant we ever went to

6    was a Mexican restaurant.  I don't remember the

7    name.

8    Q.   What's the period of time we're talking

9    about?

10   A.   It would have been during the campaign.

11   Q.   For mayor?

12   A.   For mayor, yes.  So somewhere around the --

13   early 2004 leading up to the election.

14   Q.   Were you a council member then or were you

15   off the council?

16   A.   I was off the council.

17   Q.   And beside that one meeting at the

18   restaurant, were there any barbecues or other

19   meetings where union members of the firefighters'

20   union were at ones you went to?

21   A.   No.

22   Q.   You don't remember?

23   A.   I don't recall.

24   Q.   You remember several meetings, but the only

25   one you really recall is the one at the restaurant?

1     A.   There were, I think, two or three at that
2     restaurant.   I know of two.   And the one was after I
3     was elected.   There was -- there was a retirement
4     party for one of the firefighters that I went to
5     high school with.
6         Q.   What was his name?
7         A.   Todd Boatner.   And he was retiring, so I
8     went to that function.
9         Q.   Were you installed as mayor at that time?
10        A.   Yes.
11        Q.   And on that occasion for the retirement of
12    that individual, did you speak with firefighter and
13    union members about any issues affecting the fire
14    department?
15        A.   I don't remember if any issues were brought
16    up.   I think it was just a retirement party.
17        Q.   But you were aware that there were concerns
18    among the firefighters within the fire department
19    about morale and staffing and swap time and trading
20    shifts and shift schedules?
21        A.   Yes.
22        Q.   But you don't recall any of the
23    firefighters raising those points with you
24    outside --
25        A.   I don't know at that meeting that any of

1    that stuff was brought up.  I know that -- I know

2    that there were some rumblings early on -- I think

3    the time or two before the election where some

4    issues were brought up, and some of those -- we were

5    kind of brought there as candidates before the

6    election.  It was myself and other candidates.  I

7    don't remember the number of candidates that were

8    there.  And we were asked to answer questions and

9    make comments about our campaign and our agenda.

10          And I know at, at least one of those meetings,

11   there were some complaints and rumblings.  But for

12   the most part, those were kind of kept under wraps

13   because there were people there leading the meeting

14   that said, well, we don't want to get into all that

15   stuff; we want to know about the candidates and

16   their platforms.

17          Q.   Know about the candidates and their

18   platforms on what they're going to do concerning

19   issues in the fire department, I would assume,

20   correct?

21          A.   I don't remember any specifics being

22   brought out at those meetings.

23          Q.   You can turn to Exhibit 14, if you would,

24   Mayor Hardin.  This is the newspaper article which

25   caused a stir back in September of 2005 in which

1    Mr. Davis and a number of other union members were

2    interviewed for this newspaper article and were

3    quoted about concerns the firefighters had regarding

4    staffing and employee morale and fears of

5    retaliation for addressing these issues and speaking

6    to the newspaper reporter.  Again, I take it you

7    were aware of this newspaper article when it came

8    out?

9        A.  Yes.

10       Q.  When you first read this article, I take it

11   you became aware of the concerns that a number of

12   the firefighters and union representatives had about

13   the fire department, right?

14       A.  Yes.

15       Q.  Did you do anything on your own then?  You

16   were mayor then, right?

17       A.  Yes.

18       Q.  Did you do anything to have a meeting or

19   conversation with either Chief Hunter or City

20   Manager Roberts about these problems or issues that

21   were being addressed by the firefighter union

22   members?

23       A.  The only meeting that I recall was before

24   City Manager Roberts got back from his duty -- his

25   military duty and before Chief Hunter was named

22

1    chief.  And it was when Jerry Prather and the

2    interim city manager at that time -- I was called

3    into a meeting that those two guys were having.  And

4    was asked by the interim city manager to sit down

5    and talk about some issues with the fire department.

6         Q.   What were those issues?

7         A.   I didn't get involved in what the specific

8    issues were.  I just -- first, I didn't think that I

9    needed to be in there speaking to the fire chief

10   over day-to-day operations issues.  But my question

11   to the chief was, do you realize that you have

12   problems within your department, yes or no?  And if

13   you do, do you have a plan to fix those?

14        And he answered yes on both of those

15   questions.  We realize we have problems and, yes, we

16   have a plan to fix those.  And I was satisfied that

17   he did -- he did realize that there were some issues

18   and that he had a plan to fix it.  And that's pretty

19   well -- defines --

20        Q.   How long were you at that meeting?

21        A.   Ten to 15 minutes.

22        Q.   And what caused you to be at the meeting?

23   Did somebody invite you or did you invite yourself?

24        A.   I was walking by and the interim city

25   manager asked me to come in and invited me into the

```
 1   meeting.
 2       Q.   Was Mr. Davis at the meeting?
 3       A.   No.
 4       Q.   Who, from the firefighters' union, was
 5   there?
 6       A.   No one.  It was just the fire chief and
 7   interim city manager and myself.
 8           MR. WOODLEY:  I don't have any further
 9       questions.  Thank you, Mr. Mayor.
10           MR. MCKOON:  We are through then.
11   (The deposition concluded at 1:15 p.m.)
12                * * * * * * * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25
```