# DEPOSITION OF JEFFREY HARDIN

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE MIDDLE DISTRICT OF ALABAMA

 3                       EASTERN DIVISION

 4

 5     DAVID DAVIS,

 6            Plaintiff,

 7     vs.                      CASE NO. 3:06-CV-0054-VPM

 8     CITY OF PHENIX CITY, ALABAMA,

 9     et al.,

10            Defendants.

11

12

13                 * * * * * * * * * *

14

15        DEPOSITION OF JEFFREY SCOTT HARDIN, taken

16     pursuant to stipulation and agreement before Shannon

17     M. Williams, Certified Court Reporter and

18     Commissioner for the State of Alabama at Large, in

19     the offices of City Hall, 601 12th Street, Phenix

20     City, Alabama, on Wednesday, April 4, 2007,

21     commencing at approximately 9:05 a.m. EST.

22

23                 * * * * * * * * * *

24

25
```

2

```
 1                        APPEARANCES

 2     FOR THE PLAINTIFF:

 3     THOMAS A. WOODLEY
       Woodley & McGillivary
 4     1125 15th Street N.W.
       Suite 400
 5     Washington, D.C.  20005

 6     FOR THE DEFENDANTS:

 7     JAMES P. GRAHAM, JR.
       712 13th Street
 8     P.O. Box 3380
       Phenix City, Alabama  36868-3380

 9

10     ALSO PRESENT:

11     David Davis
       H.H. Roberts
12     Wallace Hunter

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

STIPULATIONS

1

2      It is hereby stipulated and agreed by and

3  between counsel representing the parties that the

4  deposition of JEFFREY SCOTT HARDIN is taken pursuant

5  to the Federal Rules of Civil Procedure and that

6  said deposition may be taken before Shannon M.

7  Williams, Certified Court Reporter and Commissioner

8  for the State of Alabama at Large, without the

9  formality of a commission; that objections to

10  questions other than objections as to the form of

11  the questions need not be made at this time but may

12  be reserved for a ruling at such time as the

13  deposition may be offered in evidence or used for

14  any other purpose as provided for by the Federal

15  Rules of Civil Procedure.

16      It is further stipulated and agreed by and

17  between counsel representing the parties in this

18  case that said deposition may be introduced at the

19  trial of this case or used in any manner by either

20  party hereto provided for by the Federal Rules of

21  Civil Procedure.

22              * * * * * * * * * *

23

24

25

4

JEFFREY SCOTT HARDIN

1

2          The witness, having first been duly sworn

3     or affirmed to speak the truth, the whole truth and

4     nothing but the truth, testified as follows:

5          THE REPORTER:  Usual stipulations?

6          MR. GRAHAM:  We do want to read and sign.

7                    EXAMINATION

8     BY MR. WOODLEY:

9          Q.  Mr. Hardin, could you state your full name

10    for the Record, if you would, please?

11         A.  Jeffrey Scott Hardin.

12         Q.  Mayor Hardin, my name is Tom Woodley, and

13    I'm one of the attorneys representing the plaintiff,

14    David Davis, in this lawsuit.  And we are here this

15    morning pursuant to a Notice of Deposition that we

16    have served on you and the city and your attorneys.

17    And I'm going to ask you some preliminary questions

18    just to sort of set the stage for us this morning,

19    and then we'll get into the substance of my

20    questions and your answers.

21         Have you ever had your deposition taken before

22    in another case?

23         A.  Once before.

24         Q.  Once before?  What kind of a case was that?

25         A.  It was -- actually, it was a suit against

5

1    the city.  I think it had to do with a fireman.

2    Jimmy, was it -- do you remember, was it Dennis

3    Duty?

4         MR. GRAHAM:  Was it where he didn't get his

5      raise?

6         THE WITNESS:  I think so.  Whenever we had

7      to go to federal court in Opelika.

8         MR. GRAHAM:  That would have been in Dennis

9      Duty and Randy Doster's cases.

10        Q.   Thank you, sir.  And, Mayor, are you

11   generally familiar with the issues and the

12   allegations in this particular lawsuit?

13        A.   I've read the -- I guess the request for

14   deposition, yes, sir.

15        Q.   And have you had at least a brief

16   opportunity to spend some time with the attorneys

17   that are representing you and the city in this case?

18        A.   Yes, sir.

19        Q.   And do you have a general knowledge and

20   understanding about the procedures we will be

21   following this morning in your deposition?

22        A.   Yes, sir.

23        Q.   I just want to review those just to make

24   certain on the record that we're on the same page

25   about the procedures that we'll be following this

6

1    morning?

