IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID DAVIS,                            )
                                       )
            Plaintiff,                  )
                                       )
      vs.                              )        CIVIL ACTION NO. 3:06-cv-00544-WHA
                                       )
PHENIX CITY, ALABAMA, et al.           )
                                       )
                                       )
            Defendants.                 )
_____ )

## PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT

COMES NOW David Davis, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:  There are no entities to be reported.

Dated:  December 13, 2007                    Respectfully submitted,


                                             /s/ Thomas A. Woodley
                                             Thomas A. Woodley
                                             Molly A. Elkin
                                             Bryan G. Polisuk
                                             Counsel for Plaintiff David Davis
                                             WOODLEY & McGILLIVARY
                                             1125 15th Street, N.W.
                                             Suite 400
                                             Washington, D.C.  20005
                                             Tel: (202) 833-8855
                                             Fax:  (202) 452-1090



                                             /s/ Gary Brown
                                             Gary Brown, Esq.
                                             FITZPATRICK & BROWN LLP
                                             Farley Building, Suite 600
                                             1929 Third Avenue North
                                             Birmingham, Alabama 35203
                                             Telephone (205) 320-2255
                                             Fax:  (205) 320-7444

                                             Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID DAVIS,                          )
                                      )
            Plaintiff,                )
                                      )
      vs.                             )      CIVIL ACTION NO. 3:06-cv-00544-WHA
                                      )
PHENIX CITY, ALABAMA, et al.          )      Judge W. Harold Albritton
                                      )
            Defendants.               )
_____)

## CERTIFICATE OF SERVICE

This is to certify that on December 13, 2007, I electronically filed Plaintiff's

Conflict of Disclosure Statement with the Clerk of the Court using the CM/ECF system

which will send notification of such filing to defendants' counsel:


Joshua Robert McKoon
McKoon, Thomas, & McKoon
925 Broad Street
P.O. Box 3220
Phenix City, AL 36868


/s/ Thomas A. Woodley
Thomas A. Woodley
Attorney for Plaintiff