

# City of PHENIX CITY Alabama

601 - 12TH STREET
PHENIX CITY, ALABAMA 36868
(334) 448-2720 • FAX (334) 291-4702

**JEFF HARDIN**
MAYOR

| RAY BUSH | JOHN STOREY | | GAIL BRANTLEY | ARTHUR SUMBRY |
|---|---|---|---|---|
| MAYOR PRO TEM | COUNCIL MEMBER DISTRICT 1 | | COUNCIL MEMBER DISTRICT 2 | COUNCIL MEMBER DISTRIC |

**H. H. (Bubba) ROBERTS**
CITY MANAGER

**MARTHA HARRIS**
CITY CLERK

March 15, 2005

Mr. Thomas H. Malone, Jr.
Field Service Representative
IAFF
1923 Woodrun Drive
Montgomery, AL 36117

Dear Mr. Malone:

I have reviewed your letter dated March 7, 2005 with Chief Prater. His account of the meeting with David Davis differs substantially from the allegations in your letter.

In the future, any contact between Union Members or Officials should be directed to me as City Manager. The City does not recognize your Union and is not required by law to do so. Further, the City will not enter into negotiations with the Union over personnel or other matters. Matters involving personnel issues should be handled through the policies provided under the Phenix City Merit System.

However, I will be glad to meet with you to discuss any issues or hear your comments relating to how the delivery of Fire Fighting services to the Citizens of Phenix City might be improved. Please call my office, so that a convenient time to meet can be arranged. Thank you.

Sincerely,

H. H. Roberts
City Manager

cc: City Council
City Attorney
Chief Prater
Personnel
File



EXHIBIT A

DVS000000018