

# INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS

**HAROLD A. SCHAITBERGER**
General President

**VINCENT J. BOLLON**
General Secretary-Treasurer

Thomas H. Malone, Jr.
14th District
Field Service Representative
1923 Woodrun Drive
Montgomery, Alabama 36117

(334) 279-5667 (Home)
(334) 279-7181 (Fax)
watash0908@knology.net

March 7, 2005

Mr. H. H. Roberts
City Manager
601 12th Street
Phenix City, Alabama 36867

Dear Mr. Roberts:

    It was a pleasure to meet with you and hear your remarks and suggestions. Let me thank you again for what I considered a very productive meeting. After our meeting, I met with the Phenix City Firefighter's leadership, and most of the membership, and laid out a plan to try and bridge the communication gap between Labor and Management, per your direction. We sent Vice President, David Davis, to Chief Prater's office to notify him of our intentions and followed with a letter to Chief Prater to formally request a meeting to discuss problems on the job from both sides perspective. We were prepared to hear Management's side and give our side of the problems and together plan a way to solve these problems, again per your direction.

    Vice- President Davis sent the letter with our perceived problems and a request to meet when he was off duty so he could be prepared and comfortable and Management would have time to prepare for the meeting. It was with our disappointment that Chief Prater decided that the meeting should be held with threats and intimidation, and had V.P. Davis picked up at the station in a Chief's car without knowing why or what for. Upon arrival Chief Prater stated several times that he did not recognize the Union. We were informed of this fact (by you) at our previous meeting.



EXHIBIT
B

Page 2

This meeting lasted approximately ten minutes with the Chief and the Personnel Director with nothing being accomplished for fear of reprisal. This was certainly not our interpretation of a very productive meeting laid out by your direction and solved nothing. Since this attempted meeting there have been several retaliatory measures put in place by the Administration. Some examples are: loss of swap time, no stopping at stores, (but the Chiefs are allowed to in their cars), threats of changing shift hours, and of more severe discipline, to name a few.

Mr. Roberts, I don't think that you or any other city official would run a meeting as Chief Prater conducted this one, with such disregard for anyone's input or thoughts. Chief Prater and the City of Phenix City, must conduct and abide by the State Statue that this meeting was requested under, and we don't feel like this imposed meeting met the State requirements. I am now requesting a meeting with myself as lead representative for the organization under the State Statue with anyone you and Chief Prater so deem, to see if these problems can be resolved within the Department. I would request this meeting take place within ten business days. We are very serious with making this system work within the Department for all involved, including the citizens of Phenix City.

Mr. Roberts I can't see any pro-active reason for intimidation and threats, and I hope you realize and accept that we can not, and will not, stand idly by while this is going on. I sincerely hope we can come to some reasonable resolve that we can all accept and live with.

You stated that you were a "card-carrying" Union member from I.B.E.W. and based on your union background, I hope you have some concerns on the way employees are being treated. I am respectfully requesting this meeting receive utmost attention, as time is essential. I think we can both agree that keeping these issues within the Department is best for all involved, including the citizens of Phenix City.

Thank you in advance for your careful consideration and attention. I look forward to hearing from you and putting these issues to rest.

Sincerely,


Thomas Malone Jr.