# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | Case Number: |
| Plaintiff ) | |
| ) | 3:06-CV-0544-WHA |
| v. ) | |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | |
| ) | |
| Defendants. ) | |

## *DEFENDANTS' LIST OF WITNESSES*

Come now the Defendants in the above styled cause and list their witnesses as follows:

1. Jeff Hardin, Mayor.

2. Wallace Hunter, Fire Chief.

3. H.H. "Bubba" Roberts, City Manager.

4. Barbara Goodwin, Personnel Director.

5. Roy Waters, Former Deputy Fire Chief.

6. Kristine Kennedy.

7. Kenneth Johanson.

8. Michael Hanson.

9. Kerry Bragg.

10. Brandon Sheets.

11. Stephanie Chastain.

12. Jerry Prater.

13. Ronnie Blankenship.

14. George Bennett.

15. Scotty Johnson.

16. William Miles.

17. James Marcus Wells.

18. Tommy Cox.

19. All witnesses listed by the Plaintiff.

20. Any witnesses needed for rebuttal.

Note: All of the witnesses listed hereinabove are current or former employees of the City of Phenix City whose address is 601 12th Street, Phenix City, Alabama or 1111 Broad Street, Phenix City, Alabama. Defendants' counsel will cooperate with Plaintiff's counsel in providing addresses or locations of any former employees, should Plaintiff's counsel wish to depose any witnesses not previously deposed.

*/s/    James R. McKoon, Jr.*
_____
JAMES R. McKOON, JR. (MCK020)
JOSHUA R. McKOON
Attorneys for Defendants
McKoon & Associates
Post Office Box 3220
Phenix City, Alabama  36868-3220
(334) 297-2300

**OF COUNSEL:**
JAMES P. GRAHAM, JR.
Post Office Box 3380
Phenix City, Alabama 36868-3380
334 291-0315

### *CERTIFICATE OF SERVICE*

I hereby certify that on this the 4th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas A. Woodley, Esq.
Molly A. Elkin, Esq.
Bryan Polisuk, Esq.
Douglas Steele, Esq.
Woodley & McGillvary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005

Gary Brown, Esq.
Fitzpatrick, Cooper & Clark
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203

*/s/ James R. McKoon, Jr.*

_____
OF COUNSEL

PDF created with pdfFactory trial version www.pdffactory.com