IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-WHA |
| PHENIX CITY, ALABAMA, et al. | ) |
| Defendants. | ) |

**PLAINTIFF'S LIST OF DEPOSITION DESIGNATIONS**

Comes now the Plaintiff in the above styled cause and list his depositions designations that he expects to use at trial as the following:

1. The deposition transcript of Brandon Sheets, taken on November 7, 2007 in Phenix City, Alabama. At the time of trial, Mr. Sheets will be out of the country working as a fire fighter in Iraq.

Respectfully submitted,

s/Douglas L. Steele_____
Thomas A. Woodley
Douglas L. Steele
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, NW, Ste. 400
Washington, DC 20005
Telephone: 202-833-8855
Facsimile: 202-452-1090

Gary Brown, Esq.
FITZPATRICK & BROWN LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax:  (205) 320-7444

 Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this the 4th day of January, 2008, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

James R. McKoon, Jr.
Joshua R. McKoon
Attorney for Defendants
McKOON, THOMAS & McKOON
P.O. Box 3220
Phenix City, AL 36868-3220

James P. Graham, Jr.
The Graham Legal Firm
Post Office Box 3380
Phenix City, AL 36868-3380


                                                s/Douglas L. Steele
                                                Douglas L Steele