IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-WHA |
| PHENIX CITY, ALABAMA, et al. | ) |
| Defendants. | ) |

**PLAINTIFF'S LIST OF WITNESSES**

Come now the Plaintiff in the above styled cause and list their witnesses as follows:

**A.    Witnesses the Plaintiff Presently Expects to Call at Trial:**

1. David Davis
   185 Lee Road 236
   Phenix City, AL  36870
   (334) 291-1927

2. Robert Gaskin[*]

3. Robert J. Bowden[*]

4. Anne Land[*]

5. William E. Miles[*]

6. Scotty Johnson[*]

7. Karl Taylorson[*]

---

[*] Employed in the Fire Department, City of Phenix City, 111 Broad Street, Phenix City, AL  36867, (334) 448-2817.

8. William Pitts[*]

9. Ms. David Davis
   185 Lee Road 236
   Phenix City, AL  36870
   (334) 291-1927

10. Thomas Malone, Jr.
    1923 Woodrun Drive
    Montgomery, AL  36117

11. Audry Thomasson
    4404 Linda Drive
    Phenix City, AL  36867
    (334) 297-8328

12. Jeff Hardin, Mayor[#]

13. Wallace Hunter, Fire Chief[*]

14. H.H. (Bubba) Roberts, City Manager[#]

15. Barbara Goodwin, Personnel Director[#]

16. Roy Waters, (former Deputy Chief)[*]

**B.    Witnesses the Plaintiff Might Call at Trial**

1. Lance Wagner[*]

2. Chuck Williams
   Columbus Ledger-Enquirer

**C.    Witnesses the Plaintiff Might Call at Trial by Deposition Designation**

1. Brandon Sheets[^]

---

[#] City of Phenix City,
  601 12th Street
  Phenix City, AL  36867
[*] Employed in the Fire Department, City of Phenix City, 1111 Broad Street,
  Phenix City, AL  36867
[^] Currently out of the country working as a fire fighter in Iraq.

2

Respectfully submitted,

   s/Douglas L. Steele
Thomas A. Woodley
Douglas L. Steele
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, NW, Ste. 400
Washington, DC 20005
Telephone: 202-833-8855
Facsimile: 202-452-1090


Gary Brown, Esq.
FITZPATRICK & BROWN LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax: (205) 320-7444

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that I have this the 4th day of January, 2008, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

James R. McKoon, Jr.
Joshua R. McKoon
Attorney for Defendants
McKOON, THOMAS & McKOON
P.O. Box 3220
Phenix City, AL 36868-3220

James P. Graham, Jr.
The Graham Legal Firm
Post Office Box 3380
Phenix City, AL 36868-3380


                                            s/Douglas L. Steele
                                            Douglas L Steele