IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) Case Number: |
| Plaintiff | ) |
| | ) 3:06-CV-0544-WHA |
| v. | ) |
| | ) |
| PHENIX CITY, ALABAMA, | ) |
| | ) |
| H.H. ROBERTS, named in his individual and official capacities, | ) |
| | ) |
| and | ) |
| | ) |
| WALLACE HUNTER, named in his individual and official capacities, | ) |
| | ) |
| Defendants. | ) |

EXHIBIT "A"

## AFFIDAVIT OF GEORGE BENNETT

Comes now George Bennett, after being duly sworn and says as follows:

My name is George Bennett. I am a Captain in the Phenix City Fire Department and was so employed in the year 2006. I was asked to read and I have read pages 67 through 69 of the deposition of David Davis dated April 5, 2007, which I understand has previously been cited to the Court, in the above styled case, wherein he testifies that I stated "man it looks like you need to call downtown and get this stopped" and "didn't you have to call downtown and do something on that probation before? . . . well, it looks like you need to do that again". I further understand that Brandon Sheets testified in his deposition (dated November 7, 2007 and also cited to the Court in the above style case), that I stated to David Davis that "I would call if I was you".

As I understand it, Mr. Davis is alleging that I encouraged him or told him that it would be a good idea for him to go around the chain of command

and make a complaint directly to the City Council or Mayor about a proposed extension of the probationary period for new hires in the fire department.

This is absolutely false. I never said the statements attributed to me above and I did not and would not instruct or encourage a subordinate not to follow the chain of command.

Further deponent saith not.

_____
GEORGE BENNETT

Sworn to and subscribed before me this 7th day of January, 2008.

_____
NOTARY PUBLIC, STATE OF
ALABAMA AT LARGE
My Commission Expires: 3/24/09