IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID DAVIS,                              )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )    CIVIL ACTION NO. 3:06cv544-WHA
                                         )
PHENIX CITY, ALABAMA, et al.,            )
                                         )
                    Defendants.          )

## **ORDER**

Due to the illness of Plaintiff's lead counsel making him unavailable for the pretrial hearing scheduled for February 1, 2008, it is hereby

ORDERED that the pretrial hearing is rescheduled for Wednesday, February 6, 2008, at 10:00 a.m., in chambers.  Lead counsel for all parties must be present.

DONE this 31st day of January, 2008.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE