*November 15, 2004*

civilians standing all around the doorway and on the sidewalk across from the structure. Sgt. Davis was the initial personnel  that was in violation of entering the hot zone without proper PPE. After investigating the incident other circumstances were involved.

After several hours of counseling all three supervisors about how important it is to treat all incidents in the initial stages as a serious threat. It was also made clear that the IC was the only individual that would make any deviation. They were also advised that there would be no free-lancing. Sgt. Johnson and stated that it was a learning experience and very beneficial. They were advised to go by the SOP's.

# PHENIX CITY FIRE RESCUE

Sgt. David Davis

Nov. 5, 2004

Concerning your letter of Nov. 1, 2004.

First of all thank you for bring it to our attention that this matter is not covered under the guideline of the Merit System or Department SOPs. This can be taken care of for future situations.

I ask you to consider that this is the first opportunity for this department to utilize part-time employees in the capacity of Firefighters. We have been short on personnel for various reasons. The intent was to fill positions temporally while our Fire Personnel were participating in the war on terrorism in the U. S. Armed Forces. Also to allow time for this department to hire and train new full-time personnel to replace those who have left for various reasons. Three additional personal are on the disable list and there positions cannot be filled.

As far as your questioning of another persons credentials as a part time employee. This is the responsibility of the Assistant Chief and he is aware that the person involved is a 15-year Firefighter with Driver/Engineer experience as well as being a Company Officer for 5 years. This could also be an opportunity for you to learn from a more experienced person than yourself. A cooperative attitude would show a sign of maturity on your part.

Your safety or the safety of others in the Company in question is not jeopardized by the decision to place this individual in charge of a company. He has served in that capacity before with positive results.

I encourage you to keep an open mind in matters of this nature.

You have been given opportunities to serve in a higher position on many occasions. This is primarily because we have a young department and it is important for future development in all job categories.

This was not meant to discredit or discourage anyone.

Jerry Prater
Fire Chief

November 1, 2004

To Fire Chief Jerry Prater:

This grievance is in regards to a situation that occurred on October 22, 2004 at Station 1. On this date the Assistant Chief on duty for A-Shift, Kenny Johansen, left Station 1 to go work on the concrete floors at Station 3. He had informed Station 1's Captain, Rick Hamby, that he would be the Acting Assistant Chief in his absence. In addition, he also directed that Part-time Firefighter, Norman Cordell, would be the Acting Company Officer while Captain Hamby was the Acting Assistant Chief. In spite of the fact that I am a career employee, and hold the rank of Sergeant, I was not allowed to act as the Company Officer, and this is where the basis of my grievance begins.

The organizational chart, lists the rank structure within the Fire Department. The rank of line personnel shows that it goes from the Assistant Chief, Captain, Sergeant, and then Firefighter. According to this organizational system, in which the Department is built upon, the rank of Firefighter, much less a Part-Time Firefighter is below that of the rank of Sergeant.

This organizational rank structure is important when it comes to applying the rules, regulations, and procedures within our department, and how we operate. In our Overtime Policies, in the Standard Operating Procedures (S.O.P's.), it states… that every consideration needs to be that employees only work overtime in the same rank structure, the exception being… when it is necessary, that employees can work one rank structure above or below. This means, according to our organizational chart, and (S.O.P's.), that a Firefighter cannot work in the position of Company Officer.

Our Swap Policies in the Standard Operating Procedures, works in much the same way as the Overtime Policy, in that …..personnel can only swap with another department member of equal or higher rank. This again demonstrates that according to our own organizational chart, that a firefighter would never be allowed to work in a Company Officer's position.

The Career Development Guide is provided to allow employees to maximize their opportunities for career development and advancement.. it states that through career development employees should have opportunity for higher salaries, increased responsibility and authority. It also states that the department in turn, must contribute to an environment, which fosters employee motivation, and improvement, with opportunities to develop and succeed. I feel that the situation that occurred was not consistent with this statement. The requirements to act as a Company Officer, according to the career development guide, require that an employee first be a certified firefighter and E.M.T. Further more, employees must be a certified firefighter for two years, with at least a one year minimum at Phenix City to test for the Sergeant position. In addition to the time required employees must be apparatus operator-pumper and aerial, E.M.T., and certified fire inspector, with 33 semester hours from an accredited college. This does not include the fact that employees must compete to obtain the rank of Sergeant in promotional exams.

I feel that as an employee who has dedicated his adult life to Phenix City Fire/Rescue, and tried in every way, through advanced education and training, to further my career, and at the same time,

become a better asset to the community that this situation has demoralized and insulted me, not to mention discouraged my determination to advance and succeed in this organization. I feel as though I was not given the opportunity that should be allowed to serve as an Acting Company Officer, this according to our own rank structure and rules, regulation, and procedures of Phenix City Fire/Rescue. I have never in my career here in Phenix City, seen an employee allowed to act in a role that was two positions above their rank. I feel that this act was unfair, unjustified, and unprecedented. Since I am a career employee who has the rank, qualifications and time required to act in this role, I feel that I should have been allowed to perform this duty, in that I meet all requirements set forth by our department, and I am not sure that a Part-Time employee does. It is a considerable injustice to all employees that have dedicated their lives through their service and loyalty to Phenix City/Fire Rescue, to have their professionalism and livelihood compromised by an employee who not only does not meet the minimum qualifications, but does not conform with the standards that our own career employees must meet to perform the duties in which was required on the day in question. This according to the only policies that I have known and worked under in my career at Phenix City.

I also feel that as a member of public safety that this situation threatened my safety and health. In addition, I also feel that there was a risk to the safety and health of the public, and other members of our department. I did not, and do not, feel comfortable risking my life in the performance of the missions  required of our department with someone I do not know, or trust.  I do not know, as I would with  the other members of our department, this part-time employee's level of job skills, experience, or expertise. I do know that the career employees of Phenix City have to meet certain requirements, and training. In addition, our career employees also have to successfully completing rigorous competitive test to reach a rank, and level, to perform our missions safely and effectively, especially in the capacity of  a supervisor, where life and death decisions are made. I do not know if this employee meets these standards. Nor do I know if he understand the various rules, regulation, or procedures, required to being operational safe and effective, within our department, and it's mission of protecting the public. I feel that these issues cause me to have a major concern for my safety and health, and is a significant motive for this grievance.

Sincerely,

David P. Davis
Sergeant, Phenix City Fire/Rescue

# CITY OF PHENIX CITY
## ACCIDENT REVIEW COMMITTEE

**DATE OF REVIEW:** _____    **DATE OF INCIDENT/ACCIDENT:** 2-13-03

**DEPARTMENT INVOLVED:** Fire _____    **TIME OF ACCIDENT:** 21:08 _____

**EMPLOYEE INVOLVED:** David Davis ____    **SUPERVISOR** Robert Boatner

**EQUIPMENT / PROPERTY DAMAGED:** NO ____    **ESTIMATED VALUE:** NO _____

**OWNER OF PROPERTY: City (** _____ **OTHER** _____ **)**

**SAFETY COORDINATOR NOTIFIED:** _____ **BY:** _____

**DRUG / ALCOHOL TEST  GIVEN AT :** _____ **BY:** _____

**COST TO CITY**

    1. Lost Work Time (Days and Hours):  ∅ _____

    2. Medical Cost:    ∅ _____

    3. Property Damage: (City) $ ∅ _____    (Other) $ _____

**WAS EMPLOYEE AT FAULT?** NO _____

**DISCIPLINARY ACTION RECOMMENDED BY SUPERVISOR:** NO _____

**DISCIPLINARY ACTION RECOMMENDED BY DEPT. HEAD:** NO _____

**PREVENTION STRATEGIES:** None

**OTHER INFORMATION:**

**DEPARTMENT HEAD** _Henry F. Prater_ _____

**SAFETY COORDINATOR** _RRK_ _____

**CITY MANAGER** _Mark Wille_ _____

**ALL INJURIES MUST BE REPORTED WITHIN 24 HOURS AFTER ACCIDENT**

## ACCIDENT WITH PERSONAL INJURY

DATE OF INJURY: _Feb, 13, 2003_    TIME: _21:08_

NAME OF EMPLOYEE: _David Davis_    DEPARTMENT: _Fire_

ADDRESS OF ACCIDENT: _1108 11th St._

CITY PROPERTY    YES ( )    NO ( )

HOW INJURY OCCURRED AND EXTENT OF INJURY: _While fighting a Living room and Den fire, F/F Davis recieved minor burns over his body._

PART OF BODY INJURED: _Both ears, Knuckles on the hand and Left Shoulder area._

WAS FIRST AID ADMINISTERED? _yes_    IF SO, ADMINISTERED BY: _F/F Dubberly_

WAS PROFESSIONAL MEDICAL ATTENTION NECESSARY? _____    YES ( )    NO (✓)

IF SO, NAME OF PHYSICIAN: _____

COMMENTS: _____

HAS INJURED RETURNED TO WORK? _____    YES (✓)    NO ( )

IF SO, SPECIFY TYPE OF DUTY: _____    REGULAR DUTY (✓)    LIGHT DUTY ( )

IF EMPLOYEE HAS RETURNED TO WORK, DATE OF RETURN: _Feb 13, 2003_

WAS EMPLOYEE PAID FOR FULL DAY OF INJURY?    YES (✓)    NO ( )

IF EMPLOYEE HAS NOT RETURNED TO WORK, STATE PROBABLE LENGTH OF DISABILITY: _____

EMPLOYEE'S OCCUPATION WHEN INJURED: _Fire Fighter_    BI-WEEKLY WAGE: _N/A_

EMPLOYEE'S HOME ADDRESS: _6225 Lee RD 240_

TELEPHONE NUMBER: _334 291-1927_ SEX: _m_ AGE: _28_    SS# _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_

MARITAL STATUS: MARRIED ( )    SINGLE (✓)    SEPARATED ( )    DIVORCED ( )    WIDOWED ( )

NUMBER OF CHILDREN UNDER AGE 18: _0_    NUMBER OF DEPENDENTS: _0_

LENGTH OF EMPLOYMENT WITH THE CITY? _4 yrs + 9 months_ LENGTH OF TIME IN PRESENT JOB? _Same_

ON THIS _13th_ DAY OF _Feb_ ~~2002~~ 2003, WE INDIVIDUALLY CERTIFY THE ABOVE

INFORMATION TO BE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE.

_____    _Capt Evan_
EMPLOYEE    SUPERVISOR

_____    _Larry T. Prater_
DIVISION HEAD    DEPARTMENT HEAD

**received**
**2/24/03**    DO NOT WRITE BELOW THIS SPACE

DATE RECEIVED    TIME    DATE FILED

I.R. _____ BC/BS _____ ACCOUNTING _____

FM 6/4/85    E.I.N./LR 130965 00    PERSONNEL DIRECTOR
RETYPED 2/02    S.I.R.N./S.I.966

**Page 1**

## SUPERVISOR'S REPORT OF ACCIDENT/INJURY
## CLASSIFICATION OF OCCURRENCE

**SECTION I**

Employee Injury _____

Motor Vehicle/Equipment Accident_____

Other_____

City Vehicle/Equipment # _____

Regular Duties:  Yes_____No _____

Name of Doctor _____

Name of Hospital _____

Name & Type of Transportation to Doctor or Hospital _____

_____

**SECTION II**          **OCCURRENCE TIME AND LOCATION**

Date & Time of Occurrence 2/13/03 21:08 AM/PM  Date of this Report  Feb 13, 2003

Location of Occurrence  1108  11th Street

**SECTION III**          **GENERAL INFORMATION**

Employee/Operator  David Davis        Supervisor in Charge  C/o Boatner

Job Title  Fire Fighter          Time in Present Position  4 years & 9 months

Department  Fire            Division _____

Witnesses: _____ Address _____ Phone _____

_____ Address _____ Phone _____

**SECTION IV**          **AT TIME OF ACCIDENT/INJURY**

WAS EMPLOYEE                    WAS EQUIPMENT

A.  Violating a Safety Rule    No ✓ Yes___    A.  In Good Working Condition    No___ Yes ✓

B.  Careless in Use of Equip.    No ✓ Yes___    B.  Used For Intended Purposes    No___ Yes ✓

C.  Ignoring Instructions    No ✓ Yes___    C.  Properly Serviced    No___ Yes ✓

D.  Last Time Equipment Inspected _____

WEATHER CONDITIONS: ✓ Clear ____Cloudy ____Rain ____Snow ____Sleet/Hail

____Fog ____Other  Approximate Temperature  46°

Page 2

**SUPERVISOR'S REPORT OF ACCIDENT/INJURY**

**SECTION V**       ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO MOTOR
                    VEHICLE/EQUIPMENT ACCIDENT

Type of Vehicle/Equipment (car, dump truck, backhoe, etc.) _____

Damage Description _____

Police Report: No___ Yes___ Report # _____

If "No" Provide: Driver of Other Vehicle _____Owner _____

================================================================================

**SECTION VI**      ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO OTHER
                    PROPERTY DAMAGE/LOSS

Description of Damage/Loss _____

_____

Police Report: No____Yes_____ Report # _____

================================================================================

**SECTION VII**
        Department Head's Estimate of Damage $_____

================================================================================

**SECTION VIII**    ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO EMPLOYEE
                    INJURY

Action Taken: First Aid Station Only _*In house*_____ EMS Response _____

                Required Physician (Attach Doctor's Note)_____ Hospitalized _____

**BODY  PART  INJURED**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Head | _____ | Neck | _____ | Back | _____ | Arm | _____ | Hand | ✓ |
| Finger | _____ | Leg | _____ | Knee | _____ | Ankle | _____ | Foot | _____ |
| Toe | _____ | Eye | _____ | Face | _____ | Chest | _____ | Wrist | _____ |
| Other | ✓ | Describe | *Knuckles / Left Shoulder + Both Ears* | | | | | | |

## SUPERVISOR'S REPORT OF ACCIDENT/ INJURY

### NATURE OF INJURY

Abrasion _____      Cut _____      Puncture _____      Bruise _____      Fracture _____

Strain/Sprain_____      Foreign Body _____      Poison Oak/Ivy _____      Insect Bite _____

Burn __✓__      Loss of Consciousness _____      Other _____      Describe _____

---

### LOSS TIME AND RESTRICTED DUTY

Has Injured Returned to Work?      No _____ Yes _✓_

If Yes, Total Hours Away From Work ____0____

Has Injured Been Placed on Restricted Duty?  No _✓_ Yes_____

If Yes, How Long _____

---

### SECTION IX

What Was Employee Doing When Accident /Injury Occurred      F/F Davis was Advancing 1 ¾ hand line into a single story Residential Structure fire

Explain In Detail How And Why Did This Accident/Injury Occur (unsafe conditions, unsafe acts, etc.) _____ Due to Extreme heat inside structure and application of water, steam and heat Redirced down onto F/F Davis while he was in an offensive fire attack

Suggestion(s) To Help Prevent Similar Accident/Injury From Occurring  due to fighting fire from and interior attack this conditions may occurs time to time

Describe Action Taken, If Any, To Prevent Similar Accident/Injury From Occurring  NONG

Page 4

## SUPERVISOR'S REPORT OF ACCIDENT/INJURY

Is Any Disciplinary Action Proposed? Yes _____ No _✓_ If Yes, Explain _____

_____

_____

Any Additional Action Necessary ? Yes _____ No _✓_ If Yes, Explain _____

_____

_____

Was Accident/Injury Preventable _____ Non-Preventable _✓_ Don't Know _____

If Non-Preventable, Explain: From attacking a Structure from Inside
this may happen from time to time

_____

A PREVENTABLE ACCIDENT/INJURY IS ONE IN WHICH OUR EMPLOYEE FAILED
TO DO EVERYTHING WITHIN REASON TO PREVENT IT FROM OCCURRING.

