Department of the Treasury–Internal Revenue Service

## U.S. Individual Income Tax Return 2005 (99) IRS Use Only–Do not write or staple in this space.

For the year Jan 1–Dec. 31, 2005, or other tax year beginning _____, 2005, ending _____, 20____     OMB No. 1545-0074

Name — Spouse's Name (if Joint Return) — Home Address — City, State, and ZIP Code

DAVID DAVIS
BRENDA DAVIS

Yours
S

▲ You must enter your SSN(s) above. ▲
Checking a box below will not change your tax or refund.

Presidential Election Campaign ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ► ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4. ☐ Head of household (with qualifying person). (See Instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse
- c Dependents:
  - (1) First name / Last name
  - (2) Dependent's social security no.
  - (3) Dependent's relationship to you
  - (4) ✓ if qualifying child for child tax credit (see instr)

If more than four dependents, see instr.

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
- lived with you: 0
- did not live with you due to divorce or separation (see instr.): 0
- Dependents on 6c not entered above: 0

Add numbers on lines above ► **2**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 73,419. |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☒ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions     b Taxable amount (see inst.) | |
| 16a | Pensions and annuities     b Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits     b Taxable amount (see inst.) | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ► | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction (see instructions) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ► | |

**EXHIBIT 24**

Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved. S1040S: Rev.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.     Form **1040** (2005)

## W-2 Wage and Tax Statement 2005 (Copy 1)

- OMB No. 1545-0008
- 1 Wages, tips, other compensation: (illegible)
- 2 Federal income tax withheld: 5113
- 3 Social security wages: 39142.27
- 4 Social security tax withheld: 2426
- 5 Medicare wages and tips: 39142.92
- 6 Medicare tax withheld: 567
- c Employer's name, address and ZIP code: CITY OF PHENIX CITY, P O BOX 1207, PHENIX CITY, AL 36868-1207
- h Employer's identification number: 63-6001343
- 12a See instructions: G
- 13 Retirement plan: X
- 14 Other: ST RETIREMENT 2,350.65
- e Employee's name: DAVID P DAVIS
- 15 State / Employer's state I.D. No.: AL / 036389
- 16 State wages, tips: 39142.92
- 17 State income tax: 1526.44

Copy 2 – To Be Filed With Employee's State, City or Local Income Tax Return

## W-2 Wage and Tax Statement 2005 (Copy 2)

- 2 Federal income tax withheld: (illegible)
- 4 Social security tax withheld: 2426.87
- 6 Medicare tax withheld: 567.54
- 3 Social security wages: 39142.92
- 5 Medicare wages and tips: 39142.92
- 9 Advance EIC payment: 650.00
- 12a: G
- 14 Other: ST RETIREMENT 2,350.65
- c Employer's name, address and ZIP code: CITY OF PHENIX CITY, P O BOX 1207, PHENIX CITY, AL 36868-1207
- h Employer's identification number: 63-6001343
- 13 Retirement plan: X
- e Employee: DAVID P DAVIS
- 15 State / Employer's state I.D. No.: AL / 036389
- 16 State wages, tips, etc.: 39142.92
- 17 State income tax: 1526.44

Copy 2 – To Be Filed With Employee's State, City or Local Income Tax Return

---

CITY OF PHENIX CITY
P O BOX 1207
PHENIX CITY, AL 36868-1207

FIRST-CLASS MAIL
Important Tax Document Enclosed

1289

DAVID P DAVIS
185 LEE RD 236

Department of the Treasury—Internal Revenue Service

# Form 1040  U.S. Individual Income Tax Return  2006  (99)  IRS Use Only—Do not write or staple in this space.

| Label | For the year Jan. 1–Dec. 31, 2006, or other tax year beginning , 2006, ending , 20 | OMB No. 1545-0074 |
|---|---|---|
| (See instructions) | Name  Spouse's Name (if Joint Return)  Home Address  City, State, and ZIP Code | |
| Use the IRS label. Otherwise, please print or type. | DAVID DAVIS<br>BRENDA DAVIS | You must enter your SSN(s) above. |

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☒ Spouse

c Dependents:
| (1) First name  Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst.) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If more than four dependents, see instr.

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you: **0**
• did not live with you due to divorce or separation (see instr.): **0**
Dependents on 6c not entered above: **0**
Add numbers on lines above ▶ **2**

d Total number of exemptions claimed .....

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 100,139. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a .... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see instructions) ............ 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions ..... 15a     b Taxable amount (see inst.) | 15b | |
| 16a | Pensions and annuities ... 16a     b Taxable amount (see inst.) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits ..... 20a     b Taxable amount (see inst.) | 20b | |
| 21 | Other income. List type and amount (see instr.) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | |

**Adjusted Gross Income**

| 23 | Archer MSA deduction. Attach Form 8853 ............ 23 | |
|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ ... 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ........ 25 | |
| 26 | Moving expenses. Attach Form 3903 ............ 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ...... 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ......... 28 | |
| 29 | Self-employed health insurance deduction (see instr.) ..... 29 | |
| 30 | Penalty on early withdrawal of savings ............. 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶       31a | |
| 32 | IRA deduction (see instructions) ............. 32 | |
| 33 | Student loan interest deduction (see instructions) ........ 33 | |
| 34 | Jury duty pay you gave to your employer ............ 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 .. 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 ........... | 36 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   Form **1040** (2006)
BCA  Copyright form software only, 2006 Universal Tax Systems, Inc. All rights reserved.   US1040$1   Rev. 7

