CITY OF OPELIKA  SOP 11
FIRE DEPARTMENT

## CHAIN OF COMMAND

PURPOSE: To insure the orderly handling of work-related business of the Opelika Fire Department.

SCOPE: This procedure shall be followed by all members of the Opelika Fire Department.

PROCEDURE:

1. If a member of the Opelika Fire Department has a problem with the Department, City operations or procedures, which are work-related and finds it necessary to go above his/her immediate supervisor, he/she must notify the supervisor of the intention to do so.

2. If a member of the Department finds it necessary to go outside of the Department, the Fire Chief will be given a reasonable time to make an appointment with the proper Department Head.

3. If any Department member appears before the City Council, Mayor or directly contacts either about work-related problem or situations without following the proper Chain of Command, they will be subject to disciplinary action in accordance with the City of Opelika Policy and Procedures Manual.

4. If a member of the Department has a grievance or a personal problem that is confidential in nature, that member must follow the procedures as outlined in the City of Opelika Policy and Procedures Manual.


EXHIBIT 26

December 1, 2004

# OPELIKA FIRE DEPARTMENT
# CHAIN OF COMMAND

1. The Fire Chief shall be the highest-ranking member of the Dept. He will report directly to the Mayor.

2. The Chief shall have a Staff consisting of a Officer Manager, Fire Inspector, EMS/ Haz-Mat Officer, Training Officer, Fire Mechanic and (3) Fire Suppression Assistant Chiefs. These Staff members shall report directly to the Fire Chief.

3. Each one of the (3) Fire Suppression Assistant Chiefs shall have (2) Captains and (2) Lieutenants assigned to their shift.

4. A Captain, Lieutenant or Person in Charge shall supervise all of the Fire Stations. These Officers or Person in Charge shall report directly to the Captain or Assistant Chief that is assigned to the Headquarters Fire Station.

5. All Firefighters shall report directly to their immediate supervisor, which will usually be a Lt. or Captain. In the absence of a Lieutenant or Captain, the Apparatus Operator or firefighter appointed by the Shift Supervisor shall be in charge.

6. Failure to follow the Chain of Command, except in life threatening situation; shall be considered a violation of this rule.