IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Plaintiff's Objections to Defendants' Amended List of Exhibits (Doc. #120), and following a discussion held at the pretrial hearing, it is hereby ORDERED as follows:

1. Plaintiff's objection to Defendants' Exhibit 23, "Complete Personnel file of David Davis," is SUSTAINED. If the Defendants wish to offer any specific document contained in the personnel file, they are given until the close of business on February 8, 2008, to separately identify any or all such documents, with separate exhibit numbers. Plaintiff is given until the close of business on February 15, 2008, to file specific objections to any such exhibits, attaching copies of any exhibit to which objection is made.

2. Plaintiff's objection to Defendants' Exhibit 24, "Tax returns of David Davis for 2005 and 2006," is SUSTAINED, with the understanding that Plaintiff's counsel will allow defense counsel to personally see the redacted portions of the returns on a confidential basis, after which the Defendants may make another offer of the returns outside the presence of the jury at an appropriate time during the trial, if this matter has not been resolved agreeably.

      3.  The court will defer ruling on the Plaintiff's objection to Defendants' Exhibit 26, until and unless it is offered outside the presence of the jury at trial.

      DONE this 6th day of February, 2008.

                                    /s/ W. Harold Albritton
                                    W. HAROLD ALBRITTON
                                    SENIOR UNITED STATES DISTRICT JUDGE