IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06cv544-WHA |
| ) | |
| PHENIX CITY, ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Defendants' objection at the pretrial hearing to Plaintiff's Exhibit 8, being a collection of letters to the editor and newspaper articles, the objection is SUSTAINED, with the understanding that Plaintiff may offer any or all of these as exhibits at trial, outside the presence of the jury, if he deems them to be admissible in the context of the state of the evidence at the time offered.

DONE this 6th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE