IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| ) | |
| PHENIX CITY, ALABAMA, et al. ) | Judge Vanzetta Penn McPherson |
| ) | |
| ) | |
| Defendants. ) | |

# ATTACHMENT A



# Alabama State Board of Health

THIS IS TO CERTIFY that a license is granted by the STATE BOARD OF HEALTH

To

### DAVIS, DAVID P

This license Shall Expire    March 31, 2004    and is subject to the provisions of The Code of Alabama, 1975, 22-18-1, et seq. This license shall not be Assignable or Transferable, and the licensee may be subject to disciplinary action, up to and including license suspension or revocation for any pertinent violation of the current ALABAMA STATE BOARD OF HEALTH, EMERGENCY MEDICAL SERVICES RULES.

IN WITNESS WHEREOF, I have unto set my hand this    January 8, 2003

License No:   9900016

License Level:   Paramedic/Driver

00108181

State Health Officer


DEFENDANT'S EXHIBIT 30





DEFENDANT'S
EXHIBIT
31

Rec 4-2-01

3-31-01
M Hanson




# Alabama State Board of Health

THIS IS TO CERTIFY that a license is granted by the STATE BOARD OF HEALTH

To

DAVIS, DAVID P

This license Shall Expire March 31, 2006 and is subject to the provisions of The Code of Alabama, 1975, 22-18-1, et seq. This license shall not be Assignable or Transferable, and the licensee may be subject to disciplinary action, up to and including license suspension or revocation for any pertinent violation of the current ALABAMA STATE BOARD OF HEALTH EMERGENCY MEDICAL SERVICES RULES.

IN WITNESS WHEREOF, I have unto set my hand this February 25, 2004

License No:     9900016
License Level:  Paramedic/Driver

00117416

State Health Officer

ADPH-F-EMS-317 R-2508(B8)

---

## Alabama State Board of Health

This Certifies   DAVIS, DAVID P
as a licensed    Paramedic/Driver
Transfer Drugs

License No.: 9900016
Expires: 03/31/2006

Credentialed



State Health Officer

### Alabama State Board of Health

PHOTO

DAVIS, DAVID P
Paramedic/Driver
9900016
03/31/2006
Credentialed



DEFENDANT'S EXHIBIT
32

DAVIS, DAVID P
185 LEE RD 236
PHENIX CITY, AL 36870

# ALABAMA FIRE COLLEGE
## AND PERSONNEL STANDARDS COMMISSION

# CERTIFICATE

### FIRE INSTRUCTOR I

*In recognition of successful completion of the required courses of study, awards this*

to

### David Paul Davis

this 29th day of July, 2004

_____
Chairman of Commission

_____
Executive Director

Certificate Number  114484

DEFENDANT'S EXHIBIT 33

## EMERGENCY MANAGEMENT INSTITUTE

### Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**DAVID P. DAVIS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

IS-700

**National Incident Management System (NIMS) an Introduction**

Issued this 23rd Day of August, 2004

0.3 CEU

*Stephen G. Sharro*
Director, Training Division

UNITED STATES FIRE ADMINISTRATION

DEFENDANT'S EXHIBIT 34

DEFENDANT'S EXHIBIT 35

# Alabama State Board of Health

THIS IS TO CERTIFY that a license is granted by the STATE BOARD OF HEALTH

To

**DAVIS, DAVID PAUL**

This license Shall Expire March 31, 2008 and is subject to the provisions of The Code of Alabama, 1975, 22-18-1, et seq. This license shall not be Assignable or Transferable, and the licensee may be subject to disciplinary action, up to and including license suspension or revocation for any pertinent violation of the current ALABAMA STATE BOARD OF HEALTH, EMERGENCY MEDICAL SERVICES RULES.

IN WITNESS WHEREOF, I have unto set my hand this February 2, 2006

License No: 9900016

License Level: Paramedic/Driver

00127975

State Health Officer

ADPH-F-EMS-31/8-2000(BS)