IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-VPM |
| PHENIX CITY, ALABAMA, et al. | ) Judge Vanzetta Penn McPherson |
| Defendants. | ) |

# ATTACHMENT H

04/21/2006

Barbara Goodwin/Personnel Director,

I am humbly requesting a copy of my personnel file, as well as any other files keep by the fire department or other city agencies. In addition, I am also requesting a copy of the paperwork associated with my final write-up and termination.

Respectively,

David P. Davis
185 Lee 236
Phenix City, AL 36870
(334) 291-1927



DEFENDANT'S EXHIBIT
51

RSA-7 (2/04)

# NOTICE OF FINAL DEPOSIT AND REQUEST FOR REFUND

Retirement Systems of Alabama
P. O. Box 302150 ♦ Montgomery, Alabama 36130-2150
(334) 832-4140 or 1-800-214-2158
Web site: www.rsa.state.al.us

**Check One:**
☒ ERS
☐ TRS
☐ JRF

See reverse side for instructions.

DEFENDANT'S EXHIBIT 52 — ALL-STATE LEGAL®

Please type or print using black ink.

## PART I MEMBER INFORMATION

Name: __DAVIS__ __DAVID__ __Paul__  _____
       Last     First    Middle     Maiden

Date of Birth: 11-9-74

Social Security No.: 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

Home Phone Number: (    )

Address: _____
         Street Address or P. O. Box

Work Phone Number: (    )

_____
City   State   Zip

RSA Account Number: _____
(If known)

## PART II DISTRIBUTION OPTION (PLEASE READ THE ENCLOSED SPECIAL TAX NOTICE BEFORE COMPLETING THE REMAINDER OF THIS FORM.)

Please check either Part A or Part B:

4-21-06

Part A. ☐ Lump Sum Payment: I elect to ... withholding required.

*DAvid DAvis advised he wished to leave money in at this time.*
*BD*

... count, less the 20% Federal Income Tax

Part B. ☐ DIRECT ROLLOVER: I elect to h... less than 100%, the remainde... above address).

... to the trustee named below (for transfers ... Tax withholding will be paid to me at the

**Trustee Information** (complete only if ...

Trustee Name: _____

Contact Person: _____

Address: _____
         Street Address or

...ount Number: _____

...e No.: (    )

_____
State   Zip

Type of account into which money will b...

☐ 401 Qualified Retirement Plan
☐ 408(a) Individual Retirement Account
☐ 403(a) Annuity Contracts
☐ 408(b) Individual Retirement Annuity
☐ 403(b) Tax Sheltered Annuity
☐ Governmental Deferred Compensation Plans (IRC 457)

A Roth IRA or Education IRA are not eligible plans.

I certify that I have received the printed explanation entitled Special Tax Notice Regarding Plan Payments prior to signing this certification and waive the requirement of 30 days notice by checking one of the boxes above and affirmatively elect to make or not make a direct rollover. I also certify that I have read the Employment Termination Statement on the back of this form.

Signature of Member: _____   Date: _____

STATE OF _____, COUNTY OF _____

Before me, the undersigned authority, a Notary Public in and for said County and State, on this date personally appeared the applicant for refund, known to me to be the person whose name is subscribed to the foregoing instrument, and declared to me upon oath that the foregoing instrument is true and correct.

Given under my hand and seal of office this the _____ day of _____, 20___.

(Seal)

Notary Signature: _____
My Commission Expires: _____

**PART III AND THE INSTRUCTIONS ARE ON THE REVERSE SIDE**



# City of PHENIX CITY Alabama

601-12th STREET
PHENIX CITY, ALABAMA 36867
(334) 448-2751 - FAX (334) 448-2712

JEFF HARDIN
MAYOR

RAY BUSH
COUNCIL MEMBER AT LARGE

JOHN STOREY
COUNCIL MEMBER DISTRICT 1

GAIL BRANTLEY
COUNCIL MEMBER DISTRICT 2

ARTHUR SUMBRY
COUNCIL MEMBER DISTRICT 3

H. H. (Bubba) ROBERTS
CITY MANAGER

MARTHA HARRIS
CITY CLERK

May 4, 2006

David P. Davis
185 Lee Road 236
Phenix City, AL 36870

RE: Personnel File

Dear Mr. Davis,

In response to your request for a copy of your personnel file you will find enclosed copies of all documents dated after August 5, 2005. You requested on that date a complete copy of your file and received the documents. The enclosed files are documents which have been added to your file since your obtaining the previous copy.

Should you have any questions please feel free to call.

Sincerely,

Barbara Goodwin

Barbara Goodwin
Personnel Director

DEFENDANT'S
EXHIBIT
53