## WRITTEN WARNING FORM

| | | | |
|---|---|---|---|
| Emp. # | 1299 | | |
| Employee | David Davis | Date | April 20, 2006 |
| Date of Hire | 4/27/1998 | SS# | |
| Department | Fire Rescue Services | Division | Operations |

This written warning was issued to the above named employee this date for the following violation(s) of the Merit System Rules and Regulations:

Group  II     Line #   4   which states:
"Negligence or omission in complying with the requirements as set forth in miscellaneous rules". AND Group III Line #6 which states: "Insubordination by the refusal to perform work assigned/to comply with written or verbal instructions of the supervisory force".

### DETAILS OF MERIT SYSTEM VIOLATION

Document detailed description of violation including date, time and nature of each occurrence:

On April 17, 2006 at 12:30 p.m. Driver Engineer David Davis called Mayor Hardin regarding City proposals. Mayor Hardin was not in and David Davis asked to leave a message for Mayor Hardin to return his phone call. David Davis stated he would not speak with anyone else.

Prior Verbal or Written Corrective Actions (give date, reason and action)

September 20, 2005- Violation of directive from Chief Wallace B. Hunter regarding free speech and grievances. Violation of ASOP 12: #1 If a member of the department has a problem with the department, another Department, or City operations and procedures which are work-related and finds it necessary to go above his/her immediate supervisor, he/she must notify the supervisor of the intention to do so. #3 If a problem cannot be solved by anyone in the chain of command, then the City Manager will arrange a hearing with the City Council.

August 22, 2005- Counseling Memorandum: David Davis ordering a firefighter to do 25 pushups for forgetting his uniform shirt when reporting for duty. August 3, 2005- Written Warning Form, Group II Line 2 which states "threatening, intimidating, coercing, or interfering with fellow employees or supervisors at anytime, including abusive language". March 15, 2005- letter addressed to Mr. Thomas H. Malone, Jr. in regards to handling of personnel issues. October 25, 2004- Counseling Form: Group I Line 13 Violating a safety rule or safety practice. August 2, 2004- Counseling Form: Backing the fire apparatus without proper placement of guides resulting in a vehicle accident. September 19, 2002- Written Reprimand: Mistakes due to carelessness.
Current Corrective Action Take

Discharge as per Merit System Rules and Regulations for second Group II Offense. Discharge as per Merit System Rules and Regulations for first Group III Offense (pages 53 and 54).

DEFENDANT'S EXHIBIT "A"

Employee's comments to written warning:

In regards to contacting the Mayor I was acting in my capacity as President of the Phenix City Fire Fighters Association Local [illegible] and [illegible] as a Driver Engineer with the City of Phenix City. I will seek review board hearing

DVS000000030

Additional Comments:

This written warning is intended to give you an opportunity to correct your work performance and conduct in the future. Failure to do so will subject you to further corrective action as stated in the Merit System Rules and Regulations and could result in your dismissal from employment with the City of Phenix City.

_4-21-06_  _Roy W Steis_
Date          Supervisor's Signature

I acknowledge this written warning has been discussed with me and understand this notice will become part of my personnel file. I further acknowledge I have been informed of my right to appeal the disciplinary action taken against me to the Appeals Board or the Personnel Review Board. My request must be submitted in writing to the Personnel Director within three (3) working days for the Appeal Board and within ten (10) working days for the Personnel Review Board. Probationary employees are not entitled to a Personnel Review Board Hearing as stated in Section 15.011 of the Merit System Rules and Regulation.

_[signature]_                              _04/21/2006_
Employee Signature                         Date

_Barbara Goodwin_                          _April 21, 2006_
Personnel Director                         Date

_Wallace B. Hunter_                        _21 April 2006_
Department Head                            Date


Routing:          ____Personnel File    ____Personnel Director    ____Employee