IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHENIX CITY, ALABAMA, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:06cv544-WHA |

**ORDER**

Upon consideration of the Plaintiff's Motions in Limine (Doc. #137, 138, 139), filed on February 18, 2008, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before February 25**, **2008** why the motion should not be granted. The motions will be taken under submission on that day for determination without oral hearing.

DONE this 19th day of February, 2008.

　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE