IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-00544-WHA |
| | ) |
| PHENIX CITY, ALABAMA, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## PLAINTIFF'S AMENDED LIST OF DEPOSITION DESIGNATIONS

Pursuant to the Court's instruction during the Final Pretrial Conference, Plaintiff David Davis respectfully submits this Amended List of Deposition Designations that he may use at trial:

The following page and line numbers are from the deposition transcript of Brandon Sheets, who is presently out of the country working as a fire fighter in Iraq:

p. 4, lines 7-9

p. 5, lines 19-22

p. 6, lines 7-23

p. 7, lines 7-17

p. 8, lines 7-24

p.9, lines 2-19 and 22-25

p. 10, lines 1-2 and 15-25

p. 11, lines 12-25

p. 12, lines 1-6

p. 14, lines 12-23

p. 16, lines 22-25

p. 17, lines 1-6

p. 20, lines 23-25

p. 21, lines 1-3

p. 24, lines 14-25

p. 25, line 1

p. 26, lines 20-25

p. 27, lines 1-14

p. 29, lines 11-19, line 25

p. 30, lines 1-11

p. 34, lines 8-25

Respectfully submitted,

s/Douglas L. Steele_____
Thomas A. Woodley
Douglas L. Steele
Bryan G. Polisuk
WOODLEY & McGILLIVARY
1125 15th Street, NW, Ste. 400
Washington, DC 20005
Telephone: 202-833-8855
Facsimile: 202-452-1090

Gary Brown
FITZPATRICK & BROWN LLP
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Telephone (205) 320-2255
Fax:  (205) 320-7444

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

This is to certify that one true and accurate copy of Plaintiff's Unopposed

Motion for Extension of Motions Deadline was electronically filed on the following

counsel for defendants on this 20th day of February, 2008:


James R. McKoon, Jr.
McKoon & Associates
P.O. Box 3220
Phenix City, AL 36868-3220


James P. Graham, Jr.
The Graham Legal Firm
Post Office Box 3380
Phenix City, AL 36868-3380


  ___s/Douglas L. Steele_____
Douglas L Steele