**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

+                                February 26, 2008


# NOTICE OF CORRECTION


From:   Clerk's Office

Case Style:   Davis v. Phenix City, Alabama et al

Case Number:   3:06-cv-00544-WHA

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 145  filed on    February 25, 2008.**