UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION


JURY SELECTION AND TRIAL

MARCH 3, 2008
OPELIKA, ALABAMA
10:00 A.M.


HONORABLE W. HAROLD ALBRITTON, III, PRESIDING




**DAVID DAVIS v. PHENIX CITY, ALABAMA**
**3:06cv544-WHA**



_____        _____
**Bryan G. Polisuk - Plaintiff**                **James Paul Graham, Jr. - Defendants**
**Douglas L. Steele**                           **The Graham Legal Firm**
**Molly A. Elkin**
**Thomas A. Woodley**
**Woodley & McGillivary**



_____        _____
**Gary Lamar Brown - Plaintiff**                **James Robert McKoon, Jr. - Defendants**
**Fitzpatrick & Brown LLP**                     **Joshua Robert McKoon**
                                                **McKoon, Thomas & McKoon**