## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID DAVIS** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **3:06cv544-WHA** |
| | ) | |
| **PHENIX CITY, ALABAMA, et al** | ) | |
| **Defendant.** | ) | |

### JUROR QUESTIONNAIRE CERTIFICATION

I, _Patrick McKoon_ , counsel for _____, do

hereby certify that I will keep confidential the information contained in the juror questionnaires

and that I agree to be responsible for their receipt, review, maintenance, and destruction. No

copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy.

Upon completion of the empaneling of the jury I will ensure that all copies (including electronic

copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to

serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any

dissemination of juror information, either intentional or negligent, will subject me and my client

to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror

questionnaires and certify that they will keep confidential the information contained in the juror

questionnaires.

Signature of Counsel of Record: _James P. Graham Jr._

Printed Name of Counsel of Record: _James P. Graham, Jr._

Date: _2-29-08_

If applicable, signature of Person Obtaining Questionnaires: _Patrick McKoon_

Printed Name of Person Obtaining Questionnaires: _Patrick McKoon_

Date: _2-29-08_

Received Jury Questionnaire CD from counsel
on 03/07/08 _WHWC_

## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

### JURY SELECTION AND TRIAL

#### MARCH 3, 2008
#### OPELIKA, ALABAMA
#### 10:00 A.M.

### HONORABLE W. HAROLD ALBRITTON, III, PRESIDING

**DAVID DAVIS v. PHENIX CITY, ALABAMA**
**3:06cv544-WHA**

_____

**Bryan G. Polisuk - Plaintiff**
**Douglas L. Steele**
**Molly A. Elkin**
**Thomas A. Woodley**
**Woodley & McGillivary**

_____

**James Paul Graham, Jr. - Defendants**
**The Graham Legal Firm**

_____

**Gary Lamar Brown - Plaintiff**
**Fitzpatrick & Brown LLP**

_____

**James Robert McKoon, Jr. - Defendants**
**Joshua Robert McKoon**
**McKoon, Thomas & McKoon**

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

DAVID DAVIS                          )
      Plaintiff,              )
                              )
vs.                                  )          3:06cv544-WHA
                              )
PHENIX CITY, ALABAMA, et al          )
      Defendant.              )

### JUROR QUESTIONNAIRE CERTIFICATION

I, _Gary Lamar Brown_ , counsel for _the plaintiff_ , do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

      I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

      I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

Signature of Counsel of Record: _Gary Lamar Brown_
Printed Name of Counsel of Record: _GARY LAMAR BROWN_
Date: _2/29/08_

If applicable, signature of Person Obtaining Questionnaires: _____
Printed Name of Person Obtaining Questionnaires: _____
Date: _____

Received Jury Questionnaire CD from counsel
on 03/07/08 _mdm_

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JURY SELECTION AND TRIAL

MARCH 3, 2008
OPELIKA, ALABAMA
10:00 A.M.

HONORABLE W. HAROLD ALBRITTON, III, PRESIDING

DAVID DAVIS v. PHENIX CITY, ALABAMA
3:06cv544-WHA

---

**Bryan G. Polisuk - Plaintiff**
**Douglas L. Steele**
**Molly A. Elkin**
**Thomas A. Woodley**
**Woodley & McGillivary**

---

**Gary Lamar Brown - Plaintiff**
**Fitzpatrick & Brown LLP**

---

**James Paul Graham, Jr. - Defendants**
**The Graham Legal Firm**

---

**James Robert McKoon, Jr. - Defendants**
**Joshua Robert McKoon**
**McKoon, Thomas & McKoon**