IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:06-CV-544-WHA |
| | ) | |
| PHENIX CITY, ALABAMA, and H.H. ROBERTS, WALLACE HUNTER, in their official capacities, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## SPECIAL INTERROGATORIES TO THE JURY

Do you find by a preponderance of the evidence:

1. That the Defendants have proved that the Plaintiff's telephone call to Mayor Hardin was a violation of ASOP 12?

    __X__ YES            _____ NO

2. That the Defendants have proved that under the policies and practices of Phenix City, a firefighter after exhausting the internal chain of command in the Phenix City Fire Department, could speak without obtaining prior permission to the following:

    a. The City Council?        __X__ YES            _____ NO

    b. Mayor Hardin or other City Council members individually?
                                __X__ YES            _____ NO

    c. The media?               __X__ YES            _____ NO

3. That the Defendants have proved that the telephone conversation between the Plaintiff and Mayor Hardin concerning the proposed ordinance to extend the probationary period for new firefighters disrupted or impeded the operations of the Phenix City Fire Department, or had a reasonable likelihood of disrupting or impeding the operations of the Phenix City Fire Department?

    __X__ YES            _____ NO

Note: if you answered Yes to questions 1, 2 a, b, and c, and 3, you need not answer question 4. The foreperson should sign and date the form. Otherwise, go to question 4.

4. That the Plaintiff has proved that he suffered damages as a result of the Defendants' action in discharging the Plaintiff from his employment with the Phenix City Fire Department?

_____ YES        _____ NO

5. If you answered Yes to question 4, in what amount?
   Net losses of wages and benefits    $_____
   Emotional pain and mental anguish $_____

SO SAY WE ALL.

*[signature]*
FOREPERSON

March 6, 2008
DATE