IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID DAVIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PHENIX CITY, ALABAMA, and WALLACE )<br>HUNTER, and H. H. ROBERTS in their )<br>official capacities, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 3:06cv544-WHA |

## **JUDGMENT**

In accordance with the Order of the court entered on this date, and previous Orders of the court,

Judgment is entered in favor of all Defendants and against the Plaintiff, David Davis.

Costs are taxed against the Plaintiff.

DONE this 7th day of March, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE