IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:06-cv-00544-VPM |
| | ) | |
| PHENIX CITY, ALABAMA, et al. | ) | Judge W. Harold Albritton |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that David Davis, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Jury Verdict of March 6, 2008 and the Final Judgment and Order of March 7, 2008.

Respectfully submitted,

/s/ Douglas L. Steele
Thomas A. Woodley
Douglas L. Steele
Bryan G. Polisuk
WOODLEY & MCGILLIVARY
1125 15th St. N.W.
Suite 400
Washington D.C. 20005
(202) 833-8855
(202) 452-1090 (facsimile)

Gary Brown, Esq.
FITZPATRICK & BROWN
Farley Building, Suite 600
1929 Third Avenue North
Birmingham, Alabama 35203
Tel: (205) 320-2255
Fax: (205) 320-7444

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this the 1st day of April, 2008, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

James R. McKoon, Jr.
Joshua R. McKoon
Attorney for Defendants
McKOON, THOMAS & McKOON
P.O. Box 3220
Phenix City, AL 36868-3220

James P. Graham, Jr.
The Graham Legal Firm
Post Office Box 3380
Phenix City, AL 36868-3380

                                               s/Douglas L. Steele
                                               Douglas L Steele