```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004545
Cashier ID: brobinso
Transaction Date: 04/03/2008
Payer Name: WOODLEY AND MCGILLIVARY
--------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: WOODLEY AND MCGILLIVARY
 Case/Party: D-ALM-3-06-CV-000544-001
 Amount:         $455.00
--------------------------------------
CHECK
 Check/Money Order Num: 7645
 Amt Tendered:   $455.00
--------------------------------------
Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00
```