≈AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

Middle District of Alabama

David Davis

V.

City of Phenix City, et al

**BILL OF COSTS**

Case Number: 3:06-CV-0544-WHA

Judgment having been entered in the above entitled action on  3/7/2008  against  Plaintiff, David Davis ,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ 0.00 |
| Fees for service of summons and subpoena ............................ | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 124.10 |
| Fees and disbursements for printing ................................. | 0.00 |
| Fees for witnesses (itemize on page two) ............................ | 68.80 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | 0.00 |
| Docket fees under 28 U.S.C. 1923 ................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals ...................... | 0.00 |
| Compensation of court-appointed experts ............................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs (please itemize) ........................................ | 5,538.55 |
| TOTAL | $ 5,731.45 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  James R. McKoon, Jr.

Name of Attorney: James R. McKoon, Jr.

For: City of Phenix City                                                                Date: 4/7/2008
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court          Deputy Clerk          Date

AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| William Pitts, Phenix City, Alabama | 1 | 68.80 | | | | | $68.80 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $68.80 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

## ITEMIZATION OF COSTS

| | | |
|---|---|---|
| 1. | Portion of Court Reporter transcript used at Trial | $ 124.10 |
| 2. | Witness Fee, William Pitts | $ 68.80 |
| 3. | Copies – 2592 copies of items responsive to Plaintiff's Second Request for Production of Documents (Plaintiff has previously paid for his copies, but not for copies that had to be produced for Defendants) | $1,296.00 |
| 4. | Copies – 1890 copies for 15 Exhibit books | $ 945.00 |
| 5. | Court Reporter fees for depositions and transcription testimony of David Davis' Personnel Review Board Hearing (see attached invoices for depositions referenced at trial) | $3,297.55 |
| | Total | $5,731.45 |

# INVOICE

Risa L. Entrekin
Official Court Reporter
U.S. District Court
Middle District of Alabama
P.O. Box 5112
Montgomery, AL  36103-5112

(334) 240-2405

March 11, 2008

Mr. James Robert McKoon, Jr.
Attorney at Law
McKoon, Thomas & McKoon
P.O. Box 3220
Phenix City, AL  36868

IN RE:  Davis v. Phenix City
       Case No. 2:06cv544-WHA
       Excerpt of Jury Trial Proceedings, 3/3/08

Transcript in the above-styled cause
Original (filed) and one copy        34 pages @ $3.65    $ 124.10

Transcript ordered 3/4/08
Transcript delivered (rough draft) 3/4/08
Transcript filed (final) 3/11/08

I certify that the transcript fees charged and page format used comply with the requirements of this Court and the Judicial Conference of the United States.

                /s/ Risa L. Entrekin
                Registered Diplomate Reporter
                Certified Realtime Reporter

Please make check payable to Risa L. Entrekin



# Causey Peterson Reporting
22 West Fifth Street 31901
Post Office Box 81
Columbus, Georgia 31902

*"Your First Responder for Litigation Support"*

# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/20/2007 | 2361 |

| BILL TO: | CASE/STYLE: |
|---|---|
| Mr. James R. McKoon, Jr.<br>McKoon, Thomas & McKoon<br>925 Broad Street<br>Post Office Box 3220<br>Phenix City, Alabama 36868-3220 | David Davis vs. City of Phenix City, Alabama; United States District Court, Middle District of Alabama, Eastern Division; Case No. 3:06-CV-0054-VPM. |

| TERMS | REPORTER | TAX ID # |
|---|---|---|
| Due on recpt | SW | 73-1700850 |

| DESCRIPTION | AMOUNT |
|---|---|
| Copies of the expedited depositions of Jeffery Hardin, Lloyd Bush, Wallace Hunter, H. H. Roberts, Arthur Sumbry, Kenneth Johansen, Kristin Kennedy, Mickeal Hanson, Kerry Bragg and Brandon Sheets, taken on November 6 & 7, 2007, at the offices of City Hall, Phenix City, Alabama. | |
| Expedited copy (Hardin) | 117.60 |
| Expedited copy Bush) | 159.60 |
| Expedited copy (Hunter) | 252.00 |
| Expedited copy (Roberts) | 222.60 |
| Expedited copy (Sumbry) | 63.00 |
| Expedited copy (Johansen) | 163.80 |
| Expedited copy (Kennedy) | 92.40 |
| Expedited copy (Hanson) | 58.80 |
| Expedited copy (Bragg) | 75.60 |
| Expedited copy (Sheets) | 189.00 |
| ASCII/PDF Disk | 10.00 |
| Condensed Version (Always Complimentary) | 0.00 |

Thank you for your business.

**Total** $1,404.40

| Phone: | Fax: | E-MAIL ADDRESS: |
|---|---|---|
| (706) 317-3111 | (706) 660-8123 | causeypeterson@bellsouth.net |



*Causey Peterson Reporting*
causeypeterson@bellsouth.net
*22 West Fifth Street 31901*
*Post Office Box 81*
*Columbus, Georgia 31902*
*PH: 706-317-3111 FAX: 706-660-8123*

# INVOICE

| DATE | INVOICE # |
|---|---|
| 4/13/2007 | 1748 |

**PAID**

| BILL TO: | CASE/STYLE: |
|---|---|
| Mr. James P. Graham, Jr.<br>The Graham Legal Firm<br>712 13th Street<br>Phenix City, Alabama 36868 | David Davis vs. City of Phenix City, Alabama; United States District Court, Middle District of Alabama, Eastern Division; Case No. 3:06-CV-0054-VPM. |

| TERMS | REPORTER | TAX ID # |
|---|---|---|
| Due on recpt | SW | 73-1700850 |

| DESCRIPTION | AMOUNT |
|---|---|
| Original deposition of David Davis and copies of the depositions of Jeffrey S. Hardin, Wallace B. Hunter, Sr., Roland L. Waters, H.H. Roberts and Barbara Goodwin, taken on April 4 & 5, 2007, at the offices of City Hall, Phenix City, Alabama. | |
| Original & Copy (Davis) | 881.25 |
| Copy (Hardin) | 291.45 |
| Copy (Hunter) | 388.60 |
| Copy (Waters) | 160.80 |
| Copy (Roberts) | 345.05 |
| Copy (Goodwin) | 170.85 |
| Appearance Fee | 80.00 |
| Read & Sign Fee (Davis) | 10.00 |
| ASCII Disk | 10.00 |
| Condensed Version (Always Complimentary) | 0.00 |
| Thank you for your business. **Total** | **$2,338.00** |

**REALTIME / VIDEO / E-TRANSCRIPT / EXHIBIT SCANNING / CONDENSING & WORD INDEXING**
**TELEPHONIC DEPOSITIONS & COMPLIMENTARY CONFERENCE ROOM**

```
                    Catherine Lipscomb
                    Official Reporter
                   26th Judicial Circuit
              501 14th Street - 2nd Floor
                    Phenix City, AL  36867
                       (334)291-9716
```

**STATEMENT**

Date:   February 28, 2008

To:     James McKoon, Esq.
        925 broad Street
        Phenix City, Alabama

From:   Catherine Lipscomb
        Official Reporter
        Russell County
        Phenix City, AL

        Transcript of testimony of David Paul Davis in
        Personnel Review Board Hearing held on
        May 16, 2006


Total due                                    $   500