2        A.    Okay.

3        Q.    I'll be asking you a number of questions

4    and, of course, we expect you to give full and

5    truthful answers.  You understand that?

6        A.    Yes, sir.

7        Q.    And you have to verbalize your answer

8    because the reporter here can't take down nods of

9    the head so you'll have to verbalize your

10   responses.

11       A.    Okay.

12       Q.    You understand that?

13       A.    Yes.

14       Q.    If at any time you don't understand or hear

15   one of my questions, let me know immediately and

16   I'll be more than happy to repeat or rephrase that

17   question.

18       A.    Okay.

19       Q.    Do you understand that?

20       A.    Uh-huh.

21       Q.    You'll have to wait until I finish my

22   question before you begin your answer, again so the

23   reporter will have a clear record of what we're

24   talking about.  Do you understand that?

25       A.    Yes, sir.

7

1    Q.   And this reporter will have then a chance

2  to, after we finish your deposition, to put this in

3  writing in a transcript form.  And as your attorney,

4  Mr. Graham, just indicated, you'll have a chance to

5  review and read and sign that transcript.  Do you

6  understand that?

7    A.   Yes, sir.

8    Q.   And, of course, finally, you have been

9  sworn to tell the truth under the penalty of

10  perjury, so you understand that as well?

11    A.   Yes, sir.

12    Q.   Could you please tell us what your current

13  position is with the City of Phenix City?

14    A.   I serve as the mayor.

15    Q.   How long have you held that position?

16    A.   A little over two years.

17    Q.   Was that your first elected term as mayor?

18    A.   First as mayor, yes, sir.

19    Q.   Did you hold a previous position with the

20  city?

21    A.   I have served as a city council member.

22    Q.   How long were you a council member?

23    A.   Three years.

24    Q.   And before that, what was your occupation?

25    A.   I owned my own business.

8

1        Q.   And what's the nature of that business?

2        A.   It's a wholesale and retail meat company,

3   Phenix Food Service.

4        Q.   And do you still have that business?

5        A.   I do not.

6        Q.   Did you sell that?

7        A.   I am in the process of selling that.  I

8   have been inactive from the company for about two

9   years, and then I have a five-year buyout.

10       Q.   And how long is your current term as mayor?

11       A.   It's a four-year term.

12       Q.   And, basically, what are your duties and

13  responsibilities as the mayor of Phenix City?

14       A.   Basically, I act in ceremonial purposes,

15  and then I oversee the meetings.  I direct the

16  meetings, two council meetings a month, on the first

17  and third Tuesday of the month, and that's pretty

18  much the stated duties of the mayor in Phenix City.

19       Q.   Are you considered a member of the city

20  council?

21       A.   I am.

22       Q.   Are you a voting member of the city

23  council?

24       A.   I am, yes, sir.

25       Q.   And what is the total number of members on

9

1    the city council?

2        A.   Including myself, it's five.

3        Q.   Now, Mr. Mayor, we have prepared a binder

4    of papers and exhibits just to facilitate and

5    expedite the depositions over the next couple of

6    days.  So I want to give you a copy of these

7    deposition exhibits because I'll be asking you some

8    questions about these documents.  And I have another

9    full set of exhibits for your attorney, Mr. Graham.

10        And if you could open up that binder, Mayor

11    Hardin, to Exhibit 8, this particular paper or

12    document is at least portions of the city charter as

13    I understand it.  And if you could briefly just kind

14    of flip through those pages.  Is it your

15    understanding as well that these are at least

16    certain sections of the city charter or city code?

17        A.   It is, yes, sir.

18        Q.   If you would turn to section 2.02, which is

19    four or five pages into this document.

20        A.   Okay.

21        Q.   And I should say, when you review these

22    documents, take as much time that you feel

23    comfortable to look at this before you respond to my

24    question, because we're really in no hurry here.

25        A.   Okay.

1    Q.   So section 2.02 talks about the form of

2    government.  Is it accurate to say that this is a

3    council/manager form of government?

4    A.   It is, yes, sir.

5    Q.   And what, in layman's language, does that

6    mean to you as a council/manager form of government?

7    A.   It means that the mayor and the city

8    council act basically as a board of directors, and

9    we set basically the direction and vision for the

10   city.  And then the city manager handles the

11   day-to-day operations and basically acts on our

12   vision for the city, and moves the city in that

13   direction.

14   Q.   Okay.  Then if you would move on to section

15   3.06 of the city charter.

16   A.   Okay.

17   Q.   It indicates there in the beginning --

18   MR. WOODLEY:  Could we go off the record

19   just for one second?