SUPERVISOR CONDUCTING INVESTIGATION: Capt Boatner

Date Signed  02-14-2003 _____

I Have Read The above: _____

SIGNATURE OF AFFECTED EMPLOYEE

Affected Employee's Comments/Suggestions: _____

_____

_____

_____

DEPARTMENT HEAD SIGNATURE: _____ DATE: _____

ROUTING:   SEND ORIGINAL TO PERSONNEL FOR FILES. COPY TO CITY MANAGER. REPORT
SHOULD BE COMPLETED WITHIN 48 HOURS AFTER ACCIDENT. THIS FORM DOES
NOT ELIMINATE THE NEED FOR THE FIRST REPORT OF INJURY PRESENTLY BEING
COMPLETED.

RECOMMENDED PENALTY FOR FIRST OFFENSE:      WRITTEN INSTRUCTION AND CAUTIONING
                    SECOND OFFENSE:   EIGHT (8) HOURS SUSPENSION
                    THIRD OFFENSE:    FORTY (40) HOURS SUSPENSION
                    FOURTH OFFENSE:   DISCHARGE



# *City of* PHENIX CITY *Alabama*

1119 BROAD STREET
PHENIX CITY, ALABAMA 36867
(334) 448-2706 • FAX (334) 448-2712

**H. S. (SONNY) COULTER**
MAYOR

**J. W. BRANNEN**
COUNCIL MEMBER AT LARGE

**JOHN STOREY**
COUNCIL MEMBER DISTRICT 1

**GAIL BRANTLEY**
COUNCIL MEMBER DISTRICT 2

**ARTHER SUMBRY**
COUNCIL MEMBER DISTRICT 3

**H. H. (BUBBA) ROBERTS**
CITY MANAGER

**ANTHONY HUNT**
CITY CLERK

October 2, 2002

David P. Davis
185 Lee Road 236
Phenix City, AL 36867

RE:  Personnel Review Board Hearing

Dear Mr. Davis,

This letter is to inform you of the findings of the Personnel Review Board on the appeal of your
suspension.  It is the determination of the Board, with the agreement of Max Wilkes, Acting City
Manager, that your eight hours suspension without pay be reinstated.  The "Written Warning
Form" for the offense of September 19, 2002 will be revised to read: "Current Corrective Action
Taken:  Written reprimand.  Next offense within a thirty day period **shall** result in eight hours
suspension without pay for Group I Offense **or** Instruction and twenty-four (24) hours
suspension without pay for a Group II Offense, depending on the circumstances of the offense".

You will receive a copy of the revised Written Warning Form after you have signed it.  Should
you have any questions please feel free to call Barbara Goodwin, Personnel Director at 448-
2751.

Sincerely,

Dan Redmon
Chairman, Personnel Review Board

cc:  City Manager
     Fire Chief
     Personnel File

# CITY OF PHENIX CITY
## ACCIDENT REVIEW COMMITTEE

Oct. 31, 2002

DATE OF REVIEW: ~~9-22-02~~    DATE OF INCIDENT/ACCIDENT: 9-19-02

DEPARTMENT INVOLVED: Fire    TIME OF ACCIDENT: 1920 hrs

EMPLOYEE INVOLVED: David Davis    SUPERVISOR D/E James Anthony

EQUIPMENT / PROPERTY DAMAGED: Yes    ESTIMATED VALUE:

OWNER OF PROPERTY: City ( ✓    OTHER_____ )

SAFETY COORDINATOR NOTIFIED:_____ BY:_____

DRUG / ALCOHOL TEST GIVEN AT: Yes    BY: Russell Co. Sheriff Office

COST TO CITY

  1. Lost Work Time (Days and Hours):_____

  2. Medical Cost:_____

  3. Property Damage: (City) $_____    (Other) $_____

WAS EMPLOYEE AT FAULT? Yes

DISCIPLINARY ACTION RECOMMENDED BY SUPERVISOR: Written Reprimand with 8 hrs suspension without pay.

DISCIPLINARY ACTION RECOMMENDED BY DEPT. HEAD: Revised to written reprimand By Personnel Review Bd 10/1/02

PREVENTION STRATEGIES: Before moving the apparatus make sure all compartment doors and cab doors have been completely closed and secured. The driver operator will want to double check all doors although they appear to be closed before moving apparatus

OTHER INFORMATION: F/F D. Davis was suspended for 8 hrs without pay on 9-22-02.

DEPARTMENT HEAD_____

SAFETY COORDINATOR_____

CITY MANAGER_____

```
*****************************
        RUSSELL CSO
   ALCOTEST 7110 MKIIIC
SERIAL NO.:     ARMM-0566
DATE      :    09/19/2002
START TIME:      20:22:11
END TIME  :      20:28:40
*****************************
          OPERATOR
PERMIT NO:          D01218
PERMIT EXPIR: 12/31/2003
LAST NAME:       BUSSEY JR
FIRST NAME:         DANNY
MIDDLE INIT:            L
ID. NUMBER:             C
AGENCY:
                 RUSSELL CSO
*****************************
          SUBJECT
LAST NAME:          DAVIS
FIRST NAME:         DAVID
MIDDLE INIT:            P
DL# OR SS#:     256191294
REASON FOR TEST:
                 ACCIDENT
*****************************
TST1 BREATH-TEMP: 35.7°C
BLANK     0.00   20:24:23
TEST1 IR  0.00   20:25:06
TEST1 EC  0.00   20:25:06
BLANK     0.00   20:25:12
TST2 BREATH-TEMP: 35.7°C
TEST2 IR  0.00   20:27:17
TEST2 EC  0.00   20:27:17
BLANK     0.00   20:27:24
*****************************
*        RESULT:          *
*                         *
*      0.00   9/2101      *
*                         *
*****************************
SIGNATURE OPER:
```

Page 1

## SUPERVISOR'S REPORT OF ACCIDENT/INJURY
## CLASSIFICATION OF OCCURRENCE

**SECTION I**

Employee Injury _____

Motor Vehicle/Equipment Accident _Occurred at Fire Station #3    510 S. Seale Rd._

Other _____

City Vehicle/Equipment # _Engine #4_

Regular Duties: Yes _X_____ No _____

Name of Doctor _____

Name of Hospital _____

Name & Type of Transportation to Doctor or Hospital _____

_____

_____

**SECTION II**          **OCCURRENCE TIME AND LOCATION**

Date & Time of Occurrence _9/19/02 1920_ AM /(PM)  Date of this Report _Sept. 19, 2002_

Location of Occurrence _Fire Station #3   510 South Seale Rd._

**SECTION III**          **GENERAL INFORMATION**

Employee/Operator _F/F David Davis_      Supervisor in Charge _Driver Eng Anthony_

Job Title _Fire Fighter_               Time in Present Position _Four years_

Department _Fire Dept._               Division _Public Safety_

Witnesses: _____ Address _____ Phone _____

_____ Address _____ Phone _____

**SECTION IV**          **AT TIME OF ACCIDENT/INJURY**

WAS EMPLOYEE                          WAS EQUIPMENT

A. Violating a Safety Rule      No ✓ Yes __    A. In Good Working Condition   No __ Yes ✓

B. Careless in Use of Equip.    No ✓ Yes __    B. Used For Intended Purposes  No __ Yes ✓

C. Ignoring Instructions        No ✓ Yes __    C. Properly Serviced           No __ Yes ✓

                                              D. Last Time Equipment Inspected _Daily_

WEATHER CONDITIONS: _____ Clear _X_ Cloudy _____ Rain _____ Snow _____ Sleet/Hail

_____ Fog _____ Other   Approximate Temperature _79° F_

Page 2

### SUPERVISOR'S REPORT OF ACCIDENT/INJURY

**SECTION V**        ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO MOTOR
VEHICLE/EQUIPMENT ACCIDENT

Type of Vehicle/Equipment (car, dump truck, backhoe, etc.) _Fire Truck Pumper_

Damage Description _Driver Side rear door handle_

Police Report:  No___ Yes _✓_ Report # _____

If "No"  Provide: Driver of Other Vehicle _____ Owner _____

**SECTION VI**        ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO OTHER
PROPERTY DAMAGE/LOSS

Description of Damage/Loss _____

Police Report:  No____ Yes ____  Report # _____

**SECTION VII**

Department Head's Estimate of Damage $_____

**SECTION VIII**        ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO EMPLOYEE
INJURY

Action Taken:  First Aid Station Only _____ EMS Response _____
Required Physician (Attach Doctor's Note)_____ Hospitalized _____

### BODY  PART  INJURED

| | | | | |
|---|---|---|---|---|
| Head _____ | Neck _____ | Back _____ | Arm _____ | Hand _____ |
| Finger _____ | Leg _____ | Knee _____ | Ankle _____ | Foot _____ |
| Toe _____ | Eye _____ | Face _____ | Chest _____ | Wrist _____ |
| Other _____ | Describe_____ | | | |

Page 3

## SUPERVISOR'S REPORT OF ACCIDENT/ INJURY

### NATURE OF INJURY

Abrasion _____          Cut _____      Puncture _____          Bruise _____               Fracture _____

Strain/Sprain _____          Foreign Body _____          Poison Oak/Ivy _____          Insect Bite _____

Burn _____          Loss of Consciousness _____          Other _____          Describe _____

### LOSS TIME AND RESTRICTED DUTY

Has Injured Returned to Work?          No _____ Yes _____

If Yes, Total Hours Away From Work _____

Has Injured Been Placed on Restricted Duty?  No _____ Yes_____

If Yes, How Long _____

### SECTION IX

What Was Employee Doing When Accident /Injury Occurred _Pulling  Engine  out_
_of Station  to wash it,  when the rear  Driver Side  door_
_Came open.  The handle came in contact  Bay door Track and Broke off._

Explain In Detail How And Why Did This Accident/Injury Occur (unsafe conditions, unsafe acts, etc.) _____
_Firefighter Davis pushed the driver side rear door closed_
_but it did not Latch, when he pulled the truck forward the_
_door came open and the handle came in contact with the Bay door track._

Suggestion(s) To Help Prevent Similar Accident/Injury From Occurring _The door handles on the_
_Trucks need to be adjusted to close properly, and make sure_
_the driver operators securely closes the doors on apparatus._

Describe Action Taken, If Any, To Prevent Similar Accident/Injury From Occurring _Make sure_
_doors are Closed securely before moving Truck._

Page 4

## SUPERVISOR'S REPORT OF ACCIDENT/INJURY

Is Any Disciplinary Action Proposed? Yes _____ No __X__ If Yes, Explain _____

_____

Any Additional Action Necessary ? Yes _____ No __X__ If Yes, Explain _____

_____

Was Accident/Injury Preventable_yes_ Non-Preventable _____ Don't Know _____

If Non-Preventable, Explain: __Accident was preventable if the door handles__ __were adjusted to latch properly and driver ensured that__ __doors were closed completely.__

A PREVENTABLE ACCIDENT/INJURY IS ONE IN WHICH OUR EMPLOYEE FAILED

TO DO EVERYTHING WITHIN REASON TO PREVENT IT FROM OCCURRING.

SUPERVISOR CONDUCTING INVESTIGATION: _Nc H Hanson_

Date Signed __9-19-02__

I Have Read The above: _____ _09/19/02_

                                    SIGNATURE OF AFFECTED EMPLOYEE

Affected Employee's Comments/Suggestions: _____

_____

_____

DEPARTMENT HEAD SIGNATURE: _Jimmy T. Pilate_            DATE: _9-23-02_

ROUTING:    SEND ORIGINAL TO PERSONNEL FOR FILES. COPY TO CITY MANAGER. REPORT
            SHOULD BE COMPLETED WITHIN 48 HOURS AFTER ACCIDENT. THIS FORM DOES
            NOT ELIMINATE THE NEED FOR THE FIRST REPORT OF INJURY PRESENTLY BEING
            COMPLETED.