Form 1040 (2006)   DAVID   DAVIS   Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 |
| | 39a | Check if: ☐ You were born before Jan. 2, 1942, ☐ Blind. ☐ Spouse was born before Jan. 2, 1942, ☐ Blind. Total boxes checked ▶ 39a | |
| Standard Deduction for - | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 |
| | 41 | Subtract line 40 from line 38 | 41 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total no. of exemptions claimed on line 6d | 42 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 |
| | 44 | Tax (see instr.). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 | 44 |
| • All others: Single or Married filing separately, $5,150 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 |
| | 46 | Add lines 44 and 45 ▶ | 46 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| Married filing jointly or Qualifying widow(er), $10,300 | 48 | Credit for child and dependent care exp. Attach Form 2441 | 48 | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | |
| | 50 | Education credits. Attach Form 8863 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| Head of household, $7,550 | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Child tax credit (see inst.). Attach Form 8901 if required | 53 | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8839  c ☐ Form 8859 | 54 | |
| | 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form | 55 | |
| | 56 | Add lines 47 through 55. These are your total credits | 56 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required NO | 60 |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 |
| | 62 | Household employment taxes. Attach Schedule H | 62 |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | 63 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| | 65 | 2006 estimated tax pymts and amt applied from 2005 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see inst) | 67 | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | |
| | 69 | Amount paid with request for extension to file (see inst) | 69 | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 72 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d. | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a |
| | b | Routing number XXXXXXXXXXXXXXXXXX  ▶ c Type: ☐ Checking ☐ Savings | |
| | d | Account number XXXXXXXXXXXXXXXXXXXXXXXXX | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶ | 75 |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions ▶ | 76 |
| | 77 | Estimated tax penalty (see instructions) | 77 |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete the following. ☐ No | | |
| | Designee's name ▶ SHIRLEYS ACCOUNTING  Phone no. ▶ 334-297-3209  Personal identification number (PIN) ▶ 12456 | | |

**Sign Here**
Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: FIREFIGHTER | Daytime phone number 334-291-4718
Spouse's signature. If a joint return, both must sign. | Date | occupation |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date 02/06/2007 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | SHIRLEYS ACCOUNTING  2700A US HWY 80W  PHENIX CITY AL 36870 | EIN 63-1096351 |
| | | Phone no. 334-297-3209 |

Form 1040 (2006)

Department of the Treasury-Internal Revenue

| a Control Number 1299 | 1 Wages, tips, other compensation 18571.49 | 2 Federal income tax withheld 3108.63 |
|---|---|---|
| OMB No. 1545-0008 | 3 Social security wages 19836.00 | 4 Social security tax withheld 1229.82 |
| | 5 Medicare wages and tips 19836.00 | 6 Medicare tax withheld 287.62 |

c Employer's name, address and ZIP code
CITY OF PHENIX CITY
P O BOX 1207
PHENIX CITY, AL 36868-1207

| 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box G 225.00 |
| 12b | 12c | 12d |

b Employer's identification number
63-6001343

| 13 Statutory employee | Retirement plan X | Third-party sick pay | 14 Other |
|---|---|---|---|

e Employee's name, address and ZIP code
DAVID P DAVIS

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| 2006 | 15 State Employer's state I.D. No. AL 038389 | 16 State wages, tips, etc. 19611.00 |
|---|---|---|
| Form W-2 Wage and Tax Statement | 17 State income tax 771.29 | 18 Local wages, tips, etc. |
| Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B) | 19 Local income tax | 20 Locality name |

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 26662.22 |
| 2 | Federal income tax withheld | 2774.00 |
| 3 | Social security wages | 26662.22 |
| 4 | Social security tax withheld | 1653.00 |
| 5 | Medicare wages and tips | 26662.22 |
| 6 | Medicare tax withheld | 386.61 |
| a | Control number | 501800 12/DS8 010402 |
| | Dept. | |
| | Employee use only | A |
| | Corr. | 71 |
| c | Employer's name, address, and ZIP code | LIFESTAR RESPONSE OF ALABAMA / 664 BLUE POINT ROAD / HOLTSVILLE NY 11742 |
| b | Employer's FED ID number | 11-3421226 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Advance EIC payment | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | | |
| 12b | | |
| 12c | | |
| 12d | | |
| 14 | Other | |
| 13 | Stat emp / Ret plan / 3rd party sick | X (Ret plan) |
| e/f | Employee's name, address and ZIP code | DAVID P. DAVIS |
| 15 | State | AL |
| | Employer's state ID no. | 361834 |
| 16 | State wages, tips, etc. | 26662.22 |
| 17 | State income tax | 1103.32 |
| 18 | Local wages, tips, etc. | |
| 19 | Local income tax | |
| 20 | Locality name | |

**W-2 Wage and Tax Statement 2006**
AL State Filing Copy
OMB No. 1545-0008
Copy 2 to be filed with employee's State income tax return.