20   MR. GRAHAM:  Sure.

21   (Discussion held off the record.)

22   MR. WOODLEY:  Okay.  We can go back on the

23   record.

24   Q.   Mayor Hardin, I think we were on section

25   3.06 of the city charter where it indicates that the

1  mayor shall preside over the meetings of the city

2  council.  Is that accurate?

3       A.  Yes, sir.

4       Q.  Then it indicates at the end of that first

5  sentence at section 3.06 that the mayor does not

6  have any regular administrative duties?

7       A.  Correct.

8       Q.  That is correct?

9       A.  Yes, sir.

10      Q.  Then in section 3.07 of the city charter

11 where it discusses powers, it indicates that all

12 matters of policy shall be vested in the city

13 council; is that correct?

14      A.  Yes, sir.

15      Q.  Then you'll see under subsection (a) of

16 3.07, it indicates that the city council shall have

17 the authority or power to appoint and remove the

18 city manager.  Is that accurate?

19      A.  Yes.

20      Q.  Are all votes of the city council, such as

21 the possible appointment or removal of a city

22 manager, done by a majority vote?

23      A.  Yes, sir.

24      Q.  And is that reflected in the city charter

25 or city code as well?

12

1      A.    It is.

2      Q.    Then if you would move on to section 4.01

3  of the city code where it talks about authority and

4  duties of the city manager.  In the next section,

5  4.02, it indicates that the city manager shall be

6  the head of the administrative branch of the city

7  government and shall have such responsibilities as

8  enforcing all laws and ordinances.  Do you see where

9  it says that?

10     A.    Yes, sir.

11     Q.    And is that correct as well?

12     A.    That is correct.

13     Q.    And it indicates in section 4.02,

14  subparagraph (3), that the city manager will

15  exercise supervision over the officers and employees

16  of the city.  Is that a correct statement?

17     A.    That's correct, yes, sir.

18     Q.    Then if you would move on to section 9.01

19  in the city code.

20     A.    Okay.

21     Q.    As I understand this section and the

22  following paragraphs, it indicates that the city

23  manager has the ultimate responsibility or authority

24  to remove any city officers or city employees.  Is

25  that a correct statement?

1        A.   That is correct.

2        Q.   As I understand it, then, basically the

3    city manager would have the final authority, the

4    final say, as to whether or not any city employee

5    would be discharged or removed from his or her

6    position; is that correct?

7        A.   That's the way I understand it, yes, sir.

8        Q.   So you're not the final decision maker as

9    far as removing employees of the city?

10       A.   No, sir.

11       Q.   All right.  Let's move on to another

12    subject matter area.  Mr. Mayor, were you aware that

13    the Phenix City firefighters, at least at some point

14    in time, had formed or organized a local labor

15    organization?

16       A.   Yes, sir.

17       Q.   And when were you generally first aware of

18    that?

19       A.   Probably when I ran for office the first

20    time.  That was back in probably '98, somewhere

21    around that time.  And I understood it to be an

22    association.  I don't know if I really understood it

23    to be a labor union, but I understood it to be an

24    association.

25       Q.   An association of the firefighters?

14

1      A.   Correct.

2      Q.   When you say you first ran for office, was

3    there a time where you ran for office as mayor and

4    you were unsuccessful?

5      A.   I'm sorry.  Before I ran for my first term

6    as city council member, that was during the time

7    that I heard about the association.

8      Q.   And were you aware at some point in time

9    that the plaintiff in this lawsuit, David Davis,

10   seated at my right, became the president of the

11   firefighters local labor association?

12     A.   I had heard that, yes, sir.

13     Q.   Can you remember when you first heard that

14   approximately?

15     A.   I don't know.  That would have been during

16   my term as mayor that I heard that.

17     Q.   So within the last two years?

18     A.   Yes, sir.

19     Q.   And how long have you known David Davis?

20     A.   Probably about two -- I don't remember if I

21   met him during my first term.  I don't know if I met

22   him or not.  I guess I really knew who he was

23   probably during my -- starting my term or actually

24   when I was running for office for mayor.