RECOMMENDED PENALTY FOR FIRST OFFENSE:      WRITTEN INSTRUCTION AND CAUTIONING
                        SECOND OFFENSE:     EIGHT (8) HOURS SUSPENSION
                        THIRD OFFENSE:      FORTY (40) HOURS SUSPENSION
                        FOURTH OFFENSE:     DISCHARGE

To Whom It May Concern,
09/19/02

I David P. Davis was acting driver/engineer at station 3. The date was 09/19/02, time was approxiatmaly 1925. I was preparing to pull Engine 4 out of the station to clean the apparatus. I checked all doors and compartments to make sure they were closed. The rear cab door on the driver side was open; I pushed it in and thought it was secured. When exiting the station, the door came open and struck the track for the station doors. I stopped the apparatus and checked the damage to the door. The handle had broken in half. I immediately reported it to my supervisor, Jim Anthony. He contacted Chief Hanson, and I went to Russell County jail took breatherlizer and filled out accident report, both a city accident report and police report.

Firefighter David P. Davis

09/19/02

Private Property Accident Form
Delayed Report ( ) Yes (✓) No

# Phenix City
## Police Department

Sheet 1 of 2 Sheets
Case No. 02PC 25624

Date of Accident 9/19/02 Time 20:32 Date Reported to Police 9/19/02 Time 20:37
If Delayed Report, why was the accident not immediately reported? _____
Location of Accident 510 South Scale Road   Fire Station 3

Driver of Veh. 1 David Paul Davis                           DOB 11/09/74 Sex M Race W
Address 185 Lee Rd 236                    City/State/Zip Phenix City, AL 36870
Phone Number 334 291-1927 Drivers License No. & State 5883643 AL
Vehicle Make E-ONE Model Pumper Year 1987 Body Comm Tag No. Not Required State/Yr.
VIN 1F9RBAA87H1037115                       Insurance Co. City of Phenix City (Self-Insured
Areas Damaged Near driver side Cab Door (7) Left Scene ( ) Yes (✓) No Contributing Circumstances 98
Owner of Veh. 1 City of Phenix City            DOB ___ Sex ___ Race ___ Phone ___
Address _____                     City/State/Zip _____
Driver   Drinking   Yes (No) Unk.   Type of          Citations Issued ( ) Yes (✓) No
Sobriety: Drugs   Yes (No) Unk.   Test Given Breath Results 0.00% Refused ( ) Yes (✓) No

Driver of Veh. 2 N/A                         DOB N/A Sex ~ Race ~
Address N/A                           City/State/Zip _____
Phone Number N/A   Drivers License No. & State N/A
Vehicle Make N/A Model___ Year___ Body___ Tag No.___ State/Yr.___
VIN _____                       Insurance Co. N/A
Areas Damaged N/A           Left Scene ( ) Yes ( ) No Contributing Circumstances N/A
Owner of Veh. 2 N/A                       DOB ___ Sex ___ Race ___ Phone ___
Address _____                     City/State/Zip _____
Driver   Drinking   Yes No Unk.   Type of          Citations Issued ( ) Yes ( ) No
Sobriety: Drugs   Yes No Unk.   Test Given ___ Results ___% Refused ( ) Yes ( ) No

### FIXED OBJECT or PROPERTY DAMAGE

Object _____          Damage _____
Owner _____          Address _____

Witness _____          DOB ___ Sex ___ Race ___
Address _____                Phone ___
Witness _____          DOB ___ Sex ___ Race ___
Address _____                Phone ___

The Data on this report reflects my best knowledge, opinion and belief covering the accident, but no Warrant is made as to the factual accuracy thereof.

Inv. Officer Andrea L. Vinning          ID No. 374
Inv. Officer _____                ID No. _____

See other side of this form for the diagram, narrative and information.



**NARRATIVE & DIAGRAM**

So Seal Road

Fire Station #3

◀ — N

5th St. South

Drawing Not to Scale

**DESCRIBE WHAT HAPPENED** ( REFER TO VEHICLES BY NUMBER )

The driver of Vehicle #1, David Paul Davis, stated that he was pulling out of the Fire Station #3 Garage when the Driverside Rear Cab door hit the door track of the Garage, causing the left rear door handle to break off of the E-ONE Pumper Fire Truck. Mr. Davis stated that the left rear door was not completely shut when it struck the garage door track. No other rehicle was involved. No Damage was done to the garage door track.

Was Accident Hit and Run ?    Yes ( )    No (X)

**CONTRIBUTING CIRCUMSTANCE (S)**

| | |
|---|---|
| 01 Improper Passing | 19 Improper Load/Size |
| 02 Improper Lane Change/Usage | 20 Improper Attachment |
| 03 Improper Turn/U-Turn | 21 Fail To yield Right of Way |
| 04 Following To Close | 22 Driver Condition |
| 05 Misjudge Stopping Dist. | 23 Wrong Side of Road |
| 06 Over Speed Limit | 24 Veh. Pushed/Towed by Veh. |
| 07 Avoid Object/Person/Veh. | 25 Veh. Pushed by Person |
| 08 Unseen Object/Person/Veh. | 26 Veh. Left Road |
| 09 Improper Backing | 27 Driver Not In Control |
| 10 Inop. Traffic Control | 28 Load Shift |
| 11 Improper/No Signal | 29 Parts/Cargo From Veh. |
| 12 Fail. To Heed Sign/Signal | 30 Ped. Violation |
| 13 Improper Driving-Environ. | 31 Veh. Wgt/Hgt/Lngth |
| 14 Road Defect | 32 Ped. Under Influence |
| 15 Vision Obstruction | 33 Illegal/ Improper Parking |
| 16 Defective Equipment | 97 None |
| 17 DUI | 98 Other |
| 18 Under Min. Speed | 99 Unknown |

**CIRCLE POINT OF INITAL IMPACT**

0 UNDERCARRIAGE
**VEHICLE # 1**

**CIRCLE POINT OF INITAL IMPACT**

0 UNDERCARRIAGE
**VEHICLE # 2**

*H Smith*
**Approving Supervisor**

Case #
02PL 25624

```
*******************************
         RUSSELL CSO
    ALCOTEST 7110 MKIIIC
SERIAL NO.:    ARMM-0566
DATE      :    09/19/2002
START TIME:       20:22:11
END TIME  :       20:28:40
*******************************
         OPERATOR
PERMIT NO:         001218
PERMIT EXPIR: 12/31/2003
LAST NAME:      BUSSEY JR
FIRST NAME:         DANNY
MIDDLE INIT:            L
ID. NUMBER:            C
AGENCY:          RUSSELL CSO
*******************************
         SUBJECT
LAST NAME:          DAVIS
FIRST NAME:         DAVID
MIDDLE INIT:            P
DL# OR SS#:     256191294
REASON FOR TEST:
                 ACCIDENT
*******************************
TST1 BREATH-TEMP: 35.7°C
BLANK     0.00   20:24:23
TEST1 IR  0.00   20:25:06
TEST1 EC  0.00   20:25:06
BLANK     0.00   20:25:12
TST2 BREATH-TEMP: 35.7°C
TEST2 IR  0.00   20:27:17
TEST2 EC  0.00   20:27:17
BLANK     0.00   20:27:24
*******************************
*        RESULT:           *
*                          *
*      0.00   9/2101       *
*                          *
*******************************
SIGNATURE OPER:
```

_(signature)_

```
*******************************
```

To: Max Wilkes; Personnel Director                                              09/22/02

I Davis P. Davis, Firefighter/Paramedic with the Phenix City Fire/Rescue, would like to request an appeal of disciplinary actions taken against me on 09/22/02.

                                        Sincerely,

                                        _David P. Davis_  09/22/02

                                        David P. Davis

**CITY OF PHENIX CITY**
**ACCIDENT REVIEW COMMITTEE**

**DATE OF REVIEW:** 9-17-02   **DATE OF INCIDENT/ACCIDENT:** 9-1-02

**DEPARTMENT INVOLVED:** FIRE   **TIME OF ACCIDENT:** 11:52 pm

**EMPLOYEE INVOLVED:** DAVID DAVIS   **SUPERVISOR** Robert Schwoebel

**EQUIPMENT / PROPERTY DAMAGED:** Engine #1   **ESTIMATED VALUE:** _____

**OWNER OF PROPERTY:** City ( ✓   **OTHER** _____ )

**SAFETY COORDINATOR NOTIFIED:** _____   **BY:** _____

**DRUG / ALCOHOL TEST GIVEN AT:** 9|1|02   **BY** Russell Co.

**COST TO CITY**   23:53

    1. **Lost Work Time (Days and Hours):** – 0

    2. **Medical Cost:** – 0 –

    3. **Property Damage: (City)** $ 184.31   **(Other)** $ _____

**WAS EMPLOYEE AT FAULT?** Yes

**DISCIPLINARY ACTION RECOMMENDED BY SUPERVISOR:** None

**DISCIPLINARY ACTION RECOMMENDED BY DEPT. HEAD:** none

**PREVENTION STRATEGIES:** leave apparatus in position when arriving on scene.

**OTHER INFORMATION:** employee was moving apparatus close to apartment complex hitting concrete damaging Rt side running Board

**DEPARTMENT HEAD** Jerry T. Pratt

**SAFETY COORDINATOR** Jerry T. Pratt

**CITY MANAGER** H H Roberts

**SUPERVISOR'S REPORT OF ACCIDENT/INJURY**
**CLASSIFICATION OF OCCURRENCE**

Page 1

### SECTION I

Employee Injury _None_

Motor Vehicle/Equipment Accident _Fire Engine # 1_

Other _____

City Vehicle/Equipment # _Engine # 1_

Regular Duties: Yes __✓__ No _____

Name of Doctor _N/A_

Name of Hospital _N/A_

Name & Type of Transportation to Doctor or Hospital _N/A_

### SECTION II          OCCURRENCE TIME AND LOCATION

Date & Time of Occurrence _9-1-02   1152_ AM /(PM)   Date of this Report _9-1-02_

Location of Occurrence _1200  12th Avenue  Apt. 9-C  Coweta Apts. Parking Lot_

### SECTION III          GENERAL INFORMATION

Employee/Operator _David Davis_                Supervisor in Charge _D/E Robert Schwoebel_

Job Title _Fire Fighter_                        Time in Present Position _4 yrs_

Department _Fire_                                Division _Public Safety_

Witnesses: _____ Address _____          Phone _____

_____ Address _____          Phone _____

### SECTION IV          AT TIME OF ACCIDENT/INJURY

WAS EMPLOYEE                                    WAS EQUIPMENT

A. Violating a Safety Rule     No ✓ Yes __        A. In Good Working Condition    No __ Yes ✓

B. Careless in Use of Equip.   No ✓ Yes __        B. Used For Intended Purposes   No __ Yes ✓

C. Ignoring Instructions       No ✓ Yes __        C. Properly Serviced            No __ Yes ✓

                                                   D. Last Time Equipment Inspected _9-1-02_

WEATHER CONDITIONS: __✓ Clear  _____ Cloudy  _____ Rain  _____ Snow  _____ Sleet/Hail

_____ Fog  _____ Other  Approximate Temperature _78°_

**SUPERVISOR'S REPORT OF ACCIDENT/INJURY**

Page 2

**SECTION V**          ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO MOTOR
                       VEHICLE/EQUIPMENT ACCIDENT

Type of Vehicle/Equipment (car, dump truck, backhoe, etc.) _Pumper_

Damage Description _Rt. side running board_

Police Report: No___ Yes ✓ Report # _Private property_

If "No" Provide: Driver of Other Vehicle _____Owner _____

**SECTION VI**          ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO OTHER
                        PROPERTY DAMAGE/LOSS

Description of Damage/Loss _____ N/A

Police Report: No____ Yes ____ Report # _____

**SECTION VII**
          Department Head's Estimate of Damage $ _163.31_

**SECTION VIII**          ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO EMPLOYEE
                          INJURY

Action Taken: First Aid Station Only _____ N/A _____ EMS Response _____

          Required Physician (Attach Doctor's Note)_____ Hospitalized _____

BODY  PART  INJURED

Head  _____  Neck  _____  Back  _____  Arm  _____  Hand  _____

Finger  _____  Leg  _____  Knee  _____  Ankle  _____  Foot  _____

Toe  _____  Eye  _____  Face  _____  Chest  _____  Wrist  _____

Other  _____ Describe_____

## SUPERVISOR'S REPORT OF ACCIDENT/ INJURY

### NATURE OF INJURY

Abrasion _____     Cut _____     Puncture _____     Bruise _____     Fracture _____

Strain/Sprain _____     Foreign Body _____     Poison Oak/Ivy _____     Insect Bite _____

Burn _____     Loss of Consciousness _____     Other _____     Describe _____

_____

### LOSS TIME AND RESTRICTED DUTY

Has Injured Returned to Work?     No _____ Yes _____ *N/A*

If Yes, Total Hours Away From Work _____

Has Injured Been Placed on Restricted Duty? No __✓__ Yes_____

If Yes, How Long _____

### SECTION IX

What Was Employee Doing When Accident /Injury Occurred   *Moving the apparatus closer to apartment complex.*

_____

Explain In Detail How And Why Did This Accident/Injury Occur (unsafe conditions, unsafe acts, etc.) _____
*No lighting on the property where accident happend. A concrete base for a previous light is what was struck, which was unseen because of darkness.*

Suggestion(s) To Help Prevent Similar Accident/Injury From Occurring   *Leave apparatus in position, when arriving on scene.*

_____

Describe Action Taken, If Any, To Prevent Similar Accident/Injury From Occurring   *Same as above*

_____

_____

Page 4

## SUPERVISOR'S REPORT OF ACCIDENT/INJURY

Is Any Disciplinary Action Proposed?  Yes _____  No ✓ _____  If Yes, Explain _____

_____

_____

Any Additional Action Necessary?  Yes _____  No ✓ _____ If Yes, Explain _____

_____

_____

Was Accident/Injury Preventable ✓ _____ Non-Preventable _____ · Don't Know _____

If Non-Preventable, Explain: _____

_____

_____

A PREVENTABLE ACCIDENT/INJURY IS ONE IN WHICH OUR EMPLOYEE FAILED
TO DO EVERYTHING WITHIN REASON TO PREVENT IT FROM OCCURRING.