25     Q.   And since you have known Mr. Davis, would

15

1    it be fair and accurate to say that you have had a
2    fairly good relationship or working relationship
3    with Mr. Davis?
4         A.   Well, my -- I don't have a working
5    relationship with people -- you know, my job here is
6    one that I am very removed from the people that work
7    for the city and -- you know, that's basically done
8    by the charter.  So my dealings with employees here
9    are seeing them and saying, hey, how you doing, you
10   know, everything going well kind of deal.  So it's
11   not -- we don't really have a relationship.  It's
12   more of a hey, how you doing kind of thing.  So
13   there's not a relationship between myself and the
14   employees.  And I don't see a lot of them very
15   often.
16        Q.   Okay.  Mr. Mayor, when you ran for the
17   position that you currently hold of mayor, did you
18   ask for the support, the political support, of the
19   firefighters and their labor association?
20        A.   I did not.
21        Q.   You did not?  Do you know whether or not
22   they furnished political support to you when you ran
23   as mayor?
24        A.   They did.
25        Q.   And did you appreciate that?

16

1      A.   I sure did, yes, sir.

2      Q.   And were they helpful and constructive in

3    you being elected?

4      A.   All help is good when you're running for

5    office.

6      Q.   That makes sense.

7      A.   If you've got people out there working for

8    you, it's a benefit to you.

9      Q.   I understand.  And also when you were

10   campaigning to become the mayor of Phenix City, did

11   you have occasion to meet with the firefighters and

12   perhaps their leader of their labor association

13   during the campaign?

14     A.   I did.

15     Q.   And did you go out to a union hall or

16   restaurant and meet with them?

17     A.   I was invited to go to, if I'm not

18   mistaken, two gatherings at a restaurant, a local

19   restaurant.  I think during my campaign was two

20   different times that I attended.  I was trying to

21   remember that the other day when we were discussing

22   this.

23     Q.   What period of time would that have been

24   before the election when you were meeting with the

25   firefighters association?

17

1     A.   Probably within six months of the election,

2  some time like that.  Typically, elections around

3  here require about a year, ten to twelve months of

4  campaigning for mayor.

5     Q.   So what year are we talking about?

6     A.   We're talking about -- I think the election

7  was in 2004, if I'm not mistaken.  Does that sound

8  right, 2004?

9     Q.   Okay.

10    A.   So that would have been, you know,

11  approximately during that year --

12    Q.   Okay.

13    A.   -- because election was in September.

14    Q.   And on those two occasions when you were

15  campaigning for mayor and when you met with the

16  firefighters and their labor association, do you

17  remember basically what issues were discussed or

18  what concerns the firefighters might have had at the

19  time?

20    A.   I don't really remember specific concerns.

21  I know there was a lot of questions as to, you

22  know -- I think that there were -- if I'm not

23  mistaken, I think there was another person that was

24  running there, or maybe two more people that were

25  running for office, and there were questions to us

1  basically what our platform was, what our agenda

2  was, and basically what kind of people we were.  So

3  just trying to feel us out as candidates.

4      Q.  But did they mention to you issues related

5  to their employment, the fire department's

6  operations or policies?

7      A.  I know that -- I remember there being some

8  complaints.  I don't remember specifics, but I know

9  that there was some talk from the people running the

10  meeting that we don't want to get into all this; you

11  know, we want to talk to the candidates and let them

12  answer questions.  So there was -- I guess there was

13  a couple people that started complaining.  There

14  were people there that said, you know, this is not

15  what this meeting is for kind of deal, if I'm not

16  mistaken.  So I don't really remember any specifics,

17  but I know that there were some rumblings in the

18  room about some things that were not going

19  specifically the way they wanted them to go.

20      Q.  Do you remember any concerns being

21  expressed in those two meetings when you were

22  campaigning for mayor that the firefighters were

23  perhaps troubled by staffing issues or equipment in

24  the fire department or issues like that?  Do you

25  remember anything that comes to mind?

1    A.   I guess what I remember mostly is really
2    personalities being talked about, that there were --
3    this person didn't like this person more so than
4    anything about staffing and equipment.
5    Q.   Okay.  Do you remember if Mr. Davis, the
6    plaintiff in this case, attended those two meetings
7    when you were campaigning?
8    A.   I'm pretty sure -- I know he was at one.  I
9    don't remember the other one.  He could have been at
10    both of them, yes, sir.
11    Q.   Switching gears, after the time that you
12    were elected and became mayor, did you have occasion
13    to meet with the firefighters labor association and
14    their leaders and members?
15    A.   I went to -- I was invited to a retirement
16    party for one of the firemen and -- as a matter of
17    fact, it's a guy I went to high school with.  And I
18    went to that meeting.  That's the only meeting or
19    gathering that I can remember attending after
20    getting elected to office.
21    Q.   Okay.  And during your term as mayor of the
22    city, have you had any discussions with any
23    firefighters about issues concerning the fire
24    department, whether it might be staffing or swap
25    time or trading of time, any concerns that the