SUPERVISOR CONDUCTING INVESTIGATION: _Sgt. Schwochel_

Date Signed ____9-1-02____

I Have Read The above: _____

SIGNATURE OF AFFECTED EMPLOYEE

Affected Employee's Comments/Suggestions: _I apologize for any inconvenience that
I have caused the Fire Dept and City. I will
strive to not let something like this happen
again._

DEPARTMENT HEAD SIGNATURE: _Jerry T Prater_ DATE: _9-5-02_

ROUTING:    SEND ORIGINAL TO PERSONNEL FOR FILES. COPY TO CITY MANAGER. REPORT
SHOULD BE COMPLETED WITHIN 48 HOURS AFTER ACCIDENT. THIS FORM <u>DOES
NOT</u> ELIMINATE THE NEED FOR THE <u>FIRST REPORT OF INJURY</u> PRESENTLY BEING
COMPLETED.

RECOMMENDED PENALTY FOR   FIRST OFFENSE:      WRITTEN INSTRUCTION AND CAUTIONING
SECOND OFFENSE:     EIGHT (8) HOURS SUSPENSION
THIRD OFFENSE:      FORTY (40) HOURS SUSPENSION
FOURTH OFFENSE:     DISCHARGE

I David Davis was responding to a medical call at 1200 12th Avenue Apt. 9-C.I was acting driver/operator on Engine 1. The date was 09/01/02 and time was 2352. Upon arrival at the scene the crew members retrieved the medical equipment from the apparatus and proceeded to the patient who was inside the dwelling. I was attempting to drive around an island in the parking lot. As I was driving the truck around the island, I heard a        scraping noise. I immediately stop the apparatus. I was using my mirrors in the turning process and upon hearing the scraping noise, I put the apparatus in park and pulled the parking brake and walked around the truck to investigate. I could not at first see anything due to the darkness. I grabbed a hand light to see better and found a piece of concrete that use to be a light pole. This piece of concrete was approxiatmaly 10 inches high and 8 inches wide. It had lightly damaged the running board and a ground light. I immediately reported the accident to my supervisor, Rob Schwoebel.

F/F David Davis

9/2/02

# Memorandum

**To:**    Chief Hunter

**From:**   Sgt. Schwoebel

**Date:**   9/4/2002

**Re:**    Price for replacement parts Engine 1

---

Listed on this page is the price of repair parts for Engine 1.

Larry Bradley at Sunbelt Fire (18006428484 ext105) is the representative we spoke with.

Aluminum Rub Rail (3"x 8'6") $85.05 ($9.45 perfoot)

Truck light (Model 40700) $25.26

Light bracket $45.00

Freight cost $8.00 (UPS) $29.00 (Truck delivery) Rail maybe too long for UPS to ship

Total cost: $163.31 (UPS)

$184.31 (Truck delivery)

1

Private Property Accident Form
Delayed Report ( ) Yes (✓) No

# Phenix City
# Police Department

Sheet __1__ of __1__ Sheets
Case No. 02PL23924

Date of Accident 09-01-2002 Time 2244    Date Reported to Police 09-01-2002 Time 2250
If Delayed Report, why was the accident not immediately reported? _____ N/A
Location of Accident PARKING LOT OF COWETA APARTMENTS 1220 12TH AVENUE

Driver of Veh. 1 DAVID PAUL DAVIS    DOB 11-09-1974 Sex M Race W
Address 185 LEE ROAD 236    City/State/Zip PHENIX CITY ALABAMA 36870
Phone Number (334) 291-1927    Drivers License No. & State 5883643 ALABAMA
Vehicle Make E-ONE Model CUSTOM Year 1994    Body FIRE Tag No. N/A State/Yr. N/A
VIN 4ENRAAA80R1003809    Insurance Co. CITY OF PHENIX CITY
Areas Damaged (4) ALUMINUM STEP    Left Scene (✓) Yes ( ) No Contributing Circumstances 31
Owner of Veh. 1 CITY OF PHENIX CITY (FIRE DEPT.) DOB NA Sex NA Race NA Phone 448-2800
Address 1111 BROAD STREET    City/State/Zip PHENIX CITY ALABAMA 36867
Driver Drinking Yes (No) Unk. Type of    Citations Issued ( ) Yes (✓) No
Sobriety: Drugs Yes (No) Unk. Test Given DRAGER Results .000% Refused ( ) Yes (✓) No

Driver of Veh. 2 N/A    DOB ___ Sex ___ Race ___
Address _____ City/State/Zip _____
Phone Number _____ Drivers License No. & State _____
Vehicle Make ___ Model ___ Year ___ Body ___ Tag No. ___ State/Yr. ___
VIN _____ Insurance Co. _____
Areas Damaged _____ Left Scene ( ) Yes ( ) No Contributing Circumstances _____
Owner of Veh. 2 _____ DOB ___ Sex ___ Race ___ Phone ___
Address _____ City/State/Zip _____
Driver Drinking Yes No Unk. Type of    Citations Issued ( ) Yes ( ) No
Sobriety: Drugs Yes No Unk. Test Given ___ Results ___% Refused ( ) Yes ( ) No

## FIXED OBJECT or PROPERTY DAMAGE

Object N/A    Damage _____
Owner _____ Address _____

Witness N/A    DOB ___ Sex ___ Race ___
Address _____ Phone ___
Witness N/A    DOB ___ Sex ___ Race ___
Address _____ Phone ___

The Data on this report reflects my best knowledge, opinion and belief covering the accident, but no Warrant is made as to the factual accuracy thereof.

Inv. Officer WARREN ROBERT McLOUGHLIN    ID No. #297
Inv. Officer N/A    ID No. ___

See other side of this form for the diagram, narrative and information.



DIRECTION OF TRAVEL - VEHICLE 1 - N E S W    VEHICLE 2 - N E S W    MILES N E S W    TO

**NARRATIVE & DIAGRAM**

*Coweta Apartments Driveway*

*Grass Island*

*Old Light Pole Stub*

*Not to Scale*

DESCRIBE WHAT HAPPENED  ( REFER TO VEHICLES BY NUMBER )  Driver Vehicle #1 Stated He was making a right turn in the parking lot of Coweta Apartments by building number nine, when he impacted an old light pole stub in the island.

Was Accident Hit and Run ?    Yes ( )    No ( ✓ )

**CONTRIBUTING CIRCUMSTANCE (S)**

01  Improper Passing
02  Improper Lane Change/Usage
03  Improper Turn/U-Turn
04  Following To Close
05  Misjudge Stopping Dist.
06  Over Speed Limit
07  Avoid Object/Person/Veh.
08  Unseen Object/Person/Veh.
09  Improper Backing
10  Inop. Traffic Control
11  Improper/No Signal
12  Fail. To Heed Sign/Signal
13  Improper Driving-Environ.
14  Road Defect
15  Vision Obstruction
16  Defective Equipment
17  DUI
18  Under Min. Speed

19  Improper Load/Size
20  Improper Attachment
21  Fail To yield Right of Way
22  Driver Condition
23  Wrong Side of Road
24  Veh. Pushed/Towed by Veh.
25  Veh. Pushed by Person
26  Veh. Left Road
27  Driver Not In Control
28  Load Shift
29  Parts/Cargo From Veh.
30  Ped. Violation
31  Veh. Wgt/Hgt/Lngth
32  Ped. Under Influence
33  Illegal/ Improper Parking
97  None
98  Other
99  Unknown

CIRCLE POINT OF INITAL IMPACT

0 UNDERCARRIAGE
VEHICLE # 1

CIRCLE POINT OF INITAL IMPACT
N/A

0 UNDERCARRIAGE
VEHICLE # 2

Approving Supervisor

```
***********************
    RUSSELL CSO
ALCOTEST 7110 MKIIIC
SERIAL NO.:    ARMN-0566
DATE      :    09/01/2002
START TIME:    23:53:54
END TIME  :    00:01:38
***********************
         OPERATOR

PERMIT NO.:       D01256
PERMIT EXPIR: 12/31/2002
LAST NAME:    MCLOUGHLIN
FIRST NAME:       WARREN
MIDDLE INIT:           R
ID. NUMBER:          297
AGENCY:

             PHENIX CITY PD
***********************
      SUBJECT

LAST NAME:         DAVIS
FIRST NAME:       DAVID
MIDDLE INIT:          P
DL# OR SS#:    5883643 AL
REASON FOR TEST:
    CITY VEHICLE ACCIDENT
TST1 BREATH-TEMP: 36.0°C
BLANK      0.00   23:57:12
TEST1 IR   0.00   23:58:03
TEST1 EC   0.00   23:58:03
BLANK      0.00   23:58:06
TST2 BREATH-TEMP: 36.2°C
TEST2 IR   0.00   00:00:18
TEST2 EC   0.00   00:00:21
BLANK      0.00   00:00:21
*                      *
*    RESULT:           *
*                      *
*      0.00   9/2101   *
***********************
```

SIGNATURE OPER

# Memo

**To:**        Chief Prater

**From:**      Deputy Chief Hunter

**Subject:**   Consultation of Fire Fighter David Davis

**Date:**      July 19, 2002

**CC:**        Max Wilkes, Barbara Godwin

Attached you will find a memo from Chief Hanson concerning a meeting held about the behavior of Fire Fighter David Davis. In attendance at this meeting was Chief Hanson, Captain Sumbry, Fire Fighter Davis, and I. It was brought to my attention that Fire Fighter Davis had made dreadful remarks about Chief Hanson, Captain Hutchinson and I after a locker inspection. Fire Fighter Davis stated "if the two were involved in an accident and killed, it would not bother me." He also refereed to me as Chief Osama Bin-Hunter. I asked Chief Hanson to investigate because of the severity of the remarks over a simple locker inspection. When asked about this situation, Fire Fighter Davis admitted making these statements, but used the excuse that when angered he makes statements like these. Chief Hanson spoke with Fire Fighter Davis about these remarks and offered assistance from the Pastoral Institute to help control his anger.

My concern is that Captain Sumbry has continuously consulted Fire Fighter Davis on his use of harsh profanity around the station and in public as well as his impolite behaviors around others. I suggested to Chief Hanson and Captain Sumbry to monitor Fire Fighter Davis' behavior so that we can help him in the best way that we can.

# MEMO

TO:        Deputy Chief W. Hunter

FROM:      Asst. Chief M. Hanson

DATE:      July 15, 2002

RE:        Meeting with Captain Sumbry and Fire Fighter David Davis


The following personnel were in attendance at a meeting held at Fire Station #3 on July 9, 2002 at approx. 1300 hours: Deputy Chief Wallace Hunter, Assistant Chief Mike Hanson, Captain Leo Sumbry, and Fire Fighter David Davis.

The issue of concern was the statement that F/F D. Davis expressed on the afternoon of June 24, 2002 while standing in the dayroom, looking out a window at Fire Station #3. This statement was made following a locker and turnout inspection and sleeping quarter assignments of all the shift personnel, which was being performed by D/C Hunter, A/C Hanson, and Capt. Hutchinson. The assignment of sleeping quarters were being done to form some continuity when personnel swap stations, thus being kept accountable for the dorm locker, the locker key, and its sleeping area.

According to F/F D. Davis, as he was looking out the window at Fire Station #3 he stated, "if the two of them were involved in an accident and killed, it would not bother me." This statement was made after the departure of the inspecting officers. When asked for the reason that he felt the need to speak this harshly toward anyone, he stated, "he was upset about having to perform the inspections during the lunch hour (12 noon), and being made to move from the dorm room he had occupied since being transferred to that station to another less desirable dorm room."

Fire Fighter D. Davis stated that although he had made the statement about an accident, he did not really mean it. He understood that it was wrong of him to say it, to think in that manner, and to leverage his self-anger towards other members of the fire department.

During the discussion, it was identified that F/F D. Davis was being feed "demeaning statements" by other members of the department that was directed toward F/ F Davis from D/C Hunter. Fire Fighter D. Davis never asked D/C Hunter to make sure the statements were true. D/C Hunter told F/F D. Davis that he needed to bring these individuals to him

F/F D. Davis was advised that if he needed Anger Management counseling to assist him with controlling his anger and aggression, the city still offered assistance through the EAP at the Pastoral Institute in Columbus, Ga.

# CITY OF PHENIX CITY
## ACCIDENT REVIEW COMMITTEE

DATE OF REVIEW: 3-29-02    DATE OF INCIDENT/ACCIDENT: 3-26-02

DEPARTMENT INVOLVED: FIRE    TIME OF ACCIDENT: 1400 hrs

EMPLOYEE INVOLVED: David Davis    SUPERVISOR D/E Bobby Brooks

EQUIPMENT / PROPERTY DAMAGED: N/A    ESTIMATED VALUE: —

OWNER OF PROPERTY: City ( _____ OTHER _____ )

SAFETY COORDINATOR NOTIFIED: No    BY: _____

DRUG / ALCOHOL TEST GIVEN AT: No    BY: _____

COST TO CITY

    1. Lost Work Time (Days and Hours): —0—

    2. Medical Cost: —0—

    3. Property Damage: (City) $ —0—    (Other) $ —0—

WAS EMPLOYEE AT FAULT? No

DISCIPLINARY ACTION RECOMMENDED BY SUPERVISOR: None

DISCIPLINARY ACTION RECOMMENDED BY DEPT. HEAD: None

PREVENTION STRATEGIES:

OTHER INFORMATION:
F/F D. Davis stated that Capt. Baskin checked with him via telephone the following day to make sure pain in shoulder had not worsened.
Ms M. Hanson did a follow-up with F/F D. Davis on the 29th of March upon finding out about accident report. F/F D. Davis stated that he is doing fine, still a little sore, but nothing prevent him from working.

DEPARTMENT HEAD _____

SAFETY COORDINATOR _____

CITY MANAGER _____

ALL INJURIES MUST BE REPORTED WITHIN 24 HOURS AFTER ACCIDENT

## ACCIDENT WITH PERSONAL INJURY

DATE OF INJURY: *March 26, 2002*                     TIME: *14:00*

NAME OF EMPLOYEE: *David Davis*

DEPARTMENT: *Fire*

ADDRESS OF ACCIDENT: *15th ave & 14th ct*

_____ CITY PROPERTY   YES ( )   NO ( )

HOW INJURY OCCURRED AND EXTENT OF INJURY: *F/F Davis was turning on a fire hydrant and his right shoulder popped and it felt like something was rubbing together in his right shoulder. He complained of pain to his right shoulder.*

PART OF BODY INJURED: *Right Shoulder*

WAS FIRST AID ADMINISTERED? *NO*     IF SO, ADMINISTERED BY: _____

WAS PROFESSIONAL MEDICAL ATTENTION NECESSARY? _____ YES ( )   NO (✓)

IF SO, NAME OF PHYSICIAN: _____

COMMENTS: _____

HAS INJURED RETURNED TO WORK? _____ YES (✓)   NO ( )

IF SO, SPECIFY TYPE OF DUTY: _____ REGULAR DUTY (✓)   LIGHT DUTY ( )

IF EMPLOYEE HAS RETURNED TO WORK, DATE OF RETURN: _____

WAS EMPLOYEE PAID FOR FULL DAY OF INJURY? *Yes*

IF EMPLOYEE HAS NOT RETURNED TO WORK, STATE PROBABLE LENGTH OF DISABILITY: _____

PROFESSIONAL MEDICAL ATTENTION WAS NECESSARY BY HOSPITAL, WAS EMPLOYEE: _____

HOSPITALIZED ( )   TREATED AS OUT PATIENT ( )   TREATED AS EMERGENCY TREATMENT ( )

EMPLOYEE'S OCCUPATION WHEN INJURED: *Fire Fighter*   BI-WEEKLY WAGE: *$1100 gross*

EMPLOYEE'S HOME ADDRESS: *185 Lee Rd 236 Phenix city, AL 36870*

TELEPHONE NUMBER: *334 291-1927* SEX: *M* AGE: *27*   SS# *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*

MARITAL STATUS: MARRIED ( )   SINGLE (✓)   SEPARATED ( )   DIVORCED ( )   WIDOWED ( )

NUMBER OF CHILDREN UNDER AGE 18: *0*   NUMBER OF DEPENDENTS: *0*

LENGTH OF EMPLOYMENT WITH THE CITY? *3½ years* LENGTH OF TIME IN PRESENT JOB? *3½ years*

ON THIS *26* DAY OF *March* *2002*, WE INDIVIDUALLY CERTIFY THE ABOVE INFORMATION TO BE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE.

_____          *Sgt. B. Brooks*
EMPLOYEE                          SUPERVISOR

*Robert Maskin*  ACTING B/C       _____
DIVISION HEAD                     DEPARTMENT HEAD

_____ DO NOT WRITE BELOW THIS SPACE _____

                                 *4-01-02*
_____          DATE FILED
DATE RECEIVED          TIME       *Mac Wide*

H.R. _____ BC/BS _____ ACCOUNTING _____   HUMAN RESOURCES DIRECTOR

FM 6/4/85          E.I.N./LR 130965 00              S.I.R.N./S.I.966
RETYPED 4/97

**Page 1**

## SUPERVISOR'S REPORT OF ACCIDENT/INJURY
## CLASSIFICATION OF OCCURRENCE

**SECTION I**

Employee Injury _Pain in right shoulder_

Motor Vehicle/Equipment Accident _____

Other _FlF Davis was turning on a fire hydrent._

City Vehicle/Equipment # _____

Regular Duties: Yes _✓_  No _____

Name of Doctor _____

Name of Hospital _____

Name & Type of Transportation to Doctor or Hospital _____

**SECTION II**           **OCCURRENCE TIME AND LOCATION**

Date & Time of Occurrence _14:00_  AM / (PM)  Date of this Report _March 26, 2002_

Location of Occurrence _15th Ave. & 14th Ct._

**SECTION III**          **GENERAL INFORMATION**

Employee/Operator _David Davis_    Supervisor in Charge _Sgt. Bobby Brooks_

Job Title _Fire Fighter_    Time in Present Position _3½ years_

Department _Fire_    Division _____

Witnesses: _____ Address _____ Phone _____

_____ Address _____ Phone _____

**SECTION IV**          **AT TIME OF ACCIDENT/INJURY**

| WAS EMPLOYEE | | | WAS EQUIPMENT | | |
|---|---|---|---|---|---|
| A. Violating a Safety Rule | No ✓ | Yes __ | A. In Good Working Condition | No __ | Yes ✓ |
| B. Careless in Use of Equip. | No ✓ | Yes __ | B. Used For Intended Purposes | No __ | Yes ✓ |
| C. Ignoring Instructions | No ✓ | Yes __ | C. Properly Serviced | No __ | Yes ✓ |
| | | | D. Last Time Equipment Inspected _____ | | |

WEATHER CONDITIONS: _____ Clear  _✓_ Cloudy  _____ Rain  _____ Snow  _____ Sleet/Hail

_____ Fog  _____ Other  Approximate Temperature _75°_

Page 2

## SUPERVISOR'S REPORT OF ACCIDENT/INJURY

**SECTION V**          ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO MOTOR
                VEHICLE/EQUIPMENT ACCIDENT

Type of Vehicle/Equipment (car, dump truck, backhoe, etc.) _____

Damage Description _____

Police Report: No___ Yes___ Report # _____

If "No" Provide: Driver of Other Vehicle _____Owner _____

**SECTION VI**          ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO OTHER
                PROPERTY DAMAGE/LOSS

Description of Damage/Loss _____

_____

Police Report: No____ Yes ____ Report # _____

**SECTION VII**

Department Head's Estimate of Damage $_____

**SECTION VIII**          ONLY COMPLETE THIS SECTION IF REPORT PERTAINS TO EMPLOYEE
                 INJURY

Action Taken: First Aid Station Only  _*n/a*_____    EMS Response  _*n/a*_____

Required Physician (Attach Doctor's Note) _*n/a*_  Hospitalized  _*n/a*_____

### BODY PART INJURED

| | | | | |
|---|---|---|---|---|
| Head ____ | Neck ____ | Back ____ | Arm ____ | Hand ____ |
| Finger ____ | Leg ____ | Knee ____ | Ankle ____ | Foot ____ |
| Toe ____ | Eye ____ | Face ____ | Chest ____ | Wrist ____ |

Other _✓_   Describe _*Right Shoulder*_____

## SUPERVISOR'S REPORT OF ACCIDENT/ INJURY

### NATURE OF INJURY

Abrasion _____    Cut _____    Puncture _____    Bruise _____    Fracture _____

Strain/Sprain _____    Foreign Body _____    Poison Oak/Ivy _____    Insect Bite _____

Burn _____    Loss of Consciousness _____    Other ✓    Describe _Pain to the_

_right Shoulder._

### LOSS TIME AND RESTRICTED DUTY

Has Injured Returned to Work?    No _____    Yes ✓

If Yes, Total Hours Away From Work _____

Has Injured Been Placed on Restricted Duty?   No ✓    Yes _____

If Yes, How Long _____

### SECTION IX

What Was Employee Doing When Accident /Injury Occurred _FlF Davis was turning_
_on a fire hydrant._

Explain In Detail How And Why Did This Accident/Injury Occur (unsafe conditions, unsafe acts, etc.) _____
_FlF Davis Placed a hydrant wrench on the fire hydrant_
_to turn it on. While turning the hydrant on, he_
_hurt his right Shoulder._

Suggestion(s) To Help Prevent Similar Accident/Injury From Occurring _____

_____

_____

Describe Action Taken, If Any, To Prevent Similar Accident/Injury From Occurring _____

_____

_____

Page 4

## SUPERVISOR'S REPORT OF ACCIDENT/INJURY

Is Any Disciplinary Action Proposed? Yes _____ No __✓__ If Yes, Explain _____

_____

_____

Any Additional Action Necessary? Yes _____ No __✓__ If Yes, Explain _____

_____

_____

Was Accident/Injury Preventable _____ Non-Preventable _____ Don't Know ✓ _____

If Non-Preventable, Explain: _____

_____

_____

A PREVENTABLE ACCIDENT/INJURY IS ONE IN WHICH OUR EMPLOYEE FAILED
TO DO EVERYTHING WITHIN REASON TO PREVENT IT FROM OCCURRING.

SUPERVISOR CONDUCTING INVESTIGATION: *Sgt B. Brooks*

Date Signed *3-26-02*

I Have Read The above: _____

SIGNATURE OF AFFECTED EMPLOYEE

Affected Employee's Comments/Suggestions: _____

_____

_____

_____

DEPARTMENT HEAD SIGNATURE: _____ DATE: *3-28-02*

ROUTING:    SEND ORIGINAL TO PERSONNEL FOR FILES. COPY TO CITY MANAGER. REPORT
SHOULD BE COMPLETED WITHIN 48 HOURS AFTER ACCIDENT. THIS FORM <u>DOES
NOT</u> ELIMINATE THE NEED FOR THE <u>FIRST REPORT OF INJURY</u> PRESENTLY BEING
COMPLETED.

RECOMMENDED PENALTY FOR  FIRST OFFENSE:    WRITTEN INSTRUCTION AND CAUTIONING
SECOND OFFENSE:    EIGHT (8) HOURS SUSPENSION
THIRD OFFENSE:  -  FORTY (40) HOURS SUSPENSION
FOURTH OFFENSE:    DISCHARGE

# MEMO

**TO:**       **Chief Prater**

**FROM:**   **Captain Gaskin**

**DATE:**    **March 26, 2002**

**RE:**        **Accident/Injury  Report for Firefighter Davis**

I am sending this to inform you of this situation and the circumstances. I received a phone call from the Acting Captain at Station 4 at or near 1900 hours. He informed me that while they were out checking hydrants, Firefighter Davis experienced a "popping sensation" while turning a hydrant. He did not feel that the injury was that  and continued to perform his duties. He felt that he could work out the slight soreness that he was experiencing. At or near 1830, he asked Sergeant Brooks to fill out the paperwork as a precaution. I picked up the report at 1800 hours. Firefighter Davis is a hard working employee, and in great physical shape. He firmly believes that there is only some soreness, possibly a pinched nerve and that his shoulder will heel by next shift.

# Evaluations

_____ 3 month

_____ 6 month

_____ 9 month

_____ Annual

_____ Pay Change Form

# CITY OF PHENIX CITY
## PAY CHANGE FORM

DATE _____9/24/2005_____ EMPLOYEE NUMBER ___1299___   DEPARTMENT _____Fire_____

NAME _____Davis, David Paul_____   DIVISION _____N/A_____

DATE OF EMPLOYMENT _____4/27/1998_____   POSITION _____Driver/Engineer_____

EFFECTIVE DATE OF PAY CHANGE _____9/24/2005_____   F.L.S.A. EXEMPT _____   NON-EXEMPT _X_

---

**FROM**   GRADE _PS2_ STEP ___4___          **TO**   GRADE _PS2_ STEP ___4___

| FROM | BASE PAY | TO | |
|---|---|---|---|
| Hours per pay:  106 | | Hours per pay:  106 | |
| 11.6099 | HOURLY | 11.9001 | 17.8502 |
| 1,230.65 | BI-WEEKLY | 1,261.41 | |
| 31,996.90 | ANNUALLY | 32,796.66 | |

---

***THIS SECTION TO BE COMPLETED IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED

| | | |
|---|---|---|
| 1,230.65 | BASE  PAY | 1,261.41 |
| 60.00 | E. M. T.  PAY | 60.00 |
| 1,290.65 | TOTAL BI-WEEKLY | 1,321.41 |
| 33,556.90 | ANNUALLY | 34,356.66 |
| 11.6099 | HOURLY | 11.9001 |

---

### TYPE PAY CHANGE

POSITION RE-ALLOCATION:  FROM _____ TO _____

EMT PAY _____   OTHER (SPECIFY) _____2.5% cost of living_____

---

_____
EMPLOYEE

_____
DEPARTMENT HEAD

_____
CITY MANAGER  acting

_____
PERSONNEL  DIRECTOR

H:\Groups\HR\Forms\paychange\2fi

# CITY OF PHENIX CITY
# PAY CHANGE FORM

DATE __9/25/2004__   EMPLOYEE NUMBER __1299__   DEPARTMENT __Fire__

NAME __Davis, David Paul__   DIVISION __N/A__

DATE OF EMPLOYMENT __4/27/1998__   POSITION __Driver/Engineer__

EFFECTIVE DATE OF PAY CHANGE __9/25/2004__   F.L.S.A. EXEMPT ____   NON-EXEMPT __X__

| FROM | GRADE PS2 STEP 6 | BASE PAY | TO | GRADE PS2 STEP 4 | |
|---|---|---|---|---|---|
| | Hours per pay: 106 | | | Hours per pay: 106 | |
| | 11.1628 | HOURLY | | 11.6099 | 17.4149 |
| | 1,183.26 | BI-WEEKLY | | 1,230.65 | |
| | 30,764.76 | ANNUALLY | | 31,996.90 | |

***THIS SECTION TO BE COMPLETED IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED*

| | | |
|---|---|---|
| 1,183.26 | BASE PAY | 1,230.65 |
| 60.00 | E. M. T. PAY | 60.00 |
| 1,243.26 | TOTAL BI-WEEKLY | 1,290.65 |
| 32,324.76 | ANNUALLY | 33,556.90 |
| 11.1628 | HOURLY | 11.6099 |

### TYPE PAY CHANGE

POSITION RE-ALLOCATION: FROM_____ TO_____

EMT PAY ____   OTHER (SPECIFY) __Implementation of New Pay Scale__

EMPLOYEE _____

DEPARTMENT HEAD _____

CITY MANAGER _____

PERSONNEL DIRECTOR _____

H:\Groups\HR\Forms\paychange\2fi

# The City of Phenix City
## Performance Appraisal
### (Confidential)

Name ____David Davis____          Department ____Fire____

Social Security # ____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____          Division _____

Job Title ____Driver/Engineer____          Hire Date ____4/27/98____

Evaluator ____M. Hutchinson____          Evaluation Year ____2003/2004____

Rate each factor based on performance actually demonstrated <u>throughout</u> the evaluation year. Include supporting comments to explain ratings.

**Job Knowledge:** Technical knowledge required to perform the job; skill in using established techniques, procedures, materials and equipment; ability to perform assigned tasks.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| | | | ✓ | |

Supporting comments: SGT. DAVIS IS VERY KNOWLEDGEABLE ABOUT HIS JOB AND HIS EQUIPMENT. He can become familiar of the situation in a very limited time frame, he is always seeking ways to further his job knowledge.

**Quality of Work:** "How good" is the work produced? Consider quality, accuracy, neatness, thoroughness and adherence to standards. Also consider departmental and/or organizational standards of performance for professional and supervisory personnel.

| Unsatisfactory | Marginal | Competant | Commendable | Exceptional |
|---|---|---|---|---|
| | | | ✓ | |

Supporting comments: SGT. DAVIS's IS VERY THOROUGH ON EVERY ASSIGNMENT THAT IS GIVEN TO HIM. HE TAKES PRIDE IN HOW WELL HE DOES HIS JOB

**Quantity of Work:** To what degree does the employee produce the volume of work or results which can be reasonably expected?

| Unsatisfactory | Marginal | Competant | Commendable | Exceptional |
|---|---|---|---|---|
| | | | ✓ | |

Supporting comments: *SGT. DAVIS WORK PRODUCTION IS GOOD AND CONSISTANT.*
*He does not need to be told when the job needs to get done. He*
*strives to make the job easier and simplier.*

**Independence:** Follow through on assignments; promptness in completing tasks. Consider amount of supervision required; decisiveness, follow through, stability.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| | | | ✓ | |

Supporting comments: *SGT. DAVIS COMPLETES ALL ASSIGNMENT IN A*
*TIMELY MANNER WITH VERY LITTLE SUPERVISION.*

**Conduct:** Compliance with established work rules and organizational policies and procedures as stated in Merit System:

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| | | ✓ | | |

Supporting comments: *Sgt. Davis could fall between the Marginal & Competent*
*range. There are times that David can be very negative toward the dept.*
*and its policies. As a leader of the engine company / Acting C/o he will*
*be looked at to make decisions and support the administration decisions/policies.*

**Attendance:** Extent to which employee can be counted on to be on the job.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| | | | | ✓ |

Supporting comments: *SGT. DAVIS REPORTS TO WORK 30 TO 45 minutes EARLY*
*AND HAS NOT USED ANY SICK LEAVE. He is usually placed in*
*the position at the end of the fiscal year that has extra vacation*
*time to be taken.*

**Interpersonal Relations:** Ability to work well with others; helpfulness to public and coworkers; relates well to superiors. Consider confrontations; effectiveness in interacting with others in an appropriate manner and human relations factors in actions.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| | ✓ | | | |

Supporting comments: *NEEDS TO WORK MORE ON HIS INTERACTION WITH*
*Co-WORKERS IN AN APPROPRIATE MANNER. He has the ability to*
*help others with the knowledge and experience.*

## Overall Evaluation of Performance

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| _____ | _____ | _____ | ✓ | _____ |

Make additional comments to explain the employee's overall merit evaluation. Any unusual circumstances which may have affected the employee's performance should be noted here (evaluating department head/supervisor may use this space to make additional comments.)

I have seen some great improvements with Sgt. Davis since he was a probationary Fire-fighter. He is more receptive of constructive criticism and ways to improve himself. He is very passionate about the fire service and had a great amount knowledge and drive to be the best in his profession

**Employee Weak Points:** VERBAL EXPRESSION AND LANGUAGE. Sgt. P. Davis has a tendency to overstep his job duties/responsibilities as a Driver Engineer.

**Recommendations for Improvement:** USE THE SAME COMMUNICATION SKILLS THAT HE USES WHEN IN CONTACT WITH THE PUBLIC AROUND HIS CO-WORKERS.

**Employee Strengths:** VERY KNOWLEDGEABLE, DEPENDABLE, PHYSICALLY FIT. Sgt. DAVIS SPENDS A LOT OF TIME STUDYING

**Acquired skills not being utilized in present position:** PARAMEDIC SKILLS, Haz Mat Tech skills

**Training/certifications completed during review period:** No SPECIALIZED TRAINING OR CERTIFICATIONS. Sgt. DAVIS HAS BEEN WORKING ON HIS B.S. IN FIRE SCIENCE FOR THE LAST YEAR

**Recommendations for further training and development:** OFFICER DEVELOPMENT CLASSES. SgT DAVIS HAS A LOT OF LEADERSHIP ABILITY

**Comments of individual rated:** _____

_____

I have discussed this evaluation with employee:

| _Terry T. Porter_ | | _M. Hutchins_ | _3/6/04_ |
|---|---|---|---|
| Department Head | Date | Evaluator | Date |

| _Barbara Graham_ | _4-2-04_ | _[signature]_ | _03/05/2004_ |
|---|---|---|---|
| Personnel Director | Date | Employee | Date |

| _Max Wilkes_ | _6-3-04_ |
|---|---|
| City Manager | Date |

# CITY OF PHENIX CITY
## PAY CHANGE FORM

DATE _____9/1/03_____ EMPLOYEE NUMBER __1299__    DEPARTMENT _____Fire_____

NAME _____Davis, David Paul_____    DIVISION _____N/A_____

DATE OF EMPLOYMENT _____4/27/98_____    POSITION _____Driver/Engineer_____

EFFECTIVE DATE OF PAY CHANGE ___9/13/03___    F.L.S.A. EXEMPT _____ NON-EXEMPT __X__

9/27/03 BTS

| FROM | GRADE PS2 STEP 5 | BASE PAY | TO | GRADE PS2 STEP 6 | |
|---|---|---|---|---|---|
| | Hours per pay: 106 | | | Hours per pay: 106 | |
| | 10.8440 | HOURLY | | 11.1628 | 16.7442 |
| | 1,149.46 | BI-WEEKLY | | 1,183.26 | |
| | 29,885.96 | ANNUALLY | | 30,764.76 | |

***THIS SECTION TO BE COMPLETED IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED

| | | |
|---|---|---|
| 1,149.46 | BASE  PAY | 1,183.26 |
| 60.00 | E. M. T.  PAY | 60.00 |
| 1,209.46 | TOTAL BI-WEEKLY | 1,243.26 |
| 31,445.96 | ANNUALLY | 32,324.76 |
| 10.8440 | HOURLY | 11.1628 |

### TYPE PAY CHANGE

POSITION RE-ALLOCATION:  FROM _____ TO _____

EMT PAY _____    OTHER (SPECIFY) _____Step Increase_____

EMPLOYEE _____    CITY MANAGER _____

DEPARTMENT HEAD _____    PERSONNEL  DIRECTOR _____

H:\Groups\HR\Forms\paychange\2fi

# CITY OF PHENIX CITY
# PAY CHANGE FORM

DATE____4/30/03____  **EMPLOYEE NUMBER**___1299___  DEPARTMENT_____Fire_____

NAME_____Davis, David Paul_____  DIVISION_____N/A_____

DATE OF EMPLOYMENT____4/27/98____  POSITION____Firefighter____

EFFECTIVE DATE OF PAY CHANGE____5/10/03____  F.L.S.A. EXEMPT____  NON-EXEMPT __X__

---

**FROM**  GRADE _PS1_ STEP____7____        **TO**  GRADE _PS2_ STEP____5____
          Hours per pay:  106   *BASE PAY*          Hours per pay:  106

| FROM | | TO | |
|---|---|---|---|
| 10.1508 | HOURLY | 10.8440 | 16.266 |
| 1,075.98 | BI-WEEKLY | 1,149.46 | |
| 27,975.48 | ANNUALLY | 29,885.96 | |

---

***THIS SECTION TO BE COMPLETED IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED**

| | | |
|---|---|---|
| 1,075.98 | BASE PAY | 1,149.46 |
| 60.00 | E. M. T. PAY | 60.00 |
| 1,135.98 | TOTAL BI-WEEKLY | 1,209.46 |
| 29,535.48 | ANNUALLY | 31,445.96 |
| 10.1508 | HOURLY | 10.8440 |

---

### *TYPE PAY CHANGE*

POSITION RE-ALLOCATION:  FROM_____Firefighter_____  TO_____Driver/Engineer_____

EMT PAY____    OTHER (SPECIFY)_____

---

EMPLOYEE_____        CITY MANAGER_____

DEPARTMENT HEAD_____        PERSONNEL DIRECTOR_____

H:\Groups\HR\Forms\paychange\2fi

# CITY OF PHENIX CITY
## PAY CHANGE FORM

DATE ___9/9/02___ EMPLOYEE NUMBER __1299__   DEPARTMENT _____Fire_____

NAME ____Davis, David Paul____   DIVISION _____N/A_____

DATE OF EMPLOYMENT ___4/27/98___   POSITION ___Firefighter___

EFFECTIVE DATE OF PAY CHANGE ___9/14/02___ F.L.S.A. EXEMPT _____ NON-EXEMPT _X_

---

**FROM** GRADE _PS1_ STEP __6__          **TO** GRADE _PS1_ STEP __7__

Hours per pay:   106          **BASE PAY**          Hours per pay:   106

| 9.8688 | HOURLY | 10.1508 | 15.2262 |
| 1,046.09 | BI-WEEKLY | 1,075.98 | |
| 27,198.34 | ANNUALLY | 27,975.48 | |

---

***THIS SECTION TO BE COMPLETED IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED*

| 1,046.09 | BASE PAY | 1,075.98 |
| 60.00 | E. M. T. PAY | 60.00 |
| 1,106.09 | TOTAL BI-WEEKLY | 1,135.98 |
| 28,758.34 | ANNUALLY | 29,535.48 |
| 9.8688 | HOURLY | 10.1508 |

---

### TYPE PAY CHANGE

POSITION RE-ALLOCATION:  FROM _____ TO _____

EMT PAY _____     OTHER (SPECIFY) _____Step Increase_____

---

EMPLOYEE _____          CITY MANAGER _____

DEPARTMENT HEAD _____          PERSONNEL DIRECTOR _____

H:\Groups\HR\Forms\paychange\2fi

B

# CITY OF PHENIX CITY
## PAY CHANGE FORM

DATE ___9/14/01___    EMPLOYEE NUMBER ___1299___    DEPARTMENT ___Fire___

NAME ___Davis, David Paul___    DIVISION ___N/A___

DATE OF EMPLOYMENT ___4/27/98___    POSITION ___Firefighter___

EFFECTIVE DATE OF PAY CHANGE ___9/15/01___    F.L.S.A. EXEMPT ___    NON-EXEMPT _X_

| FROM | GRADE _PS1_ STEP _5_ | | TO | GRADE _PS1_ STEP _6_ |
|---|---|---|---|---|
| Hours per pay: 106 | **BASE PAY** | | | Hours per pay: 106 |
| 9.5868 | HOURLY | | 9.8688 | 14.8032 |
| 1,016.20 | BI-WEEKLY | | 1,046.09 | |
| 26,421.20 | ANNUALLY | | 27,198.34 | 810104 |

***THIS SECTION TO BE COMPLETED IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED*

| | | |
|---|---|---|
| 1,016.20 | BASE PAY | 1,046.09 |
| 10.00 | E. M. T. PAY | 60.00 |
| 1,026.20 | TOTAL BI-WEEKLY | 1,106.09 |
| 26,681.20 | ANNUALLY | 28,758.34 |
| 9.5868 | HOURLY | 9.8688 |

### TYPE PAY CHANGE

POSITION RE-ALLOCATION: FROM_____ TO_____

EMT PAY ____    OTHER (SPECIFY) ___Step Increase___

_____    _____
EMPLOYEE                    CITY MANAGER

_____    _____
DEPARTMENT HEAD            HUMAN RESOURCES DIRECTOR

POSTED

H:\Groups\HR\Forms\paychange\2fi

# CITY OF PHENIX CITY
## PAY CHANGE FORM

DATE _____9/1/2000_____  EMPLOYEE NUMBER ___1299___  DEPARTMENT _Fire_____

NAME __DAVID P. DAVIS_____  DIVISION _____

DATE OF EMPLOYMENT ____4/27/1998____  POSITION _FIREFIGHTER_____

EFFECTIVE DATE OF PAY CHANGE__9/16/2000__ F.L.S.A. EXEMPT ____ NON-EXEMPT X

FROM  GRADE _PS-1_ STEP ___3___       TO   GRADE _PS-1_ STEP ___5___

### BASE PAY

| FROM | | TO |
|---|---|---|
| 9.0229 | HOURLY | 9.5868 |
| 956.43 | BI-WEEKLY | 1,016.20 |
| 24,867.18 | ANNUALLY | 26,421.20 |

_8/01_

***THIS SECTION TO BE COMPLETED IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED*

| | | |
|---|---|---|
| 956.43 | BASE PAY | 1,016.20 |
| 10.00 | E. M. T. PAY | 10.00 |
| 966.43 | TOTAL PAY | 1,026.20 |
| 25,127.18 | ANNUALLY | 26,681.20 |
| 9.0229 | HOURLY | 9.5868 |

### TYPE PAY CHANGE

POSITION RE-ALLOCATION: FROM _____ TO _____

EMT PAY ____  OTHER (SPECIFY) ~~ANNUAL MERIT INCREASE~~ & IMPLEMENTATION OF NEW PAY PLAN

_____
EMPLOYEE

_____
DEPARTMENT HEAD

_____
PUBLIC SAFETY DIRECTOR    N/A

_____
CITY MANAGER

_____
HUMAN RESOURCES DIRECTOR

FORM 106 HR

# CITY OF PHENIX CITY
## PAY CHANGE FORM

DATE ___7/1/2000___ EMPLOYEE NUMBER ___1299___ DEPARTMENT  PUBLIC SAFETY

NAME  DAVID P. DAVIS  DIVISION  FIRE

DATE OF EMPLOYMENT ___4/27/1998___ POSITION  FIREFIGHTER

EFFECTIVE DATE OF PAY CHANGE ___6/24/2000___ F.L.S.A. EXEMPT _____ NON-EXEMPT X

FROM  GRADE _EP8_ (8FP) STEP ___2___   TO  GRADE _PS-1_ 8FP STEP ___3___ (3)

### BASE PAY

| | | |
|---|---|---|
| 8.2234 | HOURLY | 9.0229 |
| 871.68 | BI-WEEKLY | 956.43 |
| 22,663.68 | ANNUALLY | 24,867.18 |

***THIS SECTION TO BE COMPLETED IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED**

| | | |
|---|---|---|
| 871.68 | BASE PAY | 956.43 |
| 10.00 | E. M. T. PAY | 10.00 |
| 881.68 | TOTAL PAY | 966.43 |
| 22,923.68 | ANNUALLY | 25,127.18 |
| 8.2234 | HOURLY | 9.0229 |

### TYPE PAY CHANGE

POSITION RE-ALLOCATION: FROM _____ TO _____

EMT PAY _____ OTHER (SPECIFY) __IMPLEMENTATION OF NEW PAY PLAN__

EMPLOYEE _____

DEPARTMENT HEAD _____

PUBLIC SAFETY DIRECTOR _____

CITY MANAGER _____

HUMAN RESOURCES DIRECTOR _____

POSTED

FORM 106 HR

# CITY OF PHENIX CITY
# PAY CHANGE FORM

DATE _____09/18/1999_____  EMPLOYEE NUMBER ___1299___   DEPARTMENT ___Public Safety___

NAME ___David P. Davis___   DIVISION ___Fire___

DATE OF EMPLOYMENT ___4/27/98___   POSITION ___Firefighter___

EFFECTIVE DATE OF PAY CHANGE ___9/18/1999___   F.L.S.A. EXEMPT _____   NON-EXEMPT __x__

FROM   GRADE  8 F+P  STEP  1            TO   GRADE  8 F+P  STEP  2

**BASE PAY**

| | | |
|---|---|---|
| 7.7525 | HOURLY | 8.2234 |
| 821.77 | BI-WEEKLY | 871.68 |
| 21,366.02 | ANNUALLY | 22,663.68 |

***THIS SECTION TO BE COMPLETED IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED*

| | | |
|---|---|---|
| 821.77 | BASE PAY | 871.68 |
| 10.00 | E. M. T. PAY | 10.00 |
| 831.77 | TOTAL BI-WEEKLY | 881.68 |
| 21,626.02 | ANNUALLY | 22,923.68 |
| . | HOURLY | |

## TYPE PAY CHANGE

POSITION RE-ALLOCATION: FROM _____ TO _____

EMT PAY _____   OTHER (SPECIFY) ___ANNUAL MERIT INCREASE___

EMPLOYEE _____   CITY MANAGER _____

DEPARTMENT HEAD _____   HUMAN RESOURCES DIRECTOR _____

PUBLIC SAFETY DIRECTOR _____

# THE CITY OF PHENIX CITY
## MERIT EVALUATION
### (CONFIDENTIAL)

NAME _David Davis_     DEPARTMENT _Phenix City Fire Rescue_
SOCIAL SECURITY # _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_ DIVISION _____
JOB TITLE _Fire Fighter_     HIRE DATE _4-27-98_
EVALUATOR _Dunlap_     EVALUATION YEAR _1998-1999_

Rate each factor based on performance actually demonstrated <u>throughout</u> the evaluation year. Include supporting comments to explain ratings.

JOB KNOWLEDGE: Technical knowledge required to perform the job; skill in using established techniques, procedures, materials and equipment; ability to perform assigned tasks.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| | | | ✓ | |

Supporting comments: _F/F Davis is extremely knowledgable. He performs all tasks using established techniques and procedures as though they were second nature. Others would do well to emulate F/F Davis._

QUALITY OF WORK: "How good" is the work produced? Consider quality, accuracy, neatness, thoroughness and adherence to standards. Also consider departmental and/or organizational standards of performance for professional and supervisory personnel.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| | | | ✓ | |

Supporting comments: _F/F Davis performs tasks in an extremely efficient manner. His high standards are constantly seen in his work._

QUANTITY OF WORK: To what degree does the employee produce the volume of work or results which can be reasonably expected?

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| | | | ✓ | |

Supporting comments: _F/F Davis is a team player who when finished with assigned tasks goes out of his way to help others both on an emergency scene and in quarters._

INDEPENDENCE: Follow through on assignments; promptness in completing tasks. Consider amount of supervision required; decisiveness, follow through, stability.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ✓ | ___ |

Supporting comments: F/F Davis is prompt and can be counted on at all times. Takes on challenges and seeks out assignments.

CONDUCT: Compliance with established work rules and organizational policies and procedures as stated in Merit System:

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ✓ | ___ | ___ |

Supporting comments: F/F Davis complies with established work rules.

ATTENDANCE: Extent to which employee can be counted on to be on the job.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ✓ |

Supporting comments: F/F Davis is extremely dependable. He can be counted on at all times.

INTERPERSONAL RELATIONS: Ability to work well with others; helpfulness to public and co-workers; relates well to superiors. Consider confrontations; effectiveness in interacting with others in an appropriate manner and human relations factors in actions.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ✓ | ___ |

Supporting comments: F/F Davis works very well with others. He is an asset every time he steps foot in the public eye. He is always willing to help someone.

## OVERALL EVALUATION OF PERFORMANCE

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| — | — | — | ✓ | — |

Make additional comments to explain the employee's overall merit evaluation. Any unusual circumstances which may have affected the employee's performance should be noted here (evaluating department head/supervisor may use this space to make additional comments.)

_____

_____

Employee Weak Points: FF. Davis needs more driver Operator training and schooling.

Recommendations for Improvement: FFJ. Davis needs to make sure he knows the Responsibilities and expectations that will be placed on him in becoming a future Driver.

Employee Strengths: F/F Davis is prompt, knowledgable, neat, accountable, Hard working, and enthusiastic.

_____

Acquired skills not being utilized in present position:_____

Training/certifications completed during review period: EMT, Fire Inspector, Aerial operator as well as Attending Chattahoochee Valley Comm. College

Recommendations for further training and development: Continue Seeking Knowledge.

Comments of individual rated:_____

_____

_____

I have discussed this evaluation with employee:
CO. Clay

_____ 8-2-99          _____ 8-31-99
Department Head            Date            Evaluator                  Date

_____                  _____ 8-31-99
Human Resources Director   Date            Employee                   Date

_____
City Manager               Date

On the basis of this merit evaluation, an annual increase of $ 8/2 (not to exceed 6.1% unless approved by the City Manager) is recommended effective September 18, 1999.

# THE CITY OF PHENIX CITY
## MERIT EVALUATION
## (CONFIDENTIAL)

NAME _F/F D. Davis_     DEPARTMENT _Phenix City Fire Rescue_

JOB TITLE _Fire Fighter_     HIRE DATE _4-27-98_

EVALUATOR _C/o Sumbry D/E Taylor_ _D/E Johnson_     EVALUATION YEAR _1997-1998_

Rate each factor based on performance actually demonstrated <u>throughout</u> the evaluation year. Include supporting comments to explain ratings.

JOB KNOWLEDGE: Technical knowledge required to perform the job; skill in using established techniques, procedures, materials and equipment; ability to perform assigned tasks.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ✓ | ___ |

Supporting comments: _F/F Davis came in to Phenix City Fire Rescue with good job knowledge Due to the training he received as a Fire Fighter with Auburn Fire Dept._

QUALITY OF WORK: "How good" is the work produced? Consider quality, accuracy, neatness, thoroughness and adherence to standards. Also consider departmental and/or organizational standards of performance for professional and supervisory personnel.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ✓ |

Supporting comments: _F/F Davis is always on the ball and one step ahead of most Fire Fighters._

QUANTITY OF WORK: To what degree does the employee produce the volume of work or results which can be reasonably expected?

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ✓ |

Supporting comments: *F/F Davis Always performs, whether it be station duties or Fire Fighting tasks he is a hard worker.*

**INDEPENDENCE:** Follow through on assignments; promptness in completing tasks. Consider amount of supervision required; decisiveness, follow through, stability.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ✓ | ___ |

Supporting comments: *F/F Davis takes on assignments and needs little supervision*

**CONDUCT:** Compliance with established work rules and organizational policies and procedures as stated in Merit System:

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ✓ |

Supporting comments: *F/F Davis conducts himself in a professional manner in compliance with all rules and regulations*

**ATTENDANCE:** Extent to which employee can be counted on to be on the job.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ✓ |

Supporting comments: *F/F Davis can be counted on at all times.*

**INTERPERSONAL RELATIONS:** Ability to work well with others; helpfulness to public and co-workers; relates well to superiors. Consider confrontations; effectiveness in interacting with others in an appropriate manner and human relations factors in actions.

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ✓ |

Supporting comments: *F/F Davis works well with others relates well with Superiors, and is very helpful in the public*

## OVERALL EVALUATION OF PERFORMANCE

| Unsatisfactory | Marginal | Competent | Commendable | Exceptional |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ✓ |

Make additional comments to explain the employee's overall merit evaluation.  Any unusual circumstances which may have affected the employee's performance should be noted here (evaluating department head/supervisor may use this space to make additional comments.)

_____

_____

Employee Weak Points: _F/E Davis needs more experience on medical runs._

_____

Recommendations for Improvement: _F/E Davis is taking EMT Basic to improve his usefulness on medical runs._

Employee Strengths: _F/E Davis is motivated, he is a self starter, and is constantly seeking knowledge._

Acquired skills not being utilized in present position:_____

Training/certifications completed during review period: _Apparatus operator Aerial, and continues to attend CUCC_

Recommendations for further training and development: _Continue training in Both the fire and Medical feild's._

Comments of individual rated:_____

_____

I have discussed this evaluation with employee:

_____    9-18-98        _____    17 Sept
Department Head         Date          Evaluator              Date

_____        _____    17 Sept 98
Human Resources Director   Date          Employee               Date

_James B. Taylor_
City Manager         Date

On the basis of this merit evaluation, an annual increase of $_____ (not to exceed 6.1% unless approved by the City Manager) is recommended effective September 19, 1998.

_Less than 1 yr. Service_

CITY OF PHENIX CITY

## PAY CHANGE FORM

DATE___JANUARY 15, 1999___          DEPARTMENT___PUBLIC SAFETY___

NAME___DAVID PAUL DAVIS___          DIVISION_____FIRE___

DATE OF EMPLOYMENT___04/27/98___          POSITION_____FIREFIGHTER___

FROM GRADE_FP8_ STEP_1_ TO GRADE_FP8_ STEP_1_  F.L.S.A. EXEMPT_____ NON-EXEMPT_X_

EFFECTIVE DATE OF PAY CHANGE___JANUARY 23, 1999___

### BREAKDOWN OF PAY CHANGE

| BASE PAY | FROM | 7.7525 | TO | 7.7525 | HOURLY |
|---|---|---|---|---|---|
| | FROM | 821.77 | TO | 821.77 | BI-WEEKLY |
| | FROM | 21,366.02 | TO | 21,366.02 | ANNUALLY |

*** THIS SECTION TO BE COMPLETED, IN ADDITION TO THE ABOVE, ONLY IF EMT PAY IS INVOLVED***

| BASE PAY | FROM | 821.77 | TO | 821.77 | BY-WEEKLY |
|---|---|---|---|---|---|
| E.M.T. | FROM | | TO | 10.00 | BI-WEEKLY |
| TOTAL PAY | FROM | 821.77 | TO | 831.77 | BI-WEEKLY |
| | FROM | 21,366.02 | TO | 21,626.02 | ANNUALLY |

### TYPE PAY CHANGE

E.M.T. PAY___X___

POSITION RE-ALLOCATION: FROM_____ TO_____

OTHER (SPECIFY)_____

_____          _____
EMPLOYEE                          CITY MANAGER

_____          _____
DEPARTMENT HEAD                   HUMAN RESOURCES DIRECTOR

_____
PUBLIC SAFETY DIRECTOR

POSTED
2/2/99

rec 1-15-99



**Alabama State Board of Health**

This Certifies    DAVIS DAVID P
as a licensed EMT-BASIC

Special Skills Approved

License No.    9900016
Expires:    03/31/2001

State Health Officer

# Benefits/Payroll

____✓ Alabama Withholding Forms – A4

____✓ Federal Withholding Forms – W4

____✓ Retirement Enrollment Form

____ AFLAC Info/Payroll Deduction Forms

____ Safety Shoe Approval Form

____✓ Life Insurance/LTD Insurance

____ Previous Insurance Coverage Forms/Cancellation Memos

____✓ Medical  Dental/AFLAC

____ Vacation/Personal Leave

____ FMLA Information/Request



FORM
# A-4
REV. 5/97

ALABAMA DEPARTMENT OF REVENUE
## Employee's Withholding Exemption Certificate

FULL NAME  DAVID PAUL DAVIS    SOCIAL SECURITY NO.  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

HOME ADDRESS  6225 LEE ROAD 240    CITY  PHENIX CITY    STATE  AL    ZIP CODE  36867

### HOW TO CLAIM YOUR WITHHOLDING EXEMPTIONS

**EMPLOYEE:**
File this form with your employer. Otherwise, Alabama income tax must be withheld from your wages without exemption.

**EMPLOYER:**
Keep this certificate with your records. If the employee is believed to have claimed too many exemptions, the Alabama Department of Revenue should be so advised.

1. IF YOU ARE SINGLE, $1,500 personal exemption is allowed.
   (a) if you claim full personal exemption ($1,500) write a letter "S"
   (b) if you claim no personal exemption write the figure "0" (Note: If you claim no personal exemption on Lines 1 or 2, you cannot claim dependents on Line 3.) ...................
2. IF YOU ARE MARRIED or SINGLE CLAIMING HEAD OF FAMILY, $3,000 personal exemption is allowed.
   (a) if you claim exemption for both spouses or if you are single claiming head of family ($3,000) write the letter "M"
   (b) if you claim exemption for yourself only ($1,500) write the letter "S"
   (c) if you claim no personal exemption write the figure "0" (see note under 1(b).) .....................
3. If during the year you will provide more than one-half of the support of persons closely related to you (other than spouse) write the number of such dependents. (See instructions on other side.) ....................
4. Additional amount, if any, you want deducted each pay period. ................................................▶ $
THIS LINE TO BE COMPLETED BY EMPLOYER:
5. TOTAL EXEMPTIONS (Example: Employee claims "S" on Line 2 and "1" on line 3. Employer should use column headed S-1 in Withholding Tables.) ...............................................

I certify that the withholding exemptions claimed on this certificate do not exceed the amount to which I am entitled.    DATE  4-21  19 98    SIGNED

---

Form
# W-4
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate
▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010

## 1998

| 1 Type or print your first name and middle initial: DAVID P | Last name DAVIS | 2 Your social security number 256 19 1294 |
|---|---|---|

Home address (number and street or rural route)
6225 LEE ROAD 240

3 ☒ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

City or town, state, and ZIP code
PHENIX CITY AL 36867

4 If your last name differs from that on your social security card, check here and call 1-800-772-1213 for a new card. ▶ ☐

5 Total number of allowances you are claiming (from line H above or from the worksheets on page 2 if they apply)  **5** O

6 Additional amount, if any, you want withheld from each paycheck  **6** $ O

7 I claim exemption from withholding for 1998, and I certify that I meet BOTH of the following conditions for exemption:
• Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND
• This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.
If you meet both conditions, enter "EXEMPT" here ▶  **7**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ▶

Date ▶  4/21/98    , 19

8 Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS)  |  9 Office code (optional)  |  10 Employer identification number

Cat. No. 10220Q

**ADDCHG**
**(Rev. 8/97)**

### RETIREMENT SYSTEMS OF ALABAMA
#### ADDRESS CHANGE NOTIFICATION

**Retired Members:** This form is for HOME ADDRESS ONLY and is NOT to
be used for DIRECT DEPOSIT Bank addresses.

---

**FORM MUST BE SIGNED
TO BE VALID**

**Retired Members Only:**
Check below if applicable

_____ I receive more than one
monthly payment from
RSA.

_____ I wish to receive a form to
request setup or change
Direct Deposit to my Bank.

**EFFECTIVE DATE
OF NEW ADDRESS** 07 / 11 / 01

| MEMBERSHIP | | STATUS | |
|---|---|---|---|
| EMPLOYEES | ✓ | ACTIVE | ✓ |
| JUDICIAL | | INACTIVE | |
| TEACHERS | | RETIRED | |
| RSA-1 | | BENEFICIARY | |
| PEIRAF | | RECEIVING | |
| PEEHIP | | | |

PLEASE PRINT

SSAN 256 - 19 - 1294
Social Security Account Number

EMPLOYER City of Phenix City
(Active Members Only)

NAME DAVID P. DAVIS

| OLD ADDRESS | STREET 6225 Lee Rd 240 |
| | CITY Phenix City          STATE Al  ZIP 36870 - |
| NEW ADDRESS | STREET 185 Lee Rd 236 |
| | CITY Phenix City          STATE Al  ZIP 36870 - |

SIGNATURE _____    DATE SIGNED 07 / 11 / 01

Form 100 -C
5/03
Page 1

# CHANGE OF INFORMATION FORM
Retirement Systems of Alabama
P. O. Box 302150 ♦ Montgomery, Alabama 36130-2150
(334) 832-4140 or 1-800-214-2158
Web site: www.rsa.state.al.us

**Check One:**
☒ ERS
☐ TRS

**Instructions:** Please print or type in black ink. This form must be signed for changes to be activated. Please complete the Member Information and Member Authorization sections and only the other sections where changes apply.

## Member Information (Must be completed in all cases)

Name: **DAVid PAul DAVis**
First    Middle/Maiden    Last

Social Security No.: **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**

Home Phone No.: **334 291-1927**

Membership Status: ☒ Active Member    ☐ Inactive Member

## Name Change/Correction

* To change or correct your name, please contact the Payroll official at your place of employment. If you are an inactive member, you must submit to this office a copy of the legal document that authorizes the name change.

## Address Change/Correction (New mailing address)

Address: _____
Street Address    City    State    Zip Code

Home Phone No.: (____)____    Work Phone No.: (____)____    Effective Date of Change: ___/___/___

## Beneficiary Change/Correction

To name multiple beneficiaries, use the back of this form.

### DESIGNATION OF PRIMARY BENEFICIARY

Name: **Brenda Bunn Davis**    Relationship: **Spouse**    Date of Birth: **03/14/1978**

**260 - 39 - 2695**    Address: **185 Lee Rd 236    Phenix City    Al    36870**
Social Security Number    Street or P. O. Box    City    State    Zip Code

### DESIGNATION OF CONTINGENT BENEFICIARY

Contingent Beneficiaries will receive benefits only if all Primary Beneficiaries are deceased.

Name: **Donna Davis**    Relationship: **Mother**    Date of Birth: **01/30/1954**

**260 - 92 - 8426**    Address: **625 Lee Rd 240    Phenix City    Al    36870**
Social Security Number    Street or P. O. Box    City    State    Zip Code

( ) Check ( ✓ ) if Beneficiary information is continued on the back of this form.

## Member Authorization

Signature of Member: _____    Date of Signature: **12 / 02 / 03**

## Notary (Required only in case of Beneficiary Change(s).)

STATE OF **Alabama**, COUNTY OF **Russell**

On this **2nd** day of **December**, 20**03**, personally appeared before me, the above named individual and made oath that the statements made are true.

_____
Notary

My Commission Expires: **July 12, 2006**

**mailed 12/16/03**

PLEASE TYPE OR USE BLACK INK TO COMPLETE THIS FORM

ERS — FORM 100 (7/94)

**ERS**

Member Information Record

**EMPLOYEES' RETIREMENT SYSTEM OF ALABAMA**
135 South Union Street
P. O. Box 302150
Montgomery, Alabama 36130-2150

FOR EMPLOYEES' RETIREMENT SYSTEM
USE ONLY

NAME: _____
      Last       First       Middle

REMARKS: _____

1. ☒ New Member    ☐ Beneficiary Change
    ☐ Transfer      ☐ Other Changes/_____
                               (Please Specify)

2. SOCIAL SECURITY NO.:

| 2 | 5 | 6 | | 1 | 9 | | 1 | 2 | 9 | 4 |

3. SEX: ☒ Male
        ☐ Female

4. STATUS: ☐ Married
            ☒ Single
            ☐ Widowed
            ☐ Divorced

PLEASE PRINT: No Initials

5. NAME: __DAVIS_____DAVID_____PAUL_____
          Last        First     Middle Given     Maiden

6. DATE OF BIRTH: __11____09____74__
                       Month    Day    Year

7. NAME OF SPOUSE: _____N/A_____
                 Last        First       Middle

8. DATE OF BIRTH OF SPOUSE: _____
                                Month    Day    Year

9. CLASSIFICATION OR TITLE OF POSITION YOU WILL HOLD: __FIREFIGHTER_____

Name of Employing Agency __CITY OF PHENIX CITY__ Section or Division __FIRE DEPARTMENT__

10. Have you ever been employed by any agency of public education in Alabama? ☐ Yes ☒ No

11. Have you ever been a member of the Employees' Retirement System of Alabama? ☐ Yes ☒ No

12. Were you a member before beginning employment with your current employer? ☐ Yes ☒ No

13. Have you ever withdrawn contributions from the Retirement System? ☐ Yes ☒ No

14. If you answered yes to any of the preceding four (4) questions (Items 10 through 13), please provide the information requested below, listing most recent employment first.

| Name and Location of Employing Agency | Dates of Employment | Name Under Which You Were Employed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

15. I certify that I am not now a member of any other state supported retirement plan in Alabama and have completed to the best of my knowledge and belief all statements and answers printed herein.

USUAL SIGNATURE OF MEMBER

X _____

PERMANENT MAILING ADDRESS

__6225 LEE RD 240_____
                           Street

__PHENIX CITY AL____36867_____
 City          State      Zip + 4 Code

**TO BE COMPLETED BY EMPLOYING AGENCY**

| Name of Employing Agency | Date of Employment | Annual Salary | Number of Pay Periods Per Year | Employment Status (full-time, 1/2 time, 3/4 time, etc.) | Date Form Submitted |
|---|---|---|---|---|---|
| CITY OF PHENIX CITY | 4-27-98 | 21,365.76 | 26 | Full Time | 4-20-98 |

Reviewed and Signed for Employer By: _John McPherson_
                               Signature of Official

HUMAN RESOURCES DIRECTOR
                               Official Title

PLEASE USE BLACK INK TO COMPLETE THIS FORM

## EMPLOYEES' RETIREMENT SYSTEM OF ALABAMA
### DESIGNATION OF BENEFICIARY PRIOR TO RETIREMENT
#### --TO BE COMPLETED BY THE EMPLOYEE--

### DEATH BEFORE RETIREMENT

| Example | Employee Age | Years Service | Benefit Payable if Employee Dies Before Retirement |
|---|---|---|---|
| A | Over 60* or Any Age | 10 or more 25 or more | Choice of (1) Option 3 monthly benefit (50% allowance) to spouse unless another individual is designated or (2) return of member contributions and total earned interest plus death benefit equal to the salary on which the member made retirement contributions for the previous fiscal year (October 1 - September 30) ** |

Note: The employee's spouse will receive the benefit specified unless the employee has designated another individual as beneficiary since January 1, 1985. If no individual has been designated as beneficiary, and there is no spouse, the appropriate lump sum payment will be made.

| | | | |
|---|---|---|---|
| B | Under 60* or Over 60* | Between 1 & 25 Between 1 & 10 | Return of member contributions and total earned interest plus death benefit equal to the salary on which the member made retirement contributions for the previous fiscal year (Oct. 1 - Sept. 30) ** |
| C | Any Age | Less than 1, death was job-related | Return of member contributions and total earned interest plus death benefit equal to annual earnable compensation of member at time death occurs** |
| D | Any Age | Less than 1, death not job-related | Return of member contributions and total earned interest plus matching death benefit which is limited to $5,000 maximum |

* Age 52 for State Police members.

**For Examples A, B and C, if the death occurred more than 180 calendar days after the member's last day in pay status, or if the deceased had applied for a refund of contributions, or terminated employment, the lump sum payment would be the same as shown in Example D.

### PLEASE TYPE OR PRINT GIVING COMPLETE INFORMATION

I, the undersigned, do hereby designate:

| FULL NAME | | | DATE OF BIRTH | SEX | COMPLETE ADDRESS | | | | RELATIONSHIP TO ME |
|---|---|---|---|---|---|---|---|---|---|
| First | Middle/Maiden | Last | Month/Day/Year | | Street | City | State | Zip + 4 Code | |
| DONNA | JOHNSON | DAVIS | 1-20-54 | F | 6225 LEE RD 240 | PHENIX CITY | AL | 36867 | MOTHER |

as the beneficiary to whom I instruct the Board of Control of the Employees' Retirement System of Alabama to pay the benefits due as a result of my death prior to retirement.

### DESIGNATION OF CONTINGENT BENEFICIARY

In the event the beneficiary named above does not survive me, I designate:

| FULL NAME | | | DATE OF BIRTH | SEX | COMPLETE ADDRESS | | | | RELATIONSHIP TO ME |
|---|---|---|---|---|---|---|---|---|---|
| First | Middle/Maiden | Last | Month/Day/Year | | Street | City | State | Zip + 4 Code | |
| RONALD | CARL | DAVIS | 11-24-53 | M | 6225 LEE RD 240 | PHENIX CITY | AL | 36867 | FATHER |

to receive the benefits payable as a result of my death prior to retirement.

I agree on behalf of myself and my heirs and assigns that payment so made shall be a complete discharge of the claim and shall constitute a release of the System from any further obligation on my account. Should I survive both of the before-mentioned beneficiaries, my member contributions and total earned interest plus the appropriate death benefit shall be paid to my Estate.
(AFTER YOU FILL IN THE INFORMATION ABOVE, YOU MUST ACKNOWLEDGE YOUR SIGNATURE BEFORE A NOTARY PUBLIC.)

Signature of Applicant _____

State of Alabama, County of RUSSELL
this 28 day of APRIL, 19 98, personally appeared before me the said named individual to me known and known to me to be the person described in and who executed the foregoing instrument and he (or she) acknowledged that he (or she) executed the same and being duly sworn by me made oath that the statements in the application are true.

Signature of Notary Public _Erwin Chitwood_
(If you have an official seal, affix it.)

MY COMMISSION EXPIRES 03-30-2002

mailed 5/4/98
RF